UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

17-CV-60757-GAYLES/WHITE

FILED by __P6__ D.C.

APR 1 8 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

NYKA O'CONNOR
(Write the full name of the plaintiff)

VS.

PAUL BACKMAN, MICHAEL J SATZ, ANTHONY LOE, G.A. ESPINO, CHUANG T LE, HOWARD FORMAN, RAYMOND B. RAY, NILDA CATALA, S. JOHNSON, CORIZON, COHEN, JOHN-JANE DOE - 4th JCA CLERK OF COURT, CENTURION, H. WILLIAMS, A. OSTEEN, SCOTT S. HARRIS, JULIE JONES, BARRY V. REDDISH, WILLIAM WARNER, DANLEY
(Write the full name of the defendant/s in this case)
ROBERT M. GROSS, MELANIE G. MAY, JONATHAN D. GERBER

EMERGENCY
COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983,
BIVENS, 5 USC § 702, 28 USC §§ 1331 § 1367.

I. Party Information

cat/div __550/1983/FTL__
Case # _____
Judge _____ Mag __WHITE__
Motn Ifp __YES__ Fee pd $ __0__
Receipt # _____

A. Plaintiff: __NYKA O'CONNOR__

Address: __P.O. Box 800 Raiford FL 32083__

Inmate/Prison No.: __199579__

Year of Birth: __1980__ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: (1) __PAUL BACKMAN__    Defendant: (2) __MICHAEL J. SATZ__

Official Position: __Judge__    Official Position: __State Attorney__

Place of Employment: __17th Jud. Cir. Ct. FL. 201 S.E. 6th St. Ft Lauderdale FL 33301__   Place of Employment: __State Attorneys Office 201 SE 6th St. Ft. Laud. FL 33301.__

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

Claims / Violations:-

* ALL Facts are incorporated herein by reference.

1. Backman, Sotz, Loe & Forman, conspiring to secure & sell fraudulent bonds to commit O'Connor to FDOC, constitutes violations under 42 USC 1983, 1985 & 1986; Breach of Contract under Federal Common Laws & Fla Contract Laws; and Fraud under Federal Common Laws & Fla Tort of Fraud.

2. Backman issuing a Fraudulent & Deficient Uniform Warrant of Committment to Falsely Imprison O'Connor in FDOC, constitutes violations under 42 USC 1983; Breach of Contract under Federal Common Laws & Fla Contract Laws; Fraud under Federal Common Laws & Fla Tort of Fraud; and False Imprisonment under Federal Common Laws & Fla Tort Laws.

3. Ray & Catala, issuing & enforcing order denying O'Connor's Pro-se Papers without Attorney, constitute violations under Bivens, Breach of Contract under Federal Common Laws of Contract, & Denial of Access to Court under US Const. Amend. 1.

4. Gross, May, Gerber & Clerk, issuing & enforcing order denying O'Connor's Pro-se Papers without Attorney, constitutes violations under 42 USC 1983, Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws; & Denial of Access to Court under US Const. Amend. 1.

5. Backman & Forman, issuing & enforcing order denying O'Connor's Pro-se Papers without Attorney, constitutes violations under 42 USC 1983, Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws, & Denial of Access to Court under US Const. Amend. 1.

6. Harris failing to properly docket & file O'Connor's Pro-se papers, constitutes violations under Bivens, Breach of Contract under Federal Common Laws of Contract, & Denial of Access to Court under US Const. Amend. 1.

Claims of Violations:-

7. Jones & Palmer unlawfully & Falsely Imprisoning O'Connor under a Fraudulent & Deficient Uniform Warrant of Commitment, constitutes violations under 42 USC 1983, Breach of Contract under Federal Common Laws & Fla Contract Laws; False Imprisonment under Federal Common Laws & Fla Tort Laws; & Due Process Violation under US Const. Amend 14.

8. Espino denying O'Connor adequate care & reasonable accommodations constitutes violations under 42 USC 1983; Breach of Contract under Federal Common Laws & Fla Contract Laws, & Cruel Unusual Punishment under US Const. Amend 8

9. Johnson denying O'Connor adequate care & reasonable accommodations constitute violations under 42 USC 1983; Breach of Contract under Federal Common Laws & Fla Contract Laws, & Cruel Unusual Punishment under US Const. Amend 8.

10. Le denying O'Connor adequate care & reasonable accommodations constitute violations under 42 USC 1983, Breach of Contract under Federal Common Laws & Fla Contract Laws, & Cruel Unusual Punishment under US Const. Amend 8.

11. Darley denying O'Connor adequate care & reasonable accommodations constitute violations under 42 USC 1983, Breach of Contract under Federal Common Laws & Fla Contract Laws, & Cruel Unusual Punishment under US Const. Amend 8.

12. Corizon & Centurian, failing to provide O'Connor adequate care & accommodations constitute violations under 42 USC 1983, Breach of Contract under Federal Common Laws & Fla Contract Laws, & Cruel Unusual Punishment under US Const. Amend 8.

Claims / Violations:-

13. Warner denying OConnor adequate Diet, care & accommodations, constitutes violations under 42 USC 1983; Breach of Contract under Federal Common Laws & Fla Contract Laws.

14. A. Osteen, denying OConnor adequate Diet, Care, accommodations & abusing Him, constitutes violations under 42 USC 1983, Breach of Contract under Federal Common Laws & Fla Contract Laws, Right to Religion under US Const. Amend. 1.

15. Cohen, denying OConnor adequate Diet, Care & accommodations, constitutes violations under 42 USC 1983, Breach of contract under Federal Common Laws & Fla Contract Laws; Right to Religion under US Const. Amend. 1.

16. H. Williams, denying adequate Law Library services, materials, etc, constitutes violations under 42 USC 1983, Breach of Contract under Federal Common Laws & Fla Contract Laws

17. Jones & Palmer denying adequate care, custody, control & confinement concerning conditions of confinement, while incarcerated, constitutes violations under 42 USC 1983, Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws, ADA, RA, & RLUIPA.

Defendants

(3)
ANTHONY LOE
Assistant State Attorney
State Attorneys' Office
201 S.E. 6th St. Ft. Laud. FL 33301

(4)
HOWARD FORMAN,
Clerk of Court, 17th Jud. Cir Ct FL.
17th Jud. Cir Ct FL.,
201 S.E. 6th St. Ft. Laud. FL 33301

(5)
RAYMOND B RAY
US Bankruptcy Judge
US Bankruptcy Court
299 E Broward Blvd., Ft Laud FL 33301.

(6)
ROBERT M. GROSS
4th DCA Judge
4th District Court of Appeals FL
1525 Palm Beach Lakes Blvd. W. Palm Beach FL 33401

(7)
MELANIE G. MAY
4th DCA Judge
4th District Court of Appeals FL
1525 Palm Beach Lakes Blvd, W. Palm Beach FL 33401

(8)
JONATHAN D. GERBER
4th DCA Judge
4th DCA. District Court of Appeals FL
1525 Palm Beach Lakes Blvd. W. Palm Beach FL. 33401.

Defendants

(9)
NILJA CATALA
US BANKRUPTCY CLERK OF COURT
US BANKRUTCY COURT
299 E Broward Blvd., Ft Laud FL. 33301

(10)
4th DCA CLERK OF COURT JOHN/JANE DOE
4th DCA Clerk of Court
4th District Court of Appeals FL
1525 Palm Beach Lakes Blvd. W P. Beach FL 33401

(11)
SCOTT S. HARRIS
US Supreme Court Clerk
US Supreme Court
1 First Street, N.E. Wash. DC. 20543

(12)
JULIE JONES
Secretary FDOC
FDOC - Fla Dept of Corrections
501 S. Calhoun St Tall FL 32399

(13)
BARRY V. REDDISH
Warden - FSP
FSP - Fla State Prison
7819 N.W. 228th St Raiford FL 32026
or P.O. Box 800 Raiford FL 32083

(14)
GA. ESPINO
Former CHO - Doctor at FSP
FSP- Fla State Prison
7819 N.W. 228th St Raiford FL 32026

Defendants

(15)
CHUANG T. LE (Asian Male)
CHO - Doctor at FSP
FSP Fla. State Prison
7819 N.W. 228th St Raiford FL 32026

(16)
S. JOHNSON (W/F)
Nurse at FSP
FSP Fla State Prison
7819 N.W. 228th St. Raiford FL 32026

(17)
CORIZON
Contracting Health Care Company at FSP in the past
103 Powell Court, Brentwood TN 37027

(18)
CENTURION
Contracting Health Care Company at FSP at present
1593 Spring Hill Road, Suite 600. Vienna VA 22182

(19)
DANLEY (W/F)
Nurse at FSP
FSP - Florida State Prison
7819 N.W. 228th St Raiford FL 32026

(20)
H. WILLIAMS (W/F)
FSP Librarian
FSP Florida State Prison
7819 N.W. 228th St. Raiford FL 32026

(21)
WILLIAM WARNER (W/M)
Security Sergeant at FSP
FSP - Florida State Prison
7819 N.W. 228th St Raiford FL 32026

Defendants

(2)
A. OSTEEN (W/M)
Security Staff CO Rank at FSP
FSP Florida State Prison
7819 N.W. 228th St. Raiford FL 32026

(3)
COHEN
Food Service Supervisor at FSP
FSP - Florida State Prison
7819 N.W. 228th St. Raiford FL 32026

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

See attached.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Issue Declatory Judgement that ALL acts & omissions herein violate the Laws. Issue Injunction to return OConnor to custody of Trial Court. Injunction to provide adequate care & accommodations for OConnor's ONGOING & worsening Health & Disabilities. Appoint Attorney. Damages ONLY WHERE LAWS & EQUITY ALLOW. OConnor does NOT seek Damages from Defendants: Buckman, Solz, Loe, Forman, Roy, Calola, 4th JCA Clerk, Harris, Gross, May, Gerber; & DOES NOT seek Damages for Jones in FDOC.. & Palmer Unlawfully-Falsely Imprisoning Him. OConnor seeks Damages from/for

Denial of adequate care, custody, Control & Confinement for conditions of Confinement in prison from: Jones, Palmer, Espino, Le, Johnson, Corizon, Cohen, H. Williams, A. Osteen, Williams, Warner, & Danley — where Law allows & does NOT seek Damages in Tort AND contract for same wrong, but seeks Damages in Tort or Contract accordingly.

### IV. Jury Demand

Are you demanding a jury trial?  ✓ Yes  ___ No

Any other Relief, including Emergency Hearing be held. Thank You.

Signed this __12th__ day of __April__, 20__17__

_Myka O'Connor_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __4-12-17__

_Myka O'Connor_
Signature of Plaintiff

\* See Notice herewith in envelop 2-of 2

Nyk
FSP P.O. Box 800 Raiford FL 32083.

Mailed from a State Correctional Institution



USMS INSPECTED
BY

Clerk of Court
US District Court S. Dist
400 N. Miami Ave, Miami

LEGAL MAIL

1 of 2



RECEIVED
APR 12 2017
FLORIDA STATE PRISON
MAIL ROOM

LEGAL MAIL