Facts:-

Fraud & Unlawful Imprisonment.

1. In early 2000, Foster made three contradicting statements to the police; in New Jersey and Brevard County Fla.

2. The first two statements Foster made did NOT implicate O'Connor, but the third statement advised O'Connor committed the herein crimes.

3. Specifically, Foster's statement to BSO Police stated O'Connor actually possessed & discharged firearm, & inflicted death with said firearm.

4. On 3-20-00, detectives Murray & Ilarraza arrested O'Connor at gunpoint in Ft. Lauderdale for the crimes of 1° Murder & Armed Robbery.

5. Where, O'Connor's residence was also searched & items seized.

6. Both the arrest & search ensued from 2 falsified affidavits to arrest, search & seizure; which fraudulently concealed the below.

7. Specifically, facts concealed were Foster's prior contradicting statements; Foster's criminal history; veracity of Foster; etc...

8. Said falsified affidavits, used to obtain falsified warrants aforesaid, were fraudulently concealed by Murray & Ilarraza.

9. O'Connor was then indicted on 1° Murder & Armed Robbery and was facing the death penalty, that was later waived.

10. O'Connor was then tried in 2001 on the said charges, where the 2001 Jury acquitted O'Connor of essential elements & critical issues.

11. Specifically, the 2001 Jury found O'Connor did NOT actually possessed & discharged a firearm, nor inflicted death to victim, with said firearm.

12. Said 2001 Jury found O'Connor guilty as an aider & abettor for said crimes.

13. In 2001, Judge Backman adjudicated said 2001 Jury findings and sentenced O'Connor to Life in prison on each charge.

14. O'Connor was then committed to FDOC; while with sub O'Connor's knowledge, fraudulent bonds were secured & sold regarding said case.

15. Upon information & belief, Judge Backman, Michael J. Satz, W. Antony Loe, Howard Forman, 4th DCA, & Sec. FDOC, etc; knew of said fraudulent bonds.

Facts :-

16. In 2003, the 4th DCA reversed and erroneously remanded O'Connor' case for a New Trial on said indicted charges.

17. Said Indicted charges encompassed said foreclosed matters.

18. Foreclose matters include O'Connor didn't actually possessed a firearm, that foreclosed an element of Armed Robbery FS 812.13(2)(a).

19. Foreclose issues of O'Connor didn't actually inflicted death to victim as a result of discharging firearm in His possession foreclosed 1° Murder element.

20. Specifically, an essential element was foreclosed under FS 782.04(1)(a).

21. The Doctrines of Collateral Estoppel, Res Judicata & Double Jeopardy, prohibited Backman & Loe from retrying O'Connor on said foreclosed matters.

22. Upon information and belief, said fraudulent bonds sold were circulating on the open market, if not recalled when O'Connor returned from FDOC.

23. Judge Backman & Prosecutor Loe lacked Lawful authority to retry O'Connor on said charges, but did so nonetheless.

24. When the 2003 Jury was impaneled, Double Jeopardy was attached.

25. O'Connor ran the gauntlet once more via Double Prosecution on said foreclosed matters.

26. During the 2003 New Trial, the Prosecutors' Key witness Foster testified that He (Foster) & NOT O'Connor actually committed said crimes.

27. Foster also testified that He initially lied to the police about O'Connor committing said crimes because they threatened Him with the Death Penalty.

28. O'Connor was convicted of lesser included 3° Murder & Armed Robbery and sentenced to 15 years & Life respectively.

29. At some point, without O'Connor' bona-fide consent & knowledge, Backman, Sotz, Loe, Forman agreed & conspired to fraudulently re-commit O'Connor to FDOC.

30. Backman, Sotz, Loe, & Forman, knowingly and intentionally agreed & participated in the securing & selling of fraudulent bonds to commit O'Connor.

31. Backman, Sotz, Loe, & Forman, knowingly and intentionally agreed & participated in committing O'Connor to FDOC based on foreclosed matters aforesaid.

32. Backman, Sotz, Loe & Forman, knowingly and intentionally participated in using a Bid Bond, Performance Bond & Payment Bond to secure & sold said bonds.

2

*Facts:-*

33. Backman, Satz, Loe & Forman knowingly and intentionally committed said fraud without Oconors' knowledge, to mislead, to think they were Law abiding.

34. Backman, Satz, Loe & Forman knowingly and intentionally, fraudulently concealed the material facts of securing & selling said bonds for Oconors' imprisonment.

35. O'Connor, O'Connors' family, & general public, relied on said fraud that said officials were Law-abiding; never raised said fraud issue in Court in '03.

36. On 12-17-03 Judge Backman knowingly & intentionally committed OConnor to FDOC, again, via a Uniform Warrant of Commitment

37. Said commitment to FDOC, was based on said foreclosed matters and fraud.

38. OConnor later learned that said fraudulent bonds are worth $523,209,000,000.00; via CUSIP # 316069426.

39. Said fraudulent bonds for Oconors' Trial Court case # 00 5323CF108, is in the Fidelity Advisor Global Balances I Fund.

40. Said Bonds symbol is FGLIX, with inception date 2-18-09 and Portfolio Assets & Net Asset date of 9-30-13.

41. FDOC Secretary, again accepted O'Connor in 2003 via said Fraudulent Warrant of Commitment, concerning said foreclosed matters & fraud

42. Said Uniform Warrant of Commitment and OConnors' False Imprisonment are the products of said foreclosed matters and fraudulent bonds aforesaid.

43. Sec. FDOC has and continues to rely on said fraudulent Uniform Warrant of Commitment to falsely Imprison OConnor for years to date

44. Due to said ONGOING False Imprisonment in FDOC, OConnor has & continues to suffer various injuries and violation stated herein

45. Said Uniform Warrant of Commitment & other papers required by FS § 905.34, 944.17 & 945.25 are fraudulent, deficient & incomplete.

46. FDOC Secretary should have, but did not refuse to accept & keep OConnor, as required by FS 944 17(5), due to said foreclose matters & fraudulent bonds.

47. FDOC Secretary & FSP Warden continue to falsely imprison OConnor based on said foreclosed matters & fraudulent bonds

48 FDOC Secretary & FSP Warden have refused to relinquish OConnor

Facts:-

back to the Trial Court, inspite of Notices to Sec FDOC & FSP Warden.

49. To date, neither FDOC secretary, FSP warden, Judge Backman, et al, have produced a valid Uniform Warrant of Commitment.

50. Specifically, a Uniform Warrant of Commitment and other papers - required by the above statutes, not product of said foreclosed matters & fraudulent bonds.

51. At all times FDOC secretary & FSP Warden intended to confine O'Connor, & O'Connor was aware of the Confinement.

52. O'Connor did not knowingly & intentionally consent to said confinement which was & is not otherwise privileged.

53. O'Connor remains within FDOC at FSP, held as collateral treated as human chattal for said fraudulent bonds & foreclosed matters.

54. O'Connor has a protected liberty interest to be free from False Imprisonment based on said Fraudulent & Deficient Warrant of Commitment.

55. O'Connor was & is being deprived of said liberty interest, which was and is without adequate Due Process

56. Backman, Sec FDOC & FSP Warden subjected and caused O'Connor to be subjected to said deprivation-False Imprisonment without Due Process

57. At all times ALL Defendants herein unless specified otherwise, were acting under state Law.

58. O'Connor has and continue to suffer injuries as a result of said deprivation-False Imprisonment without Due Process

59. Said deprivation-False Imprisonment is sufficiently serious resulting in the denial of the minimal civilized measure of Lifes necessities

60. Judge Backman in committing O'Connor to FDOC & Sec FDOC with FSP accepting & keeping O'Connor falsely imprisoned has sufficiently culpable mindset.

61. Judge Backman, Sec FDOC & FSP Warden intended to cause said deprivation-False Imprisonment.

62. Judge Backman, Sec FDOC & FSP Warden are & were deliberately indifferent to the substantial risk of said deprivation-False Imprisonment.
Salz, Loe, Forman,

63. O'Connor furnished Judge Backman & Sec FDOC several Court Pleadings about said said foreclosed matters & fraudulent bonds sold, to no avail.

Facts:-

64. O'Connor furnished several Notices *in 2016 & 2017, to FDOC Secretary & the Wardens, about said False Imprisonment, to no avail

65. O'Connor also furnished a Private Administrative Process (PAP) to Backman, Satz, Loe, Forman & Sec FDOC, where Satz agreed to said violations

66. Backman, Satz, Loe, Forman, Sec FDOC & the Wardens failed to act & remedy said False Imprisonment

67. Said failure to act & remedy O'Connors' False Imprisonment was & is a product of Deliberate Indifference to O'Connors' plight.

68. In addition to the above, O'Connor filed several papers in Fla Secured Transaction Registry e.g. filing # 20050450511, 20050148491, etc.

69. Said Registry filings included ucc-1 & ucc-3 filings, covering various collateral which Secured Party holds ALL interests.

70. Said collateral include said Trial Court Case 00-5323CF108 & FDOC Inmate # 199579, which O'Connor is committed to FDOC under.

71. O'Connor also furnished various papers to US Dept of Treasury verifying & establishing various accounts

72. Said papers to US Dept of Treasury include but not limited to said Registry filing ucc-1, Bill of Exchange, Charge Back, etc..

73. Then in **GOOD FAITH**, in 2013, via said PAP, O'Connor furnished Satz various Bonds to settle & close said case # 00-5323CF108.

74. Satz accepted said Bonds to do the above, which would nullify said False Imprisonment, but Satz failed to do so, & misappropriated same.

75. Like the fraudulent Bonds that were secured & sold, O'Connor does not know the whereabouts of said misappropriated bonds.

76. Copies of all the above Registry filings were also furnished to Backman, Satz, Loe, Forman, FDOC secretary, et al, which they're aware of.

77. O'CONNOR IS NOT HECK BARRED.

78. O'CONNOR DOES NOT SEEK MONETARY DAMAGES AND/OR INVALIDATION OF HIS CONVICTIONS AND/OR SENTENCES.

79. O'CONNOR DOES NOT SEEK RELEASE WHATSOEVER INTO SOCIETY.

80. A FAVORABLE JUDGEMENT IN THIS CASE WILL NOT NECESSARILY

FACTS:

IMPLY THE INVALITY OF OCONNORS' CONVICTIONS AND SENTENCES.

81. AT MOST, A FAVORABLE JUDGEMENT IN THIS CASE, WILL CAUSE O'CONNOR TO RETURN TO THE TRIAL COURT.

82. WHERE, FDOC & FSP HAVE NO JURISDICTION TO INCARCERATE O'CONNOR BASED ON SAID FRAUDULENT & DEFICIENT WARRANT OF COMMITTMENT

83. FURTHER PROCEEDINGS ARE NECESSARY TO CHALLENGE O'CONNORS' CONVICTIONS & SENTENCES, WHICH ARE ALREADY FILED, SUCH AS 2017-2254.

84. NONE OF THE DEFENDANTS HAVE IMMUNITY FOR INVOLVEMENT IN SAID FRAUDULENT BONDS, & FALSE IMPRISONMENT THEREFROM.


Judge Ray Denial of Court Access Re: False Imprisonment & Bonds

85. During O'Connors' False Imprisonment in FDOC, O'Connor attempted to secure His liberties via filing a Chapter 7 Involuntary Petition.

86. Said Chapter 7 Petition pertained to said False Imprisonment & the Fraudulent Bonds secured & sold which O'Connor has interest.

87. W. Antony Loe was the party involved in said Chapter 7 Petition for His role in the securing & selling of said fraudulent bonds.

88. As repercussion to brush said evaded issue under the rug, & silence O'Connor, Judge Raymond B. Ray barred O'Connors' Pro-se litigation.

89. Judge Rays' order of 3-29-07 even found it funny to make fun of O'Connors' claim of $ 99,999,999,999.99, that it could buy jellos, etc, etc...

90. At that time, O'Connor did not have the CUSIP Results to show the $ 523,209,000,000.00, which is five times the above Chap 7 claim.

91. Judge Ray, wantonly with disregard for O'Connors' Rights to Court Access, ordered that O'Connors' Pro-se Pleadings be barred & only filed by Counsel.

92. The order by Judge Ray in said case In re: W. Anthony Loe case #07-12045-BKC-RBR, incorporated by reference speaks for itself.

93. Judge Ray did not inquire, if O'Connor could afford an attorney & recommandate & represent did not appoint an attorney to O'Connor, who could not afford Counsel then & now.

FACTS:

94. At the time of Judge Ray enjoined O'Connor from filing any Pro-se Petitions / Pleadings, O'Connor was & is a Psych Patient.

95. O'Connor was & is a qualified individual with mental disabilities of Hallucinations, Paranoia, Depression, Impulsivity, etc...

96. O'Connors' Mental Disabilities from childhood continue to date, verified by His Mental Records in society, FDOC, Baker Act Orders, etc...

97. O'Connors' filings for which O'Connor was barred aforesaid by Judge Ray was a product of O'Connors' Mental Disability - Impulsiveness.

98. Specifically, O'Connors' impulsivity and uncontrolable urge to file the Chap 7 ASAP, instead of waiting to get the PAP & CUSIP info, & attach to Chap 7.

99. Where, in 2014 after O'Connor obtained the MP & CUSIP information verifying said fraudulent bonds sold, Judge Ray would not accept O'Connors' filing.

100. Specifically, Judge Ray (& Clerk of Bankruptcy Court) rejected O'Connors' Pro-se Motion To Vacate with the PAP & CUSIP info attached.

101. Consequently, O'Connor is being denied litigation activities of the US Bankruptcy Court Programs & Services, due to His Disability.

102. O'Connor was and is being injured by said US Bankruptcy Court refusing to accept O'Connors' Pro-se Pleadings since 2007 to date & not accommodating.

103. O'Connor is being further injured by remaining falsely imprisoned for said fraudulent bonds, while being abused by FDOC stated herein.

104. At all times Judge Ray was acting under the color of Federal Law.

4th DCA Denial of Court Access Re: False Imprisonment & Bonds

105. During O'Connors' False Imprisonment in FDOC, O'Connor attempted to secure His liberties via litigating about said foreclosed matters & fraudulent bonds.

106. As repercussion to brush said evaded issues under the rug & silence O'Connor, the 4th DCA Judges barred His Pro-se filings & it only filed via Counsel.

107. Specifically in 4th DCA case # 4D10-4525, styled O'Connor v. State, on 1-24-11 Judges Robert M Gross, Melanie G May & Jonathan D. Gerber enjoined Him.

128. The 4th DCA Judges directed the Clerk of Court to not accept O'Connors' Pro-se filings & without bol, O'Connor can file a Motion To Vacate mistaken remand for retrial on foreclosed matters 2003

FACTS:-

109. The 4th DCA Judges, wantonly with disregard for O'Connors' rights, to access Court, ordered said Injunction knowing OConnor was indigent.

110. The 4th DCA also knew O'Connor could not afford Counsel based on OConnors' Motions to Proceed IFP, and didn't appoint O'Connor Counsel.

111. O'Connor remains indigent and can't afford counsel since to date.

112. Consequently, OConnor was left without any reasonable & adequate means to access the 4th DCA to litigate His Criminal Case.

113. At the time of said 4th DCA Injunction, to date, OConnor was & is a Psych Patient on Psych Meds, and a qualified individual with Mental Disabilities.

114. O'Connors' Mental Disabilities include but not limited to Hallucinations, Paranoia, Impulsivity, Depression, etc; due to chemical imbalance in His brain, etc.

115. O'Connors' Mental Disabilities from childhood continue to date, verified by Mental Records in society, FDOC Records, Court Baker Act Orders, etc.

116. O'Connors' filings for which O'Connor was barred aforesaid by the 4th DCA was a product of His Mental Disabilities, i.e., if filing causing bar was deficient.

117. consequently, O'Connor was & is prohibited from participating in litigation activities of the 4th DCA Programs & services, due to His Disabilities.

118. The 4th DCA barred O'Connor from litigating Pro-se in the 4th DCA, without accommodating His Mental Disabilities via adequate counsel appointed.

119. O'Connor was injured by being barred from adequately exhausting His State Court remedies before bring His fraudulent bond claim to the Feds on U. 2254.

120. Where, O'Connors' subsequent Pro-se Pleadings to the 4th DCA were returned unfiled, appeal of, e.g. Judge Backmans' 4-8-14 order barring O'Connors' Pro-se Pleadings; about the fraudulent bonds.


Judge Backmans' Denial of Court Access Re: False Imprisonment & Bonds

121. During the course of O'Connors' False Imprisonment in FDOC, in about Summer 2013, O'Connor furnished several Petitions, Motions, etc. about said fraudulent bonds, etc.

122. Said 2013 Petitions, Motions, etc. also addressed the profit & benefit of Judge Backman et al, from said fraudulent bonds, for which O'Connors falsely imprisoned.

FACTS:-

123. As repercussion do brush said evaded issues under the rug, & silence O'Connor, Judge Backman barred O'Connors' Pro-se Pleadings.

124. On 4-8-14, Judge Backman in 17th Jud. Cir Ct FL case #00-5323CF003 styled State vs. O'Connor, directed the Clerk to accept only Pleadings by His Counsel.

125. Backman wantonly with disregard for O'Connors' rights to access court, failed to appoint O'Connor Counsel to accommodate Him & His Disabilities.

126. Backman knew O'Connor was & is indigent then & now, and couldn't hire an attorney to represent Him, and was a Psych Patient.

127. Consequently, O'Connor was left without any reasonable & adequate means to access the 17th Jud. Cir Ct FL, to litigate said false Imprisonment.

128. At the time of said Injunction barring O'Connors' Pro-se Pleadings, to date, O'Connor was & is a Psych Patient on Psych Meds. that hinder litigation.

129. O'Connor was & is a qualified individual with Mental Disabilities of Hallucinations, Paranoia, Impulsivity, etc..

130. O'Connors' Mental Disabilities from childhood to date can be verified by Mental Records in society, FDOC Records, Baker Act court Orders, Hospitals, etc.

131. The filings for which Judge Backman barred O'Connors' Prose Pleadings, was a product His Mental Disabilities, i.e., if filing causing bar was deficient.

132. Where, O'Connors' irregular thinking patterns, impulsivity, etc, may have played a part in said pleadings causing bar to not be in a suitable form, despite substance.

133. Judge Backman completely evaded the substance of said pleadings causing bar; e.g, issue of fraudulent bonds sold for which O'Connor is falsely imprisoned as collateral.

134. Judge Backmans bar of O'Connors' Pro-se Pleadings, prohibited O'Connor from participating in litigation activities of the 17th Jud Cir Ct FL Programs & Activies.

135. Consequently, O'Connor is being denied access to the 17th Jud. Cir Ct FL, due to His Mental Disabilities, though a paid Paralegal & NOT O'Connor prepared the 2013, pleadings.

136. O'Connor was & is being barred & injured by said 4-8-14 order, where, now O'Connor His the cusip into verifying said fraudulent bonds sold, O'Connor cant proceed.

137. Specifically, O'Connor cant proceed in the 17th Jud. Cir Ct FL, with a 3.850 Motion &/or Habeas Corpus Petition on said Fraudulent Bonds sold with CUSIP Proof of Fraud.

138. O'Connors' meritorious Fraud Claim could be filed any time if said bar is removed.

9

FACTS:-

139. Where, O'Connor's' Pro-Se Papers to the 17th Jud. Cir Ct FL, have been & will be returned by the Clerk without filing and will continue absent correction.


Clerk Scott S. Harris Denial of Court Access to review Foreclosed Matters, etc.

140. During O'Connor's False Imprisonment in FLDOC, O'Connor attempted to secure His Liberties via litigating to the US Supreme Court, to no avail.

141. Specifically, on 11-2-16, O'Connor furnished all the necessary papers with a Petition For Writ of Certiorari to seek review by the US Sup. Ct.

142. Review sought pertained to Fla Sup Ct in case # SC16-755, styled O'Connor v. State; denial of Mandamus. Petition order dated 8-10-16.

143. Said Mandamus Petition pertained to 4th JCA lacking authority to remand O'Connor's' case for New Trial on said foreclosed matters.

144. In Dec. 2016, O'Connor furnished the US Supreme Court an inquiry about said 11-2-16 Petition; to no avail, where O'Connor received NO Response.

145. On 2-1-17, O'Connor furnished a Notice of Intent to File Injunction, etc. regarding failure to file submitted papers, & still O'Connor got no Response.

146. O'Connor fears that the Clerk Scott S. Harris has discarded O'Connor's' Petition, etc., dated 11-2-16, instead of filing same, to deny O'Connor Court Access.

147. This is so, especially, where in about Feb 2016 at Suwannee CI, O'Connor with help of others, filed two Certiorari Petitions to US Sup Ct to no avail.

148. Where, said two Petitions of Feb 2016 pertained to the 11th Cir Ct App, denial of COA in O'Connor's' 2007 '2241 & 2009 '2254 cases.

149. O'Connor has made subsequent inquiries to US Sup Ct, about said Feb. 2016 Petitions while at Lake CI March-June 2016, but US Sup Ct failed to respond.

150. O'Connor' was & is being injured Scott Harris & Assistant Clerks ONGOING failure to file O'Connor's' papers mail to US Sup Ct, which is denying His Court Access.

151. Absent this Courts' intervention, said violations will continue, absent justifications.

152. At all times Clerk of Court Scott S. Harris and Assistant Clerks were & are acting under the color of Federal Law; who deny O'Connor Ct Access absent valid reasons.

*FACTS:* —

**Inadequate** Health Care While Falsely Imprisoned

153. In 2001 & 2003 when O'Connor was committed to FDOC, O'Connor had personal prescription reading glasses, for close vision problems

154. In 2005 said glasses were confiscated & sent home for repair, but FDOC refused to allow O'Connor to receive same into FDOC after repair.

155. On 6-18-06, O'Connor saw RMC Eye Doctor, who denied O'Connor needed prescription reading glasses for His close vision problems due to His good far vision.

156. Said Doctor advised O'Connor only people over 40 need glasses, though O'Connor advised said Doctor of black spots in vision, eye strain, pain, watering, etc..

~~157. On 6-1-07 O'Connor submitted a sick call stating His ability to do legal work, write letters to family, do religious studies etc, are being hindered due His eye problems.~~

157. In Aug 2006, O'Connor saw FSP Dr E Madan, who advised O'Connor He can't override RMC Eye Doctors' decision, in light of O'Connors' above complaints to Dr Madan.

158. Specifically, O'Connor complained to Dr Madan of His inability to do legal work, write letters to family, etc, do religious studies, etc; due to black spots, eye strain, pain, watering, etc..

159. Both RMC Doctor & Dr Madan advised O'Connor that FDOC doesn't treat Hyperopia (eye condition) which O'Connor is alleged to have.

160. O'Connor kept getting transferred back & forth between FSP, UCI, SRCI, charlotte CI, RMC, Lake CI, etc, for various reasons including health issues.

161. Then on 9-26-13, O'Connor was in the RDP (Religious Diet Program), then was transferred to FSP, where No RDP was at the time

162. On 9-26-13, FSP intake Nurse falsified O'Connors' weight to be 170 lbs, though O'Connor never did any weight check, due to no scale in the intake area.

163. On 9-29-13, O'Connor submitted a sick call concerning various issues.

164. In said sick-call Request, O'Connor asked for a Low-Residue Alternate & Supplements, that were provided by Lake CI, since FSP had no RDP then.

165. O'Connor also asked due to His chronic gastro issues & sincere Jewish & Siddha Vegetarian beliefs which a Regular Diet couldn't accommodate.

166. O'Connors' chronic gastro issues include but not limited to acid reflux (that causes esophagus cancer), heartburns, severe stomach pains & cramps, bloody stools, etc...

FACTS:-

167. Said 9-29-13 Sick-Call requested medications for depression, paranoia, hallucinations side effects, complained of being stressed out due to denial of property, etc.

168. Said 9-29-13 Sick-call, complained about upper front teeth still shaking, gum still bleeding, 3rd molars on left & right bottom hurting & prevent proper eating.

169. Said 9-29-13 Sick-call complained of eye/vision problems, still seeing sparkles in vision, sight blurry at times, watering; signing consent in March 2013 for optician to no avail.

170. Said 9-29-13 Sick-call also stated O'Connor was not provided prescription glasses due to being indigent & can't afford to pay to replace prescription glasses security lossed in 2011.

171. Said 9-29-13 Sick-call also complained of severe shoulder pains that prohibit sleep on either sides & heavy lifting, & need for frontcuff pass, because rear cuffs cause severe pain.

172. Said 9-29-13 Sick-call explained that His severe shoulder pains are aggravated & agitated by rear cuffs that hinder the participation in activities requiring rear-cuffs.

173. Activities that require require cuffs include but not limited to:- 1-on-1 Mental Counseling & Mental Group Counseling, etc.

174. Said Sick-call also stated O'Connor has bullet fragments in His left hamstring & broken-improperly healed right ankle, which severely hurts when walking.

175. Said 9-29-13 Sick-call requested Medical shoes due to the above hamstring bullet & ankle issues, that inhibit proper walking, to no avail.

176. Said 9-29-13 Sick-call requested supposedly effective cerafate, etc, instead of the known deficient Prilosec; for His chronic gastro issues, denied due to cost.

177. Said 9-29-13 Sick-call complained of being denied a Low-Residue-Alternate Diet due to cost, & that FSP intake nurse stated FSP doesn't write Therapeutic Diet Passes.

178. Said 9-29-13 Sick-call complained of laying down hours after eating, where food regurgitates in O'Connors' mouth.

179. Said 9-29-13 Sick-call advised O'Connor has to lay on the left & keeps something under His head to keep it raised above stomach to help alleviate acid reflux.

180. Said 9-29-13 Sick-call advised that keeping head raised also causes pressure off shoulders that severely pain, and needs strong pain meds.

181. Said 9-29-13 Sick-call stated He needs to be placed in chronic gastro clinic for post 2010 gastro surgery & fears getting stomach & esophagus cancer from acid reflux.

182. On 9-30-13, Nurse Jane Doe (WIS) saw O'Connor for His Sick-call dated 9-23-13;

*FACTS:-*

and did no physical assessment for O'Connors' requests & complaints therein.

183. Said 9-30-13 Sick-Call Nurse advised O'Connor He'd receive no Low-Residue Diet Pass, because FSP doesn't write Diet Passes, which subsequent Nurses Johnson & Bergios concurred.

184. Said 9-30-13 Sick-Call Nurse advised O'Connor FSP does not issue front cuff Passes, due to masterbators, though O'Connor is NOT a masterbator.

185. Said 9-30-13 Sick-Call Nurse advised she could do nothing for O'Connors' Mental & Dental Issues, while disregarding O'Connors' other health issues, & said she'll refer Him.

186. On 10-1-13, O'Connor was subjected to restraints in the rear via handcuff's, block-box, waiste-chain, with leg shackles, in a small cage, waiting to see Medical.

187. Said small cage is probably 2' x 2' x 8', where O'Connor waited for several HOURS, before seeing medical staff, witnessed by the stationary video camera.

188. During this waiting period, O'Connors' shoulders were in severe pain with numbing & tingly feeling that that extended to the hands, neck & face.

189. O'Connor finally saw Nurse Johnson (W/F) Nurse supervisor, who harassed O'Connor about placing Mental, Medical & Dental Issues on Sick-call.

190. O'Connor attempted to explain to Nurse Johnson that's how He did it at UCI, Lake CI, RMC, etc, without any problems, to no avail.

191. O'Connor also tried explaining with futility, that the W/M Nurse who picked up said 9-29-13 Sick-Call, said it was ok, & He'd simply make copies & furnish to other Depts.

192. Nurse Johnson continued Her harassment & unprofessional behavior, & basically advised O'Connor the same thing Nurse Jane Doe said at the 9-30-13 Sick-Call.

193. Nurse Johnson harassed O'Connor about making complaints from head to toe, thereon said 9-29-13 Sick-Call.

194. Nurse Johnson advised O'Connor that the bullet & gunshot wound & scar O'Connor received in society was before incarceration & will not be treated.

195. Nurse Johnson advised that FSP will not reward O'Connor with any Therapeutic Diet for swallowing foreign bodies & having surgery, therefore.

196. Nurse Johnson advised O'Connor He'd received no treatment, but will nonetheless refer O'Connor to the Doctor & condescendingly told O'Connor to get out.

197. O'Connor complied & returned to said small medical holding cage, in severe pain, anguish, emotional distress, with numbness & tingly feeling that worsened with time.

FACTS :-

198. After a while, O'Connor was called to be seen by Dr. G.A. Espino, who asked what the stomach surgery was for & O'Connor told him for swallowing foreign bodies.

199. Dr. Espino listened to O'Connors' stomach with the stethoscope, then told O'Connor condescendingly & harshly, to get out of His office.

200. O'Connor attempted to tell Dr. Espino about His other Health issues thereon said 9-29-13 sick-call, to no avail, which Dr. Espino intentionally disregarded.

201. Upon information and belief, Nurse Johnson & Dr. Espino had already agreed & conspired about denying O'Connor adequate care, prior to seeing them on 10-1-13.

202. Both Nurse Johnson & Dr. Espino, knew O'Connor had serious health needs which they intentionally disregarded by being deliberately indifferent.

203. Both Nurse Johnson & Dr. Espino knew the serious risks & harm that could & did ensue, that caused O'Connor injuries that were more than gross negligence.

204. Due to denial of adequate care by Johnson & Espino, O'Connor continued to suffer with worsening health issues outlined in said 9-29-13 Sick-call.

205. On 11-13-13, O'Connor submitted Grievance log # 1311-205-138 complaining of Dr. Espino knowingly & intentionally falsifying material facts in Griev# 1310-205-254 Response.

206. Specifically, Dr. Espino falsely alleged "I have reviewed your chart back to 12/16/2010 and do not find one sick-call with complaints of shoulder pain, numbness or tingling."

207. However, numerous Sick-Calls by O'Connor dated 4-2-10, 4-30-10, 10-5-10, 12-16-12, 1-14-13, 9-29-13, (and others) complained about severe shoulder pain, numbness, tingling, etc.

208. Reviewing Grievance officials at FDOC Central office, relied on Dr. Espino's fraudulent & misleading statements to deny O'Connor adequate care for O'Connor's worsening CRPS nerve injury.

209. On 11-19-13, O'Connor submitted an Inmate Request to Medical advising He qualified for a 4000 AH Diet, considering the 11-18-13 sick-call verified His underweight.

210. Nurse Johnson intentionally disregarded said Request for 4000 AH Diet, and didn't even refer matter to the Doctor for adequate diagnosis & care.

211. On 11-20-13, O'Connor was relocated from FSP J-wing to C-wing without His personal property denied, due to no front cuff pass & inability to carry His VERY heavy property [videos witnessed,] [rear restraints,]

212. Due to said relocation, O'Connor was denied His Psych meds & Gastro meds 11-20-13 [videos witnessed] [pm]

213. On 11-19-13 O'Connor submitted another sick-call & was seen by Nurse Jane Doe on 11-25-13, who previously saw O'Connor at sick-call on 1-30-13.

14

FACTS :-

214. Said Nurse Jane Doe repeated Her regimen as before on 9-30-13 by doing no physical assessment, denied adequate meds, diet & front/cuff pass.

215. Nurse Jane Doe also disregarded His shoulder CRPS issues, leg & ankle issues, mentioned in said 11-19-13 Sick Call

216. On 12-1-13, O'Connor was denied PM Tums and Prilosec, was discontinued.

217. On 12-1-13, O'Connor submitted another Sick-Call, explaining His 11-26-13 Refusal of Medical Call-Out, was due to paranoia, fear & anxiety.

218. O'Connor was concerned gravely about His life safety & well being, due to FSP C-Wing (swim) staff threatening to physically abuse O'Connor (BHM) & such abuse is prevalent at FSP

219. Said 12-1-13 Sick Call stated FSP C-Wing WHM staff threatened to beat O'Connor in full restraints inside the housing cell off camera per FSP custom.

220. Said 12-1-13 sick call stated C-Wing WHM staff threatened to give O'Connor a black-eye in light of O'Connors' past staff abuses, & videos witnessed said threat

221. To date, FSP is the only CM facility in FDOC where staff enters cell off camera with Inmate inside in restraints, to place or remove additional restraints when healings ensue

222. On the 12-1-13 Sick-Call, O'Connor explained He refused the 11-26-13 Medical Call-Out due to being in restraints in the rear in small holding cages for hours

223. Per FSP's custom, O'Connor has to remain in restraints for hours to see Medical, which adversely affects O'Connors shoulder problems, pain, tingling & numbness

224. On the 12-1-13 Sick-Call, O'Connor sought disclosure of His Hemoccult samples submitted about 11-20-13, to no avail.

225. Said 12-1-13 Sick-Call also complained of O'Connors' ONGOING problems with His shoulders, Eye-Vision, Gastro, Feet leg & ankle problems, stated in prior sick-calls to no avail.

226. O'Connors' 12-1-13 Sick-Call issues were disregarded instead of adequate care provided

227. On 12-3-13, O'Connor submitted another written Inmate Request stating that He's entitled to a 4000 AH Diet at 6 ft 135 lbs, & Low Residue for gastro issues, to no avail

228. Nurse Johnsons' response to the 12-3-13 written Inmate Request disregarded the matter, without providing O'Connor adequate care by referring O'Connor to Doctor for diagnosis, etc.

229. The DCG-229 Records on wings will reflect O'Connor weighing 137 lbs on 11-18-13 and 135 lbs on 11-30-16, brought to medical staffs attention of underweight, to no avail.

230. FDOC, FSP, Medical Staff e.g., Dr. Espino & Nurses, continued to deny O'Connor

FACTS :-

an adequate diet to comply with His Health, & Religious needs, ie, non-standard therapeutic diet.

231. Then & now, O'Connors' sincere Vegetarian Judaic & SYDA Tenets, require peanut butter, whole fruits, bread, vegetables, milk, cereal, etc, & prohibits fish, meat, eggs & sour food (eg curds).

232. Same could easily be modified to accommodate both O'Connors' health & religious needs per policy FAC 33-204.003(5) & Proc. 401.009(6)(j), which costs little to NOTHING, that's denied.

233. On 12-7-13 about 3 30 pm, Nurse Beggies walked by O'Connors' cell without providing Him Gastro & Psych Meds & advised there's no cup for Oconnor witnessed by videos.

234. Later on 12-7-13, about 5:30 pm Nurse Wilkerson returned & provided Psych Meds, some Gastro Meds, but no Tums or Prilosec, where something come (check spelling) was substituted

235. On 12-13-13, O'Connor was scheduled to go to RMC for eye doctor, but O'Connor refused due to severe shoulder pains, numbness & tingly feeling from rear restraints.

236. CO McCoy radioed medical & escorted Oconnor from the strip search room by Time square (FSP Main Control Center), to FSP to sign a refusal, which O'Connor advised He didn't want to sign

237. Nonetheless, CO McCoy took O'Connor to Medical to sign said Refusal Form over O'Connors' protested refusal to sign, where Nurse Johnson, another Nurse & CO were waiting.

238. The medical videos & audios, if available will reflect Nurse Johnson using profanity & approaching Oconnor in a hostile manner, with clenched fist to physically abuse Oconnor

239. Other security staff including CO McCoy were present and started stretching their arms and cracking their knuckles, as if getting ready to physically abuse O'Connor

240. Nurse S. Johnson then yelled at Oconnor to sign the "fucking" refusal, and in fear for O'Connors' life safety & well being, O'Connor involuntarily signed under coercion & duress.

241. Nurse Johnson then told O'Connor to stop filing all those "fucking" grievances if O'Connor is going to refuse His RMC call-out.

242. O'Connor then attempted to explain to no avail that the rear restraints in block-box, with waist chain caused severe pain, numbness & tingly feeling.

243. O'Connor explained said pain, numb, & tingly feeling extends from shoulders to neck, face & hands, which S. Johnson disregarded

244. O'Connor was then dismissed & taken back to His housing cell on C-Wing in a state of fear, anxiety, paranoia, distress, aggravated & agitated by Nurse Johnson et al.

245. O'Connors' Mental & Emotional Injuries have prior physical injuries of head scaring etc.

246. It should be noted that said medical area has several blind spots that have

FACTS -

No audios & videos, where numerous Inmates have been brutally abused by staff.
247. Said abuses in the medical area can be supported by Inspector use of force records.
248. Nurse Johnson, Co McCoy, et al, knew O'Connor had serious mental & medical needs (shoulder & optical), which they intentionally disregarded & were deliberately indifferent to.

249. Nurse Johnson, McCoy, et al, knew the serious risk & harm that could ensue if denied adequate shoulder & optical care, & threatened with physical abuses

250  Nurse Johnson, McCoy, et al denial of adequate care was more than gross negligence, where, consequently O'Connors' Mental Paranoia, etc, optical & shoulder problems have worsened

251. On 12-18-13, O'Connor filed grievance log #1302-205-234 stating Nurse Johnson intentionally & knowingly falsified Informal Grievance log # 13-2527 Response that His weight of 187lbs was previously addressed.

252. O'Connor never raised said issue of O'Connor weighing 187 lbs on 11-18-13 on any prior grievance before 11-18-13 to be previously addressed to deny adequate diet for His weight loss.

253. Johnson falsified said material facts to deceive reviewing parties e.g, Formal & Appeal Grievance Respondents to rely on same to deny O'Connor said diet He was entitled.

254. Consequently, O'Connor continued to suffer weight loss, severe hunger pains due to said diet denied, preceded by 2010 surgery, physical injury.

255. Nurse Johnson knew O'Connor had a serious medical need for weight loss diet, which she intentionally disregarded & was deliberately indifferent to, knowing the serious risk & harm therefrom.

256. Nurse Johnson's acts & omission that caused O'Connors' injuries were more than gross negligence.

257. On 12-25-13, O'Connor attempted to provide Nurse Singletary a sick-call dated 12-25-13, regarding O'Connors' severe Mental Issues to no avail.

258. Nurse Singletary refused to accept same, which O'Connor attached to a written Inmate Request & sent to Psychologist Dr De'Marie, said day.

259. O'Connor also attached a copy of said 12-25-13 sick-call Request to a Formal Grievance & Sent to the Warden, next day.

260. Dr De Marie responded to the aforesaid request & Dr Espino et al responded to the Formal Grievance, both basically saying O'Connor has been refusing Mental Health Care.

261. However, neither Dr. De Marie nor Dr. Espino addressed O'Connors' fear paranoia, etc, regarding staffs' threats to abuse him & rear restraints adversely affecting His shoulders & call-outs.

262. None of the 12-25-13 issues of Christmas Eve 2013 were addressed, e.g. denial of adequate heat & extra blanket for extreme cold causing numbness & pain of bullet in leg, shoulder issues, acid reflux, etc ...

FACTS:

263. On 12-31-13, O'Connor was relocated from FSP cell C-1101 to D-1102, where other Inmates foul smelling stool was inside inoperable toilet & O'Connor was full in restraints in rear with leg shackles

264. O'Connor was subjected to carry His very heavy personal property in full restraints injured due to FSP's custom to do so, & Dr. Espino denying no heavy lifting pass & frontcuff pass for shoulders,

265. O'Connor remained in cell D-1102 for a while with severely paining, numbing & tingly shoulders that radiate to neck, face & hands, while smelling said foul feces in said inoperable toilet.

266. On 1-___-14, for 2014 when O'Connor was transferring from FSP IV Wing to UCI - TCU rearcuff Inpatient Mental Care, O'Connor was subjected to His very heavy property in full restraints.

267. This was due to FSP's custom warranting same & Dr. Espino denying O'Connor a no heavy lifting pass & a front cuff pass.

268. While O'Connor was going from upstairs to the second floor, in full restraints cuffed in rear, with two large sheet bundles of very heavy personal property, the following ensued

269. Without escorting staff holding O'Connor's arms, O'Connor tripped on the leg shackles while going down the stairs

270. The very heavy sheet bundles of property tied together over O'Connor's shoulder pulled O'Connor down into the wall very hard face first, & shoulder second.

271. Security staff saw this, and probably didn't even document same, and denied O'Connor's request to see medical for adequate care for His severely paining face, head & shoulders

272. O'Connor's mental & emotional injuries of severe pain of shoulders & face hematoma & throbbing headache from ramming into the wall have prior injuries of head aches in his lay

273. At all times between 2013 - 2014 while O'Connor was at FSP, Corizon was contracted was with FDOC at FSP, to provide Inmates adequate care & accommodations which O'Connor denied.

274. Further, Dr. Espino knew O'Connor had a serious medical need with shoulders, etc, which Dr. Espino intentionally disregarded and was deliberately indifferent to in denying said passes

275. Dr. Espino knew the serious risk and harm that could & would ensue, that caused O'Connor's injuries that are more than gross negligence, but cared less about said passes.

276. On 12-28-17, O'Connor was transferred from UCI to FSP where O'Connor weighed 130 lbs, and disclosed the below to intake Nurse Janley, to no avail.

277. O'Connor submitted Grievance log # 1701-205-038 dated 12-30-16 regarding His Gastro Disability & denial of a Non-Standard Therapeutic Diet for His Health & Religion.

278. O'Connor complained in said 12-30-16 Grievance about His ONGOING serious gastro

FACTS:-

issues since His 2010 gastro surgery, eg, acid reflux that causes esophagus cancer, heartburns, etc.

279. O'Connor also explained in said grievance that He suffers severe pains & cramps, where He has to curl up in fetus position, with clenched fists & teeth, profused sweating.

280. Said sharp gastro cramps & pains attack also cause increased heartrate and blood pressure, & He stops breathing to endure same when He falls to floor & close His eyes.

281. O'Connor stated in said grievance that said worsening gastro issues ensue especially after meals & after deficating.

282. O'Connor also explained in said grievance that He sometimes crawls from toilet to bed because of severe pains & cramps that inhibit walking.

283. Said Grievance stated He's entitled to a Low Residue Diet for foods low in indigestible carbohydrates that reduce gastro motility, that result in acid reflux, heartburns etc.

284. Said 12-30-16 Grievance stated the above gastro problems come from O'Connor eating beans, oatmeal, uncooked foods, etc.

285. Said 12-30-16 grievance stated fatty foods eaten causes O'Connor's cholesteral gallstones for which O'Connor approved surgery since March 2015.

286. Said 12-30-16 grievance stated O'Connor is entitled to a Fat Intolerance Diet.

287. Said 12-30-16 grievance stated O'Connor is also entitled to a 4000 calorie Diet due to weighing 138 lbs on 12-28-16, which is underweight at 6ft.

288. Said 12-30-16 Grievance stated O'Connor was/is on an Alternate Diet due to health & sincere religious need of Vegetarian Jivaism & SRIA Philosophy.

289. Said 12-30-16 Grievance stated His Religious beliefs prohibit meat, fish, eggs, etc.

290. According to FDOC & FSP custom & practice, eggs are considered dairy, which are served on the Alternate Trays, contrary to O'Connor's belief & 33-204.002(3) non-meat substitute.

291. Said 12-30-16 grievance stated His Religious Tenets require peanut butter, milk, cereal, whole fruits, vegetables, bread, etc, some of which FDOC Inadequate Vegan Diet doesn't serve

292. Said 12-30-16 Grievance explained that O'Connor is entitled to a Low Residue, Fat Intolerance, 4000 & Vegan Diets combined, ie, a Non-standard Therapeutic Diet.

293. Instead of providing a Non-standard Therapeutic Diet to comply with His health & religion, O'Connor has to take one diet over the other

294. Said 12-30-16 grievance stated the chief Health Office (CHO), Regional Medical Director & Central Office should authorize said Non-standard Therapeutic Diet

19

*FACTS:-*

295. Said 12-30-16 Grievance was to no avail, was denied 1-23-17, and simply made reference to a Fat Intolerance Diet written 12-31-16.

296. The Fat Intolerance Diet serves meat, eggs, beans, oatmeal, uncooked indigestible vegetables, apple sauce with gelatin, etc, contrary to O'Connors health & religion.

297. The Fat Intolerance Diet does NOT serve, Peanut Butter, whole fruits, cooked vegetables, cereal, milk (substituted with watered down breakfast beverage).

298. On 12-30-16 after O'Connor submitted the 12-30-16 grievance, O'Connor saw Dr. Chuong T Le (also chu), concerning His Gastro issues, who disregarded His other health issues.

299. Specifically on 12-30-16, Dr Le disregarded O'Connors' verbal complaints about His severe migraine headaches, dizziness, black-outs, etc, etc.

300. Dr Le disregarded O'Connors' complaint of; severe eye pain, watering eyes, blurry vision, sparkles and flashes of light in vision; good far - but poor close vision, seeing black spots, etc.

301. Dr Le disregarded O'Connors complaint of, severe CRPS, shoulder pain with tingly sensation & numbness which radiates to neck, face & hands, which get hot & cold, with shiny look.

302. Dr Le also disregarded O'Connors' complaints about His dry peeling & cracked skin that bleeds, where bullet scar itches & numbs especially when cold, cracked & peeling heel etc.

303. Dr Le also disregarded O'Connors' verbal complaints about His CRPS, severely paining hip & knee injuries, broken improperly healed ankle, which hinder proper walking, etc

304. Dr Le also disregarded O'Connors' complaint of His nail-less toe, which gets numb with severe pain when bumps into &/or rubs against hard surfaces.

304. Dr Le was only focussed on O'Connors' gastro issues, most of which Dr Le disregarded.

305. O'Connor, to no avail attempted to tell Dr. Le that He's entitled to a Low Residue Diet due to severe acid reflux, heartburns, indigestion, regurgitation, pains & cramps.

306. O'Connor advised the above gastro issues ensue from eating incorrect foods such as beans, oatmeal, uncooked vegetables, etc.

307. O'Connor attempted to tell Dr Le He's entitled to a Fat Intolerance Diet due to cholesteral gallstones O'Connor has from eating fatty foods.

308. O'Connor advised that He suffers nausea, indigestion, etc, from eating fatty foods.

309. O'Connor advised Dr Le that He's entitled to a 4000 Diet due to being underweight, weighing 138 lbs at 6'.

310. O'Connor attempted to tell Dr Le He refrains from eating meat, fish, eggs

FACTS:

and sour foods ████ e.g. curds, etc., due to His sincere Judaic & SЧD₳ Vegetarian beliefs

311. O'Connor attempted to advise Dr Le that His beliefs require peanut butter, cereal, whole fruits, vegetables, milk, bread, etc., to no avail.

312. O'Connor, to no avail, attempted to advise Dr Le that Low Residue, Fat Intolerance, 4000 Calorie & Vegan should be combined.

313. O'Connor advised Dr Le that He should prescribe a Non-Standard Therapeutic Diet to accommodate O'Connors' health & religion, to no avail.

314. O'Connor attempted to advise Dr Le that O'Connor should not have to choose one Therapeutic Diet over another or Vegan Diet, to no avail.

315. Dr Le then took O'Connor to the scale, and without calibrating the scale & deducting 5 lbs for restraints, Dr Le falsified O'Connors' weight as 160 lbs.

316. Note that Nurse Danley documented O'Connors' weight as 138 lbs only minutes prior to seeing Dr Le said day 12-30-16.

317. Dr Le then went back to the Office and falsely advised O'Connor He's not entitled to any Diet & will not prescribe any diet for O'Connor

318. O'Connor requested adequate gastro meds e.g. Nexium & Tums 5 times daily; & Dr Le advised FPS denied & FDOC 14 prohibits Nexium due to cost & disregarded Tums 3x daily.

319. Dr Le also advised O'Connor that He has no gallstones in the gallbladder because the colonoscopy results show negative, when O'Connor explained colonoscopy doesn't view gallbladder.

320. Dr Le advised O'Connor, there will be NO surgery to remove gallstones.

321. O'Connor then responded that gallstones can clog the gallbladder opening, cause infection, & if gallstones errupt (like appendix) the infection will spread & be fatal.

322. O'Connor advised Dr Le that He signed a consent for gallstone surgery March 2015, which was approved, to no avail.

323. O'Connor also advised Dr Le that acid reflux strips the esophagus cells to cause cancer & rupture of esophagus veins can cause massive & fatal blood loss, to no avail.

324. Dr Le began to lose His patience with O'Connors' numerous medical complaints & then dismissed O'Connor from His office.

325. On 1-2-17, O'Connor submitted sick-calls to Nurse C., about His Head, Eyes, shoulders, gastro, hip-knee-ankle-toe, wound & skin, Dental, ongoing for years.

326. The 1-2-17 Sick-call regarding Medical re-iterated the herein, & other facts

FACTS:

327. O'Connor's 1-2-17 Dental Sick-Call advised of missing teeth that need implants, dentures don't fit, teeth need possible extraction, etc.

328. Said 1-2-17 Dental Sick-call also stated O'Connor has toothbrush abrasion that's numb and painful, especially when contact with cold air, food liquid, etc...

329. On the morning of 1-3-17, O'Connor submitted several grievances about His Head, Eyes, Shoulders, Gastro, Hip-Knee-Ankle & Toe, wound-skin, Dental Issues.

330. O'Connor 1-3-17 Grievances about His Health Issues above ONGOING for YEARS, had said 1-2-17 Sick-Call attached thereto.

331. On the evening of 1-3-17, Nurse C provided O'Connor a copy of a Fat Intolerance Diet Pass written by Dr Le, on 12-31-16, who said O'Connor would get no diet on 12-30-16.

332. Consequently, 3 × daily, O'Connor had to eat a deficient medical Diet that contravened His health & religious needs, outlined in Menu herewith.

333. Said 12-31-16 Diet Pass was valid from 12-31-16 to 3-31-16.

334. Note that Fat Intolerance serves beans, oatmeal, meat, eggs, applesauce containing gelatin, uncooked vegetables, etc. that Dr Le knew & disregarded.

335. The Fat Intolerance Diet does NOT serve: whole fruits 3× daily, peanut butter, milk, cereal, etc., required by O'Connor's religion, which Le knew & disregarded

336. On 1-5-17, O'Connor submitted Grievance Log # 1701-205-071, with Petition For Rule Change # DC14-198 dated 11-5-14 by former Sec. FDOC Michael D. Crews.

337. Said Petition For Rule Change decision of 11-5-14 informed O'Connor of a existing Non-Standard Therapeutic Diet that policy allows & grievable if denied.

338. Dr Le returned without action on 1-23-17, said 1-5-17 grievance, disregarding O'Connor's need for a Non-Standard Therapeutic Diet for His Health & Religion.

339. Dr Le knew O'Connor had a serious medical need, which He intentionally disregarded, & was deliberately indifferent to, knowing the serious risks & harm that could ensue.

340. Dr Le's delinquencies caused O'Connor's injuries that's more than gross negligence.

341. Dr Le never referred O'Connor to neurologist &/or conduct/ordered any tests for O'Connor's head problems, never referred O'Connor to eye doctor or did any eye visual tests.

342. Dr Le never referred O'Connor to specialist for shoulder, ordered any adequate tests e.g., MRI, provided ICE-HOT, etc., front cuff pass, no heavy lifting pass, pain meds, etc.

343. Dr denied adequate medical diet for health & religion, denied adequate gastro meds,

FACTS:

referral to gastroenterologist &/or surgean, recommended gallstone surgery, etc.

344. Dr. Le never recommended O'Connor to specialist for hip, knee, ankle & toe; provided Medical shoes with ankle support & toe padding, knee & ankle ace wrap/brace, pain meds, etc.

345. Dr Le denied adequate care for dry skin, eg moisturizer for dry bleeding bullet scar, peeling & cracked heels, etc.

346. To date, O'Connor remains with His worsening conditions of severe pain, cramps, suffering, anguish, acid reflux, heartburns, indigestion, bloody stools, numbness, tingle feeling, etc.

347. O'Connor still has said vision-eye problems of flashing sparkles of light, seeing black spots, etc.

348. O'Connor's Mental & Emotional Injuries have prior physical injuries aforesaid, eg, hematoma in head back with 4" laceration scar; about 1" scars by both eyebrows with bump.

349. O'Connor's additional injuries include nail-less toe, nerve damage needing reconstructive surgery, CRPS, shift of jelly in eye per optician, scars on hip, missing teeth, etc.

350. Several of the herein injuries ensued while in FDOC from FDOC staff.

351. O'Connor makes no excessive use of force claim concerning said injuries from staff, but claims inadequate care & accommodation for same.

352. On 1-6-17 O'Connor was relocated from L-Wing to E-Wing at FSP & was forced to carry all His very heavy personal property in full restraints per custom.

353. O'Connor is of belief He injured His back as a result of carrying said heavy property on 1-6-17, where since to date O'Connor has been having severe back pains.

354. O'Connor's muscle in His back even involuntarily twitches regularly, where, writing, lifting, bending, lying down, etc, is difficult without experiencing severe burning sensations; pinching nerve.

355. O'Connor grieved this back issue to Medical to no avail.

356. On 1-6-17, Nurse Johnson came to E-Wing cell E-1206 where O'Connor is housed and provided O'Connor His submitted Sick-Call dated 1-2-17 to Medical, unprocessed.

357. Nurse Johnson falsely alleged she could not read said Sick-Call, so she refused to process same.

358. Nurse Johnson knowingly & intentionally falsifies said material facts which reviewing staff at FSP & FDOC Central Office relied on to deny O'Connor adequate care.

359. Nurse Johnson's denial of adequate care by not processing O'Connor's 1-2-17 Sick-Call caused O'Connor severe stress, pain, anxiety, etc; with prior physical injuries aforesaid.

FACTS:-

360. Nurse Johnson knew O'Connor had serious Medical needs, which she intentionally disregarded & was deliberately indifferent to.

361. Nurse Johnson knew the serious risks & harm that could & have ensued that 6 caused O'Connor's injurees, that's more than gross negligence

362. On 1-12-17, O'Connor saw Mental Health Counselor Lockwood, on E-Wing in a room without chairs, with dirty smelly clothes on floor, on E-Wing's 3rd floor.

363. Where, Ms Lockwood (B/F) sat on a BUCKET, causing Her buttocks to hurt & numb while O'Connor stood in full restraints for about 30 minutes during 1-on-1 therapy.

364. The w/m Security staff present denied Ms Lockwoods verbal request for chairs, while said w/m staff closed the room door & sat outside room, reclined in a comfortable chair.

365. The videos & audios about this matter should be save, though O'Connor's Informal & formal Grievances submitted 1-13-17, 1-19-17, 2-23-17 & Direct Grievance (Warden Hucke) 2-24-17, unresponded..

366. O'Connor explained to Ms Lockwood that His gastro, shoulders among other health issues are causing & contributing His existing Mental Issues of stress, anxiety, etc...

367. On 1-22-17, O'Connor saw Psychiatrist Dr. Rumbaua, who O'Connor advised of His severe stress, anxiety, depression, insomnia, nightmares, etc, from His head, gastro, shoulders, etc.

368. Dr Rumbaua decreased O'Connor's Zoloft for depression and didn't renew the Prozosin for insomnia - nightmares.

369. On 1-22-17 at Pm Meds Round, O'Connor was denied all Psych Meds by the Nurse, witnessed by videos and audios for cell E-1206

370. On 2-6-17 O'Connor saw Dr Le again, who O'Connor advised to no avail, about His ONGOING Issues with His head, eyes, gastro, knee, leg, ankle, toe, skin & back

371. Dr Le disregarded O'Connor's issues above & focused mainly on O'Connor's Gastro, while denying O'Connor an adequate diet, gallstone surgery, adequate gastro meds, etc.

372. Dr Le advised the Nurses will NOT provide O'Connor Tums 3x daily at FSP, like UCI.

373. On 2-14-17 O'Connor again saw Ms Lockwood, in said stink dirty smelling room, but she was provided a chair to sit while Sgt Warner ordered O'Connor to sit on the bucket, this time

374. Said bucket caused O'Connor's buttocks severe pain & numb like it did Ms Lockwood's buttocks on 1-12-17 & audios & videos witnessed same.

375. O'Connor explained to Ms Lockwood that He's suffering with severe pain, anxiety, stress insomnia, etc due to His above Medical Issues, life sentence, etc.

FACTS:-

376. O'Connor told Ms. Lockwood He has stress & anxiety to where He has very tense feeling in hands & feet which He massages & run under hot sink water to help alleviate same

377. O'Connor advised Ms Lockwood He involuntarily cries, have nightmares where staff abuses Him by choking Him, beating Him, etc., which she said is PTSD.

378. On 3-1-17 about 5:55 AM at breakfast, Officer Osteen closed the flap on O'Connor's *maliciously, wantonly & sadistically* hand & squeezed it for several seconds causing severe pain & difficulty opening & closing hand.

379. Where, A. osteen abused O'Connor because O'Connor wished to speak to the Wing *serves* Sergeant berger above the deficient tray, having eggs, contrary to His religion.

380. The videos & audios on wing witnessed this & saw Co. Osteen walking away cursing in profanity saying "You aint getting shit"; where, at no time was O'Connor a threat.

381. Said abuse also left O'Connor with limited range of motion in hand, & agitated & *to hands* aggravated O'Connors' existent injury of numbing, tingling & pain radiating from shoulders ×.

382. O'Connors' grievances with attached 3-1-17 sick call below were submitted on 3-2-17 but O'Connor never recieved same, even to date.

383. On 3-1-17, the videos & audios will reflect that a WIF Nurse gave O'Connors' Meds (Psych & Gastro) to another Inmate in cell E-1204.

384. Said Nurse walked by O'Connors' cell E-1206 without providing O'Connor said meds.

385. O'Connor then called said Nurse while she was on opposite side of E-Wing who returned and advised O'Connor cellfront that she had no meds for O'Connor.

386. O'Connor never got said meds; and when O'Connor grieved the matter, the response falsely states O'Connor recieved said Meds per the MARS

387. Said Nurse on 3-1-17 took O'Connors' Sick-Call regarding said 3-1-17 flap-hand abuse incident above.

388. O'Connor explained in said 3-1-17 sick-call that said pain from flap abuse above, agitated & aggravated O'Connors' existing pain, tingling & numbness from shoulder to hand

389. Later said evening, O'Connor was taken to Medical for said hand-flap incident, and assessed by Nurse Darley

390. Nurse Darley had O'Connor squeezed Her hand & told O'Connor nothing is wrong with His hand, even when O'Connor attempted to explain He's in severe pain.

391. Nurse Darley diagnosed that O'Connors' hand was ok, instead of referring O'Connor to a Medical Doctor to adequately assess & diagnose O'Connor

FACTS:-

343. Nurse Danley is a NURSE, not a DOCTOR, and has no authority to diagnose.

344. Nurse Danley knowingly & intentionally falsified a material fact that nothing was wrong with O'Connor, which FSP & Central Office reviewing parties relied on to deny care.

345. Nurse Danley falsified said Medical Records to cover up staff abuse to O'Connor regarding said slap, where said fraud was also entered in use of Force Records.

346. O'Connors' pains, anguish, stress & limited range of Motion from said slap incident was preceeded by shoulder CRPS - numbing, tingly & pain to hand, which slap incident aggravated.

347. Nurse Danley knew O'Connor had a serious medical need which she intentionally disregarded & was deliberately indifferent to.

348. Nurse Danley knew the serious harm & risk that could ensue that caused O'Connors' pain, numbness, tingling & limited range of motion in hand that Danley disregarded.

349. Nurse Danleys' delinquencies in falsity statements & documents to deny O'Connor adequate care & diagnosing without authority to diagnose, is more than gross negligence.

400. On 3-22-17, O'Connor was experiencing another episode of severe gastro pains & cramps attack, bloody stools, etc, where O'Connor couldn't properly walk & stand.

401. O'Connor sometimes curls up in fetus position on the floor, with profused sweating, blood pressure rise, clenching teeth & fist, racing heart, etc, from gastro pains & cramps.

402. Said severe cramps & pains ensue usually after eating & defecating; where sometimes O'Connor has to crawl on all fours from toilet to bunk, due to severe pain & cramps.

403. O'Connor attempted to advise Nurse Clarkson of said severe gastro pains & cramps; but Nurse Clarkson simply walked away from cellfront E1206 to advise to do a sick-call.

404. Nurse Clarkson left O'Connor to suffer with severe pain, cramps, anguish, etc, that agitated & aggravated O'Connors' existing gastro Disabilities.

405. O'Connor submitted a sick-call to Nurse Clarkson at PM med rounds, outlining said gastro issues therein.

406. Nurse Clarkson refused to provide O'Connor a copy of said sick-call & advised O'Connor He should have taken off the pink copy prior to submitting.

407. Nurse Clarkson knew O'Connor had a serious medical need due to gallstones, constipation, etc, which she intentionally disregarded, & was deliberately indifferent to.

408. Nurse Clarkson knew the serious risks & harm that could & did ensue, that caused O'Connors' injuries that's more than gross negligence.

FACTS:-

409. On 3-17-17, O'Connor saw Dr Le again, who disregarded O'Connors' issues regarding His head, eyes, shoulders, hip, leg, ankle, toe, skin & back

410. Dr Le was more concerned with O'Connors' gastro issues, where Dr Le denied adequate gastro meds, for pain, acid reflux, heartburns, etc, etc.

411. Dr Le denied adequate diet for health & religion, denied referral to surgeon & gastroenterologist, etc, causing O'Connor to suffer with pain, cramps, etc, etc.

412. Dr Le knew O'Connor had serious medical needs which He disregarded & was deliberately indifferent to, knowing the serious risk & harm that can ensue.

413. Dr Le's delinquences that contributed to O'Connors' existing injuries are more than gross negligence.

414. On 3-16-17, O'Connor had to choose between Mental Health Call-Out, and staying in cell to send out deadline Legal Mail.

415. O'Connor choses the latter, and could not get to tell Mental Health staff of His ongoing Mental Health Issues herein, & Call-out wasn't rescheduled.

416. On 3-17-17, a Nurse inquired about stool cards which O'Connor didn't recieved, to test for bloody stool from straining to deficate & denial of colace.

417. On other occasions over the past weeks, Nurses came to draw O'Connors' blood, which O'Connor refused, due to fear of another staff abuse from said 3-1-17 shift.

418. Seems as said shift Osteen works on is the only shift that blood is drawn.

419. Further, Nurses drawing blood don't change gloves that they use on several inmate to draw blood, AND don't remove needle from sealed pack in O'Connors' prescence.

420. O'Connor suffers from paranoia, and when the above is resolved, will give blood.

421. On 3-5-17, O'Connor was scheduled to see Medical Doctor, where O'Connor was placed in full restraints by Sgt Warner to, small set in a holding cage with said restraints for hours.

422. O'Connor remained in severe pain, anguish, distress, etc, in said full restraints in said small holding cage for hours, absent valid penological justification, per custom.

423. The tight handcuffs agitated & aggravated the CRPS nerve damage, pain numbing & tingly radiating from O'Connors' shoulders to neck, face & hands.

424. The tight waist chain that Sgt Warner placed on O'Connor, knowing O'Connors' Gastro Disabilities, aggravated & agitated O'Connors' severe gastro pains & cramps.

425. Sgt. Warner used waist chain, black box & handcuffs, instead of side restraints.

27

FACTS:-

426. Sgt Warner was aware of said tight restraints, but intentionally maliciously & wantonly disregarded, to cause & contribute to O'connors' pains cramps, etc...

427. On 4-5-17, Sgt Warner, O'connor an inadequate meal that was missing bread as He has done several times before, witnessed by videos & audios.

428. Sgt Warner advised that Food service stated said tray doesn't come with bread, contrary to the current master Menu O'connor possesses

429. On 3-6-17, Sgt Warner provided O'connor a deficient breakfast tray missing jelly (needed to help digestion) margarine & sugar, & falsely stated the tray was right

430. When O'connor attempted to show Sgt Warner a pending suit about said Costco Issue and Deficient Diet, & advised He'd call Him as witness, He got upset.

431. Sgt Warner started yelling that He doesn't care about O'connors' suit & testifying as a witness, while yelling O'connor agitated & upset

432. Sgt Warner then advised O'connor that He's getting a D.R. (Bogus) which O'connor recieved on 4-9-17 as reprisal for verbally complaining & filing suit

433. O'connor is of belief, had not O'connor exercised His protected Free Speech Right to verbally complain about deficient tray & showed Warner said order, no D.R. would ensue.

434. O'connor is of belief, that Sgt Warner wrote said Bogus D.R., to prohibit O'connor from exercising His Free speech to verbally complain & litigate

435. On 4-7-17, O'connor saw Ms Lockwood in said shrink room, where O'connor sat on bucket & Ms Lockwood sat on chair.

436. O'connor relayed several Mental Issues to Ms Lockwood that are adversely affected by His Medical Issues aforesaid, which Ms Lockwood recorded.

437. O'connor advised Ms Lockwood of His depression, involuntary crying, inability to sleep due to nightmares of staff abuses, & issues with shoulder along with gastro, & hip & knee.

438. O'connor spoke with Ms Lockwood about said D.R. from Sgt Warner, & Ms Lockwood said she wanted to come see O'connor said day 4-6-17.

439. However, Ms Lockwood stated Sgt Warner et al, prohibited Her from seeing O'connor, and advised Her that O'connor was mentally unstable, agitated & upset

440. Sgt Warner also advised Her, O'connor was in said mindset due to a D.R. He just got; which O'connor didn't even know Ms Lockwood came to see Him 4-6-17.

441. Ms Lockwood disclose the above to O'connor and agreed that if O'connor

28

FACTS:

was NOT in the right mindframe, mental counseling should have been provide & D.R. withheld.
442. However, mental counseling was withheld & D.R. was provided,
which does not accommodate O'connors Mental & Gastro Disability(ies).
443. Sgt. Warner could even have had Ms Lockwood conduct a celltront
assessment compliant with the Law, but denied O'connor & Ms Lockwood same.
444. At ALL times while O'connor was & is at FSP 2016 to present, Centurion
was contracted with FDOC to provide Inmates adequate care & accommodations O'connor was denied.
445. At ALL times, O'connor was under the care custody, control & confinement of
FDOC secretary & FSP Warden, who denied same absent valid penological justifications.
446. To date, O'connor remains without adequate teeth & is denied implants due
to FDOC & FSP's custom, practice, policy that's undisclosed that prohibit implants.

**Contract.**

447. ALL Government Officials herein at the State & Federal Level,
entered into agreements, oaths, promises, affirmations, contracts, etc is abide by the Laws.
448. Attorneys are license & contracted via the Bar to provide fair trials & representations.
449. Judges who were also attorneys, are contracted via the Judicial
Committees to provide fair Judicial Proceedings.
450. ALL FDOC employees took oaths of office, and agreed to provide
adequate care, custody, control & confinement.
451. Corizon was & Centurion's contracted with FDOC to provide
Inmates adequate care & accommodations; etc.
452. Doctors took Hippocratic Oaths, to provide patients adequate care.
453. Nurses, are license & contracted via FDOH to provide patients
adequate care.
454. All Defendants herein, accepted the terms of their contracts, oaths,
agreements, promises, license, affirmations, etc, & got paid to perform adequate services.
455. All Defendants breached their contract & the like by failure to perform
the ministerial duties, & provide adequate services accordingly concerning O'connor who's a privy.
456. Said breach caused O'connor injuries stated herein.

29

FACTS:-

Disabilities & Accommodations

457. O'Connor is a qualified individual with Disabilities, who is being denied participation in programs, activities, services, major life functions, etc.

458. Said denial is due to O'Connors' Disabilities, which remain unaccommodated for years to date, which will continue

459. At all times, O'Connor met all the eligibility requirements for said programs, services, activities and the like, He was & is excluded from.

A) Mental - Head

460. O'Connor's Mental Disabilities & Head injuries, some of which existed in society, continues, e.g; depression, anxiety, hallucinations, stress, nightmares, etc.

461. Consequently, O'Connor is being denied adequate sleep due to insomnia & nightmares, denied laying down, bending, etc., due to stress & anxiety affecting back.

462. Stress & anxiety also affects hands & feet which hinder O'Connors' writing, walking, etc; unless O'Connor massages same & run under hot water for temporary relief

465. O'Connor's paranoia from staff abuses & FSP custom for staff to enter in cell with Inmate off camera in restraints & abuse Inmates, cause Him to refuse call outs.

1164. FSP's custom to strip Inmates for whatever, wherever, however, leaving them in cold cells for days; also makes O'Connor paranoid about exiting cells for services, showers, blood draw etc.

465. O'Connor was placed on CM in 2005 & was approved for release to Gen Pop in 09 but wasn't released immediately per policy 33-601.800 (16)(e), and O'Connor declared Emergency Psych

466. O'Connor was abused and given bogus DR's and incident reports to cover abuses, and was placed back on CM in 2010 for incidents that occurred while mentally unstable.

467. O'Connor got 12 DR's invalidated in the 1st JCA in O'Connor v Tucker case # 1311-3470, due to arising from O'Connor's insanity, but the CM from said insanity remains.

468. Further 33 404-108(3) caused O'Connor's CM status to be suspended while in Inpatient Mental Care TCU, CSU, MHTF, SHOS, etc. where O'Connor was for years.

469. When O'Connor came to FSP Outpatient setting O'Connor was told by FSP Warden Palmer in Nov. 2013, that He hasn't been out inpatient long enough for CM status downgrades.

FACTS:-

470. Even when O'Connor has been D.R. free & makes positive adjustments, O'Connor is not downgraded every 30 days &/or 6 months per 33-601-800(16)(a).

471. Note, CM status is supposed to be suspended in Inpatient Care, but is upgraded to higher level, per FDOC's double standard.

472. Consequently, O'Connor is denied participation in Gen Pop Programs, services, etc, e.g., chapel services, Vo-Tech school programs, etc, not accommodated via ↑ *release to GP from CM*

473. Said denial is due to O'Connors' Mental Disability(ies) & incidents therefrom that caused O'Connors' CM Placement & continuation to date.

B) Eyes Vision

474. O'Connor has good far vision, but poor close vision, has black spots, sparkles & flashes of light, etc, where eyes water, pain & pin sticking feeling.

475. O'Connor has problems reading, writing, doing law work, etc.

476. FDOC & FSP can, but refuses to provide adequate & reasonable accommodations via corrective lens - reading glasses, etc & referral to specialist.

477. To date, O'Connor remains with shifted jelly in eye from staff abuses.

C) Shoulders

478. O'Connors' shoulders with numbness, tingling, severe pains, that radiate to neck, face & hands, can be accommodated via various ways.

479. FDOC & FSP can provide side-restraints, frontcuff pass, adequate pain meds, no heavy lifting pass, reconstructive nerve surgery, ICE-X-HOT, etc, but failed to do so.

480. FDOC & FSP refuses to even refer O'Connor to specialist, e.g., neurologist, due to cost, where O'Connor is hindered from going to outside, cell call-outs requiring pain-causing rear restraints.

481. O'Connor is hindered from sleeping on his sides, exercising using shoulders, lifting heavy objects, etc., which will continue absent this courts intervention.

31

FACTS:-

D)
~~XXX.~~ Gastro

482. O'Connors' Gastro issues date back to 2010 gastro surgery.
483. Due to O'Connors' Gastro issues, Oconnor can't digest food properly, has acid reflux, heartburns, etc, & gallstones for which Oconnor awaits surgery.
484. FDOC & FSP can accommodate O'Connors' gastro issues with adequate diet for health & religion, adequate meds surgery, etc, that's denied.
485. O'Connors' gastro issues will continue absent this courts immediate help, for His Imminent Danger-Life threatening gastro issues, as aforesaid.

E) Hip-Knee-Ankle-Toe.

486. O'Connors' Hip-Knee-Ankle-Toe issues hinder proper walking, standing, exercises requiring same, etc, which can be accommodate via the following.
487. FDOC & FSP can provide ace wrap/ace brace for ankle & knee, medical shoes with ankle support & toe padding, ICEY-HOT, etc, which are denied.
488. Absent this courts help, same will continue.

F) Skin

490. O'Connors' skin has cracks, peels & bleeds, which is very dry.
491. Due to very severe dry skin, Oconnor can't even turn properly, else it feels as if His skin is going to rip apart.
492. Sleeping is difficult, and other daily activities, where Oconnor scratches said dry peeling skin that bleeds; e.g. gunshot scar, heels, skin, together
493. O'Connors' skin condition existed for years, probably due to very cold air & being unlawful onstrip in TCI, that dries out skin.
494. FDOC & FSP can provide moisturizure, etc, which is denied, because of custom &/or policy to not treat dry skin.

FACTS:-

6) Dental:-

475. OConnors missing teeth can be accommodated via implants which FDOC & FSP deny due to costs.

476. OConnor came into FDOC with ALL His teeth, but due to staff abuses, etc, OConnor lost His teeth, which FDOC & FSP won't replace.

477. The deficient dentures can't be used to eat with.

478. OConnor' dentures don't fit properly, and when He sneezes, coughs, etc, dentures fly right out His mouth, unless adhesive is used to hold it.

479. OConnor has problems eating, such as biting without teeth; speaking e.g, pronouncing words without upper front teeth, etc...

500. Unless this court issues an order, accommodations like implants, etc, will not be provided.


Religion

501. FSP & FDOC can provided adequate substitution for meat, fish & eggs that Food Service Supervisor Cohen provides, contrary to His beliefs

502 However, during OConnors stay at FSP 2013-2014; and 2016 to date, FSP Food Service Supervisor Cohen has subjected OConnor to eat meat, eggs, etc.

503. In 2013-2014, FSP would not even allow OConnor to have a Vegan or Alternate, and was subjected to eat a regular tray with meat, fish, eggs.

504. OConnor submitted several requests & grievances to Food Service, et al, 2013-2014 requesting Alternat or Vegan meals to no avail.

505. In 2016-2017 at present, OConnor submitted several Requests to substitute eggs & meat with peanut butter, to no avail, where eggs & meat still are served

506 Further, FSP chaplain & Central Office have denied OConnor donations of Purim & Passover Packages from Aleph Institute & Sabbath Keepers Fellowship.

507. When OConnor grieved the issue initialed 2-23-17, ● Chaplain said donations are not solicited. but do solicit donations for Non-Jewish, Christians, e.g Kairos, etc...

FACTS:-

508. The Formal Response, dated 3-1-17 concurred with the Informal Response.

509. However, FDOC Central Office 3-23-17 Response stated, the chaplain doesn't specifically seek donations for individual indigent inmates.

500. FDOC central Office further advised, Aleph will make donations for Jewish Congregation Seder, but not individuals inmates.

511. Thus due to O'Connor being on CM He can't participate in Passover, due to being Indigent.

512. However, per sis Kleiners Feb. 2017 correspondence none of the above limitations were mentioned on any papers to O'Connor.

513. Further, the issue of Purim was disregarded by said FDOC central Office Response.

514. Also, per Sabboth Keepers Fellowship, (SKF) Mr William Smith, refuses to allow SKF to donate passover items to FDOC Inmates.

515. This is without adequate, penological justification.

516. Consequently, O'Connor was denied the Right to His religious ~~observations~~ Observations of Purim & Passover by FDOC & FSP.

Law Library.

517. FSP Law Library Supervisor in 2013-14 & 2016 to date, continue to deny O'Connor adequate Law Library services; e.g, photocopies, ink pens, etc...

518. Where, even in 2016 Dec. to about Feb, 2017, FSP Law Library denied O'Connor ink pens, absent valid reasons, needed to do Legal work, litigate, etc.

519. FSP & FDOC have a policy, custom, practice (& profess) where NO Law Clerk comes on FSP CM Wings to provide Legal Services to Inmates.

520. This is absent valid penological justifications, where, said practice of not allowing Law Clerks on CM Wings been ongoing at FSP for years to date.

Food Service.

521. Food Service (When has a custom, & practice to send whatever S/HE feels, to CM Units.

33

FACTS:-

522. FSP Food Service, when sends pink breakfast beverage (supposed to be white like Milk), due to dirty juice kegs used for red breakfast beverage.

523. Breakfast Beverage usually have black residue therein.

524. No coffee is usually sent almost every day.

526. The beans have rocks, worms, and black inedible particles.

527. Cold Food is sent daily, due to inadequate food carts that have no panels, etc, to keep trays warm & have no capability to plug in socket to heat.

528. The plastic trays are oily from previous meals, due to no machine to wash them, which are improperly hand washed.

529. O'Connor has even caught Food Poison – Gastro virus, from said filthy trays, back in 2013 at FSP, that contributed to his Gastro issues.

530. Several of the herein has been ONGOING for years to date.

Heat · Light · Cold

531. At FSP, when the weather is warm, hot air comes from the vents in cells/housing; while excessive light stays on from 5am–12 midnight.

532. Inmates have to remain fully dressed in said excessively hot cells, without cool air.

534. In the cold weather, the improperly closed windows, allow very cold air from outside to come inside cell, & the heat doesn't work.

535. Further, if the inmate goes under his blanket to cover due to cold, he's given a D.R. or placed on strip.