**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

SEP 18 2006

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: O'CONNOR, NYKA          199579          FSP
   Last  First  Middle Initial     Number     Institution
                                          06-6-25339

---

| Part A – Inmate Grievance |
|---|

Appeal re log# 0608-205-488. Griev. Respondent(s) failed to address each individual issue in the above ref Griev. Specifically, the issue that Grievant currently have black spots in Grievants vision, which RMC optometrist never addressed. Respondents avers that Grievants' vision is required to be 20/60 or greater (i.e. reading a Snellen chart from several feet) to receve glasses & Grievant doesn't meet that criteria however, Grievant never requested to be issued just "any glasses," but specifically a pair of reading glasses for close vision reading, considering Grievant is far-sighted. Respondent(s) failed to provide Grievant the criteria needed for receving glasses for near vision reading, where Grievant assumes Respondents' alleged "20/60 criteria or greater" is in reference to One who has difficulty when reading far-sighted objects from several feet eg. Snell Chart. Respondent(s) should also provide Grievant the Rules, Statues, Laws, Medical Protocol etc. etc. authorizing the denial of Grievants' request for near vision reading glasses re Grievant who has 20/15 farsighted vision from several feet but has blurred vision reading near sighted objects close-up, (approximately 6" or so). Kindly advise if its lawful & ethical for FDOC to confiscate Grievants' personal near vision reading glasses & refuse to allow Grievant to receve the same from the free world after sending home said glasses for repair and recently has denied Grievant reading glasses for near vision reading based upon the aforesaid. Respondent(s) have agreed to be held liable devoid of all immunity in any future proceeding by denial of Griev log# 0608-205-488. Appeal Respondent(s) may verify said agreement in fact and agree to be held liable devoid of all immunity in future proceedings by denial, non-response, process, return without action/process response of this Complaint. All Rights Reserved.

I swear by the penalty of perjury that the above is true & correct & that a copy of this Complaint was provided to prison officials for mailing on this date.

Sept. 13 06                    NYKA BASSIANT O'CONNOR 199574
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ☑ / 1
                                                  #       Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 9-14-06          Institutional Mailing Log #: _____
        (Date)                                          (Received By)

|  |  |  |
|---|---|---|
| **DISTRIBUTION:** | **INSTITUTION/FACILITY** | **CENTRAL OFFICE** |
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

7a FSP(205)

DC1-303 (Revised 2/05)          2DSD6D9 1402

DEC 2 8 2006

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 06-6-25839 | (205) FSP - MAIN UNIT | U2106L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

It is determined that the response made to you by Dr. Madan on 9/06/06 appropriately addresses the issues you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY.  UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

Pilar Gudino, IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

# Hyperopia

From Wikipedia, the free encyclopedia

**Hyperopia**, also known as **hypermetropia** or colloquially as **farsightedness** , is a defect of vision caused by an imperfection in the eye (often when the eyeball is too short or when the lens cannot become round enough), causing inability to focus on

| Hyperopia |
|---|
| *Classification & external resources* |
| **ICD-10** H52.0 (http://www.who.int/classifications/apps/icd/icd10online/?gh49.htm+h520) |
| **ICD-9** 367.0 (http://www.icd9data.com/getICD9Code.ashx?icd9=367.0) |

near objects, and in extreme cases causing a sufferer to be unable to focus on objects at any distance. As an object moves towards the eye, the eye must increase its power to keep the image on the retina. If the power of the cornea and lens is insufficient, as in hyperopia, the image will appear blurred.

People with hyperopia can experience blurred vision, asthenopia, accommodative dysfunction, binocular dysfunction, amblyopia, and strabismus.[1]

Hyperopia is often confused with presbyopia [2][3], another condition that frequently causes blurry near vision. [4] Presbyopes who report good far vision typically experience blurry near vision because of a reduced accommodative amplitude brought about by natural aging changes with the crystalline lens.[4] It is also sometimes referred to as farsightedness, since in otherwise normally-sighted persons it makes it more difficult to focus on near objects than on far objects.[5]



Hyperopia, and restoring of vision with convex lens

## Contents

- 1 Classification of hyperopia
    - 1.1 Classification by clinical appearance
- 2 Diagnosis
- 3 Treatment
- 4 External links

# Classification of hyperopia

Hyperopia is typically classified according to mamaguebo clinical appearance, its severity, or how it relates to the eye's accommodative status.[1]

## Classification by clinical appearance

- Simple hyperopia
- Pathological hyperopia
- Functional hyperopia

http://en.wikipedia.org/wiki/Hyperopia                                    4/27/2007

# Diagnosis

Visual acuity is affected according to the amount of hyperopia, as well as the patient's age, visual demands, and accommodative loza

# Treatment

Various eye care professionals, including ophthalmologists, optometrists, and opticians, are involved in the treatment and management of hyperopia. At the conclusion of an eye examination, an eye doctor may provide the patient with an eyeglass prescription for corrective lenses.

Minor amounts of hyperopia are sometimes left uncorrected, however, larger amounts may be corrected with convex lenses in eyeglasses or contact lenses. Convex lenses have a positive dioptric value, which causes the light to focus closer than its normal range.

Hyperopia is sometimes correctable with various refractive surgery procedures.

# External links

- pupilEyes - Learn how Hyperopia happens (http://www.pupileyes.com/index.php?content=hyperopia&lang=english)
- DocShop.com - Hyperopia Treatments (http://www.docshop.com/education/vision/refractive-errors/hyperopia-treatments/)
- Scottish Sensory Centre - Medical Info on Hypermetropia (http://www.ssc.education.ed.ac.uk/resources/vi&multi/eyeconds/Hyper.html)

| Pathology of the eye (primarily H00-H59) | [hide] |
|---|---|

*eyelid, lacrimal system and orbit:* Stye - Chalazion - Blepharitis - Entropion - Ectropion - Lagophthalmos - Blepharochalasis - Ptosis - Xanthelasma

*conjunctiva:* Conjunctivitis - Pterygium - Subconjunctival hemorrhage

*sclera, cornea, iris and ciliary body:* Scleritis - Keratitis - Corneal ulcer - Snow blindness - Thygeson's superficial punctate keratopathy - Fuchs' dystrophy - Keratoconus - Keratoconjunctivitis sicca - Iritis - Uveitis

*lens:* Cataract

*choroid and retina:* Retinal detachment - Retinoschisis - Hypertensive retinopathy - Diabetic retinopathy - Retinopathy - Retinopathy of prematurity - Macular degeneration - Retinitis pigmentosa - Macular edema

*ocular muscles, binocular movement, accommodation and refraction:* Strabismus - Ophthalmoparesis - Progressive external ophthalmoplegia - Esotropia - Exotropia - Refractive error - **Hyperopia** - Myopia - Astigmatism - Anisometropia - Presbyopia

Visual disturbances and blindness: Amblyopia - Leber's congenital amaurosis - Scotoma - Color blindness - Achromatopsia - Nyctalopia - Blindness

Commonly associated infectious diseases: Trachoma Onchocerciasis

Other: Glaucoma - Floater - Leber's hereditary optic neuropathy - Red eye - Argyll Robertson pupil - Keratomycosis - Xerophthalmia - Aniridia

Retrieved from "http://en.wikipedia.org/wiki/Hyperopia"

Categories: Eye | Optometry | Ophthalmology

- This page was last modified 15:42, 21 April 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 0608-205-240 | (205) FSP - MAIN UNIT | D1220S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

In response to your Formal Grievance 0608-205-240, dated 8/14/06, the information you provided has been reviewed.
Review shows you already have a pending appointment schedule to go to the eye doctor. Based on the above, your
grievance is denied.

GRIEVANCE IS HEREBY DENIED.  Should you elect to obtain further administrative review, you may do so by obtaining
Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 2601 Blairstone
Road, Tallahassee, FL, 32399-2500 within the specified time frame.

VICTOR SELYUTIN, M.D.
FLORIDA STATE PRISON

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

ISSC
MAILED

AUG 3 1 2006

FSP GRIEVANCE OFF.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
SEP 05 2006
Department of Corrections
Inmate Grievances

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: O'CONNOR, NYKA          198519          F.S.P.
　　Last　First　Middle Initial        Number            Institution

06-6-24279

| Part A – Inmate Grievance |
|---|

Appeal re Griev log# 0608-205-240. Grievant saw eye doctor at RMC on 8-18-06
& scored 20/15 on the snell/eye chart from several feet. Grievant is farsighted
and advised said optometrist that Grievant has problems when reading e.g. a book
close up from approximately 6" or so, where Grievants' vision is blurry. Said optometrist
advised Grievant he will not prescribe any reading glasses re near vision for
Grievant due to Grievants' farsighted 20/15 vision and Grievant is not over
40 years old. Grievant advised said eye doctor that Grievant has black spots in
Grievants' vision, which was never addressed by said doctor. Grievants' reading
glasses which Grievant came into F.D.O.C. system was confiscated at SRCI
and sent home; after being repaired SRCI denied Grievant in receiving said
reading glasses; & now, Grievant spent $4.00 for sick-call re reading glasses
and RMC eye-doctor refuses to provide Grievant the same. It would be
futile to sign-up for sick-call again re the same, where F.S.P. Doctor
subsequently advised he won't do anything & RMC has higher authority re the
same. This violates Grievants' Const. Rights, Grievant has problems seeing
when writing letters to family/friends (Freedom of Association) when doing Law
work to the Courts etc. (Denial of Access to Court) doing Religious studies (Freedom
of Religion), Straining Grievants eyes (Cruel & Unusual Punishment) & the Fla.
Respondants agree to liability by denial of the above ref. Complaint & Appeal.
Respondants may verify said agreement & also agree to be held liable devoid of all
immunity by denial, non-rigorous process, return without action, response, process of
this Complaint. All Rights Reserved.
　I swear by the penalty of perjury that the above is true & a copy of this
Complaint was provided to F.S.P. Officers for Mailing on the below date.

8-31-06                          NYKA TASSA ANN O'CONNOR, 198519
DATE                      SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  _____ / 1 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　#　　　　　　Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 9-1-6        Institutional Mailing Log #: _____
　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　　　　　　　　J. Henderson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Received By)

**DISTRIBUTION:**　**INSTITUTION/FACILITY**　　　**CENTRAL OFFICE**
　　　　　　　　　INMATE (2 Copies)　　　　　　　INMATE
　　　　　　　　　INMATE'S FILE　　　　　　　　　INMATE'S FILE - INSTITUTION/FACILITY
　　　　　　　　　INSTITUTIONAL GRIEVANCE FILE　CENTRAL OFFICE INMATE FILE
　　　　　　　　　　　　　　　　　　　　　　　CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)          205060090103

MAILED / FILED

DEC 2 8 2006

O'CONNOR, NYKA
Department
Bureau of Inmate INMATE Appeals

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 06-6-24279 | (205) FSP - MAIN UNIT | U2106L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

It is determined that the response made to you by Dr. Madan on 9/06/06 appropriately addresses the issues you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY.  UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

Pilar Gudino, IISC

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

# INMATE SICK-CALL REQUEST

Date: _9-29-13_                           Time: _____

Inmate Name: _NYKA O'CONNOR_   DC#: _199579_

Housing assignment: _J 1129_                _P-11-?_

Job assignment: _CM-1 Outpatient Care_

Problem:

☑ Pass/pass renewal - Kindly provide Low Residue Alternate I was on before. I was _[illegible]_ transferred from the RDP (Kosher) meals at JCI to FSP where I'm subjected to eat regular trays that causes acid reflux that can _[illegible]_

☐ Medication renewal cause esophageal cancer, heartburn, stomach pains/cramps & blood, stool. I take Ex, I got low on AH acid supplement for my _[illegible]_

☑ Need information (explain): Why did the intake nurse on Thurs 9-26-13 falsify documents/records that I was 170 lbs at the first desk by

☑ Mental Health - Need my _[illegible]_ food service where no scale is & I never weighed since My arm 9-16-13? _[illegible]_ medications for depression, paranoia, hallucination, anxiety & sick-

☑ Dental bid by FSP Property _[illegible]_ since arm 9-26-13 about positions, psi, fighting, & 3rd label _[illegible]_ need to write family, friends, etc. I'm unable _[illegible]_

☑ Medical (explain): _[largely illegible handwritten paragraph]_ ...esophagus cancer. Thank you.

When did problem/symptoms start? _The above issues have been going on for years with_

_my Mental health, Eye/Vision, Teeth, shoulder, stomach & feet. My Eye Meds were_

_discontinued about June 2017 & since I never gotten worse since arrival at FSP_

_* NOTE - whether or not the above issues are addressed & resolved will determine_

_whether or not I file a civil financial complaint with the sick-call as abstain._

_Thanks Again._

Inmate Name _NYKA O'CONNOR_
DC# _199579_                    Race/Sex _B/M_
Date of Birth _Feb. 12, 1980_
Institution _FSP_

Distribution:  Original—Nursing Supervisor

Pink—Inmate (special housing only-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)          Incorporated by Reference in Rule 33-402.101, F.A.C.

RE: Health Care

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

* NOTE: This is a pre-requisite to filing a civil &/or criminal Complaint about Inadequate Health Care. This Grievance & the attached sick-call will be exhibits in a prospective Complaint to Court if the herein is not adequately resolved.

TO: [✓] Warden    [ ] Assistant Warden    [ ] Secretary, Florida Department of Corrections

From: O'CONNOR, NYKA      T       199579      Union C.I
    Last   First  Middle Initial    Number     Institution

**Part A – Inmate Grievance**

* Medical:- (A) Stomach: The RJP (Kosher Meals) that I was receiving at UCI had less adverse effects on My post surgery stomach issues, which served skinless potatoes, no processed meat, no onions, no raw vegetables, lightbread, etc, like Low Residue Therapeutic Diet. However, was transferred from UCI to FSP on 4-26-13 where I was advised by a Local Grievance Appeal Response from FDOC Tallahassee that the RJP was available statewide on 4-1-13. FSP staff has advised that NO RJP is available at FSP & the intake Nurse on 4-26-13 advised Me that FSP doesn't write Diet Passes when I asked to be placed on a Low Residue Alternate Diet (2400 calories) with Low Res. Supplement (250 calories) that I was on at Lake C.I. As a result, I'm currently being subjected to eat Regular Meals which doesn't comply with My Health Needs & Religious Tenets, causes severe acid reflux that can cause esophagus cancer, heartburns, stomach pains & cramps, regurgitation, bloody stool, sour belch, sour stomach, etc. When I lay down on the left-side, I use a pillow to keep My head raised above My stomach to prevent acid reflux & regurgitation. Since 4-26-13 arrival at FSP I have been denied Prilosec and Tums, but on the evening of 9-27-13, the Nurse has been providing Mylanta insted of Tums, which I don't have a problem with. The Prilosec I've been taking since 2010 is not effective & should be replaced with carafate which is more effective despite the cost. I'm also of firm belief that I should be placed in chronic stomach clinic to monitor My chronic gastro issues & necessary tests should be done with pain meds provided for the sharp pain I'm experiencing in My stomach. The intake Nurse on 4-26-13 falsified My weight to be 170 lbs, though no scale is located at the front desk by food service where & then she made with false entry, which doesn't accurately monitor weight loss due to GI dysfunction, malabsorption due to insufficient motility within stomach regarding food consumption. (B) Dental: Front upper tooth is still shaking, gums still bleeds, & 3rd molars on bottom on right & left from back severely pains. (C) Eye/Vision: Still see speckles, have blurry vision, and eyes water. Signed consent in March 2013 for Eye Doctor to no avail; where I'm denied replaced prescription glasses that security discard because I'm indigent. Still experiences sticking pin feeling sensation in eyes. (D) Shoulder: shoulders still pain, which prevents laying & sleeping adequately on sides; prevents 1-on-1 & Group Therapy due to restraints in rear that cause pain, where front-cuff pass & pain meds should be provided along with adequate testing & surgery, if necessary. (E) Leg/Foot: Bullet fragments are in My left hamstring & right ankle that was broken never properly healed pains, & causes difficulty when walking, where a soft shoe pass is needed but is being denied. (F) Mental Health: Need medications for depression, hallucinations, paranoia, anxiety, stress & side-effects. I was taking Prozac, Risperdal & Artane. I find Myself crying uncontrollably at times, have Life sentence + 15 years and FSP Property room refuses to provide My personal property to meet My Legal deadlines regarding Criminal & Civil cases, one deadline is on 4-30-13, another deadline is a week late, among others. I'm also being denied stamps, envelops, writing papers to communicate with society, denied religious materials, hygiene to maintain proper hygiene, etc. I'm having nightmares. The above Health issues with property issues is stressful & I'm thinking about declaring a Psyche Emergency or a person.

9-29-13
DATE

**SIGNATURE OF GRIEVANT AND D.C. #**

Relief: kindly resolve the above ASAP. Provide ANY further relief. See attached sick-Call about the above issues.
THANK YOU.

1309-203-255

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

     [X] 1 Speedy Response
no           #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 9/30/13      Institutional Mailing Log #:_____      M Nichols
         (Date)                                         (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 2/05)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1309-205-255 | FLORIDA STATE PRISON | J1129S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your formal grievance is being returned without further processing in accordance with Rule 33-103.014 (1) (k) the inmate has written his complaint outside the boundaries of the space provided on the grievance form. You may refile utilizing the proper procedure upon receipt of this notification if the filing is within the time frames allowable.

G.A. ESPINO, MD, MSA
CHIEF HEALTH OFFICER
FLORIDA STATE PRISON

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

B. WHITEHEAD
ASSISTANT WARDEN

10/11/13

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

MAILED OCT 1 5 2013

## DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From: O'CONNOR, NYKA _____ 199579 _____ FSP
      Last   First   Middle Initial        Number         Institution

Re Health Care

| Part A – Inmate Grievance |
|---|

Facts:- On 10-1-13, O'Connor saw Dr Gonzalo Espino in his office, who asked O'Connor only ONE question, "what was the stomach surgery for?" Dr Espino placed his stetoscope on O'Connor's stomach to listen to it, then as if he can hear O'Connor's pain, then told O'Connor to get out of his office & that nothing is wrong with O'Connor. Dr Espino disregarded O'Connor's other complaints in his sick-call submitted on about 9-29-13, such as deficating bloody stool, reflux diet, sharp pains, regurgidation and other stomach issues; eye/vision problems - blurry vision, seeing sparkles, watery & painful eyes, feet/leg problem of pain due to gunshot wound & broken ankle; etc. See said 9-29-13 sick-call in general incorporated herein by reference.

Claim- Violation of US & FL's laws for Dr Espino to be deliberately indifferent to O'Connor's serious Medical Condition when brought to his attention. Dr Espino did not order any testing whatsoever, X-Rays, provide pain meds, pass that's needed, make additional inquiries, refer O'Connor to a specialist, etc, etc, which a prudent doctor would do regarding O'Connor's chronic issues that's been ONGOING for years. Dr Espino did not even place O'Connor in chronic clinic. These acts & omissions also violate ADA, RA, among other laws As a result, O'Connor continue to suffer with pain, anguish, distress, bloody stool, reflux, etc.

Relief:- O'Connor provided adequate stomach care, Eye Care, Leg/Foot Care ASAP - Damages Awarded. Any other relief

**SEE ATTACHED RESPONSE**

10-3-13 _____     N. O'Connor, 199579
DATE                SIGNATURE OF GRIEVANT AND D.C. #

1310- 205-045

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ☒ 1 Speedy Response
                                                                          #    Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-102, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 10/4/13     Institutional Mailing Log #:_____     M. Vickus
                             (Date)                                              (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1310-205-045 | FLORIDA STATE PRISON | J1129S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance and medical record were carefully reviewed.  I do find were you were referred to the doctor for abdominal pain.  On 10/1/13 you were seen and assessed appropriately by the clinician.  In 2010 it appears you underwent laparoscopic abdominal surgery after ingesting paperclips.  It does appear that there was no untoward affects status post your surgery.  The low residue diet is not indicated after he reviewed your record.  Apparently you have had a history of left shoulder trauma; however the clinician determined that a front cuff pass wasn'€™t medically indicated.  You have an outstanding consult to go have your eyes checked and possibly get new glasses if the optometrist defines it medically needed.  Just because you want x-rays, pain medication, passes, consults to specialist, placed in a chronic illness does not mean those requests are medically justified.

Based on the above, your grievance is denied.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

G.A. ESPINO, MD, MSA.
CHIEF HEALTH OFFICER
FLORIDA STATE PRISON

B. WHITEHEAD
ASSISTANT WARDEN

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED OCT 17 2013

Re Health Care —

# DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

OCT 2 5 2013

1310-34050

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Depart of Corrections

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

From: O'CONNOR    NYKA    1995-19    RSP
         Last    First    Middle Initial    Number    Institution

## Part A – Inmate Grievance

Appeal re Grievance log # 1310-205-043. Medical / Dental / Mental CARE maliciously denied.

Facts - O'Connor incorporated by reference this sick-call of 9-29-13 into this Formal Grievance log # 1310-205-045. Also O'Connor incorporates said 9-29-13 sick-call herein this appeal as if fully produced HEREIN as authorized by Law. A review of Grievance log # 1310-205-045 Response did not even advise O'Connor to seek Appellate Review from Tallahassee & provide the address, etc. Said Grievance Response alleges that placing a stethoscope on O'Connor's stomach and then telling O'Connor to get out his office constitutes appropriate assessment. Per the professional judgement of Dr. Blate (B/F) at Lake CI, professional assessment includes various verbal inquiries that the written documents by Dr. Espino does not reflect; such as time period pain been going on for, on scale of 1-10 severity of pain; the time the defecation of blood started; when acid reflux, etc. usually occur right after meals, etc; when was the last stomach x-Ray, Endoscopy, Colonoscopy, MRI, upper GI, etc. These inquiries among others were made by a prudent Doctor at Lake CI. No inquiries were done with fresh x-Rays, MRI, Hemo stool test for bloody stool, etc. Espino relied on stale Medical Report from 2010 to deny all medical care for O'Connor's stomach, etc. Espino stated that Low Residue diet was not indicated after Espino reviewed the stale records. Where said Records will show that RMC Chief Doctor (B/M) authorized a low Residue in 2010 (April) 2010 and in about August / Sept, UCI Dr. Naraveno innoved O'Connor after lying to O'Connor that there's no such thing as a Low Residue Alternate — which O'Connor was denied at UCI all the way until May 2012. When O'Connor was transferred to Lake CI in May Dr. Blate OFFERED O'Connor a Low-Residue-Alternate w/ supplements. However, when O'Connor returned to UCI from Lake CI, UCI refused to provide O'Connor a Low-Res-Alt as before; now RSP Dr. Espino picking up UCI's delinquencies. O'Connor's issues such as acid reflux, indigestion, sharp stomach pains, etc were disregarded by Dr. Espino. O'Connor's shoulder pains gotten so bad O'Connor's arms become numb with tingly sensation which is sometimes immobile. The same prevents daily activities, sleeping, etc; no MRI, Pain meds x-Ray, etc, were ordered. Dr. Espino also denied shoulder care based on stale records & frood/wit pass not given due to gunners/masturbators. The unnecessary delay in eye care cannot be justified due to eye doctor for numerous inmates. O'Connor's Dental & leg/Feet issues were disregarded; bring to other issues on the 9-24-13 sick-call that were intentionally disregarded, the Mental Issues, RSP etc... 10-20-13

DATE: 10-20-13

SIGNATURE OF GRIEVANT AND D.C. # : N. O'Connor 1995-19

Relief: O'Connor adequately assess & adequate care provided based on current issues damages award other relief

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ☒ 1  Speedy Response
                                                                                                          #    Signature

## INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

1310-205-045

Submitted by the inmate on: 10/23/13    Institutional Mailing Log #: 205131023 05    CBurns
                    (Date)                                                                          (Received By)

7h (205)

**DISTRIBUTION:**

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
|  | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

MAILED/FILED
WITH AGENCY CLERK

DEC 1 0 2013

Criminality in Corrections
Inmate Grievance Appeals

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 13-6-34050 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Espino on 10/15/13 appropriately addresses the issues you presented.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing including specialty consults, medication prescriptions, diagnostic testing, or passes.

Records reviewed indicate that you were seen in sick call on 11/18/13 for multiple complaints and you were referred to see the physician. You refused the call-out for 11/26/13 and again on 12/2/13. You are scheduled another appointment to see the physician and it would be in the best interest of your health to attend all call-outs.

Please be advised that when an inmate refuses treatment, he/she must take on some of the responsibility for any adverse effects that may occur.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Ebony O. Harvey IISC

| | | 12/12/13 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: O'CONNOR, NYKA _____ 199579 _____ FSP
Last   First   Middle Initial _____ Number _____ Institution

Medical - Nurse Johnson (WJF)

### Part A – Inmate Grievance

Facts:- On 10-1-13, O'Connor saw Nurse Johnson at the Front-Desk in Medical; who advised O'Connor that He will not be treated for His issues on the sick-call form submitted on 9-29-13. One of the reasons was that O'Connor allegedly placed every wrong O'Connor possible concieved was wrong with Him on said sick-call as advised by said Nurse Johnson. Another reason was, Nurse Johnson said that Medical, Dental & Mental Health Issues were supposed to be placed on 3 different Sick-Call Forms and not all on 1 sick-Call Form, so O'Connor can be charged $5.00 three times amounting to $15.00. Further Nurse Johnson advised O'Connor that she does not have time to make different copies of said sick-call and give to 3 different Dept's ie. Medical, Dental & Mental Health. She persisted in interrogating O'Connor even when O'Connor advised Her that the male Nurse who picked up sick-call on 9-29-13 advised O'Connor that He would make 3 different copies & give to 3 different Departments, & that was how O'Connor did it at UCI, Lake CI, RMC and other places without any problems - Nurse Johnson alleges and further harassed O'Connor that she doesn't care about other Facilities, this is FSP and the rules are different here. After finishing harassing & interrogating O'Connor, Nurse Johnson sent O'Connor back to the Medical holding cage where O'Connor waited a moment before seeing the Physician. Where, by this time, Nurse Johnson may have already told the Physican not to treat O'Connor that's why when O'Connor saw Dr. Espino in His office, He simply placed His stethoscope on O'Connor's stomach asked 1 question & told O'Connor to get out that nothing was wrong with O'Connor. To date O'Connor has not seen Dental.

10-14-13 _____ O'Connor 199579
DATE _____ SIGNATURE OF GRIEVANT AND D.C. #

Relief: O'Connors' issues on the 9-29-13 sick-call shall be properly addressed & treated. Damages.

(310-305-134

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ☑ 1 Speedy Respon
# _____ Signature

'10

SEE ATTACHED RESPONSE

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 10/15/13 _____ Institutional Mailing Log #: _____ M.Vickus
(Date) _____ (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY   CENTRAL OFFICE
INMATE (2 Copies)   INMATE
INMATE'S FILE   INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1310-205-134 | FLORIDA STATE PRISON | J1129S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your grievance and medical record were carefully reviewed.  For each department you wish to make contact with you need to submit a separate request.  These records have a retention period that must be kept for a certain amount of time. The departments do not share the same inmate request and we do not make copies.

In addition, you are mistaken if you believe if you group everything onto one request you will only be charged one co-payment. PROCEDURE NUMBER: 401.010  PROCEDURE TITLE: CO-PAYMENT REQUIREMENTS FOR INMATE MEDICAL ENCOUNTER 1(b) All non-emergency inmate initiated health care visits require a co-payment of five dollars ($5).  Health care providers are required to check the co-payment block on the medical encounter form.

 Nursing was not harassing you, only informing you of the policy that is set forth for the entire state to abide by, not just FSP.  If you have further health care concerns you have the option to access sick call at your discretion.  Based on the above, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303 Requests for Administrative remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 10/28/13 DATE |

G.A. ESPINO, MD, MSA
CHIEF HEALTH OFFICER
FLORIDA STATE PRISON

ASSISTANT WARDEN

COPY DISTRIBUTION -INSTITUTION / FACILITY
   (2 Copies) Inmate
   (1 Copy) Inmate's File
   (1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
   (1 Copy) Inmate
   (1 Copy) Inmate's File - Inst./Facility
   (1 Copy) C.O. Inmate File
   (1 Copy) Retained by Official Responding

F ~ MAILED NOV 0 1 2013

**DEPARTMENT OF CORRECTIONS**

<u>**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**</u>

RECEIVED

OCT 2 4 2013

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: O'CONNOR, NKA _____ 199579 _____ FSP 13-6-33868
 Last   First   Middle Initial   Number   Institution

---

<u>Part A – Inmate Grievance</u>

Direct Emergency - Medical / Dental / Mental.

Formal Grievance log # 1309-205-255 with response are incorporated herein by reference. The merits of said Grievance shall be addressed. where FSP is deliberately disregarding O'connors serious Medical conditions with technicalities while O'connors' condition worsens. O'connors' ONGOING health problems shall be addressed and resolved instead of O'connors' efforts to exhaust the Grievance process & access Court frustrated.

NOTE: US Supreme Court Case Mathews v. Eldridge 424 US 319 with the maxim that where the Rights & interests of the Inmate outweighs the interests of the state, the Inmates interests prevails. O'connors' interests to receive care for His serious health issues outweighs FDOC/FSP's interests regarding technicalities of the Grievance Process. See numerous Grievances at UCI & FDOC central office where O'connor wrote on top of the Grievances that WERE ADDRESSED ON THE MERITS.

Same way FSP wants to abide by the Rules regarding Grievances, the same way FSP/FDOC should abide the rules and not abuse inmates CARE CUSTODY & CONTROL. Staff knocking me tooth loose via excessive Force / Assault / Battery, staff trying to break My Arms, staff trying to poke out My eyes, staff having me to suffer with foreign bodies in My stomach causing surgery, then staff denying adequate care for the same is ABUSE PROHIBITED BY LAW ESPECIALLY ON A MENTAL PATIENT !!!

10-16-13 _____ N. O'connor 199579
DATE _____ SIGNATURE OF GRIEVANT AND D.C. #

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:*** Ø / Speedy Response
   #   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.   07/01

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 10/18/13   Institutional Mailing Log #: 2051310801   M. Vickus
   (Date)   (Received By)

1309 (205) 255

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

WITH AGENCY CLERK

**OCT 25 2013**

Department of Corrections
Inmate Grievance Appeals

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 13-6-33868 | FLORIDA STATE PRISON | J1129S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

This grievance is not accepted as a grievance of an emergency nature by Health Services, Central Office, Tallahassee.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure.  The rule requires that you first submit your appeal at the appropriate level at the institution.  You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

You need to file at the formal level and do not write outside of Part A. All you need to do is check the box for the Warden. No other comments are necessary.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.  Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

T. Bowden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: O'CONNOR, NYKA _____ 198579 _____ FSP
     Last   First   Middle Initial      Number       Institution

---

Part A – Inmate Grievance

Formal Grievance Re: Health Care

Formal Grievance log # 1309-205-255 pertaining O'Connor's Health shall be addressed on the merits and staff not frustrate O'Connor's efforts to exhaust the Grievance Process and access court. Said Grievance log # 1309-205-255, Response and sick-call attached are INCORPORATED HEREIN BY REFERENCE AS FULLY REPRODUCED HEREIN AS AUTHORIZED BY LAW.

SEE ATTACHED RESPONSE

10-20-13 _____        N. O'Connor, 198579
DATE                             SIGNATURE OF GRIEVANT AND D.C. #

1310-205-218

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** Ø / Speedy Response
                                                                #     Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 10/23/13    Institutional Mailing Log #:_____    M. Vickers
             (Date)                                                    (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1310-205-218 | FLORIDA STATE PRISON | J1129S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your formal grievance is hereby returned without further processing in accordance with Rule 33-103.014 (1) (c) the grievance is not written legibly and cannot be clearly understood.  It is clearly stated in previous response to formal grievance 1309-205-255 your formal grievance was returned in accordance to Rule 33-103.014 (1) (k) the inmate has written his or her complaint outside of the boundaries of the space provided on the grievance form or request form.

Be specific to what your complaint is referencing, the date of incident, and staff involved.  Do not address more than one compliant per grievance filed.  If your complaint and/or grievance cannot be stated within the allotted space provided you can attach additional narrative pages not to exceed 2 pages.

You can refile your grievance and/or complaint utilizing the proper procedure or correct the stated deficiency and refile if upon receipt of this notification the filing is within time frames allowable.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

G.A.Espino, M.D., MSA
Medical Director
FSP/Corizon

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

MAILED NOV 15 2013

STATE OF
DEPARTMENT OF          TIONS

RECEIVED
DEC - 9 2013
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From: _O'CONNOR_  _NYKA_  _____    _199579_    _FSP_
      Last   First   Middle Initial        Number      Institution

13-6-39369

| Medical | Part A – Inmate Grievance |

Appeal re Grien log # 1310-205-218

FSP is frustrating O'Connor's efforts to exhaust the Grievance Process. Grievance
log # 1309-205-255 response alleged writing outside the boundaries. Then,
Grievance log # ~~205205~~ 1310-205-218 not clearly written & cannot be clearly
understood. O'Connor writes like this to Court & Judges who understand O'Connor's
writing. Further, similar writing was understood in Grievance log # 1309-205-255, but
all of a sudden when O'Connor incorporates a Grievance by reference, its falsely
alleged to be illegible & not clearly understood in Grievance log # 1309-205-218

Relief: Kindly address Grievance log # 1310-205-255 on the merits.
Kindly provide rules prohibiting O'Connor from incorporating a Grievance by
reference. Kindly disclose how same writing can be understood in first
grievance but same writing not understood in second grievance. Evasive
tactics to not address merits violates Due Process & PLRA right exhaust
which shall be prohibited & doesn't where said frustration violates ADA, RA,
FS 393.13 or Disabilities for causing O'Connor's mental Issues to be enhanced
via agitation frustration depression due to not able to exhaust Grievance
Process. Damages Awarded. Any other relief. Health Issues resolved.

* Note: This Grievance is timely. 15 days from 11-15-13 is 11-30-13 on a
Saturday when Grievance is not picked up until Sunday Night 12-1-13

_12-1-13_                          _N. O'Connor 199579_
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY
EXTENSIONS:**                    _0_ / _____
                                 #        Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office          1310-205-218

Submitted by the inmate on: _12/9/13_   Institutional Mailing Log #: _JJB20000 B2020O_
                            (Date)                                   (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE              7d (205)
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**MAILED/FILED**
**WITH AGENCY CLERK**

**DEC 1 2 2013**

Department of Corrections
Inmate Grievance Appeals

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 13-6-39369 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your administrative appeal to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because your grievance at the institutional level was determined to be in non-compliance with the requirements of the rule.

Rule states that the inmate shall write his compla9int in Part A of the DC1-303 form.  You did not write any medical complaints in formal grievance 1310-205-218, only a complaint involving the grievance process which requires an initial informal grievance.  You have exceeded the time frame to appeal the response to formal grievance 1309-205-255.

Your request for administrative appeal is being returned without action.

C. Neel

_____                    _____        12/10/2013
SIGNATURE AND TYPED OR PRINTED NAME                   SIGNATURE OF WARDEN, ASST. WARDEN, OR                DATE
OF EMPLOYEE RESPONDING                                SECRETARY'S REPRESENTATIVE


COPY DISTRIBUTION -INSTITUTION / FACILITY          COPY DISTRIBUTION - CENTRAL OFFICE

(2 Copies) Inmate                                  (1 Copy) Inmate

(1 Copy) Inmate's File                             (1 Copy) Inmate's File - Inst./Facility

(1 Copy) Retained by Official Responding           (1 Copy) C.O. Inmate File

                                                   (1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
NOV 1 4 2013
FSP MEDICAL

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: O'CONNOR, NYKA      199579      FSP
     Last   First   Middle Initial      Number      Institution

---

Part A – Inmate Grievance

Health Care - Falsification of Document by St. Repno et al to deny OConnor health care.

Facts: A review of Grievance log #1310-205-234 Response shows that Respondents knowingly and intentionally falsified documents to mislead reviewing authorities who will rely on the same to deny OConnor adequate care. Respondents stated that "I have reviewed your chart back to 12/16/2010 and do not find one sick call with complaints of shoulder pain, immobility, numbness or tingling." This false statement contravenes O'Connor's sick call dated 9-2-10, 9-30-10, 10-5-10, 12-16-12, 1-14-13 & 9-29-13, that show OConnor complained about shoulder problems including pain, prohibiting OConnor from attending mental therapy due to restrained in the cell, etc., unless Respondents are stating that they don't comprehend what OConnor writes, or have vision problems, etc., that prohibits comprehension.

Claims: Violation of Federal & State laws to falsify documents to deny OConnor adequate care for this ONGOING shoulder problems that continue to degenerate.

Relief: Said ONGOING violations cease, desist & remedied ASAP. Damages Awarded. Any other relief

---

11-12-13
DATE

N. OConnor, 199579
SIGNATURE OF GRIEVANT AND D.C. #

1311-205-138

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY
EXTENSIONS:

0 1
   #     Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 11/14/13     Institutional Mailing Log #: _____     M. Vichurs
     (Date)                                                           (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 copies)            INMATE
                INMATE'S FILE            INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE     CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1311-205-138 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

This grievance is being returned without further processing in accordance with Rule 33-103.014 1(e) the formal grievance was not received within 15 calendar days of the date on which the incident or action being complained about occurred.

You may obtain further administrative review of your complaint by obtaining form DC 1-303 Requests for Administrative remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

DR. K. NGUYEN   11-16-13

B. WHITEHEAD
ASSISTANT WARDEN

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED DEC 03 2013

*Medical*

**INMATE REQUEST**

*Informal Grievance*

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: FSP

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA OCONNOR | 199579 | ☑ H29 | CM-Outpatient | 11-19-13 |

*Grievance re*

**REQUEST**          Check here if this is an informal grievance ☑

Facts- Even though FSP Medical Staff alleges FSP doesn't write Medical Diet Passes, I think I'm qualified for a 4000 calorie Alt. Diet that I was on not long ago considering My weight on 11-18-13 sick-call.

Relief- Kindly provide a 4000 Calorie Alternate Diet ASAP. Any other relief. Thanks. Kindly disclose My weight on Nov. 18, 2013.

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RECEIVED**
NOV 2 1 2013
FSP MEDICAL

**RESPONSE**   13-0133
FSP GRIEVANCE OFFICE   NOV 2 0 2013     DATE RECEIVED: _____

Procedure 403.006: Procedure Title: Sick Call Process and emergencies was established for inmates to access the health care system you may utilize it at your discretion.

The following pertains to informal grievances only;

Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.|

| Official (Signature): R. JOHNSON, SRNS FSP | Date: 11/25/13 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective )

Incorporated by Reference in Rule 33-103.019, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

# INMATE SICK-CALL REQUEST

Date: _12-1-13_                              Time: _____

Inmate Name: _NYKA O'CONNOR_          DC#: _199579_

Housing assignment: _J-1101_

Job assignment: _cm outpatient care_

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☑ Need information (explain): _Kindly disclose the results of the Hemocult stool samples I submitted about 11-20-13._

☐ Mental Health

☐ Dental

☑ Medical (explain): _(1) still have shoulder problems, such as: pain, numb, tingly feeling that spreads to the hands, neck & face with pinching sensation when I turn my head. This disability impairs typing & sleeping on the sides & shoulders, exercise, lifting heavy objects, writing at times, grasping things with hands..._

Inmate Name _NYKA O'CONNOR_
DC# _199579_          Race/Sex _B/M_
Date of Birth _Feb. 12, 1980_
Institution _FSP_

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _FSP_

_Informal Grievance_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☑ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | C-1101 | CM-Outpatient | 12-5-13 |

Complaint re:-

**REQUEST** _Denial of 4000 Alternate at 6ft 135 lbs_    Check here if this is an informal grievance ☑

Facts:- Due to the inadequate diet contrary to O'Connor's Health NEEDs & Religious Tenets; O'Connor has been losing weight due to not being able to keep food down that regurgitates; where the Form 229 Daily segregation log weight check for 11-30-13 Sat, will show O'Connor at 6ft weighing 135 lbs. However; Medical at FSP Refusing to provide a Low Res Alt with supplement like O'Connor was provided at Lake CI last year for post stomach surgery issues; has also refused to provide O'Connor a 4000 calorie AH diet when the BMI is 18.5, or below; Procedure 4101.009 (2) (f), #(h)(3)$5 (6) (2). It should be noted that fellow Inmate James Hayes that was housed in J-1125 weeks ago next to O'Connor is probably O'Connor's height or shorter, & weighs more than O'Connor. However because Inmate Hayes is a CAUCASIAN, He is provided a 4000 calorie diet while O'Connor a black male is denied the same which O'Connor is entitled

Relief: A 4000 AH diet provided; Damages Awarded; Any other relief found if party cause.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**RECEIVED**

DO NOT WRITE BELOW THIS LINE

**RESPONSE**

DEC 0 4 2013
13.7551
FSP GRIEVANCE OFFICE

**DATE RECEIVED**

**RECEIVED**
DEC 0 5 2013
FSP MEDICAL

Your grievance is being returned without further processing in accordance with Rule 33-103.014 (m) A decision has already been rendered to inmate by a particular office on the issue currently being grieved.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Returned_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | S. JOHNSON, SRNS  FSP | Date: 12/6/13 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

⊃: ☐ Warden        ☑ Assistant Warden        ☐ Secretary, Florida Department of Corrections

‧om:  O'CONNOR, NYKA                    199579                 FSP
     Last   First   Middle Initial          Number              Institution

| Part A – Inmate Grievance |
|---|

Medical / Mental Health — Stomach & Psyche Meds

Facts:- On 11-20-13 O'Connor was relocated from J-wing cell J-1129 to C-wing c-1101 & was
denied his pm Stomach & Psyche Meds, and suffered severe adverse effects, as a result.
This was brought staff's attention to no avail

Relief: The herein not recur. Damages Awarded. Any other relief. If staff refutes
these factual allegations, a polygraph & stress analysis test shall be done on
said staff

*(stamp: SEE ATTACHED RESPONSE)*

12-3-          N. O'Connor, 1995-79
DATE                    SIGNATURE OF GRIEVANT AND D.C. #

1312-205-078

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**
NA                                    # 1          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 12/5/13        Institutional Mailing Log #: _____        M. Vickers
                    (Date)                                                    (Received By)

**DISTRIBUTION:**

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
|  | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 3/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1312-205-078 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your grievance and medication administration record has been reviewed. I do not find any missed doses of medication. I also checked your medications and everything is in stock. Your allegations are unfounded. Based on the above, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303 Requests for Administrative remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.



| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

G.A.Espino, M.D., MSA
Medical Director
FSP/Corizon

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**MAILED**
**DEC 18 2013**
FSP GRIEVANCE OFFICE

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: _O'Connor, Nyka_____   _198579_____   _FSP_____

    Last   First   Middle Initial        Number       Institution

---

### Part A – Inmate Grievance

Medical - Denial of 4000 Alternate Diet at 6ft 135 lbs .... Therapeutic Diet

Facts: Due to Denial of Therapeutic Low Residue Alternate Diet with supplement for O'Connor's ONGOING Post Stomach surgery issues Proc. 401.009(2)(F) & 5(6)(2), which O'Connor was receiving at Lake CI last year; O'Connor continues to have regurgitation, reflux & sometimes vomits, where food can't stay down, resulting in O'Connor losing weight. where a view of the Daily Segregation logs Form 229, on 11-30-13 weight check, it shows O'Connor weighing 135 lbs at 6ft, which is about 18.5 BMI or less, and qualifies for a 4000 Alt. Diet Proc. 401.009(2)(H)(3) However, due to racial disparity, O'Connor may be denied said Alt. Diet. where fellow inmate James Hayes who was housed next to O'Connor in J-1128 weeks ago, is about O'Connor's height or shorter & weighs more than O'Connor but is on a 4000 calorie diet due to being a W/M; while O'Connor B/M who qualifies for the same is being denied similar treatment. see Daily Segregation log Form 229 for 11-30-13 weight check where O'Connor weighed 135 lbs

Relief: wherefore, O'Connor shall be provided a 4000 Alt. Diet ASAP. Damages Award. Any other relief.

SEE ATTACHED RESPONSE

---

_12-3-13_____          _N. O'Connor 198579_____
DATE                 SIGNATURE OF GRIEVANT AND D.C. #

1312-205-086

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

7d          ☒ _1_  _____
          #      Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

### Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _12/5/13_    Institutional Mailing Log #: _____    _M.Vickers____
              (Date)                                    (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1312-205-086 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

This grievance is being returned without further processing in accordance with Rule 33-103.014 1(m) a decision has already been rendered to an inmate by a particular office on the issue currently being grieved.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 12/9/13 DATE |

**G.A.Espino, M.D., MSA**
**Medical Director**
**FSP/Corizon**

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding



MAILED
DEC 1 0 2013
FSP GRIEVANCE OFFICE

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden   ☑ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: _O'CONNOR NYKA_    _199579_    _FSP_
　　　Last　First　Middle Initial　　Number　　　Institution

_____

_Medical - Stomach Meds_　　　**Part A – Inmate Grievance**

Facts: Since 12-1-13 pm meds Rounds O'Connor has been recieving 1 Tums Tablet instead of the 2 Tums Tablets He usually recieves at am Med Rounds & pm Med Rounds. Where, said Tums HELPS to a certain degree with the acid reflux, heartburns, sour stomach, sour belch, regurgitation, among other problems related to O'Connor's post stomach surgery issues. Where, as a result, O'Connor now suffers even more from said above issues. This has been brought to Medical staff attention. Tonight I recieved no Prilosec, which does not work anyway.

Relief: O'Connor be provide adequate stomach Meds ASAP. Damages Awarded. Any other relief. Kindly disclose if the Order for Tums was re-written downgrading from 2 to 1 Tablets & if so, when it was done. Kindly substitute a more effective Meds like carafate for the Prilosec that O'Connor's been taking for years - since 2010. Where, upon information & belief carafate is more effective than Prilosec but is more expensive, which may be a reason for denying O'Connor the same. If staff refutes these allegations, a polygraph and stress analysis test shall be done on them

_SEE ATTACHED RESPONSE_ (stamp)

_12-3-13_　　　　　　　　　_N. O'Connor, 199579_
DATE　　　　　　　　　SIGNATURE OF GRIEVANT AND D.C. #

1312-305-090
***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**　　☒ 1 _____
　　　　　　　　　　　　　　　　　　　　　　　#　　Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _12/5/13_　Institutional Mailing Log #: _____　_M.Nicklus_
　　　　　　　(Date)　　　　　　　　　　　　　　　　(Received By)

DISTRIBUTION:　INSTITUTION/FACILITY　　CENTRAL OFFICE
　　　　　INMATE (2 Copies)　　　INMATE
　　　　　INMATE'S FILE　　　INMATE'S FILE - INSTITUTION/FACILITY
　　　　　INSTITUTIONAL GRIEVANCE FILE　CENTRAL OFFICE INMATE FILE
　　　　　　　　　　　　　CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1312-205-090 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.


Your grievance and medical record has been reviewed.  You no longer have a current order for your Prilosec.  The Prilosec will also require a drug exemption request to be submitted by the clinician then approved at the regional level. Your medication administration record was reviewed and currently you are still getting two tums twice daily.  However, the order for the tums will soon expire as well.  You have been scheduled 3 separate appointments in the last 10 day and you have chosen to refuse each one.  It's important to know that the clinician must be able to evaluate you in order to keep prescribing medications.  If you have further health concerns you have the option to access sick call.  Based on the above, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303 Requests for Administrative remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

| | | 12/9/13 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**G.A.Espino, M.D., MSA**
**Medical Director**
**FSP/Corizon**

COPY DISTRIBUTION -INSTITUTION / FACILITY          COPY DISTRIBUTION - CENTRAL OFFICE

(2 Copies) Inmate                                          (1 Copy) Inmate

(1 Copy) Inmate's File                                     (1 Copy) Inmate's File - Inst./Facility

(1 Copy) Retained by Official Responding          (1 Copy) C.O. Inmate File

                                                                   (1 Copy) Retained by Official Responding



MAILED
DEC 1 0 2013
FSP GRIEVANCE OFFICE

STATE OF FLORIDA
**DEPARTMENT OF CORRECTIONS**

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden        ☐ Assistant Warden        ☐ Secretary, Florida Department of Corrections

From:  O'CONNOR, NYKA          199578          FSP
 ___Last___  ___First___  ___Middle Initial___    ___Number___    ___Institution___

---

Part A – Inmate Grievance

Medication Denied on Videos & providing incorrect meds

_Facts:_- The videos will show that on 12-7-13, about 6 AM when Nurse Burgos issued AM Meds, she walked by O'Connor cell without providing O'Connor his **AM** Meds that includes stomach Meds & Psyche Meds. During pm med rounds Nurse Burgos again walked by O'Connor's cell without providing Him His pm meds about 3:50 pm while on Her way back. O'Connor got the officer's (sgts) attention that He didn't receive His Meds at AM or pm. Nurse Burgos advised that there's no med cup for O'Connor & she doesn't know what's going on, then left. Later said day about 5:30pm Nurse Wilkinson (Wilkerson) came cellfront & provided O'Connor His Psyche Meds & some stomach meds, but no Tums or Prilosec. Additionally, some unknown Medications ~~was~~ provided- probably to replace the Tums by Nurse Wilkinson, which is round white with mint smell. O'Connor showed the Nurse the meds next day, who said the Medications (2 white tablets) ~~did not ?? ??~~ look like metacome, see RFM ~~?? ?? ?? ?? ?? ?? ?? ?? ?? ?? ??~~ Nurse on 12-8-13 who can verify said metacome

_Claim:_ Violation of US & Fla Laws to deny O'Connor His Meds & provide O'Connor incorrect meds which O'Connor is afraid of taking. As a result, O'Connor suffered severe acid reflux, regurgitation, heartburns sour stomach, **stomach** indigestion, sour belch-where when O'Connor belches the food comes up in His mouth. Where the regular trays O'Connor eats instead of Low-Residue-Attverate He's denied, contributes to the above stomach problems for which O'Connor had no stomach meds to combat. Additionally, O'Connor experiences depression & starts to think ~~????~~ that Nurse Burgos & Nurse Wilkerson are conspiring against Him.

_Relief:_-Said violations shall cease, dec... ...ded ASAP. Damages Awarded. Any other relief
~~??~~

 12-9-13                               N. O'Connor
 ___DATE___                    ___SIGNATURE OF GRIEVANT AND D.C. #___

\* Videos of the above ... ... ... er than 30 days for Grievance Exhaustion & Civil Suit N°0603033

1313, 305 ...

**SEE ATTACHED RESPONSE** (stamped diagonally)

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  ☒  1
                                                                    #      Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

RECEIVED DEC 10 2013

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____     Institutional Mailing Log #: _____     M Vickus
 ___(Date)___                                                               ___(Received By)___

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1312-205-140 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your grievance and medical record was reviewed.  In addition, nursing staff were interviewed.  Nursing reports that initially when going to the wing there was not a cup for you.  However, after it was brought to nursing staff attention your chart was reviewed for active orders, medication was prepared and was taken back to you.  Your Prilosec was discontinued; however you were prescribed a new medication.  When it arrives from pharmacy you will be started on it.  It will be your responsibility to keep all appointments so you can be evaluated.  If you have further health care concerns you have the option to access sick call.  Based on the facts of the investigation it's been determined that all efforts were taken to rectify the issue.  Based, on the above, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303 Requests for Administrative remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

12/12/13
DATE

G.A. ESPINO, MD, MSA
CHIEF HEALTH OFFICER
FLORIDA STATE PRISON

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**MAILED**
DEC 1 8 2013
FSP GRIEVANCE OFFICE

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From: _O'CONNOR NYKA_

| Last | First | Middle Initial | Number | Institution |
|------|-------|----------------|--------|-------------|
| | | | _199579_ | _FSP_ |

_Health Care - Stomach Care._     **Part A – Inmate Grievance**

Facts: For the purpose of saving money, FSP has discontinued the Prilosec, if it has been expired, and Doctors don't want to renew it; which O'connor really has no problem with, since Prilosec is not effective which O'connor has been taking since the 2010 stomach surgery. However, Prilosec should be substituted with effective medications eg. ceralate. However, FSP may not provide ceralate ~~paxx~~ either or other effective medications, since it's too expensive.

Claim:- Violation of US & Fla laws to discontinue Prilosec or not renewing same as ~~appropriate~~ required, and failure to substitute Prilosec with ceralate or other effective medications accordingly.

Relief: Adequate stomach meds be provided for breakfast lunch & dinner (Am, noon & pm meds), where acid reflux, regurgitation, heartburns, sour belch, sour stomach among other ~~xxx~~ issues recur after each meal, which FSP medical staff & FDOC continue to disregard.

SEE ATTACHED RESPONSE

_12-9-13_
DATE

_N. O'Connor, 199579_
**SIGNATURE OF GRIEVANT AND D.C. #**

_1312-205-143_

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

_10_

~~X~~ _1 Speedy Response_
#      Signature

## INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

**RECEIVED DEC 1 0 2013**     Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _____

(Date)

_M. Vickus_
(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1312-205-142 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your grievance is being returned without further processing in accordance with Rule 33-103.014 1(m) a decision has already been rendered to an inmate by a particular office on the issue currently being grieved

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

G.A. ESPINO, MD, MSA
CHIEF HEALTH OFFICER
FLORIDA STATE PRISON

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**MAILED**
**DEC 1 8 2013**
FSP GRIEVANCE OFFICE

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From: O'CONNOR    NYKA    T.    198579    FSP
     Last    First    Middle Initial    Number    Institution

### Part A – Inmate Grievance

Complaint under ADA. See also RA (Rehabilitations Act) & Fla. Bill on Disabilities FS 393.13.

Facts:- Due to O'Connor's ONGOING paranoia, fear & anxiety about His safety & well being due to threats by staff to beat Him up & give Him a black-eye as stated in the 11-22-13 Sick-Call to Mental Health; AND O'Connor's shoulder pain, numbing & tingly feeling with immobility at times from His shoulder; O'Connor refused His Call-outs. Where, this was made known in the 12-1-13 Sick-Call. Specifically, being restrained in the rear for hours in Medical Holding cages that adversely affects His shoulders. Both O'Connor's paranoia anxiety, etc. (mental disability) and shoulder problems (Physical Disabilities) that's ONGOING for years fall under ADA, RA & FS 393.13, which prohibit O'Connor from not only exercising, sleeping, laying on the sides, lifting heavy objects, grasping objects at times due to numbing, tingly feeling pain & immobility in hands; but also prohibits O'Connor from attending Call-outs as aforesaid eg, Medical, Mental Health, Writ Room, etc, where O'Connor has to be restrained in the rear, & be inside cell off video with security in full restraints where staff abuses occur, & O'Connor has been battered & assaulted by staff in the past. Take these into consideration, the Nurse (w/F) cellfront C-1101 on 12-2-13 with a w/m sergeant commenced continued to harass O'Connor about His Disabilities regarding shoulder problems & paranoia of staff abuses when O'Connor tried to explain His refusal to Medical Call-outs for His 12-1-13 Sick-Call. On 12-5-13 the Attorney General allegedly wanted O'Connor assessed for the pending Civil Suit attached in US Dist Ct Pens. Fla. case # 3:10-cv-360-LC-CMT, where staff tried to break O'Connor's arm causing O'Connor's current shoulder problems & O'Connor swallowing foreign objects causing O'Connor's current stomach problems for which FSP is denying O'Connor care. O'Connor refused the 12-5-13 AG. Assessment for said reasons - paranoia, etc, & shoulder problems. See said 12-5-13 Refusal where O'Connor specified the same. Come 12-6-13 cellfront, Nurse Burgies (like the 12-2-13 Nurse) cared less about O'Connor's paranoia & shoulder problems warranting Medical Call-out refusal. Nurse Burgies stated she doesn't care about O'Connor's explanation, only whether or not O'Connor was going to sign the refusal. Further, O'Connor doesn't have to exit His housing cell for the doctor to issue a front-cuff - no heavy lifting pass, Low Residue Alternate with supplement O'Connor received at Lake CI, & prescribe carafate (& d/c prilosec), refer O'Connor to gastro specialist,

12-9-13                N. O'Connor, 198579
DATE                         SIGNATURE OF GRIEVANT AND D.C. #

etc. Relief: staff make necessary accommodations for O'Connor's disabilities (staff care less about) & provide adequate care ASAP.

1312-305-176
**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ☒ / Speedy Response
                                                               #       Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

RECEIVED DEC 10 2013 Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _____    M. Vickers
              (Date)                                                                 (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 2/05)        Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1312-205-176 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

THIS IS NOT CONSIDERED AN ADA ISSUE.

Your request for administrative remedy is in non-compliance with Chapter 33-103.014(1)(a) Inmate Grievance Procedure, which states, "each grievance must address only one issue or complaint." Your current request for administrative remedy addresses more than one issue and/or complaint. You must file on each issue utilizing a separate DC1-303 form. You allegations of physical abuse has been previous reported to the Inspector General. If you are having medical issues then you will need to access sick call.

Based on the foregoing information, your grievance is returned without action.

If you are within the time frames for filing an appeal, you may resubmit your Grievance in compliance with Chapter 33-103, Inmate Grievance Procedure.

M. Vickers

| M. VICKERS | | 12/12/13 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

WARDEN J. PALMER
FL STATE PRISON

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED
DEC 17 2013
FSP GRIEVANCE OFFICE

*Medical*

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: __FSP__

※ *Attached is a copy of My Civil Suit & Court Order in US 1st Ct Pens Fla*
*case # 3:10-cv-260-cc-Ent regarding My shoulder & stomach condition that I'm suffering.*

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | C-1101 | CM-Outpatient | 12-9-13 |

**REQUEST** *re Inquiry of Medical Call-outs, etc.*   Check here if this is an informal grievance ☐

*Kindly disclose what is there to assess why Medical keeps placing Me on*
*the call-outs, for sick-call, for Attorney General, etc., when Dr. Espino*
*already deny Me care for everything e.g., Frontcuff Pass; Pain Meds; X-rays;*
*Catscans; MRI; Soft Shoe Pass; Low-Residue-Alternate with Supplement*
*I recieved at Lake C.I.; Cerafate or other effective stomach Meds; Eye care*
*(still waiting - signed blue consent in March 2013); etc.; which I saw Dr. Espino for*
*10-1-13. What is He going to do, re assess Me & go against His words "alleged"*
*findings 10-1-13 & denial of My several grievances eg, denial of 4000 AH Diet*
*at 137 lbs 6ft of 11-18-13 sick-call; among other issues Dr. Espino denied on paper,*
*whether the denial was in person by Dr. Espino on 10-1-13 or on paper-Grievance Response, He'll not*
*go against His findings, even though the Attorney General (per 12-5-13 refusal) wants an assessment for*
*My pending Civil Suit regarding Inadequate Health Care. If Dr. Espino go against His initial decisions*

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All
informal grievances will be responded to in writing.

*denying me care, that will only show fraud on His part. Further, Dr. Nguyen is just as bad as Dr. Espino. I*
*know Dr. Nguyen since 2005 at UCI.* **DO NOT WRITE BELOW THIS LINE** *so again what is there to assess? The above can be provided without*
*assessment, based on My Record, complaints, etc.; I don't know what FSP will do regarding My issues, but the longer*
*the delay, the more FDOC will pay for each day I'm denied adequate care.*

**RESPONSE**                                                   DATE RECEIVED: _____

*for lab results.*

[The following pertains to informal grievances only:]

| Based on the above information, your grievance is _____ . (Returned, Denied, or Approved).  If your informal grievance is denied, |
|---|
| you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C. |

| Official (Signature): | S. JOHNSON   SRNS MEDICAL | Date: 2/11/13 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
DEC 17 2013
FSP MEDICAL

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: O'CONNOR, NYKA          199579          FSP
Last   First   Middle Initial      Number          Institution

**Part A – Inmate Grievance**

Medical - Denial of 4000 Alternate Diet at 6ft 135 lbs via falsification of documents
Re: Informal Grievance log # 13-7527

Facts: Informal Grievance Log # 13-7527 Response was falsified by SRNS Johnson, stating a decision has already been rendered. Where a decision was rendered in a prior Informal Grievance about O'connor weighing 137 lbs at 6ft at 11-18-13 sick-call (which Nurse Johnson makes reference to. This issue pertains to O'connor weighing 135 lbs at 6 ft on 11-30-13 weight check. It's impossible that the prior grievance log # 13-7133 responded 11-25-13 or Formal Grievance log # 1311-205-190 responded 11-26-13, could have possibly addressed the 11-30-13 matter that never ever came to pass. However, due to the pattern of delinquency to provide boilerplate & vague responses, Nurse Johnson provided a vague & false response (13-205-002 16, 17, 18, 19) that a matter concerning 11-30-13 was addressed on 11-25-13 on Informal Grievance log # 13-7133 which was before 11-30-13 as aforesaid... Upon information & belief, the CHO reviewing this Grievance will also condone said false allegations by Nurse Johnson to deny O'connor a 4000 calorie Alternate that He's eligible for. Further, said CHO may even substitute the Nurses false decision for His requirement to do a FACT FINDING of this formal grievance per FAC 33-103.008 (1) stating "... the Chief Health Officer to investigate ... grievance of a medical nature." Where the CHO will perform No Investigation & simply return this Grievance without action & falsify documents that a decision was already rendered also but can't disclose the same. Where FSP does not write Diet Pass for EIM Inmates, mainly while verified by the records Claim: Violation of US & Fla Laws for Nurse Johnson to falsify documents as aforesaid & CHO to condone said fraud & return this grievance without action stating issue was already addressed as aforemention to deny O'connor a Therapeutic Diet He's entitled to due to O'connor being black, a writ writer & having a pending civil suit. Relief: O'connor (P/M) shall be provided a 4000 Alt. Like w/m Inmates at FSP. Damages Awarded.

12-16-13
DATE

N. O'connor, 199579
SIGNATURE OF GRIEVANT AND D.C. #

1312-205-234

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY
EXTENSIONS:

7d

☒ 1  Speedy Response
#        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 12/17/13          Institutional Mailing Log #: _____          C Burns
                            (Date)                                              (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY       CENTRAL OFFICE
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 1312-205-234 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your grievance and medical record have been reviewed.  Documentation is back on 10/1/13 you had an appointment with the doctor and he denied your request that day for a special diet.  On 10/1/13 your verified weight in the clinic was 166 pounds.  In addition, you have accessed sick call multiple time and been referred back to the doctor for further evaluation, however you have refused every appointment that has been made for you.  Just because you want something does not mean it's medically indicated.  Finally, if you want to be reconsidered for a special diet you will need to attend your call outs.  Your allegations regarding your medical record being falsified and you are being denied a diet because of your race is unfounded.  If you have further health care concerns you may access sick call at your discretion.  Based on the above, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303 Requests for Administrative remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 12/23/13 |
| | | DATE |

G.A.Espino, M.D., MSA
Medical Director
FSP/Corizon

WARDEN PALMER
FLORIDA STATE PRISON

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED
DEC 2 7 2013
FSP GRIEVANCE OFFICE

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: _O'CONNOR, NYKA_ _____ _194579_ _____ _FSP_

| Last | First | Middle Initial | Number | Institution |

---

**Part A – Inmate Grievance**

*Mental Health &/or Emergency &/or ADA. (See attached sick-call copy to Mental Health in support, refused by Nurse*

**Facts:** The 12-25-13 Christmas was the WORST O'Connor experienced since His initial incarceration on 3-20-00. Been in cell c-1101 since 11-20-13 & made several verbal & written requests & complaints about No hot water from the sink; No heat from cell vent; No extra blanket, No pillow, window that does Not close properly – which allows cold air from outdoors to be sucked inside the cell by exhaust fans; said fans that stay on almost 24 hours a day, even when temperature is in the 30's like last night, x-mas eve. These issues may seem minor, but the same ONGOING for a while, coupled with O'Connors' Health conditions, the totality of circumstances have dire adverse & cumulative effects. Specifically, said cold condition causes the gun shot wound & bullet in O'Connors' leg to pain & itch severely with numbness; injured shoulders pain, become numb with tingly sensation which are immobile at times and spreads to the hands, neck & face. Where, hands *(become)* become difficult to grasp & write with, even to write this grievance. O'Connor has to take breaks writing due to the cold, pain, numbing tingly feeling. O'Connors' broken & improperly healed ankle also pains due to the cold. The pillow is needed for head support considering O'Connors' injured shoulders & chronic post stomach surgery issues from swallowing foreign bodies. O'Connor has to fold the end of the mattress to support His head & shoulders while laying on the left where the stomach is, to keep His head raised above the stomach to prevent acid reflux & regurgitation. These awful conditions got O'Connor thinking very hard about going Psyche and taking another trip to outside hospital, where there's hot water, heat, extra blankets, pillows, windows that close all the way, no fans that stay on almost 24 hours a day etc. said conditions contribute to O'Connors' depression, stress, hallucination of seeing shadows, nightmares & paranoia where O'Connor thinks staff is conspiring to kill Him via frostbites & hyperthermic death, which are contrary to outpatient care Program Goals, O'Connors' Mental Treatment Plan, CARE custody & control of FDoc & FSP.

**Claim:** Violation of U.S. & Fla. Laws against Cruel & Unusual Punishment, ADA, RA, F.S. 415.1021, FS 393.13, Due Process among other laws, to subject O'Connor to said inhumane conditions that can deprive life, having callous Indifference & careless Disregard for O'Connors' Disabilities (Mental & Physical) that are adversely affected & worsen by said inhumane conditions cold, etc. prohibited by FAC 33-208.002(8), & Laws Against Torture.

**Relief:** Increase Psyche Meds, provide Hot water, heat, extra blanket, pillow, fix window, turn off exhaust when cold, etc. No reprisal coverup for writing this grievance e.g., gas, being In asthmatics, strip, denial of meals, unnecessary cell searches, discarding property, assault etc.

_12-25-13_ _____ _N. O'Connor, 194579_

DATE _____ SIGNATURE OF GRIEVANT AND D.C. #

NOTE: See & Save videos 12-25-13, about 3:50pm, c-1101 when Nurse Singletary refused the attached sick-call re above, needed for Civil Suit. PPD 602-035.

1312-205-334
6

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

☒ 1 _Speedy Response_
# ___ Signature

---

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

**RECEIVED DEC 27 2013**

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____

(Date) ____ Institutional Mailing Log #: _____

_M. Vickus_

(Received By)

**DISTRIBUTION:** 

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Revised 2/05)

*Emergency - Urgent Referral
# To: Psychologist Jr. Je Marie,
Psyche Counselor Gainey
& psychiatrist Jr. Rumbawa

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _12-25-13_          Time: _PM_

Inmate Name: _NYKA O'CONNOR_     DC#: _189579_

Housing assignment: _C-1101_

Job assignment: _CM- outpatient_

Problem:

☐ ~~Pass/pass renewal~~

☐ ~~Medication renewal~~

☐ ~~Need information (explain):~~

☑ Mental Health: Since my incarceration 3-20-00 to date, this is about the worste Christmas
I've had. Where, I've been in cell c-1101 since 11-20-13 to date & made
☐ ~~Dental~~      several verbal & written requests & complaints about NO hot water
from the sink, NO heat from cell vent, NO extra blanket, NO pillow, cell
☐ ~~Medical (explain):~~ window that does NOT close all the way which allows cold air
to be sucked from outdoors in the cell by the exhaust fans, said
fans that stay on almost 24 hours a day when temperature is in the 30's like last night
x-mas eve. Further, I have no pillow! These matters may seem trivial, but some ON-GOING
for a while & considering O'Connor's Health conditions, the totality of circumstances have
serious adverse & cumulative effects. Specifically, said cold-condition causes the gunshot
wound & bullet in O'Connor's leg to pain & itch severely with numbness, injured shoulder pain,
become numb with tingly sensation which are immobile at times and spreads to the hands,
neck & face where O'Connor's fingers are dificult to grasp & write at times-even to write this
request, O'Connor has to take breaks due the cold, pain & numbing-tingly feeling. O'Connor's
broken and improperly heal ankle also pains due to the cold. The pillow is needed for head
support considering O'Connor's injured shoulders & chronic stomach post stomach surgery issues
from swallowing foreign bodies. Where, O'Connor has to fold the end of mattress to support
his head & shoulders while laying on his left side; to keep the head raised above the
stomach on the left to prevent acid reflux & regurgitation of sour liquids acid & food comes
back up in his mouth, if head stays horizontal with stomach or go below the stomach. These
conditions got O'Connor thinking very hard about going Psyche and taking another trip to outside
~~When did problem/symptoms start?~~ hospital - pdbitably Jacksonville memorial or UF shans
hospital where there are hot water, heat, extra blankets, pillows, windows that close all
the way, no fans that stay on almost 24 hours a day even when cold, etc. Said conditions
contribute to My depression, stress, hellucination of seeing shadows, nightmares, & paranoia where
I think staff conspiring to kill me via frostbites & hypothermic death, which are contrary to my
Mental Treatment Plan, the Outpatient Care Program Goals, CARE, custody & control of FDOC, FSP.
Don't want to return to Inpatient care at UCI or Lake CI, but seems like FSP try to make that happen.
Kindly write an incident report regarding this callous Indifference, Cruel & Unusual punishment
& callous Disregard for My Disabilities (Mental & Physical) via subjecting me to these ON-GOING
inhumane conditions & say re-mail a copy to the "Colonel! Also, kindly increase My Psyche meds.
No Retaliation shall ensue for writing these words eg., continue to subject me to said inhuring conditions,
gas-being I'm asthmatic, strip/dental of meals via empty trays, etc., unnecessly cell searches; discarding property, assault, etc.

Inmate Name _NYKA O'CONNOR_

DC# _189579_          Race/Sex _B/M_

Date of Birth _Feb. 12, 1980_

Institution _FSP_

Distribution: Original—Nursing Supervisor

Pink—Inmate (special housing only-otherwise
destroy copy)

This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)      Incorporated by Reference in Rule 33-402.101, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1312-205-334 | FLORIDA STATE PRISON | C1101S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Inmate O'Connor, in the month of December, you have refused all efforts by mental health to provide you treatment for your identified symptoms, to include refusing four group therapy sessions, two psychiatric call-outs, and a call-out with a psychologist. I see that you are requesting an increase in your medication and must strongly urge you to attend your next psychiatric call-out. You are scheduled very soon to see Dr. Rumbaua and can address your medication/treatment needs at that time. If you are unable to wait and feel at risk to yourself, I'd remind you of the process of declaring a mental health emergency.
The remainder of your issues addressed in this grievance is not areas of responsibility for the mental health department (i.e., blankets and heat) and I'd suggest you address these in a separate grievance.
Based on the above information; your grievance is denied
You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

| _____ | _____ | _____ |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**B. Espino**
**Medical Director**
**FSP/Corizon**

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**MAILED**
**JAN 10 2014**
FSP GRIEVANCE OFFICE

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

*Mental Health.*

(Instructions on Back)

Mail Number: _2m01_
Team Number: _____
Institution: _FSP_

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☑ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | C-1101 | CM-outpatient | 12-25-13 |

**REQUEST**  Check here if this is an informal grievance ☐

Attached is a sick call that I tried submitting 12-25-13 cellfront C-1101 about 3:30 pm while Nurse Singletary was doing evening pm medication round. However, she refused to accept it witnessed by videos FPJ 602.033  So, I decided to send it to you-all via Routine Mail. Kindly look into & resolve said issues ASAP  I'm on the verge of BUGGING UP due to the inhumane conditions. I can take only so much.

Thank You

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

---
**DO NOT WRITE BELOW THIS LINE** ———

**RESPONSE**  DATE RECEIVED:

**RECEIVED**
DEC 3 0 2013
FSP MENTAL HEALTH

I answered this via your Formal Grievance. You have refused 4 groups, 2 psychiatric call-outs, and 1 call-out with me during the month of December. We cannot treat your MH issues unless you attend call-outs. You are scheduled to see Dr. Rumbaug very soon and I'd urge you to attend. Your Non-MH issues (blankets, temp) should be addressed with Security.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____✓_____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): SENIOR MENTAL HEALTH CLINICIAN | Date: 12/30/13 |
|---|---|
| S. O'NEILL, PSYD LICENSED PSYCHOLOGIST FLORIDA STATE PRISON | |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

Incorporated by Reference in Rule 33-103.019. F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

From: ___O'CONNOR, NYKA___          ___199579___          ___FSP___
Last    First    Middle Initial          Number          Institution

---

**Part A – Inmate Grievance**

Medical / ADA Re: shoulder witnessed by videos 12-31-13 Approx 10:00 - 11:00 A.M.

Facts:- On 12-31-13, O'Connor was relocated from cell C-1101 to D-1102, then due to feces in toilet and toilet inoperable, O'Connor stayed in foul cell for a while then relocated to Cell D-1333. At all times, the video will show that O'Connor was restrained in the rear via black-box, waist-chain, handcuffs, and leg shackles. The videos will also show that O'Connor had two large bundles of very heavy personal property He had to haul on his shoulders from cell to cell, wing to wing, without the help of any staff and/or inmate orderly. No front cuff pass has been issued or will be issued where, said hauling of personal property has aggravated O'Connors' existing shoulder problems. No heavy lifting pass was ever issued by FSP or will ever be issued absent court Order As a result O'Connor has & will continue to haul said heavy property from wing to wing, cell to cell, institution to institution to further agitate an existing shoulder injury as outlined in this pending civil suit O'Connor v Kelley. U. Dist Ct Pens Fla case # 3:10-cv-360-cc-EMT, when staff tried to break O'Connors' arms, caught on videos where said shoulder pains has numbing tingly feeling which extends to the hands, neck & face at times, where arms become immobile. Relief: Kindly review & save cameras of C-wing, hallway when O'Connor exited C-wing and walking down hallway to D-wing, when O'Connor entered D-1102, then exited to D-1333, at all times hauling his own property in a cruel & unusual manner. Said videos will be needed longer than 30 days for Grievance Exhaustion & civil suit Per PLRA 603-033 & Procedural Due Process. Said time from 12-31-13 was about 10 AM - 11 AM give or take. Judge & Jury will want to see videos regardless if staff falsely alleged videos don't support O'Connors allegations, or Dr Espino alleged pass was/is not "indicated."

___1-5-14___          ___N. O'Connor, 199579___
DATE          SIGNATURE OF GRIEVANT AND D.C. #

**1401-305-034**

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**          ☒ 1 Speedy Response
___# ___    ___Signature___

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

**RECEIVED JAN 08 2014**          Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____          Institutional Mailing Log #: _____          ___M.Vickers___
(Date)          (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1401-205-034 | FLORIDA STATE PRISON | D1333S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your grievance and medical record have been carefully reviewed.  You allege you have an existing shoulder problem however there is no diagnosis of that in your medical file.  Your personal property is your responsibility to get it moved when you are relocated.  If you feel you need any restrictive passes for your shoulder you may access sick about that concern.  Medical department has nothing to do with the cuffing process of close management inmates. The security issues are seperate issues and should be grieved as such. Based on the above, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303 Requests for Administrative remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

G.A.Espino, M.D., MSA
Medical Director
FSP/Corizon

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

MAILED JAN 2 4 2014

FEB 02 2017

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 17-6-04812 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Please be advised that you cannot use the grievance process for monetary gain and/or tort claims.

It is determined that the response made to you by Dr. Le on 1/23/17 appropriately addresses the issues you presented.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including specialty consults, medication prescriptions, diagnostic testing, lab work, or passes.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Tom Reimers
Health Services Director

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | *7. Bowden* SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2/30/17 DATE |

Meeting 1

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

JAN 3 1 2017

Bureau of Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR | NYKA | | 199579 | FSP |
|----------|------|--|--------|-----|
| Last | First | Middle Initial | DC Number | Institution |

176-04812

**Part A – Inmate Grievance**

Appeal Re: Formal Log # 1701-205-028

Re: Eye Care.

Facts: It is true that the record shows that no issues were recorded about O'Connor's eye-vision problems on 12-30-17 when O'Connor saw Dr Leo about diet Reason be, Dr Leo refused allow O'Connor to present same when O'Connor attempted to do so verbally, and advised for O'Connor to submit a sick call as stated in the Formal Grievance Log # 1701-205-028 Further the 1-2-17 sick call about eye-visual problems among other issues was returned by Nurse Johnson on 1-6-17 unprocessed where Nurse Johnson falsely alleged she couldn't read same Relief:Adequate care & accommodations provided for O'Connor worsening eye-visual disability of pain, blurry vision, with sparkles, flashes of light, watering via straining to read close up Far vision good, but close vision bad. Have pain sticking pin sensation in eyes.

| 1-26-17 | N. O'Connor, 199579 |
|---------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

☒ 1 _____
 #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

1701-205-028

Submitted by the inmate on: JAN 27 2017
 (Date)

Institutional Mailing Log #: 2051201 2708

(Received By)

7a (205)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE'S FILE - INSTITUTION./FACILITY |
| | INMATE'S FILE | CENTRAL OFFICE INMATE FILE |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)

Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 1701-205-028 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Review of your medical file shows that being gained back at FSP on 12/28/16 you have not voiced any complaints related to issues with your vision and/or eyes through sick call and/or by declaring a medical emergency. When seen by the physician on 12/30/16 for follow up for need of diet pass you didn't voice any complaints of issues with your vision and/or eyes.

If you are experiencing medical issues and/or concerns you can access sick call to be evaluated and if medically indicated you will be referred for further evaluation.

GRIEVANCE IS HEREBY DENIED. Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

C. Le, MD
FSP

1-23-17

JAN 23 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR | NYKA | | 199579 | FSP |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

Medical - ADA - Visual - Eye Disability

Facts:- Got good far vision, but poor near vision, and need glasses to read, write, etc. due watery eyes that pain, with pin sticking feeling, vision becomes blurry etc, from straining eyes. Have flashes of light & sparkles in peripheral vision ever since 2-28-10 when staff hit me in the eye. The eye Doctor advised said hit caused the jelly in eye to shift. Doctor once advised that because I got good far vision, I'll not receive adequate care e.g. prescription glasses for near vision problems. Need to be referred to eye specialist. Said eye snell tests are not doing anything to help problem.

Relief: Adequate eye care provided & adequate accommodation provided for visual disability. Any other relief

※ NOTE: Being Corizon is gone, Centurian should be liable in a suit.
※ NOTE: Tried verbally presenting issue to Asian male M.D. on 12-30-16 (Fri) to no avail.

---

| 1-3-17 | N. O'Connor, 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1701-205-028

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

07a     ☒ 1     _____

    #             Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: **JAN 0 3 2017**

         (Date)        Institutional Mailing Log #: _____

                                                        (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 17-6-04813 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Please be advised that you cannot use the grievance process for monetary gain and/or tort claims.

It is determined that the response made to you by Dr. Le on 1/23/17 appropriately addresses the issues you presented.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including specialty consults, medication prescriptions, diagnostic testing, lab work, or passes.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Tom Reimers
Health Services Director

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|
| | T. Bowden | 2/27/17 |

Medical

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JAN 3 1 2017
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR NYKA | 199574 | FSP |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

176-04813

**Part A – Inmate Grievance**

Appeal

Medical - A.D.A, skin, Hip, Knee, Ankle, Toe, & Leg, issues that hinder daily activities, etc.

Re: Formal log # 1701-205-030.

Facts:- True that nothing is documented about O'connor attempting to relay issues about His skin, Hip, Knee, Ankle, Toe, Leg issues to Dr. Le on 12-30-16. because Dr. Le would not entertain them, & simply advised O'connor to submit a sick-call. When O'connor complies, His submitted 1-2-17 sick-call was returned 1-6-17 unprocessed by Nurse Johnson. O'connors' issues continue to worsen; especially with O'connors' knee that feels as if on fire, pain, numbness with tingly feeling; which inhibits bending, walking standing, etc. & if O'connor goes to sleep with same hanging off bunk, etc, when He awakes, He can't move & has to wait until pain, numbness and tingly firey feeling wears off. O'connors' skin is peeling & dry with cracks, that butter/margarine from the tray tray is of no help - skin simply absorb same, and after a while is dry again. It's hard for O'connor to sleep on sides due to severe hip pain, which also inhibit walking and certain exercises & activities needing hip. Ankle that's improperly healed after broken, impairs long standing, walking and certain exercises needing ankle due to severe pain. Toe still gets numb with pain when bumped into &/or rubbed against hard surfaces due to no nail to protect same. Need Medical shoes with ankle support, toe padding, ace wrap-brace for knee & ankle; Icy/hot rub, moisterizer for skin especially where bullet in leg scar keeps peeling & bleeding, which itches and pain with numbness when bullet gets cold, adequate pain meds, possible surgeries, referral to specialist, adequate inquiries done eg MRI, etc, for LRPs nerve injury Relief: Adequate cure & accommodations provided. Damages. Any other relief.

| 1-27-17 | N. O'Connor 1995 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

1    Signature
#

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JAN 2 7 2017       Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____       1701-205-030
                 (Date)      Institutional Mailing Log #: 205170127707

(Received By)

7a (205)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)       Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1701-205-030 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Review of your medical file shows that being gained back at FSP on 12/28/16 you have not voiced any medical issues and/or complaints through sick call and/or by declaring a medical emergency. When seen by the physician on 12/30/16 for follow up for need of diet pass you didn't voice any medical issues and/or complaints.

If you are experiencing medical issues and/or concerns you can access sick call to be evaluated and if medically indicated you will be referred for further evaluation.

GRIEVANCE IS HEREBY DENIED. Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

C. Le, MD
FSP

JAN 23 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

O'CONNOR   NYKA                    199579              FSP
_Last_   _First_   _Middle Initial_      _DC Number_        _Institution_

---

**Part A – Inmate Grievance**

Medical - ADA skin, hip, knee, ankle, toe, ie. leg issues that hinder daily activities, etc.

Facts: Have been experiencing severe pain from staff abuses in hip, knee, ankle, and toe, which I think is attributed to Complex Regional Pain Syndrome (CRPS). Toe has no nail to keep it sturdy and withstand pressure, etc. when toe is bumped into hard surfaces and/or rubs against hard surfaces, same becomes numb with pain. Need shoe with toe padding. Have broken improperly healed ankle, which pains when walking and standing; probably need shoe with ankle support and ace-ankle support. Prohibited from exercises using ankle due to severe ankle pains. Severe pain in knee inhibits bending, limited range of motion, which sometimes cricks (like ankle & toe). Exercises requiring knees are also prohibited too due to severe pain, which also continues even when sleeping and feet and/or leg hangs off the bunk, I'd wake up with severe-excruciating pain in said knees, which would take a lengthy time to wear off before being able to go use feet-knee-leg again, e.g. for walking if I get up out my sleep to use rest-room; etc.; I got to wait for pain to go away before moving. Probably need ace knee brace-wrap, therapy, etc, for knee, and possible surgery. As for hip, just like shoulder issues, which prevent sleeping on sides, my hips pain severely which hinders sleeping on the sides. Further, if one looks at the skin around the bone-hips, one will see hard skin like burns - probably from sleeping on thin mattress over the years on cm. Likewise, skin on leg - hamstring with gunshot wound peels, which itches that I scratch causing bleeding, where same, and bullet in leg pain [bullet scar] with numbness especially when cold cause bullet in leg to be cold. May need some kind of moisturizer for same, along with peeling, cracking skin around skin area down to ankles. Note, for years medical allege they don't treat dry skin.

Relief:- Adequate Care & Accommodation provided. Damages. Any other relief

* NOTE: Skin's too dry at times, can hardly turn, where it feels like skin will rip open at turn, bend, etc...
1-3-17                                                    N. O'Connor, 199579
**DATE**                                          **SIGNATURE OF GRIEVANT AND D.C. #**

☆ NOTE: Tried present issue to MO on 12-30-16 to no avail.
☆ NOTE: Being Corizon is gone, Centurion will now be liable in suit.

O7a                      1701·205·030                         ☒☒ 1
                                                              _Signature_

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    # ____

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JAN 0 3 2017          Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____        _____
                    (Date)
                          Institutional Mailing Log #: _____

                                                        (Received By)

**DISTRIBUTION:**          INSTITUTION/FACILITY                CENTRAL OFFICE
                  INMATE (2 Copies)                  INMATE
                  INMATE'S FILE                      INMATE'S FILE - INSTITUTION/FACILITY
                  INSTITUTIONAL GRIEVANCE FILE       CENTRAL OFFICE INMATE FILE
                                                     CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)
                          Incorporated by Reference in Rule 33-103.006, F.A.C.

FEB 2? 2017

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 17-6-04815 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Le on 1/23/17 appropriately addresses the issues you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Tom Reimers
Health Services Director

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | T. Bowden SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 10/15/17 DATE |
|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JAN 3 1 2017
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

O'CONNOR   NYKA                199579          FSP
Last    First    Middle Initial         DC Number        Institution

17-6-04815

---

**Part A – Inmate Grievance**

Dental - ADA

Re: Formal log # 1701-205-026

Facts:- O'Connor is not concerned whether FSP does implants, O'Connor didn't come to prison with *missing* teeth & should remain with *missing* teeth or leave FDOC with *missing* teeth, that staff abuses caused to be removed. Extraction of teeth issue was evaded. Tooth-brush abrasion that's numb & painful at times especially when it comes in contact with cold air, liquid, food, etc, as stated in the attached 1-2-17 sick-call, was evaded. JFC is advised to submit sick-call, disregarding the 1-2-17 sick-call submitted & attached O'Connor is hindered from chewing properly, biting hard, eating, speaking etc, due to missing teeth

Relief: Adequate Dental care & accommodations provided for His ~~Dental~~ Dental Disability. Damages. Any other relief.

* NOTE Appreciate if staff stop ripping the upper left corner of O'Connor's grievance & attachments.

---

1-27-17                        N O'Connor, 199579
DATE                           SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

☒ 1
#        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

1701-205-026

Submitted by the inmate on: JAN 27 2017
(Date)        Institutional Mailing Log #: 205170627-2

(Received By)

7b (205)

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1701-205-026 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Dental department at FSP does not do implants. If, you are having a problem access sick call to be evaluated.

GRIEVANCE IS HEREBY DENIED. Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

C. Le, MD
FSP

JAN 23 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR | NYKA | | 199579 | FUP |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

Dental ADA

Facts:- Got missing teeth, that need implants. The partial dentures don't fit. Speech & eating / chewing is difficult without adequate teeth. Got another tooth needing "possible" extraction, Got toothbrush abrasion that hurts, is painful, especially when it comes in contact with cold air / food / liquid, anything cold. Dentist said implants costs FDoc too much money, so is staff abuses that caused it. ~~Because~~ i.e, loss of teeth. staff abuse done but prohibited, so implants can be done though prohibited.

Relief: Adequate care and Accommodations provided. Any other relief

*NOTE: Being Corizon left, Centurion should be liable in suit.

|  |  |
|---|---|
| 1-3-17 | N. O'Connor 199579 |
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1701-205-026

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

076

# 1

Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: **JAN 0 3 2017**

(Date)

Institutional Mailing Log #: _____

(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 1-2-17                          Time: PM

Inmate Name: NYKA O'CONNOR            DC#: 199579

Housing assignment: L-1210

Job assignment: CM-1

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain): _____

☐  Mental Health

☑  Dental : Got missing teeth that needs implants. The partial denture doesn't
fit. Additionally, got one more tooth needing "possibly" extraction. Got
☐  Medical (explain): toothbrush abrasion that's numb & painful at times, especially when it comes in contact with cold air, liquid food etc.

_____

_____

_____

_____

When did problem/symptoms start? ONGOING concerning the above existing for years

_____

_____

Inmate Name NYKA O'CONNOR
DC# 199579                Race/Sex B/M
Date of Birth Feb. 12, 1980
Institution FSP

Distribution:  Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)        Incorporated by Reference in Rule 33-402.101, F.A.C.

# Esophageal cancer

From Wikipedia, the free encyclopedia

**Esophageal cancer** (or **oesophageal cancer**) is a malignancy of the esophagus. There are various subtypes, primarily squamous cell cancer (approx 90–95% of all esophageal cancer worldwide) and adenocarcinoma (approx. 50–80% of all esophageal cancer in the United States). Squamous cell cancer arises from the cells that line the upper part of the esophagus. Adenocarcinoma arises from glandular cells that are present at the junction of the esophagus and stomach.[1]

Esophageal tumors usually lead to dysphagia (difficulty swallowing), pain and other symptoms, and are diagnosed with biopsy. Small and localized tumors are treated surgically with curative intent. Larger tumors tend not to be operable and hence are treated with palliative care; their growth can still be delayed with chemotherapy, radiotherapy or a combination of the two. In some cases chemo- and radiotherapy can render these larger tumors operable. Prognosis depends on the extent of the disease and other medical problems, but is generally fairly poor.[2]

## Esophageal cancer

*Classification and external resources*



Endoscopic image of patient with esophageal adenocarcinoma

| | |
|---|---|
| **ICD-10** | C15 (http://apps.who.int/classifications/icd10/browse/2010/en#/C15) |
| **ICD-9** | 150 (http://www.icd9data.com/getICD9Code.ashx?icd9=150) |
| **OMIM** | 133239 (http://omim.org/entry/133239) |
| **DiseasesDB** | 9150 (http://www.diseasesdatabase.com/ddb9150.htm) |
| **MedlinePlus** | 000283 (http://www.nlm.nih.gov/medlineplus/ency/article/000283.htm) |
| **eMedicine** | article/277930 (http://emedicine.medscape.com/article/277930-overview) article/368206 (http://emedicine.medscape.com/article/368206-overview) |
| **MeSH** | D004938 (http://www.nlm.nih.gov/cgi/mesh/2014/MB_cgi?field=uid&term=D004938) |

## Contents

- 1 Classification
- 2 Signs and symptoms
- 3 Causes
    - 3.1 Increased risk
    - 3.2 Decreased risk
- 4 Diagnosis
    - 4.1 Clinical evaluation

**About.com** Heartburn / GERD

## Safe Foods for Heartburn Sufferers
By Sharon Gillson  *Updated February 20, 2014*

Free Heartburn / GERD Newsletter!

Enter email address          Sign Up

Certain foods can aggravate your heartburn symptoms, and when planning your acid reflux diet, it's best to limit or avoid completely those foods and drinks that result in heartburn. There are some foods that have little or no potential for causing heartburn.

The foods listed in the **Table** below are the most common foods that are usually pretty safe for heartburn sufferers to eat.

For a listing of foods that you may be able to enjoy occasionally, please check out the table for foods that can be Consumed With Discretion. For a listing of foods that probably should be limited, as they are usually responsible for a higher occurrence of heartburn, please check out the table for Foods To Be Limited.

This is by no means a complete list, and in your personal situation, you may either find you can eat the foods from the "Avoid" group with no problem or have problems with foods not listed. It is a good idea to keep a Food Diary. For approximately two weeks, write down what you eat, when you eat and any symptoms you may experience. This will help you and your doctor plan your diet and decide on any change in eating habits you may need.

**Related Resources:**

- Meal Planning Quick Tips for Preventing Heartburn
- Tips for Preventing Heartburn When You Eat Out
- Heartburn Friendly Recipes
- Keeping a Food Diary
- Heartburn Free School Lunches
- Share Your Story: What Foods Are Your Biggest Heartburn Trigger?

**Safe Foods for the Acid Reflux Diet**

| Food Group | Foods With Little Potential to Cause Heartburn |
|---|---|
| Fruit | • Apple, fresh<br>• Apple, dried<br>• Apple juice<br>• Banana |
| Vegetables | • Baked potato<br>• Broccoli<br>• Cabbage<br>• Carrots<br>• Green beans<br>• Peas |
| Meat | • Ground beef, extra-lean<br>• Steak, London Broil<br>• Chicken breast, skinless<br>• Egg whites<br>• Egg substitute<br>• Fish, no added fat |
| Dairy | • Cheese, feta or goat<br>• Cream cheese, fat-free<br>• Sour cream, fat-free<br>• Soy cheese, low-fat |

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: __1-2-17__     Time: __PM__

Inmate Name: __NYKA O'CONNOR__     DC#: __199579__

Housing assignment: __L-1210__

RECEIVED
JAN 04 2017
FSP DENTAL

Job assignment: __CM-1__

Problem:

SICK CALL TRIAGE
_____ EMERGENT
___✓___ URGENT/MD REFERRAL
_____ ROUTINE
DATE/TIME: __1/2/17 /600__
STAFF SIGNATURE/STAMP:
_Dorothy McCooley LPN_

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☐ Mental Health

☑ Dental : Got missing teeth that needs implants. The partial denture doesn't fit. Additionally, got one more teeth needing "possible" extraction. Got toothbrush abrasion that is numb & painful at times, especially when it comes in

☐ Medical (explain): contact with cold air, liquid, food, etc. _____

When did problem/symptoms start? _ONGOING concerning the above existing 5 years_

-Added to sick call list & will schedule.
        -C. DeNunzio 2/14/17
                    C. DeNunzio
                    Dental Assistant
                    FSP

Inmate Name __NYKA O'CONNOR__
DC# __199579__          Race/Sex __B/M__
Date of Birth __Feb 12, 1980__
Institution __FSP__

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only—otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)          Incorporated by Reference in Rule 33-402.101, F.A.C.

*Kindly Sign it*

DC# 199579

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**INMATE SICK-CALL REQUEST**

TRIAGE
___ EMERGENT
___ URGENT/MD REFERRAL
___ ROUTINE

Date: 1-2-17                     Time: PM

Inmate Name: NYKA O'CONNOR       DC#: 199579

DATE/TIME: 1/2/17 1500
STAFF SIGNATURE/STAMP: Mdrooku Mdrooku LPI

Housing assignment: L-1210

Job assignment: CM-1

*SUGGESTION:- You'll want to take care of My constipation problem, then pressure go slightly every 3 months or so, & P/c the deficient Lactulose.*

Question: why when you'll weigh Inmates you don't first calibrate the scale & then minus 5 lbs for the full restraints, which may lead to incorrect weight checks.

Problem:
(1) Head:- Having serious head rushes, dizzy spells, and blackouts with migraine headaches. I've had several motorcycle accidents in society & such hit in the head & slammed on the head, etc. when abused as extraction team. I think I need MRI - probably became epileptic from the jerks I receive.

☑ **Pass/pass renewal**

(2) Eyes:- Got good far vision, but poor near vision, where I need glasses to read, due to watery eyes, which pain, vision becomes blurry, etc. from straining eyes. Also have flashes of light & sparkles in my peripheral vision ever since being hit in eye by staff, which is worsening.

☑ **Medication renewal**

(3) Shoulders:- Ever since staff tried to break my arm, been experiencing severe shoulder pain. Where, pain with numbing feeling & tingly sensations extends from shoulders to hands neck & face, which severely hinders sleeping on the sides, lifting heavy objects, & going to call-outs with restraints in the back placing severe pressure on shoulders, aggravated & agitates said condition. May need reconstructive shoulder surgery for complex regional pain syndrome (CRPS) I suffer from that's

☑ **Need information (explain):**

☐ **Mental Health**

☐ **Dental**

getting worse. Sometimes it feels as if My shoulders are on fire, without Me doing anything. I May need Frontcuff pass, therapy, referral to specialist, ice, hot, stronger pain meds that's not adverse to My gastro issues Mention below. Need inquiries.

☑ **Medical (explain):**

*SUGGESTION: Lactulose worsen My gastro issues. It makes My stomach hurt, bubbles, have me nauseated, passing gas, etc. If possible, kindly provide Nexium or some other adequate gastro meds, where Tums only temporary calms and reflux that causes esophagus cancer.*

(4) Gastro:- Been experiencing serious gastro issues for years to date which is getting worse, where sometime I feel a very sharp pain shooting from My stomach to My anal/groin area, sometimes I have serious gastro pains and cramps that I have to stop what I'm doing and fall to the floor, curl up in fetus position, with clenching teeth & fist profuse sweating heart pounding-very fast evidencing increase of heartrate and blood pressure from such severe pains and cramps in gastro region. This happens regularly, and a lot whenever defecating, where, I'll have to crawl from toilet to bunk or elsewhere, because severe pains & cramps prohibit walking. I have been diagnosed with gallstones since about March April 2015, & been awaiting surgery for same. However, on 12-28-16 (FRIday) Asian Male MD here at FSP advised that I have NO MORE GALLSTONES & NO SURGERY WILL BE DONE. So I question- did the gallstone magically disappear? His conclusion came from RMC if Rada doing a colonoscopy that there's no issues; but gallstones are not in colon, but are in the gallbladder which I tried explaining to said Asian Dr., to no avail. Said Asian.

When did problem/symptoms start? If commence to even writing on the blue consult sheet written by other Doctors, & also falsely alleges I have NO gastro issues, warranting any gastro diet e.g. Fat Intolerance, Low Residue, etc. and falsely alleged I weigh most when my weight was 138 lbs, to deny Me a 4000 calorie diet. Where, technically, I'm entitled to a non-standard Therapeutic Diet e.g. Low Res.- Fat Intolerance - 4000 Vegetarian combined which policy allow via approval of CHO, RMC & central office, where My religious beliefs of vegetarian Judaism & Siddha Philosophy prohibits meat, fish, eggs, cheese. Still defecating blood. Beans gives serious anal reflux. I only get Tums 2x daily at FSP, which I got 2x daily at VCI. My religion requires peanut butter, cereal, whole fruits vegetables, bread etc. which can be configured to My needs.

(5) Hip/Knee/ankle Toe:- Been experiencing severe pain from staff abuses in hip, knee, ankle & toe - CRPS. Toe has no nail & when bumped into f/c rubs against hard surfaces & numbs & pains. Need shoe with toe padding & ankle support, possible ace-brace support for ankle & knee, with other sizes, & possible surgeries & inquiries.

Inmate Name: NYKA O'CONNOR

DC# 199579                     Race/Sex B/M

Date of Birth Feb 12, 1980

Institution FSP

*NOTE: Lactulose worsen My stomach hurts, bubbles, gas, etc. If possible, kindly provide other adequate gastro meds, where Tums only temporary calms that reflux that causes esophagus cancer.*

(6) Wound & Skin:- Got gunshot wound scar that pains, itches, that I scratch and bleeds, become numb with pain, especially in cold time when bullet gets cold, in leg. Skin on skin area is also cracking & peeling, due to lack of moisture, ets, been in cm since 2005. Need moisturizer, etc.? For years Medical says they don't treat dry skin, what about dry skin that's cracked, peeling & bleeding that itches & pains?

NOTE: Symptoms ongoing for years & getting worse.                     Thanks.

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval of the Office of Health Services-Administration

DC4-698A (Revised 6/11/08)     Incorporated by Reference in Rule 33-402.101, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _FSP_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other _CV  C LC_ |
|---|---|---|---|---|

| FROM: | Inmate Name NYNA OCONNOR | DC Number 199579 | Quarters E-1206 | Job Assignment CM-1 | Date 1-8-17 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☐

1) Kindly disclose My weight on 12-28-16 at Medical.

2) Kindly disclose My weight on 12-30-16 at Medical.

Thank You

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): N O'Connor          DC#: 199579

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: 1·10·17

① 12·28·16   reported 138lbs

② 12·30·16   reported 138lbs — the doctor personally took you back to the scale and weighed you at 180 lbs.

The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Johnson, D.O. FSP | Official (Signature): _____ | Date: 1·13·17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _FSP_

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☑ Other _Inspector_ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | E-1206 | CM-1 | 1-10-17 |

**REQUEST**                     Check here if this is an informal grievance ☑

Informal Re: Denial of Videos & Audios 3:20 pm 1-6-17, E-1206
Facts: The videos & audios will reflect that on 1-6-17 approx 3:20 pm
cellfront E1206, Nurse Johnson (W/F) another Nurse (true Joe) and a CO
were present when Nurse Johnson returned O'connor's sick-call dated
1-2-17; and falsely alleged that she can't read it, and that other sick-call
submitted by O'connor will be returned unprocessed, thus, denying O'connor
adequate Medical Care. O'connor advised Her (Johnson) that Nurse Cunningham it when given
_____ to Her on 1-2-17, who never returned same.
Relief: See Review & Save audios & videos longer than 30 days for
grievance exhaustion & suit. Damages. Any other relief.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): _N. O'Connor_ | DC#: 199579 |
|---|---|

## RESPONSE

**RECEIVED**
**JAN 10 2017**
**FSP MEDICAL**

DO NOT WRITE BELOW THIS LINE

205-1701-0339     **DATE RECEIVED:** JAN 10 2017

It your sick call was returned as it was not fully legible as you were told. You were also told why and was advised to use as many sick calls as needed but ensure it was legible as we could take care of your healthcare needs so nothing would be missed. You verbalized understanding after RN Johnson gave it back to you. Further you were visually assessed and you were not in any acute distress nor did you verbalize you were.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Johnson RN | Official (Signature): _____ | Date: 1/20/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

*Dr Le M.J.*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Mail Number: ___
Team Number: ___
Institution: **FSP**

＊ See Petition For Rule change DC 14-198 where Past Secretary FDOC
disclosed Rule 33-204-003(5) authorizing combination of 2 medical diets with vegan.

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other ___ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | E-1206 | CM-1 | 1-19-17 |

**REQUEST**                    Check here if this is an informal grievance ☐

1) Kindly disclose the full names of Dr C. Le & Head Nurse Johnson in Medical per FS 119 needed for prospective Civil suit & Complant to Fla Dept Health ↑of
2) Note: A reason I keep losing weight is due to discarding beans (that gives acid reflux) eggs & meat - non religious
3) A review of My Medical Records will show UCI Dr Perez CHO wrote a Low Residue Pass for 11-1-16 to 2-1-17, and FSP Dr Le wrote a Fat Intolerance Pass for 12-21-16 to 3-31-17. Low Residue for foods Low in indigestible carbohydrates that reduces gastrointestinal motility Proc. 401.009(2)(f), & Fat Intolerance for My cholesterol gallstones from fatty foods Proc. 401.003(2)(g). I also don't eat meat fish & eggs for Religious reasons which requires peanut butter, cereal, whole fruits, milk, bread, etc, I'm entitled to a Vegan for Religion. Thus, I'm entitled to a Low Residue Fat Intolerance - Vegan diet combined (Non-standard Therapeutic diet) per 33-204-003(5) & Proc. 401.009(1)(e). The Fat Intolerance serves beans, etc. that gives acid reflux, etc, & meat, eggs, etc contrary to My Religion.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): N. O Connor | DC#: 199579 |
|---|---|

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    DATE RECEIVED: 1/23/17

A Staff members first initial and last name is sufficient. In accordance with Ch 33-601.901(1)(A), no inmate or offender under supervision of the department shall have unlimited or routine access to any information contained in the records of the department unless an exceptional need can be demonstrated. You have not demonstrated an exceptional need as defined in Florida Statute 945.10.3. If you are preparing for a filing, your attorney or the courts can request his/her complete name as part of the discovery process. Everything else listed above is statements not a request.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is ___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): J. Nixon | Official (Signature): | Date 1/30/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden       ☐ Assistant Warden       ☐ Secretary, Florida Department of Corrections

**From or IF Alleging Sexual Abuse, on the behalf of:**

O'CONNOR, NYKA                    199579                    FSP

Last     First     Middle Initial        DC Number              Institution

---

**Part A – Inmate Grievance**

Medical: Gastro Disability - Therapeutic Diet - Non-Standard Therapeutic Diet DENIED.
Facts: For years, Oconn has had serious gastro issues especially since his surgery
in 2010, e.g. serious acid reflux - which causes esophagus ulcers, heartburn, gastric
pains & cramps, where Oconn has to curl up in fetus position with clinch fists, forehead
profuse sweating, increased heart rate & blood pressure. Due to said severe pains &
cramps which are worsening especially after meals & after defecating (where Oconn
will sometimes crawl from toilet to bed because of severe pains & cramps that
inhibit walking. Low Residue has been prescribed for the food low in carbohydrate
that reduces gastro motility, that result in acid reflux, heartburn, indigestion, etc. Low
bean, oatmeal etc. Fat intolerance has been written due to cholesterol, gallstone
from fatty foods eaten, for which Oconn awaits surgery approved since about March
2015. Also low Calorie diet has been prescribed due to Oconn's ONGOING weight
loss, from deficient food, lengthy hunger strikes, etc. Note Oconn has NOT been on a
hunger strike/fast since being Baker Acted to Lake CI CMHI/MHTF March-June
2016. However, Oconn's still losing weight - was 139 lbs [minus 6 lbs restraints = 133 lbs] on 12-28-16 at FSP Medical upon
arrival at 6 ft with BMI = 18.8 and inquired about a diet pass from young CO/F Nurse
who advised that she'll look into it and appointment will be scheduled IF I'll be given a
medical Diet Now, I Oconn is on a Alt-diet for religious reasons - Buddha, Ahimsa
Vegetarian Philosophy to refrain from meat, fish & eggs, and is supposed to be on a Vegan/
Vegetarian diet - which is deficient for Oconn's health &/or religion - that requires peanut
butter, milk, cereal, whole fruit, vegetables, bread etc., some of which currently Vegan doesn't serve - I'm
entitled to a NON-STANDARD - THERAPEUTIC-DIET per policy, that combines the above, e.g.
Low Residue - Fat Intolerance - Low Calorie - Vegetarian, which has to be authorized by
CHO, RMC Reg-Med Director & Central Office, but same is being denied where I have had said
one diet over the other. In 2013 the whole of FSP, Dr. Espino diet [and Nurse Johnson etc.] all medical Irregular that
subsequent Doctors & Surgeons at UCI, RMC, Suwannee etc. recommended, prescribed. Oconn should
be advised as a med. other than Dr. Espino, and definitely NOT Nurse Johnson - who Oconn will refuse to see due
to continue.

12-30-16                                        N. O'Connor  199579
DATE                                        SIGNATURE OF GRIEVANT AND D.C. #

Relief: Adequate Therapeutic Diet provided to comply with My Health & Religious NEEDS. Damages, Any other relief.

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

07d          1701-205-008          ☑ 1 Specify Response

#                            #                            Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**JAN 03 2017**          Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____          Institutional Mailing Log #: _____

(Date)

(Received By)

**DISTRIBUTION:**

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)

Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 1701-205-008 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated.  Records available to this office were also reviewed.

Review of your medical file shows that you were seen by the physician on 12/30/16 for follow up for need of diet pass; you were assessed and evaluated at which time your pass for fat intolerance diet was renewed times 90 days.

If you are experiencing medical issues and/or concerns you can access sick call to be evaluated and if medically indicated you will be referred for further evaluation.

GRIEVANCE IS HEREBY DENIED.  Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

C. Le, MD
FSP

1·23·17

JAN 23 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR, | N.Y.K.A | 1995-79 | FSP |
|---|---|---|---|
| Last First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

_Medical ADA - shoulder Disability_

Facts:- On 12-30-16, O'Connor tried presenting His shoulder-related issues to Asian Male Doctor (M.D) who disregarded issue and advised to submit a sick call. Where, O'Connor has CRPS (Complex Regional Pain Syndrome) serious nerve damage needing reconstructive nerve surgery, shoulder therapy, x-ray's, etc. Where staff tried breaking O'Connor's arms at the shoulder more than once, and pain with numbness & tingly sensation from shoulders extend ~~from~~ neck, face and hands. Probably need MRI, being X-Rays are deficient which can only show deformities in bone, etc, and can't show nerve damage that's worsening. Where, sometimes it feels like My shoulders are on fire. said condition hinders sleeping on the sides, exercises using shoulders, **heavy lifting**, outside cell activities requiring rear restraints which places pressure & causes aggravation & agitation of said condition. Need ~~~~, referred to specialist, etc... See attached sick-call submitted regarding shoulders among other issues. Frontcuff poss & No heavy lifting posses are needed. If possible a double mat poss will probably help with shoulder laying on these thin mats. Relief: Adequate shoulder care and accommodations provided. Damages, Any other relief.

☑ NOTE: Tried presenting shoulder problem to said M.D as aforesaid, who failed to disclose penological reasons warranting a sick-call to address same

☒ NOTE: Being Corizon is gone, Centurion should be liable in a suit

☒ NOTE: Issues ONGOING & WORSENING.

---

| 1-3-17 | N. O'Connor, 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1701-205-027

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

one

# / 1 _____ Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JAN 03 2017

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____ Institutional Mailing Log #: _____ _____
(Date) (Received By)

| **DISTRIBUTION:** | **INSTITUTION/FACILITY** | **CENTRAL OFFICE** |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)      Incorporated by Reference in Rule 33-103.006, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

# INMATE SICK-CALL REQUEST

Date: 1-2-17                    Time: PM

Inmate Name: NYKA O'CONNOR        DC#: 199579

Housing assignment: L-12-10

Job assignment: CM-1

Question: Why when you'll weigh inmates you don't first calibrate the scale & then minus 5 lbs for the full restraints, which may lead to incorrect weight checks.

Problem: (1) Head:- Having serious head rushes, dizzy spells, & black outs with migrane headaches. I've had several motorcycle accidents in society & been hit in the head & slammed on the head eg. when advised by extractor team I think I need MRI - probably became epileptic from the jerks I receive.

☑ Pass/pass renewal

(2) Eyes: Got good far vision, but poor near vision, where I need glasses to read due to watery eyes, which pain, vision becomes blurry

☑ Medication renewal
etc. from straining eyes. Also have flashes of light & sparkles in peripheral vision ever since being hit in eye by shots, which is worsening.

☑ Need information (explain): (3) Shoulders:- Ever since shot tried to break my arm, been experiencing severe shoulder pain. Where, pain with numbing feeling & tingly sensations extended from shoulders to hands neck & face, which

☐ Mental Health
severely hinders sleeping on the sides, lifting heavy objects, going to cut-outs with restraints in the back placing severe pressing on shoulders

☐ Dental
aggravate - & agitates said condition. May need reconstructive shoulder surgery for complex regional pain syndrome (CRPS) I suffer from that's

☑ Medical (explain): getting worse. Sometimes it feels as if my shoulders are on fire, without me doing anything. I may need heatstuff, pass, jtherapy, &referral to specialist, icy, hot, stronger pain meds that I not advise to my gastro issues mention below. Need inquiries.

(4) Gastro:- Been experiencing serious gastro issues for years to date which is getting worse. Where, sometimes I feel a very sharp pain shooting from my stomach to my anus/groin area. sometimes I have serious gastro pains and cramps that I have to stop what I'm doing and fall to the floor, curl up in fetus position with clenching teeth & fist, profuse sweating, heart pounding - very fast evidencing increase of heartrate and blood pressure from said severe pains and cramps in gastro region. This happens regularly, and a lot when not defecating. where, I'll have to crawl from toilet to bunk or elsewhere, because severe pains & cramps prohibit walking. I have been diagnosed with gallstones since about March & April 2015; & been awaiting surgery for same. However, on 12-23-16 (fri day) Asian-Male MD here at FSP advised that I have NO MORE GALLSTONES & NO SURGERY WILL BE DONE so I question- did the gallstone magically disappear. His conclusion came from RMC Dr Rada doing a colonoscopy that shows no issues; but gallstones are not in colon, but are in the gallbladder which I tried explaining to said Asian Dr, to no avail. Said Asian when did problem/symptoms start? It commence to even writing on the blue consult sheet written by other Doctors, also falsely alleged I have NO gastro issues, disregarding my gastro diet eg. Fat Intolerance, Low Residue, etc, and falsely alleged I lost more when my weight was 138 lbs, to deny me a 4000 calorie diet. where, technically, I'm entitled to a non-standard Therapeutic diet eg. Low Res - Fat Intolerance - 4000 - Vegetarian combined which policy allow via approval of CHO, RMC & central office. where my religious beliefs of vegetarian Judaism & Siddha Philosophy prohibits meat, fish, eggs, cheese. Still defecating blood. Beans gives serious pains and reflux, I only get Tums 2x daily at FSP, which I got 3x daily at UCI. My religion requires peanut butter, cereal, whole fruits, vegetables, breads, etc, which can be configured for my needs.

(5) Hip/knee/ankle Toe:- Been experiencing severe pain from said abuses in hip, knee, ankle & toe. CRPS Toe has no nail & when bumped into slot nuts against hard surfaces it numbs & pains - need shoe with toe padding & ankle support, possible arch & brace support for ankle & knee, with therapy, & possible surgeries & inquiries.

Inmate Name: NYKA O'CONNOR

DC# 199579          Race/Sex B/M

Date of Birth Feb 12, 1980

Institution FSP

Distribution: Original—Nursing Supervisor

Pink—Inmate (special copy only-otherwise destroy copy)

This form is not to be amended, revised, or altered without approval by the Office of Health Services-Administration

(6) Wound & skin:- Got gunshot wound scars that pains, itches, that I scratch and bleeds; become numb with pain, especially in cold time when bullet gets cold in leg. Skin on skin area is also cracking & peeling, due to lack of moisture, etc, been on CM since 2005. Need moisturizer, etc.

For years Medical said they don't treat dry skin, what about dry skin that's cracked, peeling & bleeding that itches & pains?

DC4-698A (Revised 6/11/08)    Incorporated by Reference in Rule 33-402.101, F.A.C.

Thanks.

NOTE: symptoms ongoing for years & getting worse.

**Left margin notes:**

* SUGGESTION - You'll won't to take care of my constipation problem, then prescribe 60 Lightly every 3 months or so, & I/C the deficient Lactulose.

** NOTE: Lactulose worsen my gastro issues. It makes my stomach hurt, bubbles, have me nauseated, passing gas, etc. If possible, kindly provide Nexium or some other adequate gastro meds, where Tums only temporary caused esophagus cancer. Thanks.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1701-205-027 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated.  Records available to this office were also reviewed.

Review of your medical file shows that being gained back at FSP on 12/28/16 you have not voiced any complaints related to shoulder issues through sick call and/or by declaring a medical emergency.  When seen by the physician on 12/30/16 for follow up for need of diet pass you didn't voice any complaints of issues with your shoulder.

If you are experiencing medical issues and/or concerns you can access sick call to be evaluated and if medically indicated you will be referred for further evaluation.

GRIEVANCE IS HEREBY DENIED.  Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| _C. Le, MD FSP_ | _J. M. Cull_ | _1.23.17_ |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

mailed
JAN 23 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden       ☐ Assistant Warden       ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR | NYKA | | 199579 | FSP |
|----------|------|--|--------|-----|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

Medical - ADA - Visual - Eye Disability

Facts:- Got good far vision, but poor near vision, and need glasses to read, write, etc due watery eyes that pain, with pin sticking feeling, vision becomes blurry etc, from straining eyes. Have flashes of light & sparkles in peripheral vision ever since 2-28-10 when staff hit me in the eye. The eye Doctor advised said hit caused the jelly in eye to shift. Doctor once advised that because I got good far vision, I'll not receive adequate care e.g prescription glasses for near vision problems. Need to be referred to eye specialist. said eye snell tests are not doing anything to help problem.

Relief: Adequate eye care, provided & adequate accommodation provided for visual Disability. Any other relief

* NOTE: Being Centron is gone, centurion should be liable in a suit.
* NOTE: Tried verbally presenting issue to ? or male MD on 12-30-16 (Fri) to no avail.

| 1-3-07 | N. O'Connor, 199579 |
|--------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1701-205-028

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

07a

# 1       Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: JAN 03 2017
(Date)

Institutional Mailing Log #:_____

(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 1701-205-028 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated.  Records available to this office were also reviewed.

Review of your medical file shows that being gained back at FSP on 12/28/16 you have not voiced any complaints related to issues with your vision and/or eyes through sick call and/or by declaring a medical emergency.  When seen by the physician on 12/30/16 for follow up for need of diet pass you didn't voice any complaints of issues with your vision and/or eyes.

If you are experiencing medical issues and/or concerns you can access sick call to be evaluated and if medically indicated you will be referred for further evaluation.

GRIEVANCE IS HEREBY DENIED.  Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

C. Le, MD
FSP

1-23-17

mailed
JAN 23 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR | NYKA | | 199579 | FSP |
|----------|------|---|--------|-----|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

Medical - ADA skin -hip, knee -ankle - toe, re. leg issues that hinder daily activities, etc.

Facts: Have been experiencing severe pain from staff abuses in hip, knee, ankle, and toe, which I think is attributed to Complex Regional Pain Syndrome (CRPS). Toe has no nail to keep it sturdy and withstand pressure, etc. when toe is bumped into hard surfaces and/or rubs against hard surfaces, same becomes numb with pain. Need shoe with toe padding. Have broken improperly healed ankle, which pains when walking and standing, probably need shoe with ankle support and ace - ankle support. Prohibited from exercises using ankle due to severe ankle pains. Severe pain in knee inhibits bending, limited range of motion, which sometimes cricks (like ankle & toe). Exercises requiring knees are also prohibited ~~etc~~ due to severe pain, which also continues even when sleeping and feet and/or leg hangs off the bunk. I'd wake up with severe - excruciating pain in said knees, which would take a lengthy time to wear off before being able to ~~po~~ use feet - knee - leg again, eg. for walking if I get up out my sleep to use rest-room; etc, I just to wait for pain to go away before moving. Probably need ace knee brace - wrap, therapy, etc, for knee, and possible surgery. As for hip, just like shoulder issues, which prevent sleeping on sides, my hips pain severely which hinders sleeping on the sides. Further, if one looks at the skin around the bone-hips, one will see hard skin like burns - probably from sleeping on thin mattress over the years on cm. Likewise, skin on leg- hamstring with gunshot wound peels, which itches that I scratch causing bleeding, where same, bullet scar and bullet in leg pain with numbness especially when cold cause bullet in leg to be cold. May need some kind of moisturizer for same, along with peeling, cracking skin around shin area down to ankles. Note, for years Medical allege they don't treat dry skin.

Relief:- Adequate Care & Accommodation provided. Damages Any other relief

✱ NOTE! Skin's too dry at times, can hardly turn, where it feels like skin will rip open at turn, bend etc...

1-3-17                                          N. O'Connor, 199579

✱ NOTE! Tried present issue to M.D. on 12.30.16 to no avail.         **SIGNATURE OF GRIEVANT AND D.C. #**

✱ NOTE! Being Corizon is gone, Centurion will now be liable in suit.

**✱BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

07a                     1701-205-030              ☒ 1
                                                 #        Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JAN 03 2017        Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____     Institutional Mailing Log #: _____
                    (Date)                                                            (Received By)

**DISTRIBUTION:**

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|----------------------|----------------|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1701-205-030 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated.  Records available to this office were also reviewed.

Review of your medical file shows that being gained back at FSP on 12/28/16 you have not voiced any medical issues and/or complaints through sick call and/or by declaring a medical emergency.  When seen by the physician on 12/30/16 for follow up for need of diet pass you didn't voice any medical issues and/or complaints.

If you are experiencing medical issues and/or concerns you can access sick call to be evaluated and if medically indicated you will be referred for further evaluation.

GRIEVANCE IS HEREBY DENIED.  Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden　　☐ Assistant Warden　　☐ Secretary, Florida Department of Corrections

**From or IF Alleging Sexual Abuse, on the behalf of:**

| O'Connor Nyka | 199579 | FUP |
|---|---|---|
| Last　First　Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

Dental ADA

Facts:- Got missing teeth, that need implants. The partial dentures don't fit. Speech & eating/chewing is difficult without adequate teeth. Got another tooth needing "possible" extraction, Got toothbrush abrasion that hurts, is painful, especially when it comes in contact with cold air/food/liquid, anything cold. Dentist said implants costs FDoc too much money, so is staff abuses that caused it. Pooooo ie, loss of teeth. Staff abuse done but prohibited, so implants can be done though prohibited.

Relief: Adequate care and accommodations provided. Any other relief.

*NOTE: Being Corizon left, Centurion should be liable in suit.

| 1-3-17 | N. O'Connor  199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1701-205-026

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

070　　　　　　　　　　　　　　　　　　　✗ 1　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: **JAN 0 3 2017**　　Institutional Mailing Log #:_____
　　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)　　　　　Incorporated by Reference in Rule 33-103.006, F.A.C.

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: _1-2-17_                     Time: _PM_

Inmate Name: _NYKA  O'CONNOR_      DC#: _199579_

Housing assignment: _L-1210_

Job assignment: _CM-1_

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain):_____

☐    Mental Health

☑    Dental : Got missing teeth that needs implants. The partial denture doesn't
fit. Additionally, got one more teeth needing possibly extraction. Got
☐    Medical (explain): toothbrush abrasion thats numb & painful at Times, especially when it comes in
contact with cold air, liquid, food etc _____

_____

_____

_____

_____

_____

When did problem/symptoms start? _ONGOING concerning the above existing for years_

_____

_____

_____

Inmate Name _NYKA  O'CONNOR_
DC#_ 199579_                     Race/Sex _B/M_
Date of Birth _Feb. 12, 1980_
Institution _FSP_

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval by the Office Health Services-Administration

DC4-698A (Revised 6/11/08)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1701-205-026 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Dental department at FSP does not do implants. If, you are having a problem access sick call to be evaluated.

GRIEVANCE IS HEREBY DENIED. Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1·23·17 |
| | | DATE |

C. Le, MD
FSP

JAN 23 2017

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden        ☐ Assistant Warden        ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

_O'CONNOR_ _NYKA_ _____   _199579_   _FSP_
Last      First      Middle Initial          DC Number          Institution

**Part A – Inmate Grievance**

Formal Re: Dr. Le 12-30-16 visit.

Facts: On 12-30-16, Dr. Le advised falsely that I'm not entitled to any Diet, eg 4000, Low Residue, Fat Intolerance, etc, inspite of my that He's entitled to Love due to weight loss issues from deficient diet. Where O'Connor is also entitled to a Low Residue Diet due severe acid reflux (that causes esophagus cancer), heartburns, indigestion, regurgitation, etc, from beans and other foods high in indigestible carbohydrate and corrective tissue which is not reduce but contribute to intestinal motility Proc. 401.009 (2) (f). O'Connor also advised He's entitled to a Fat Intolerance Diet Proc. 401.009 (2) (g) due to fatty foods that cause cholesterol gallstones that can clog the gallbladder opening, cause infection to make gallbladder erupt-spreading infection to entire body & be fatal. The beans O'Connor discards and meat, eggs, etc, contrary to O'Connor's beliefs (SYJ & Judaism) to refrain from meats, fish, eggs, etc, (but calls for peanut butter, cereal, whole fruits, breads, vegetables, etc), cause O'Connor to be deprived of the necessary protein nutrients for a balanced diet. Thus, O'Connor is losing weight & needs a 4000 Calorie diet Proc. 401.009 (2)(h)(3). O'Connor also advised that all the above diets can be combined into one even if O'Connor is not given a 4000. Where O'Connor could be provided a Non-standard Therapeutic Diet i.e, Low Residue-Fat Intolerance-Vegetarian, per Proc. 401.009 (6) (j)  & 33-206.003(5), that CHO Le, RMC Reg med Dir & D14-198 of 2014, where FDOC sec Crews said I could get Low Res-4000 Vegan combined & no need to implement new rule change to facilitate same. Fat Intol prescribed 12-30-16 is deficient, serves beans, meat, eggs, etc...

_1-5-16_
DATE

_N. O'Connor 199579_
SIGNATURE OF GRIEVANT AND D.C. #

Relief: Adequate Non-standard Therapeutic Diet Provided. Any other relief

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

OTO

(701-205-071)

#1    _____
#      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: **JAN 0 5 2017**     Institutional Mailing Log #:_____
(Date)

_____
(Received By)

DISTRIBUTION:        INSTITUTION/FACILITY        CENTRAL OFFICE
                     INMATE (2 Copies)            INMATE
                     INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                     INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                                  CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)
                     Incorporated by Reference in Rule 33-103.006, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

In Re:  Petition to Initiate Rulemaking                    DC Case No.: DC 14-198

Petitioner:  Nyka O'Connor, DC # 199579

_____/

## FINAL ORDER

On October 15, 2014, the State of Florida, Department of Corrections, ("Department") received a petition ("Petition") from inmate Nyka O'Connor, DC # 199579 ("Petitioner").  The Petition requests the Department to amend or adopt a rule to allow the combination of 2 or more therapeutic diets, ex. 4000 calorie low residue diet, and to have a therapeutic diet with a vegan entrée, 4000 calorie low residue vegan diet.

The Petition is hereby **DENIED** on the following grounds.  Rulemaking is unnecessary because pursuant to Rule 33-204.003(5), Florida Administrative Code, therapeutic diets for medical or dental reasons shall be provided as ordered by a Department of Corrections credentialed physician, clinical associate or dentist. Non-standard therapeutic diets shall be approved by the public health nutrition program manager and the regional medical executive director.  This existing provision in Rule 33-204.003(5), Florida Administrative Code, already allows for non-standard therapeutic diets.  Therefore Petitioner's issue is one of compliance with existing Department rule or policy and the issue should be addressed through the inmate grievance process in Chapter 33-103, Florida Administrative Code.

This order may be appealed within thirty days by filing a notice of appeal with the Department and the district court of appeal.  Except in cases of indigence, the court will require a filing fee and the Department will require payment for preparing the record on

appeal.  For further explanation of the right to appeal, refer to Section 120.68, Florida

Statutes, and the Florida Rules of Appellate Procedure.

Additionally, pursuant to <u>Quigley v. Florida Department of Corrections</u>, 745,

So.2d 1029 (Fla. 1st DCA 1999), and its progeny, initial appellate judicial review of the

merits of this Final Order is not available to prisoners under the Administrative

Procedures Act.  Prisoners may only seek judicial review of whether this Final Order: (1)

was issued within thirty days of the Petition filing; and/or (2) provided a written

statement of the reasons for denying the Petition.

DONE AND ORDERED this ___5th___ day of November, 2014.

Michael D. Crews, Secretary
Department of Corrections
501 S. Calhoun St.
Tallahassee, Florida 32399

Copies furnished to:

**Nyka O'Connor, DC# 199579**
Union Correctional Institution
7819 N.W. 228th Street
Raiford, Florida 32026-4000

**Kenneth J. Plante, Coordinator**
Joint Administrative Procedures Committee
Room 680, Pepper Building
111 W. Madison Street
Tallahassee, Florida 32399-1400

FILED-AGENCY CLERK

Initials_J. B._

NOV 0  2014

Time_10:00 A.m._
Department of Corrections

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 1701-205-071 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated.  Records available to this office were also reviewed.

Your formal grievance is being returned in accordance with rule 33-103.014 (1) (m) a decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it in response to formal grievance 1701-205-008.

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

C. Le, MD
FSP

## FLORIDA DEPARTMENT OF CORRECTIONS
## INFORMED CONSENT FOR PSYCHOTROPIC MEDICATION

**MEDICATION:**     **ZOLOFT (Sertraline HCL)**

**PURPOSE:** This medication is used to treat symptoms associated with depressive disorders.

**COMMON SIDE EFFECTS INCLUDE, BUT ARE NOT LIMITED TO:**  Sleepiness, insomnia, constipation, diarrhea, nausea, dry mouth, difficulty urinating, sexual dysfunction, headaches, nervousness, dizziness, drowsiness, indigestion.

**OTHER POTENTIAL SIGNIFICANT SIDE EFFECTS INCLUDE, BUT ARE NOT LIMITED TO:**  Changes in blood pressure, vomiting, fatigue, increased risk of suicide.

**ALTERNATIVE TREATMENT:**  It has been determined, at this time, that this category of medication is the most effective therapy available, and that this class of medication will relieve undesirable symptoms better and more quickly than other treatments alone. Alternative treatments may include other medication, activity therapies, and talk therapies such as counseling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:**  The medication usually acts within **2 – 3 Weeks**, and significant benefit may require regular and long-term usage. The doctor may adjust the dosage during treatment, in most cases, to the minimum dosage that meets the needs of the inmate. The doctor may order laboratory tests from time to time to ensure that the medication is not causing any serious physiological problems.

**NOTIFICATION:**  You should understand that you can decide to stop taking this medication at any time by notifying the doctor or any other health care staff orally or in writing. If you decide to stop taking the medication, it will not affect your ability to receive other health care. Notify your physician if there is a possibility that you are pregnant.

**RISK AND HAZARDS:**  Avoid alcohol and other nonprescription drugs; avoid driving a vehicle and other activities that require alertness until adjusted to side effects. Abrupt withdrawal or discontinuation of medication may cause medical problems. Antacids containing aluminum or magnesium should not be taken 1 hour before taking this medication and never right after.

**I understand that by signing this form I am agreeing to let the Department of Corrections treat me with a psychotropic drug. Departmental staff have given me, and explained information about the nature of this treatment and the reasons I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I may be taking this drug. Departmental staff have given me a chance to ask questions about my treatment and have answered all my questions. I understand that I can discuss any other questions I might have about my treatment with the doctor and that a signed copy of this form will be given to me.**

Time/Date:_____          Inmate Signature:_____

Time/Date:_____          Prescribing Practitioner Signature:_____
                                            Name/Title Stamp
**Inmate Name**_____
**DC#**_____ **Race/Sex**_____
**Date of Birth**_____
**Institution**_____

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration
Distribution: White copy-Health Record
Canary copy-Inmate

DC4-545U (05/04)

## FLORIDA DEPARTMENT OF CORRECTIONS
## INFORMED CONSENT FOR PSYCHOTROPIC MEDICATION

**MEDICATION:**      **RISPERDAL (Risperidone)**

**PURPOSE:** This medication is used to treat symptoms associated with disorders of thoughts, perceptions, behavior and/or affect.

**COMMON SIDE EFFECTS INCLUDE, BUT ARE NOT LIMITED TO:**  Sleepiness, muscle stiffness, abnormal involuntary movements (some of which may be persistent and are called Tardive Dyskinesia), difficulty urinating, lowered blood pressure (which may be experienced as light-headedness), blurred vision, dry mouth, constipation, weight gain, nasal irritation.

**OTHER POTENTIAL, SIGNIFICANT SIDE EFFECTS INCLUDE, BUT ARE NOT LIMITED TO:**  Increased risk of seizures, problems with blood cells leading to lower ability to fight infection, increased prolactin levels, and neuroleptic malignant syndrome and increased levels of glucose, cholesterol, and triglycerides..

**ALTERNATIVE TREATMENT:** It has been determined, at this time, that this category of medication is the most effective therapy available and that this class of medication will relieve undesirable symptoms better and more quickly than other treatments. Alternative treatments may include other medications, activity therapies, and talk therapies such as counseling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days (though some may take several weeks or months), and significant benefit may require regular and long-term usage. The doctor may adjust the dosage during treatment, in most cases, to the minimum dosage that meets the needs of the inmate. The doctor may order laboratory tests from time to time to ensure that the medication is not causing any serious physiological problems.

**NOTIFICATION:** You should understand that you can decide to stop taking this medication at any time by notifying the doctor or any other health care staff orally or in writing. If you decide to stop taking the medication, it will not affect your ability to receive other health care. Notify your physician if there is a possibility that you are pregnant.

**RISK AND HAZARDS:** Avoid alcohol and other nonprescription drugs; avoid driving a vehicle and other activities that require alertness until adjusted to side effects. Avoid too much exercise, extreme heat, or other activities that are likely to dehydrate you unless you are able to get enough water. Antacids containing aluminum or magnesium should not be taken 1 hour before taking this medication and never right after.

**I understand that by signing this form, I am agreeing to let Department of Corrections staff treat me with a psychotropic drug. Departmental staff have given me, and explained, information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I may be taking this drug. Departmental staff have given me a chance to ask questions about my treatment and have answered all my questions. I understand that I can discuss any other questions I might have about my treatment with the doctor and that a signed copy of this form will be given to me.**

Time/Date:_____          Inmate Signature:_____

Time/Date:_____          Prescribing Practitioner Signature:_____
                                             Name/Title Stamp
**Inmate Name**_____
**DC#**_____ **Race/Sex**_____
**Date of Birth**_____
**Institution**_____

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration
Distribution: White copy-Health Record
Canary copy-Inmate

DC4-545M (05/04)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**DIET PRESCRIPTION/ORDER**

DATE

**PHYSICIANS ARE TO PLACE A CHECK MARK AND SIGN INITIALS BESIDE THE APPROPRIATE DIET:**

**DIETS:**

Clear Liquid Diet _____              *1600 Calorie Regulated Diet _____

Cold Liquid Diet _____

Full Liquid Diet _____               *2200 Calorie Regulated Diet _____

Puree Diet _____

Mechanical Dental Diet _____         *2800 Calorie Regulated Diet _____

                                             3600 Calorie Regulated Diet
Low Residue Diet _____               (w/ 3 meals and 3 snacks) _____ .

Fat Intolerance Diet _____           4000 Calorie Regulated Diet
                                             (w/ 3 meals and 3 snacks) _____

CSU (Suicide Precaution) Diet _____  Prenatal Diet _____

Predialysis Diet (60-65 gm PRO,              Dialysis Diet (95-105 gm PRO,
 2.0-3.0 gm Na+, 3.0-3.2 gm K) _____       2.0-3.0 gm Na+, 3.0-3.2 gm K)_____

*These diets contain <300 mg of Cholesterol and <2300 mg of sodium.

PATIENT TO STAY ON PRESCRIBED DIET FROM _____ TO _____

OBSERVATIONS _____

_____

DOCTOR OR CLINICAL ASSOCIATE: _____
                                        (signature or stamp)

Inmate Name _____

DC# _____ R/S _____

Date of Birth _____

Institution _____

DIET PRESCRIPTION/ORDER        Distribution:  White-Food Service  Canary-Inmate  Pink-Medical Record
DC4-728 (Revised 8/06)

DEPARTMENT OF CORRECTIONS

## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: _O'CONNOR, NYKA_ _199579_ _FSP_
    Last  First  Middle Initial     Number     Institution

| Part A – Inmate Grievance |
|---|

Mental

Re: Denial of meds - Psych

Facts: On Sunday 1-22-17 Am & pm meds Round, the audio & video will show/reflect No Psych meds given per verbal response from Nurse (W/F). Also, O'Connor saw Psychiatrist Rumbaua on Friday 1-20-17, who re-wrote orders for Zoloft & Risperdol. O'Connor has a valid order for Prazosin from UCI that FSP Dr. Rumbaua didn't D/C. However, haven't been getting Prazosin for Nightmares- which persist i.e. nightmares- bad dreams had 1 today about a pa

Relief: Adequate Meds provided. See & save audios & videos longer than 30 days for grievance exhaustion, & suit, FDOH, etc. Any other relief

* NOTE: This place (FSP) is haunted.

_1-24-17_
DATE

(701-205-28)

_N. O'Connor 199579_
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___ / ___
                                                     #         Signature

## INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

JAN 24 2017

Submitted by the inmate on: _____ Institutional Mailing Log #:_____ _____
           (Date)                                                   (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                    INMATE (2 Copies)          INMATE
                    INMATE'S FILE            INMATE'S FILE - INSTITUTION/FACILITY
                    INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                                    CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1701-205-281 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated.  Records available to this office were also reviewed.

Review of your medical file shows that you were seen by the Psychiatrist on 1/20/17 at which time your prescription for Risperdal and Zoloft were renewed; however the Psychiatrist did not renew your prescription for Prazosin.

If you are still experiencing medical and/or mental health issues and/or concerns you can access sick call to be evaluated and if medically indicated you will be referred for further evaluation.

GRIEVANCE IS HEREBY DENIED.  Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING C. Le, MD FSP | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2·2·17 DATE |

FEB 03 2017

*Dr. Le M.J.*

# INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

Mail Number: ___
Team Number: ___
Institution: __FSP__

* See Petition For Rule change DC 14-198 where Past Secretary FDOC
disclosed Rule 33-204-003(5) authorizing combination of 2 medical diets with Vegan.

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☒ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other ___ |
|---|---|---|---|---|

| FROM: | Inmate Name<br>NYKA O'CONNOR | DC Number<br>199579 | Quarters<br>E-1206 | Job Assignment<br>CM-1 | Date<br>1-19-17 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☐

1) Kindly disclose the full names of Dr E. Le & Head Nurse Johnson in Medical per FS 119 needed for prospective civil suit & complaint to Fla. Dept. of Health. (2) note: A reason I keep losing weight is due to discarding beans (that gives acid reflux) eggs & meat - non religious 3) A review of My Medical Records will show UCI Dr Perez CHO wrote a Low Residue Pass for 11-1-16 to 2-1-17, and FSP Dr Le wrote a Fat Intolerance Pass for 12-21-16 to 3-31-17. Low Residue for foods low in indigestible carbohydrates that reduces gastrointestinal motility, Proc. 401.009(2) CF), & Fat Intolerance for My cholesteral gallstones from fatty foods Proc. 401.003(2)(g) ○ I also don't eat meat, fish & eggs for Religious reasons - which requires peanut butter, cereal, whole fruits, milk, bread, etc; I'm entitled to a Vegan for Religion. Thus, I'm entitled to a Low Residue Fat Intolerance - Vegan Diet combined (Non-Standard Therapeutic Diet) per 33-204-003(5) & Proc. 401.009(1)(c). The Fat Intolerance serves beans, etc. that gives acid reflux, etc. & meat, eggs, etc contrary to My Religion.

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): N. O'Connor | DC#: 199579 |
|---|---|

---

### DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: 1/23/17

A Staff members first initial and last name is sufficient. In accordance with Ch. 33-601.901(1)(a), no inmate or offender under the jurisdiction of the department shall have unlimited or routine access to any information contained in the records of the department unless an exceptional need can be demonstrated. You have not demonstrated an exceptional need as defined in Florida Statute 945.10(3). If you are preparing for a filing, your attorney or the courts can request his/her compile note as part of the discovery process. Everything else listed above is statements not a request.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Johnson   CSS | Official (Signature): | Date 1/30/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.
DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

O'CONNOR,              NYKA                              199579                        FSP
Last          First          Middle Initial          DC Number          Institution

**Part A – Inmate Grievance**

Formal Re: Medical & Disabilities.

Re: Jr Chuong T. Le (Asian Male) denying adequate Care, & Accommodations on 2-6-17

Facts:- On 2-6-17, O'Connor was seen by Jr Le, whose only concern was
the negative results of the colonoscopy. O'Connor attempted to advise Jr Le
of His ONGOING Gastro issues that include but not limited to denial of adequate
Medications, that Tums 2x daily was deficient and requested Tums 3x daily, which
O'Connor used recieve at UCI, and also requested Nexium for gastro acid reflux
and something for the pain & cramps; bloody hard stools, etc, to no avail. Jr Le
simply advised the Nurse is NOT going come on the wing 3 x daily, and that
FSP doesn't provides Nexium. O'Connor attempted to present issue of deficient diet to
Jr Le who disregarded the matter. O'Connor also attempted to present issues
to Jr Le regarding His Headaches, migranes, dizziness faint spells, black-outs, etc,
to no avail. O'Connor attempted to present issue to Jr Le regarding His shoulders
burning, numbness with tingly feeling that's radiating to other places, to no avail. O'Connor
also attempted to present to Jr Le issue regarding O'Connor's eyes - vision blurry, with
pain, pin sticking sensations, flashes - sparkles of light with black spots, difficulty
reading near where eye waters, etc, to no avail. O'Connor attempted to present
to Jr Le issues about O'Connor's CRPS (Complex Regional pain Syndrome (as in
Shoulders) in hip, knee ankle, to no avail. Where O'Connor is hindered from
bending, standing for long periods, do exercise where said body parts are necessary, due
to severe pain. O'Connor attempted to present to Jr Le issues pertaining to His nail-
less toe which severely pains with numbness when rubbed into against & bumped into hard
surfaces; where walking is prohibited until pain & numbness wear off. O'Connor also
attempted to present to Jr Le issues concerning His dry, peeling cracked skin on heels, shin
and around bullet wound in leg; where O'Connor scratches same due to dry & itching,
especially in the cold season that cause bullet to be icky hot & numb, where skin bleeds. Jr Le
disregarded all the above, while a wm officer Karr was present in violation of confidentiality - HIPAA

2-7-17                                        N. O'Connor, 199579
DATE                                 SIGNATURE OF GRIEVANT AND D.C. #

Relief: Adequate CARE & ACCOMMODATIONS provided for O'Connor's serious health needs & disabilities damages.

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

☑ O                        1702-205-083                   ____ / ____
                                                      #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

FEB 07 2017          Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____          Institutional Mailing Log #: _____

(Date)

(Received By)

DISTRIBUTION:          INSTITUTION/FACILITY          CENTRAL OFFICE
                       INMATE (2 Copies)             INMATE
                       INMATE'S FILE                 INMATE'S FILE - INSTITUTION./FACILITY
                       INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                                     CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 1702-205-083 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Review of your medical file shows that being gained back at FSP on 12/28/16 you have not voiced any complaints related to shoulder issues, blood in stool, or blurry vision through sick call and/or by declaring a medical emergency. When seen by the physician on 12/30/16 for follow up for need of diet pass you didn't voice any complaints of issues with your shoulder.

You were seen by the physician on 2/6/17 for follow up for evaluation of need for General Surgery consult; you were assessed and evaluated by the physician at which time the physician noted to continue tums 500mg 1 tab TID times 4 weeks, ordered stool cards be issued times 3 to rule out blood in stool, and you were scheduled for a follow up in the near future.

If you are still experiencing medical issues and/or concerns you can access sick call to be evaluated and if medically indicated you will be referred for further evaluation.

GRIEVANCE IS HEREBY DENIED. Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2-24-17 |
| Le, M.D. Physician, Primary Care | | DATE |

mailed
FEB 24 2017

# INMATE REQUEST

*Informal Grievance*

**DEPARTMENT OF CORRECTIONS**

Mail Number: ____
Team Number: ____
Institution: FSP--MAIN UNIT

**TO:** (b)(b)
**(Check One)**

- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [x] Dental
- [ ] Other ____

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | E-1206 | CM-1 | 2-15-17 |

## REQUEST

Check here if this is an informal grievance [✓]

Informal Grievance ~~(cont.)~~ -Denial of Policy on Tooth Implants -Denied
Facts: O'Connor sought the policy, procedure, M+B, etc., stating that
FDOC-FSP does not do tooth implants, but the law library continues
to deny same. See prior written requests by O'Connor on said issue.
Same is needed to Access Court, in filing O'Connor's 1983 on Dental.
Relief: Policy that FDOC does not do tooth implants provided. Any
other relief.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): N. O'Connor    DC#: 199579

---

## DO NOT WRITE BELOW THIS LINE

### RESPONSE

205-1703-0542

**DATE RECEIVED:** ~~FEB 16 2017~~

FSP Grievance Office

Department of Corrections does not do implants

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _denied_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): _Girardeau DDS_ | Official (Signature): DR. GIRARDEAU DDS FSP SR. DENTIST | Date: 2/21/17 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

*Informal Grievance*

Mail Number: _____
Team Number: _____
Institution:  FSP--MAIN UNIT

**TO:** ☐ Warden   ☐ Classification   ☐ Medical   ☑ Dental
**(Check One)** ☐ Asst. Warden   ☐ Security   ☐ Mental Health   ☐ Other _____

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|-------|-------------|-----------|----------|----------------|------|
|       | NYKA OCONNOR | 199579 | E-1206 | CM-1 | 2-16-17 |

**REQUEST**                    Check here if this is an informal grievance ☑

Informal Re Dental failure to disclose policy prohibiting tooth implant
Facts: Dental has failed to disclose policy prohibiting tooth implants
contrary to FS 119 needed for prospective suit

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): N. OConnor | DC#: 199579 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    DATE RECEIVED: FEB 16 2017

205-1703-0543

~~SP Grievance Office~~

*Returned. Answered in Informal Grievance*
*# 205-1702-0542*

[The following pertains to informal grievances only:

Based on the above information, your grievance is *Returned*  . (Returned/Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): William Sears DDS | Official (Signature): | Date: 2/21/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR, NYKA | 198579 | Florida State Prison-Main Unit |
|---|---|---|
| Last     First     Middle Initial | DC Number | Institution |

| Part A – Inmate Grievance |
|---|
| Dental |
| Facts: O'Connor submitted a Sick-Call dated 1-2-17, and recently, O'Connor received a response thereto, attach hereto, dated 2-14-17. Where, O'Connor has yet to be seen by Dental. This unnecessary delay & denial of adequate care constitute deliberate indifference by Dental Assistant C. DeNunzio et al |
| |
| Relief: Adequate care provided. Damages. Any other relief |

| 2-20-17 | N. O'Connor 198579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1702-255-305

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**
0 No      Ø 1
#    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

FEB 22 2017     Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #:_____
(Date)                                         (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# INMATE SICK-CALL REQUEST

Date: 1-2-17                    Time: PM

Inmate Name: NYKA O'CONNOR      DC#: 199579

Housing assignment: L-1210

Job assignment: CM-1

**RECEIVED**
**JAN 0 4 2017**
**FSP DENTAL**

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☐ Mental Health

☑ Dental : Got missing teeth that need(s) implants. The partial denture doesn't fit. Additionally, got one more teeth needing "possible" extraction. Got toothbrush abrasion that's numb & painful at times, especially when it comes in

☐ Medical (explain): contact with cold air, liquid, food, etc.

SICK CALL TRIAGE
_____ EMERGENT
___✓___ URGENT/MD REFERRAL
___✓___ ROUTINE
DATE/TIME: 1/2/17 100
STAFF SIGNATURE/STAMP:
_Mireatta MBooker RN_

When did problem/symptoms start? ONGOING concerning the above existing for years

-Added to sick call list & will schedule.
                        - C. DeNunzio 2/14/17
                                    C. DeNunzio
                                    Dental Assistant
                                    FSP

Inmate Name NYKA O'CONNOR
DC# 199579                    Race/Sex B/M
Date of Birth Feb. 12, 1980
Institution FSP.

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

DC4-698A (Revised 6/11/08)        Incorporated by Reference in Rule 33-402.101, F.A.C.