**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1702-205-303 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

You have recently completed your comprehensive dental plan on 12-05-16. If you are having dental issues, access sick call to be evaluated. Review of Chapter 33-outlines Dental Services provided by the Department of Corrections.

GRIEVANCE IS HEREBY DENIED. Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 3/2/17 |
|---|---|---|
| Chuong Le, M.D. Sr. Physician, Primary Care | | DATE |

MAR 03 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

| O'CONNOR, NYKA | 199579 | FSP |
|---|---|---|
| Last      First      Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

ADA-Gastro Disability.
Denial of Audios & Videos Re Nurse Clarkson denial of adequate care.
Facts: O'connor has pending civil suit in US District Court Jax Fl., case styled O'connor v. Julie Jones, case # 3:15-cv-1387-J-32 JBT, regarding ONGOING Gastro Issues. On 2-22-17, about 8:09 Am, O'connor attempted to explain to Nurse Clarkson his ONGOING & worsening gastro issues, inquired about seeing Gastro specialist, Surgeon, etc; not able to eat, severe gastro cramps & pains, defecating bloody stool, etc. where, Nurse Clarkson advised to submit a request and walked away when O'connor tried explaining same to Her, being deliberately indifferent to O'connors' serious Health Issues. Come 4:46 pm during med Rounds just like 8:09 Med Pass, O'connor submitted a sick-call to Nurse Clarkson about said gastro issues, inadequate meds, etc; not eating Breakfast, Lunch, Dinner on 2-22-17, etc, to no avail. Mrs Clarkson (w/F) took said sick-call without providing O'connor a copy of same, and advised O'connor that He should have took off the pink copy before He submitted Sick-Call, & denied O'connor said sick-call copy needed as exhibit in O'connors' civil suits. The videos & audios will verify same, needed to be saved over 30 days for Grievance Exhaustion & civil suit.
Relief: See & save videos & audios over 30 days for grievance exhaustion & civil suit per FAC 602.033.
NOTE: submitted he-ewith, but not attached are 3 Informal Grievances + Inf. to Grievance Coordinator, to not misroute O'connors other 2 Informal Grievances to Inspector to save videos & audios of the above, + Inf to Inspector about 2-22-17 8:09 Am; + Inf to Inspector about 2-22-17 4:46 pm, which should NOT be misrouted to Medical who doesn't have authority & will not save videos & audios of the herein.
NOTE: O'connor didn't eat breakfast on 2-23-17.
Relief: Don't misroute grievance to Inspector about videos-audios, by erroneously sending to Medical.

| | SIGNATURE OF GRIEVANT AND D.C. # |
|---|---|
| DATE | Relief: Videos & Audios 2-22-17 8:09 & 4:46 saved longer than 30 days for Grievance Exhaustion & suit. |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

O'ca                    (702-205-3173)                    ___ / ___
                                                          #      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

FEB 23 2017                    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____        Institutional Mailing Log #: _____
                            (Date)

                                                          (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 1702-205-317 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Nursing staff are not required to initial the pink copy as per procedure 403.006 sick call process and emergencies (4) Special Housing (b) An inmate in special housing will use DC4-698A to sign-up for sick call. After filling out the form, the inmate will:
1. Keep the pink copy; and
2. Give the white copy to nursing staff during special housing rounds.
(c) Nursing staff will initial and date white copy upon receipt.

Based on the above information per policy the inmate is to keep the pink copy and the white copy is what is to be placed in the flap for the nurse to pick up , initial and date.

GRIEVANCE IS HEREBY DENIED. Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Chuong Le, M.D.
Physician, Primary Care

mailed
MAR 14 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR, NYKA | 189579 | FSP |
|---|---|---|
| Last     First     Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

Formal Re: Informal log # 205-1702-0542 & 205-1702-0543

Re: Fraudulent Concealment - Non-disclosure of policy prohibiting tooth implants

Facts: FSP staff, Law Library, Dental etc, continues to fraudulently conceal via non-disclosure, the policy prohibiting tooth implants, contrary to FS Chap 119. Fraud is a Tort & a crime; so is denial of Access to Court a Tort

Relief: Said fraudulent concealment non-disclosure of policy prohibiting tooth implant be disclosed. Damages. Any other relief.

| 2-28-07 | N O'Connor 189579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1702-205-370

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

07ab

#          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: FEB 2 8 2017          Institutional Mailing Log #:_____

          (Date)

          (Received By)

DISTRIBUTION:     INSTITUTION/FACILITY          CENTRAL OFFICE
          INMATE (2 Copies)          INMATE
          INMATE'S FILE          INMATE'S FILE - INSTITUTION/FACILITY
          INSTITUTIONAL GRIEVANCE FILE          CENTRAL OFFICE INMATE FILE
          CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1702-205-370 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Your grievance is being returned without further processing in accordance with Rule 33-103.014 (1) (m) A decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it in formal grievance 205-1702-303.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING Le, M.D. Sr. Physician, Primary Care | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 3/0/17 DATE |

MAR 03 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

| O'Connor | N Y K A | | 199579 | FSP |
|----------|---------|---|--------|-----|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

Denial of Videos & Audios- 2-1-17  2:35-2:40 pm  E-1206 meds denied given to E-1204

Facts: Videos & Audios will reflect that on 3-1-17  2:35-2:40 pm  E-1204, Dennis

mess (Gastro & Psych) were given to another Inmate in E-1204, and Nurse walked

by E-1206 where O'Connor is housed, without providing O'Connor his meds.

O'Connor got the Nurses' attention, who came back around and advised O'Connor

that she has no meds for O'Connor, which is NOT on the MARS. Next day,

Inmate in E-1204 advised that the Nurse gave him O'Connor's' Meds which got

him feeling messed up, ie said Gastro & Psych mess

Relief: Videos & Audios saved longer than 30 days for grievance exhaustion

& civil suit. Damages. Any other relief. Name of WIF Nurse who issued

meds on E-Wing 3-1-17 about 2:35-2:40 pm be disclosed.

| 3-3-17 | N. O'Connor, 199579 |
|--------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1403-205-057

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

078

# ____  ___ Signature

☑1

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on:  MAR 0 3 2017
(Date)

Institutional Mailing Log #: _____

(Received By)

**DISTRIBUTION:**

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|----------------------|----------------|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 1703-205-057 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Review of your medication and treatment record (MAR) shows that you were issued your prescribed medications as ordered by the provider on 3/1/17.

The nurse states that she is aware of your cell location as you have been housed in this same cell since the first week of 1/2017.

If you are experiencing medical issues and/or concerns you can access sick call to be evaluated and if medically indicated you will be referred for further evaluation.

GRIEVANCE IS HEREBY DENIED. Should you elect to obtain further administrative review, you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal to the Bureau of Inmate Grievances, 501 South Calhoun Street, Tallahassee, FL, 32399-2500 within the specified time frame.

| _signature_ | _signature_ | 3-22-17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING Cruikshank, M.D. Sr. Physician, Primary Care | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

mailed
MAR 2 3 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O CONNOR | NYKA | | 199579 | FSP |
|----------|------|--|--------|-----|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

Medical - Nurse Clarkson (W/F) discarding 2-22-17 sick-call.

Facts: The videos & audios witnessed Oconnor submitting a sick-call on 2-22-17 to Nurse Clarkson at 4'46 pm, when she refused to sign, date & return pink copy. Upon information & belief, said sick-call was discarded where to date it's been over a week & No sick-call has been done & will be done on same. If it's falsely alleged Oconnor refused ~~xxxxx~~ any alleged sick-call regarding said 2-22-17 sick-call submitted; the videos & audios shall be reviewed & saved longer than 30 days for civil suit in US Dist Jax Fla, case Oconnor v Jones, when Oconnor allegedly refused sick-call. See 33-208.002(6,12,19) & 33-208.003(21) on fraud which is a Tort & crime.

Relief: Valid penological justification warranting Nurse Clarkson to discard Oconnor's' sick-call &/or ~~xxxxx~~ documents falsified that Oconnor refused sick-call. Videos & audios of the herein saved longer than 30 days for grievance exhaustion & civil suit per PPD 602-053.

| 3-6-17 | N. Oconnor, 199579 |
|--------|--------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1703-205-089

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

☒ 1 _____

(5th)  # / Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

MAR 06 2017

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: _____

(Date)  (Received By)

DISTRIBUTION:

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------------|----------------|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)  Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1703-205-089 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated.  Records available to this office were also reviewed.

Your formal grievance is being returned in accordance with rule 33-103.014 (1) (m) a decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it in response to formal grievance 1703-205-058.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING M.D. Sr. Physician, Primary Care | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 3-22-17 DATE |

mailed
MAR 23 2017

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## INMATE REQUEST

Ole-cl

Mail Number: _____
Team Number: __ -4
Institution: _FSP_

| TO: (Check One) | ☐ Warden | ☑ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | E1206 | CM-1 | 1-29-17 |

## REQUEST
Check here if this is an informal grievance ☑

1) Still need to know the date when I went up for an Hearing here at FSP in Nov-Dec. 2013, needed for Civil Suit per FS 119.

2) Also need to know the date when I was transferred from FSP back to UCI in Jan. 2014, needed for Civil Suit per FS 119

3) Also the date when I was gum here at FSP from UCI in Sept 2013, needed for Civil Suit per FS 119

* NOTE Failure to provide the above can make liable in a Civil Suit also for non-disclosure.                                   Thanks

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): N. O'Connor                          DC#: 199579

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE                        205-001-0950        DATE RECEIVED: JAN 30 2017

The act of asking questions or seeking information, guidance or assistance is not considered to be a grievance. This inmate request will not be considered as documentation of having met the informal step if it attached to a formal grievance. The following response to your question cannot be appealed. You may get the dates of your ICT reviews from your copy of the CM hearing. You were brought to Union C.I. on 1-15-14 from F.S.P. you were transferred to F.S.P. on 9-26-13 from Union C.I.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Returned_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): R. Johnson | Official (Signature): [signature] | Date: 1/31/17 |
|---|---|---|

* Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding a copy of your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

**From or IF Alleging Sexual Abuse, on the behalf of:**

| O'CONNOR NYKA | | | 199579 | FSP |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

*Mental Health*                          **Part A – Inmate Grievance**

Re: Informal Log #205-1703-0144

Facts:- Psych Counselor Lockwoods' 3-9-17 1-on-1 documentation reflects O'Connors' severe stress anxiety, depression, sleep disorder, etc, due to denial of personal property & adequate Law Library services for court deadlines. Further, O'Connor refused No Mental Health Call-Outs since arrival at FSP 12-28-17, except for group; so any falsified allegation by *M* Shobris that O'Connor refused Mental Health Call-Outs (besides group) is a Tort & Crime of Fraud, 33-208.002(6,10,19) & 33-208.008(21)

Relief: Adequate Care & Accommodation provided Any other relief. Damages

| | |
|---|---|
| 3-13-17 | N. O'Connor, 199579 |
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1703-205-158

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

OTC

| ☒ 1 | |
|---|---|
| # | Signature |

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Submitted by the inmate on: MAR 13 2017          **Receipt for Appeals Being Forwarded to Central Office**

|  | |
|---|---|
| (Date) | Institutional Mailing Log #: _____ |

| | |
|---|---|
| | (Received By) |

**DISTRIBUTION:**

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**INMATE REQUEST**

*Informal Grievance*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _SH77_
Team Number: _____
Institution: _FSP-MAIN UNIT_

**TO:** (Check One)

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☑ Mental Health
☐ Dental
☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | E-1206 | CM-1 | 3-6-17 |

**REQUEST**      Check here if this is an informal grievance ☑

Informal: Stress, Anxiety, Depression, Nightmares - Sleep Disorder.
Facts: Having severe stress, anxiety, Depression, Nightmares for
various reasons, mainly regarding Life sentence and 3-7-17
Court deadline, which I'm being denied Court Access.
Relief: Adequate Mental Care & Accommodation provided.
Damages. Any other relief. Need to see Mental Health ASAP.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): N. O'Connor | DC#: 199579 |
|---|---|

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**      DATE RECEIVED: _____

205-1703-044

You are being provided adequate
MH services per policy, in
February, you had the
opportunity to come out for
at least six MH call outs,
you refused four and came
out for two.

*RECEIVED*
*MAR 07 2017*
*FSP MENTAL HEALTH*

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): J. Shobris PsyD | Official (Signature): | Date: 3/8/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)
     Incorporated by Reference in Rule 33-103.005, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

MAR 3 1 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| **O'CONNOR, NYKA** | **199579** | **17-6-10095** | **FLORIDA STATE PRISON** | **E1206S** |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Returned without Action:

Your administrative appeal has been received in non-compliance with Chapter 33-103.

Your administrative appeal to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because your grievance at the institutional level was determined to be in non-compliance with the requirements of the rule and it was returned without action.

Also, please be advised the grievance process is not to be utilized to ask questions, seek information, guidance or assistance.

Therefore, your appeal is being returned without action.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/ CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Tom Reimers
Health Services Director

| | T. Bowden | 3/28/17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Medical

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

MAR 0 9 2017

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCE APPEALS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| O'CONNOR, NYKA | 199579 | FSP |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

176-10095

**Part A – Inmate Grievance**

Appeal Re: Formal log # 1702-205-370

Facts: No policy has been previously provided prohibiting tooth implant in Grievance log # 205-1702-303 as falsely stated contrary to 33.208.008(1), (1) on fraud. Fraudulent concealment is a Tort & Crime.

Relief: Disclose policy prohibiting tooth implant. Disclose where in Grievance log # 205-1702-203, the policy was disclosed prohibiting tooth implants for same to be previously addressed, & Grievance # 205-1702-303 returned without action to frustrate efforts to exhaust grievance process, & deny court access, falsely alleging issue previously addressed, as opposed to previously evaded.

| 3-6-17 | N. O'Connor 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

~~#~~ / 1 _____
#              Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

1702-205-370

Submitted by the inmate on: 03/09/2017   Institutional Mailing Log #:_____
                         (Date)                                                         (Received By)

76 (205)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 1702-205-370 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Your grievance is being returned without further processing in accordance with Rule 33-103.014 (1) (m) A decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it in formal grievance 205-1702-303.

| _Chingh M Wisters_ | _J. M. Cell_ | 3/2/17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING Le, M.D. Sr. Physician, Primary Care | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

*mailed*
MAR 03 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR, NYKA | 199579 | FSP |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

Formal Re: Informal log # 205.1702-0542 & 205.1702-0543

Re: Fraudulent Concealment - Non-Disclosure of policy prohibiting tooth implants

Facts:- FSP Staff, Law Library, Dental, etc, continues to fraudulently

conceal via non-disclosure, the policy prohibiting tooth implants, contrary to

Fla. Chap 119. Fraud is a Tort & a crime; so is denial of Access to Court a Tort

Relief: Said fraudulent concealment - non-disclosure of policy prohibiting tooth

implant be disclosed. Damages. Any other relief

| 2-28-17 | N O'Connor 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1702-205-370

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

07ab

# _____    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: FEB 2 8 2017           Institutional Mailing Log #:_____

(Date)                                                        (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

*3rd*
*Law Library*

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: **FSP--MAIN UNIT**

~~INMATE REQUEST~~
*Informal Grievance*

| TO: ☐☐☐ (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☑ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name NYKA O'CONNOR | DC Number 199579 | Quarters E-1206 | Job Assignment CM-1 | Date 2-15-17 |
|---|---|---|---|---|---|

**REQUEST**                    Check here if this is an informal grievance ☑

Informal Grievance ~~Medic~~ Denial of Policy on Tooth Implants -- Denied
Facts: O'Connor sought the policy, procedure, H+B, etc. stating that
FDOC-FSP does not do tooth implants, but the Law Library continues
to deny same. See prior written requests by O'Connor on said issue.
Same is needed to Access Court, in filing O'Connors' 1983 on Dental.
Relief: Policy that FDOC does not do tooth implants provided Any
other relief.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): N. O'Connor          DC#: 199579

───────  **DO NOT WRITE BELOW THIS LINE**  ───────

**RESPONSE**                    **DATE RECEIVED:** FEB 16 2017

205-1702-0542

FSP Grievance Office

Department of Corrections does not do implants

[The following pertains to informal grievances only:
Based on the above information, your grievance is *denied* . (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name) *A. Girardeau DDS* | Official (Signature): | DR. GIRARDEAU, DDS FSP SR. DENTIST | Date: 2/21/17 |
|---|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

*Informal Grievance*

| Mail Number: _____ |
| Team Number: _____ |
| Institution: FSP--MAIN UNIT |

| TO: ☐ (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☒ Dental ☐ Other _____ |

| FROM: | Inmate Name NYKA O'CONNOR | DC Number 199579 | Quarters E-1206 | Job Assignment CM-1 | Date 2-16-17 |

Check here if this is an informal grievance ☒

**REQUEST**

Informal Re: Dental failure to disclose policy prohibiting tooth implant
Facts: Dental has failed to disclose policy prohibiting tooth implants
contrary to FS 119 needed for prospective suit

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

DC#: 199579

Inmate (Signature): N. O'Connor

--- **DO NOT WRITE BELOW THIS LINE** ---

DATE RECEIVED: FEB 16 2017

FSP Grievance Office

**RESPONSE**   205-1702-0543

Returned. Answered in Informal Grievance,
# 205-1702-0542

[The following pertains to informal grievances only: *Returned* (Returned/Denied, or Approved). If your informal grievance is denied, Based on the above information, your grievance is _____. you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): _____   Official (Signature): _____   Date: 2/21/17

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)   Incorporated by Reference in Rule 33-103.005, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

MAR 15 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 17-6-09552 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your administrative appeal to this office is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, because your grievance at the institutional level was determined to be in non-compliance with the requirements of the rule.

You filed to attach informal grievance 205-1702-0542 and response.

Your request for administrative appeal is being returned without action.

C. Neel

---

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE  03/10/2017

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

MAR 06 2017

From or IF Alleging Sexual Abuse, on the behalf of:

DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCE APPEALS

| O'CONNOR, NYKA | | 199579 | FSP-Main Unit |
|---|---|---|---|
| Last   First   Middle Initial | | DC Number | Institution |

---

Part A – Inmate Grievance    17-6-09552

_Dental Appeal_

Re: Formal log #1702-205-182

Facts:- FSP continues to fraudulently conceal the policy that prohibits tooth implants; which is being evaded; and remains undisclosed and contrary to FS 119 Relief: Policy prohibiting tooth implants be disclosed Damages Any other relief. ☆ NOTE: No prior grievance of FSP has disclosed the policy prohibiting tooth implants, thus issue remains evaded & unaddressed contrary to the falsified response that same was already addressed. See FAC 33-208.002 (6, 12, 19) on fraud.

| 2-28-17 | N. O'Connor, 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

~~0~~ 1 _____
#            Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

1702-205-182

FEB 28 2017

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: 2051702-2810
(Date)

(Received By)

76 (205)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1702-205-182 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAWS.

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Your grievance is being returned without further processing in accordance with Rule 33-103.014 (1) (m) A decision has already been rendered to an inmate by a particular office on the issue currently being grieved before it in informal grievance 205-1702-0542.

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2-23-17 |
|---|---|---|
| C. Le, MD FSP | | DATE |

mailed
FEB 23 2017

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR NYKA | 198579 | Florida State Prison-Main Unit |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

| Part A – Inmate Grievance |
|---|

*Dental*

Facts: dental has failed to disclose the Policy prohibiting Tooth Implants.

Relief: Disclose Policy prohibiting Tooth Implants, per FS119 needed for prospective suit.

| 2-16-17 | N- O'Connor 198579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

1702-205-182

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** _____ / _____

DWB                                                                                    #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: **FEB 16 2017**        Institutional Mailing Log #: _____

_____(Date)_____                                                                    (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

, STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution:   FSP--MAIN UNIT

| TO: | ☐ Warden | ☐ Classification | ☐ Medical | ☑ Dental |
|-----|----------|------------------|-----------|----------|
| (Check One) | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|-------|-------------|-----------|----------|----------------|------|
| | NYKA O'CONNOR | 199579 | E1206 | CM-1 | 2-8-17 |

**REQUEST**                    Check here if this is an informal grievance ☐

Kindly disclose the FDOC Policy, etc, that prohibits tooth implants

Thanks

RECEIVED
FEB 1 3 2017
FSP DENTAL

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): N. O'Connor          DC#: 199579

━━━━━━━━━━  **DO NOT WRITE BELOW THIS LINE** ━━━━━━━━━━

## RESPONSE                    DATE RECEIVED: 2/13/17

We don't do implants.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | **DENTAL ASSISTANT**<br>**FLORIDA STATE PRISON** | Official (Signature): | (signature) | Date: | 2/13/17 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

*Dental*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: __FSP--MAIN UNIT__

| **TO:** (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☑ Dental |
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| **FROM:** | Inmate Name | DC Number | Quarters | Job Assignment | Date |
| | NYKA O'CONNOR | 199579 | E1206 | CM-1 | 2-8-17 |

### REQUEST                    Check here if this is an informal grievance ☐

Kindly disclose the FDOC Policy, etc, that prohibits tooth implants.

Thanks

RECEIVED
FEB 1 0 2017
FSP DENTAL

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): N· O'Connor          DC#: 199579

━━━━━━━━━━━━━━━ **DO NOT WRITE BELOW THIS LINE** ━━━━━━━━━━━━━━━

## RESPONSE                    DATE RECEIVED: 2/13/17

We don't do implants.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): **DENTAL ASSISTANT FLORIDA STATE PRISON** | Official (Signature): _CQU\U/X10_ | Date: 2/13/17 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later
than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)
                    Incorporated by Reference in Rule 33-103.005, F.A.C.

RELIGION

MAILED/FILED
WITH AGENCY CLERK

MAR 2 9 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 17-6-09606 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received and referred to Chaplaincy Services who provided the following:

According to the institution and the Department the chaplain does not specifically seek donations for individual indigent inmates. Aleph will make donations for the Jewish congregational Seder but not individual inmates. All inmates were given the opportunity to purchase Passover packages from Trinity. The institution responded appropriately.

Your administrative appeal is denied.

T. Bowden

_T. Bowden_

3/23/17

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

~~Closed~~

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
MAR 07 2017

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden          ☐ Assistant Warden          ☑ Secretary, Florida Department of Corrections

From or IF **Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR | NYKA | | 199579 | FSP |
|----------|------|----|--------|-----|
| Last | First | Middle Initial | DC Number | Institution |

17-6-09606

**Part A – Inmate Grievance**

Denial of Donated Packages/items for Passover (& Purim) from Aleph via Double Standard.

Re: Formal Grievance log # ~~205-1702-0729~~ 1702-205-371

Facts: The Double Standard Issue was evaded.

Relief: Donated Passover & Purim items from Aleph Inst. be provided. Damages. Any other relief. Stop ripping corner of grievances. Stop frustrating efforts to exhaust grievance process by returning grievances without action.

| 3-3-17 | N. O'Connor 199579 |
|--------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

Ø1
#          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

8K (205)

Submitted by the inmate on: MAR 03 2017
                              (Date)

Institutional Mailing Log #: 205170803A

(Received By)

1702-205-371

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1702-205-371 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. The response that you received to the attached informal grievance 205-1702-0729 is found to appropriately address the concerns you raised.

Chaplain McBride was contacted and advised that the Chaplaincy department is not allowed to solicit for donations.

Based on the forgoing your request for administrative remedy is DENIED.

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

T. Gibson

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

MAR 0 1 2017

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

O'CONNOR          NYKA                    199579              FSP
Last      First      Middle Initial          DC Number              Institution

**Part A – Inmate Grievance**

Denial of Donated Passover Packages from Aleph.

Re: Informal log # 205-1702-0229

Facts:- There are already two lawsuits against FDOC for ONGOING DENIAL of Jewish Kosher Diet, filed by US Dept of Justice & Inmate Rich. O'Connor also has a pending suit concerning denial of Right to Religious Diet. Now, FSP Chaplain is setting up himself/Herself with ⊗ FSP Warden & Julie Jones for another lawsuit in denying of Donated Passover Packages (& Purim Packages) from Aleph Institute. When the FSP Christian Chaplain contacts Christian Organizations to get Christian related donated items such as magazines, bibles, cards, etc. it's not criminalized as solicitation. However, if FSP Christian Chaplain contacts a Jewish Organization for donated Jewish items eg. for Passover (or Purim) for Jewish Faith Inmates, it's criminalized as solicitation. This contravenes Equal Treatment Requirement of Religion, where consequently Jewish Faith Inmates are denied the Right to partake in Passover, Purim, etc, due to their indigency, and disparity aforesaid.

Relief: Donated packages for Passover (& Purim, etc) provided from Aleph. Damages. Any other relief. The name of the chaplain properly spelt, since the print name on Informal Grievance is difficult to read. Said name will be needed for prospective civil suit against said chaplain.

★ NOTE: It's a Double Standard when FDOC can contact Aleph Inst to conduct business for Inmates to order Passover carton items when a profit is being made, but that's not considered solicitation. However, where no profit is made of donations of Passover (& Purim) items from Aleph aforesaid, it's considered solicitation.

2-28-17
DATE

(1702-205-311)

N. O'Connor, 199579
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

08 K

Ø 1
Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

FEB 28 2017

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _____
                    (Date)

(Received By)

DISTRIBUTION:      INSTITUTION/FACILITY          CENTRAL OFFICE
          INMATE (2 Copies)              INMATE
          INMATE'S FILE              INMATE'S FILE - INSTITUTION/FACILITY
          INSTITUTIONAL GRIEVANCE FILE      CENTRAL OFFICE INMATE FILE
                          CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

_Informal Grievance._

Mail Number: _____
Team Number: _____
Institution: __FSP__

TO: Om. Chapel
(Check One)
☐ Warden      ☐ Classification   ☐ Medical      ☐ Dental
☐ Asst. Warden  ☐ Security      ☐ Mental Health  ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|-------|-------------|-----------|----------|----------------|------|
|  | NYKA OCONNOR | 199579 | E-120c | CM-I | 2-23-17 |

**REQUEST**          Check here if this is an informal grievance ☑

Informal Re: Chaplain Failure to Order DONATED Passover Items from Aleph
Facts: Per Bro Sid Kleiner of Bith Tikvah, Aleph Institute provides DONATED
Passover Items, for Indigent Inmates who wish to participate in Passover & of
Jewish Faith, like Oconnor. However, FSP Chapel has made no efforts to
order said donated items: 22 items total ( 20 food, 1 videos, 1 Haggadah Booklet)
by the 3-8-16 deadline. FSP Chapel has not even informed us of this.
Relief: FSP Chapel Order Donated Passover items from Aleph Inst by 3-8-18
and contact Rabbi Katz 305-864-5553. Oconnor & other Jewish Inmates
process indigents who can't order due to inadequate funds in account, be provided
said donated passover items.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All
informal grievances will be responded to in writing.

| Inmate (Signature): N. O'Connor | DC#: 199573 |

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**        205-1707-0729      DATE RECEIVED: FEB 23 2017

FSP Grievance Office

Chaplaincy is not allowed to
solicit donations.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_ . (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Chyn | Official (Signature): C-13pv | Date: _____ |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005. Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303. Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

NOTICE

TO: Parties Below                    FROM: Nyka O'Connor, 199579

FSP P.O. Box Raiford FL 32083

RE: Chaplain failure to order DONATED Passover Supplies from Aleph, & disclose same Issue

Facts: Per Bro Sid Kleiner of Beth Tikvah, whom O'Connor has known since 2006, the Institutional Chaplain can order DONATED Passover items for Indigent Inmates of Jewish Faith like O'Connor, who wish to partake in same. However, FSP Chaplain has failed to disclose this to Inmates of Jewish Faith. Further, upon information & belief, FSP Chaplain has NO intention of ordering DONATED Passover supplies and provide to indigent Inmates of Jewish Faith. Said DONATED items include 22 items total (i.e., 20 different food items, 1 Haggadah Booklet, 1 Passover Videos)). Said order shall be done by 3-8-17 deadline, & contact Rabbi Katz at 305-864-5553 if necessary. The RIGHT to participate in the Passover accordingly, falls under US Const. Amend.1, FL Const. Art.1 §3 & RLUIPA.

Relief: Chaplain orders DONATED Passover items from Aleph, in a TIMELY fashion & provide to Inmates accordingly. Any other relief. Thank You. No Reprisals ensue.

Oath & Service: I swear by the penalty of perjury these statements are true & a copy hereof was provided to FJOC staff for mailing to the below parties:
1) FSP Chaplain, P.O. Box 800 Raiford FL 32083
2) FSP Warden, P.O. Box 800 Raiford FL 32083
3) Sec. FJOC Julie Jones, 501 S. Calhoun St. Tallahassee FL 32399
4) Aleph Institute, 1540 Collins Ave, Surfside FL 32154
5) Beth Tikvah JPO, Sid Kleiner, 10188 Winterview Dr. Naples FL 34109.

Date: 2-23-17                        /s/ NYKA TASSIANT O'CONNOR
FSP P.O. Box 800                     NYKA O'CONNOR, 199579
Raiford FL 32083

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: FSP

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other Chapel·Chaplain |
|---|---|---|---|---|

| FROM: | Inmate Name NYKA O'CONNOR | DC Number 199579 | Quarters E-1206 | Job Assignment CM-1 | Date 2-22-17 |
|---|---|---|---|---|---|

**REQUEST** Re: Order Donated Passover Supplies          Check here if this is an informal grievance ☐

Greetings Tonight 2-22-17. I recieved from Bro Sid Kleiner words that
the Institution Chaplain can order DONATED Passover supplies from Aleph
Institute for Indigent Jewish Inmates like Me, who wish to participate
in the passover where order must be done by March 8, 2017 deadline. None
of this was made known to Me by FSP chaplain who seems as if has
no intentions to order Donated Passover Supplies for Indigent Jewish Inmates
like Me. I have known Bro Sid Kleiner of Beth Tikvah - JPO since
2008 whom I've known to be truthful. So, kindly ensure that you order the
donated supplies from Aleph for passover, in a timely fashion, & contact Rabbi
Kutz at 305-864-5553. The order form for donated passover items include- Matzoh,
shmurah Matzoh, grape juice, horseradish, gefilte fish, soup bouillon cubes, macaroons, hagaddahs
booklet, videos, bittersweet chocolate, milk chocolate bar, shelf stable meals (5 kinds), hard boiled eggs & mash potatoes & seder Plate

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All
informal grievances will be responded to in writing.                                    Thank You.

Inmate (Signature): N. O'Connor          DC#: 199579

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED RECEIVED FEB 23 2017

Passover Package go through Trinity
Canteen

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): C. Hyan | Official (Signature): | Date: 7/23/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: FSP--MAIN UNIT

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☑ Other _Chaplain_ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | E-1206 | CM-1 | 2-23-17 |

**REQUEST** Re. Purim Packages from Aleph     Check here if this is an informal grievance ☐

Kindly contact Aleph Institute for donated Purim packages for us inmates of Jewish Faith who wish to partake in Purim Holiday, said Order by you FSP Chaplain from Aleph, needs to be done by 2-27-17 deadline. Also kindly ensure that we recieve same in a timely fashion per us const Amend. 1 Right to Religion, Fla const Art 1 §3 & RLUIPA

Thanks & Be Blessed

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): N. O'Connor | DC#: 199579 |
|---|---|

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          DATE RECEIVED:

RECEIVED FEB 2 0 2017

Chaplaincy is not allowed to solicit donations.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): C. Nixon | Official (Signature): | Date: 2/26/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)
              Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1702-205-319 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

NOT A GRIEVANCE OF REPRISAL.

Your request for administrative remedy is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103.014, Inmate Grievance Procedure. (f) The inmate did not provide a valid reason for by-passing the previous levels of review as required or the reason provided is not acceptable and/or(g) The grievance did not have the attachments required: informal grievance and response.

These rules require that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of the informal grievance, nor have you provided a valid or acceptable reason for not following the rules.

Based on the foregoing information, your grievance is returned without action.

In order to receive administrative review of your complaint you must correct the defects and re-submit the grievance within the time frames set forth in Rule 33-103.011, F.A.C.,

T. Gibson

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2-23-17 |
|---|---|---|
| | | DATE |

mailed
FEB 24 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ ~~Assistant Warden~~    ☑ ~~Secretary, Florida Department of Corrections~~

From or **IF Alleging Sexual Abuse**, on the behalf of:

O'CONNOR, NYKA _____ 198579 _____ FSP

Last    First    Middle Initial    DC Number    Institution

---

**Part A – Inmate Grievance**

Formal Re: Chaplain. Reprisal for practicing Religion

Facts: Per Bro Sid Kleiner of Beth Tikvah, Aleph Institute donates free Passover Items for indigent Jewish Inmates, including 22 items total ( 20 food, 1 video), & 1 (Haggadah Booklet) which FSP Chaplain has failed to order by 3-8-17 deadline & contact Rabbi Katz 305-864-5553, and failed to inform us inmates of same. Said denial is reprisal for practicing religion.

Relief: Said Passover items be ordered by 3-8-17, contact Rabbi Katz, provide donated passover items to indigent Jewish Inmates. Damages Any other relief.  No Reprisals ensue

---

2-23-17 _____ N. O'Connor 198579

DATE _____ SIGNATURE OF GRIEVANT AND D.C. #

(305) 305-511

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   ☒ 1 _____

                                                                            #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: FEB 23 2017 _____

          (Date)    Institutional Mailing Log #: _____

                                                                 (Received By)

DISTRIBUTION:    **INSTITUTION/FACILITY**           **CENTRAL OFFICE**

                        INMATE (2 Copies)                INMATE

                        INMATE'S FILE                    INMATE'S FILE - INSTITUTION/FACILITY

                        INSTITUTIONAL GRIEVANCE FILE      CENTRAL OFFICE INMATE FILE

                                                        CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)                               Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1702-205-335 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

NOT A GRIEVANCE OF REPRISAL.

Your request for administrative remedy is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103.014, Inmate Grievance Procedure. (f) The inmate did not provide a valid reason for by-passing the previous levels of review as required or the reason provided is not acceptable and/or(g) The grievance did not have the attachments required: informal grievance and response.

These rules require that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of the informal grievance, nor have you provided a valid or acceptable reason for not following the rules.

Based on the foregoing information, your grievance is returned without action.

In order to receive administrative review of your complaint you must correct the defects and re-submit the grievance within the time frames set forth in Rule 33-103.011, F.A.C.,

T. Gibson

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

FEB 27 2017

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR | NYKA | | 198579 | FSP |
|----------|------|--|--------|-----|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

Reprisal - Chaplain denial of Purim Package donated from Aleph for failing to contact Aleph

Facts: FSP Chapel is supposed to contact Aleph Institute for donated Purim

Packages for Inmates of Jewish faith, needed to be ordered by the 2-27-17

deadline. However, upon information & belief, The FSP Chaplain has

NOT ordered same, & does NOT intend to order same by 2-27-17 and

provide for Purim. This is being done as Reprisal for O'Connor & other

Inmates of Jewish Faith practicing their Non-Christian beliefs,

not in synchrony with the chaplains Christian beliefs.

Relief: Purim Packages donated by Aleph be ordered by FSP chapel

by 2-27-17 deadline & provided for Purim. Damages, Any other

relief. Reprisal cease & remedied. Damages. Any other relief

- Thank You

---

| 2-23-17 | | N O'Connor 198579 |
|---------|--|----------------------|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

(702-205-335

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

1 _____
#       Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: **FEB 24 2017**
     (Date)

Institutional Mailing Log #: _____

_____
(Received By)

DISTRIBUTION:

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|----------------------|----------------|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)

Incorporated by Reference in Rule 33-103.006, F.A.C.

*Sabbath Keepers Fellowship*

*& Prison Ministry*

| | | |
|---|---|---|
| Months 1 - 6, 2017 | | Volume 7 Issue 1 |

# Freedom's Call

# Newsletter

Sabbath Keepers Fellowship & Prison Ministry   PO Box 972 Malakoff, Texas 75148
www.sabbathkeepersfellowship.org    info@sabbathkeepersfellowship.org    903-489-1930

| INSIDE THIS ISSUE | |
|---|---|
| Calendar Conundrum | 2 |
| Woman of Valor | 5 |
| Please Help Us Reach Our Goals | 5 |
| Qehilath Haderek Qorner | 6 |
| From the Zaqen -- Parasha Shoftym | 9 |
| Important Dates to Remember | 10 |
| Are You a Person of Your Word? | 11 |
| Hebrew Sudoku | 13 |
| Booklet/Article Order Form | 13 |
| SKF Resource List | 15 |

## FROM THE DIRECTOR'S DESK

Shalom aleykhem chaverym - Peace to you, my friends, in the name of יהוה Shadday, and in the name of יהושע Hamashiach His son.

As the day of Messiah's return draws nearer we know there will be great persecution of the set-apart ones - the Qedoshym. The enemy knows his time is short and he desperately seeks to discourage the children of the Most High.

Many of the letters we receive from Sabbath-keeping inmates across the nation have expressed to us the intense difficulties they are going through. We are hearing that they have no volunteers to allow them services at all, or are being told by their volunteers and chaplains that the Word of YHWH isn't important and that they don't have to observe the Torah as we are clearly instructed to do. Many of them are discouraged by prison authorities who are deliberately hindering their efforts to set-up communities and worship services on the Shabbath and Moedym. I encourage you to keep one another in prayer as the days and difficulties get harder, brethren. Know that you are not alone and that your hardships are a sign of prophecy and of Yehoshua's approaching return. Remember, chaverym -'those who endure until the end shall be saved.' Let us all live in shalom as much as is possible, and yet endure steadfastly in our faith and obedience to the end.

Friends, once again, we need your help. As you might know, Sabbath Keepers Fellowship depends upon the donations of generous free-world believers in order to accomplish its goals and serve all of you with our various programs. Well, donations and generous free-world believers are in short supply this year. In fact, they have been declining for SKF and many other similar ministries for the last few years now. You might also know that SKF's costs to provide for and serve each inmate far exceeds that of other ministries. That is because we send out so much more than just a newsletter to our brothers and sisters in prison. But, it appears now that this may have to change, unless we can get a lot more help.

If you want to order literature and give it away to others as a witnessing tool, we encourage you to do so. However, literature will now be limited to three (3) free pieces each. If you order more than three (3) copies of literature, we request that you send a couple of stamps with your literature request to help us cover the cost of printing and postage.

As of January 1, 2017, Sabbath Keepers Fellowship will have to begin requiring donations for many of the non-literature items we provide to Sabbath-keeping inmates, in order to cover the cost and mailing of those items, unless our freeworld donations significantly increase. This will include the Complete Believers Calendar, for which we will now require a donation of 5 stamps, or $2.50 from non-indigent prisoners. Those who send us proof of indigency can still receive all of our services at no cost, **as our limited funds will allow**. We may even need to cut some of our programs out altogether.

The most expensive of our programs currently is the nation-wide Passover Package Program, and it will have to be the first one to be cut. We have waited as long as we could to put this newsletter in the mail in the hopes that we would receive more donations and be able to salvage the Passover Package Program. Unfortunately, as of January 1, we do not

*(con't. on page 4)*

# CALENDAR CONUNDRUM

Sabbath Keepers Fellowship has received much mail, many phone calls and several emails regarding calendar issues this year. We cannot and will not respond to them all. However, we did predict some of the hardships and division this year's calendar would inevitably bring, months in advance of its beginning, simply because of its complexity. Even so, the depth and breadth of the problems being endured because of the many opinions and beliefs about calendar issues this year have far-exceeded even our own expectations. Arguments, division, and even hate have emerged over it, and even to the point of dividing families and communities. Achym, this should not be so. We have a belief that it was possibly for a deeper and more subtle reason that YHWH has allowed all of this to occur. We want to share this with you in hopes that maybe you will see what we see and agree with us, and then maybe mend some fences of your own that have arisen over this issue.

The following is a letter written to a friend of SKF in response to his concerns over calendar differences. It was sent many months before this year's Passover, and the calendar our friend uses is the Post Equinox version, not that utilizing the maturity of the barley crop in Eretz Yisrael. Still, the issues are largely the same and our conclusions about them remain relevant to the rest of this year's calendar conundrum, so we think that you will benefit from it.

Achy:

B'Shem Yehoshua Moshienu, shalom rav.

Thank you for your gracious letter. From what I have been told, we have very much in common regarding our beliefs and practice, and little that should separate us. That said; let me respond to your recent letter.

Calendar issues, I do find the debates endless. I, too, often face "challenges" from both morehym and talmidym – usually on that subject or something to do with the Pesach. These are, of course, important issues to me, as I'm sure you can tell by some of the things I have written on the subject in the past. However, I do not think they are the most important ones. Love, charity, help to the poor, the widow, the orphan, the sick and imprisoned trump these other issues, according to both the TaNaK and Kethuvym Hatalmidym. These are my main focus and that of my family's ministries. Of course, the Master said we ought to do these without leaving the others undone, as well. That said, I will give you, in a nutshell, my viewpoint on the calendar.

I have read many thousands of pages by many diverse authors and in many scholarly tomes about the subject of the Hebrew calendar, and on calendrics in general. My studies have ranged from scientific papers to historical sources, from rabbinical to Karaite, both ancient and modern. I have learned that each of these groups has their own absolutely conclusive proof of what the truth of the matter is, according to their own incomplete evidences and opinion – which is to say, that everyone is right, subjectively speaking. But only one or none of them can be objectively correct. If I had to pick the one Hebrew calendar system that appears to have the greatest body of believable evidential proof in its favor, it would be your post-equinox version. Moreover, using it would also make my life a lot easier, because I could forecast the thing out for a thousand years and completely automate it by computer right away. There would be no more need to wait on YHWH each year to show me when He wants His Moedym to be held. However, a few simple things keep me from publishing that calendar in-stead of the one we currently offer to our members, and that we ourselves use.

I could be mistaken, my friend, but in reference to the observed barley calendar we employ, it seems to me that you used the rather sterile term "vegetation" with some bit of mockery and disdain. Maybe even disparagingly. But that didn't offend me, brother, because it was not I who set up the Moedym around the cycles of vegetation – that is, in concert with agricultural cycles. YHWH Yireh did that, and He sees to it that all the components of His plan fit into an agricultural framework, among a few others. Both He and His Son, our Messiah, repeatedly utilized agricultural themes throughout the pages of Scripture, both metaphorically and parabolically, to teach us lessons about the Kingdom of YHWH and its inhabitants. I would even be so bold as to suppose the Creator designed vegetation in the way that He did in order to mimic that Kingdom and to teach us about it, rather than the other way around. In today's world, where we buy our bread and cereal in a cardboard box or plastic bag from a supermarket shelf in the city, vegetation seems far removed and relatively unimportant in the grand scheme of things. We are disassociated from the rhythms and cycles of its cultivation. But, as you know, this was not so in ancient times. Then, it was hand-to-mouth, life or death, immediate survival. Everyone was intimately familiar with and immersed in the cycles of agriculture, or "vegetation."

In Wayiqra 23, a large swath of Torah is spent describing the "Hanafat Haomer." Yet this offering is one of the least taught things about the Moedym nowadays. It is overlooked in today's world largely because it is just another of the long-gone sacrifices and a matter of vegetation that has little relevance to us in our modern world. However, when the Mishkan and Beyth Hamiqdash stood and were in operation, this offering and its timing were critical to the life and well-being of the nation of Yisrael. The entire country, which was agriculturally-based, had to wait each year at the time of the very first grain harvest to make any use at all of it until this offering was made at the Mizbeach on Yom Hanafat Haomer, which occurred during the

week of *Chag Hamatzoth*. The nation's grain could not be allowed to rot on the ground or in primitive storage facilities for an extra month while waiting for an equinox or for some stars to align, and in times of drought or meager harvest, the grain was needed to feed a hungry people as quickly as possible. To do otherwise would have been a recipe for disaster and would never have worked.

The Mishna gives some legitimate historical evidence that the state of the barley crop in *Eretz Yisrael* was the primary one of three criteria used as a determinant for intercalation of the ancient Hebrew calendar. The others were the state of the fruit on trees and the state of certain fauna, but the availability of new barley was considered a necessity. Testimony that the *Chachamym* and *Tzadoqym* watched for such signs in order to decide on intercalation is clear in the Mishna and other writings. That the sages of *Yisrael* also watched for the equinox and utilized astronomy for various purposes since the time of their return from *Bavel* is also clear, and there is a high probability that at least two calendric systems were in use at the time of the second *Heykal*. However, that does not mean these were used to schedule Aviv or *Yom Hanafat Haomer*, and the subsequent use of the barley crop by the nation. The needs of the Temple were paramount in ancient *Yisrael*. The necessity of its smooth integration into the life of the people cannot be overstated. If the requirements of the calendar had interfered with the agricultural needs of the nation, it would not have been allowed.

This is just a short and poor response to your letter, my brother, if I correctly understand what it must have proposed or asked. The premises I have used in order to draw my conclusions are based in Scripture, as well as other writings I'm sure you are familiar with, so there is no need for me to cite them. I know the large volume of evidence that exists for your favored version of the calendar, and for versions other than those you and I promote. They all possess a certain amount of credibility and potential for legitimacy. The use of more than one of them in the days of Scripture would explain more than a few scriptural conundrums. It would also render more than one of them "authentic." Of course, only one can be truly correct, but as yet I have found no incontrovertible proof of which one that is. The one my family publishes has, for us, the most compelling evidence to support it, though not the most voluminous. If we should ever become convinced that we are wrong about it and that another is the true and correct original Hebrew calendar, we will cease using the one we currently use and embrace the other. Our goal is truth and righteousness, and we have no pride invested in this or any other issue of debate.

I hope I have done something here to answer your letter. One thing I would like to ask of you, brother – When you think about *Qehilath Haderek* or Sabbath Keepers Fellowship, or when you consider giving *tzedeqah* or help, please do not look upon *Ovadyah* as the reason or example for doing so. I am only the temporary organizer and place-holder that YHWH has put in place as we wait for better men than I to come and take on this sacred responsibility. Instead, look on the poor, needy and downtrodden flock that are members of these organizations, and see their poverty. See how they pray and wait, and how no one comes for them. See their desperate and sincere hope and trust in YHWH to bring them what they need, and leaders who will stand up for them. Then decide what you should do.

YHWH bless you greatly, achy, along with your family. Thank you for taking the time to read this letter, and I hope to hear from you soon.

From the preceding, I am sure you all can clearly deduce our position on the issue of this year's calendar. The fact that our views were all later borne out as correct by multiple witnesses and evidence is a matter of fact now, but is not what we consider most important. We would gladly be wrong about it all if it would heal the divisions and restore the lost love between brethren that we have heard of and seen.

The issue of who is right about the barley or the stars this year is not the test that YHWH has placed before those who would be His people, nor is that the weakness of ours that hasatan is using against us. Like a pet cat whose master points at its bowl of food and tells it to eat, we are focused upon the finger that is pointing, rather than on the bowl. Our weakness and the issue at hand is love, charity, forbearance, unity and mercy. Have you separated yourself from your brother, or caused someone problems because of green barley somewhere? If so, then you have failed the test.

Until the sons of Aharon resume their duties of leadership in the Temple as they should and restore unity under the banner of Torah, or until our blessed Messiah returns to restore all things Himself, there will be uncertainties and differences over many of the things we think and do. Let each person be convinced in his or her own mind and heart, then walk according to righteousness as best they are able until that day, but do so without hurt or hate for other brethren who may understand things somewhat differently. Keep your word and fulfill your vows, love without expectation of return, and be tolerant of those who do not see precisely through their own eyes as you do through yours. Above all, brethren, walk, talk, eat, sleep, and breathe in a manner that does not bring shame to our Father's great name, and in one that draws others to The Way of His Son, our Beloved Master Yehoshua Hamashiach.

May you all be blessed with love and unity as you walk together in His Light and Love, *Ovadyah*

## FROM THE DIRECTOR'S DESK (CON'T)

have the funds to provide Passover Packages to more than a few prison units in Texas and possibly a couple of other states. So, as of this writing, the 2017 Passover Package Program is being severely cut back. That means thousands of our Sabbath-keeping brothers and sisters in hundreds of prisons across the nation will not be able to observe this important festival. Even the thought of this grieves our hearts but, without the money necessary, we cannot continue such an expensive program.

The state of Florida has informed us that they will not be allowing SKF to provide Passover Packages to any of its inmates this year. However, according to Mr. William Smith, Florida's Assistant Director of Chaplaincy, "Any inmate who states they have a religious requirement to eat kosher food" can fill out an application through their chaplain to receive the "kosher for Passover" diet. This diet will include matzah and horseradish on the night of Pesach, as well as additional matzah for the other 7 days of the festival. The deadline for filling out the application is approximately 3 weeks before Passover, so both he and we encourage all our Florida inmate readers to see your chaplain **now** and fill out the "kosher for Passover" diet application. This "kosher for Passover" diet is only for the 8 day Passover festival and is **not** the same thing as a regular daily "kosher" diet.

We encourage all willing volunteers and donors to see to the Passover needs of those in each of your local prisons, if you can. If you do not, no one else will. We ask that all of you who read this pray that the needs of all are met, and that some kind and charitable donors who truly care about the prisoners, as if chained with them, will step forward in the near future and enable us to restore this much-needed program.

As for funding the rest of our programs, we believe that there is a solution to this problem, but it will require the help of every one of you.

Many of you have extraordinary artistic abilities. If you have been given such talent by the Most High and desire to donate some of your work to SKF to help us raise funds to support our programs, please write and let us know so we can discuss it with you.

Prisoners are often thought to be isolated and powerless. This can be true, if it is allowed to be, but prisoners do have two very powerful tools at their disposal: the power of prayer, and the power of the pen. We believe that if each one of you will pray for YHWH to open the windows of heaven and bless our ministry with funds, He will do so. We also believe that if each of you picks up your pen and writes four or five letters requesting support be sent to SKF, YHWH will use your efforts as a tool in His hand that will succeed beyond imagining. Ya'akov Hatzadyk said, "You do not have, because you do not ask," and we believe this is true. So, because the many of you can do so much more than the few of us, we are asking you to pray on our behalf, and to ask others now to send us help.

We ask that each one of you write a brief letter to a family member, and four more to the other ministries, churches, synagogues and religious groups you know of, belong to or correspond with. If you don't belong to or correspond with any others, find some! For starters, try those on SKF's Resource List on pg.15. And then we should all pray together passionately and daily until YHWH fulfills our needs. We need Him to hear our unified voices on high and take heed. We need our brothers and sisters in the freeworld to know of our needs and feel our power as real members of the body of Messiah, then act as they should towards us in charity and love.

Do you know of a brother or sister in prison who has need of the things SKF provides? Or, are you waiting on something from us yourself? Do you love the body of Messiah as yourself and have a heart to reach out to them in charity with help, as we do? If so, then you know what to do. We will let all of you know the results of this effort in our next newsletter. Help us help you, chaverym. And, please, do it quickly.

YHWH Im'ka, Lisa

## PLEASE HELP US REACH OUR GOALS

With the help of YHWH and all our friends and supporters, we can meet the needs of Sabbath-keeping inmates who desire to learn Torah and walk in the ancient paths. Please consider becoming a regular monthly donor and give generously so we can provide for those who are the "least" among us. Thank you.

**Need:** 207 Sacred Name Bibles
**Goal:** $5,175.00

**Need:** 297 Siddurym
**Goal:** $5,940.00

**Need:** 295 Concordances
**Goal:** $2,950.00

**Need:** 484 Tallitoth
**Goal:** $12,100.00

**Need:** 379 Kippoth & 16 headcoverings

**Goal:** $1,995.00

**Need:** stamps & shipping costs
**Goal:** $2,000.00

**Need:** printing costs
**Goal:** $ 2,500.00



# WOMAN OF VALOR

The Most High called Yisrael to be set-apart from the nations. He also calls each individual within Yisrael to be set-apart – to be qadosh. Being one of the Qedoshym can be difficult and lonely at times, but for a woman that is what it means to be an eshet chayil - a woman of valor. As women, we feel a desire to be accepted, loved, and included among other women around us. However, the things we do, like dressing modestly, wearing a headcovering, speaking kind and gentle words, spending time studying and practicing our Father's Word instead of being involved in worldly activities, giving charity, and keeping our word even if it hurts us can sometimes cause us to be shunned by others - the very opposite of what our woman's heart cries out for. My precious sisters, you are worth more than all the precious rubies in the world to our Father in heaven. You are the beloved daughters of YHWH Most High - the King of the Universe. Just as Yisrael is to show the nations around her how to be qadosh, so are you to show other women around you how to be qadosh. Mishle 31 describes how an eshet chayil is to excel in strength, kindness, generosity, honor, integrity, and dignity; how she is to be the one who sets the tone of love, spirituality and personal growth for all those around her. You are not alone, dear sisters. Remember Ruth, Hannah, Miriam, Devorah, Esther, Lydia. Follow their example and be that woman – a real woman, an Eshet Chayil.

# YHWH KNOWS

When you are tired and discouraged from fruitless efforts... YHWH knows how hard you have tried.

When you've cried so long and your heart is in anguish... YHWH has counted your tears.

If you feel that your life is on hold and time has passed you by... YHWH is waiting with you.

When you're lonely and your friends are too busy even for a phone call... YHWH is by your side.

When you think you've tried everything and don't know where to turn... YHWH has a solution

When nothing makes sense and you are confused or frustrated ...YHWH has the answer.

If suddenly your outlook is brighter and you find traces of hope ...YHWH has whispered to you.

When things are going well and you have much to be thankful for ... YHWH has blessed you.

When something joyful happens that you are filled with awe ... YHWH has smiled upon you.

When you have a purpose to fulfill and a dream to follow ... YHWH has opened your eyes and called you by name.

Remember that wherever you are or whatever you are facing ... YHWH knows.

## PSALM 139

*O YHWH, You have searched me and known me. You know when I sit down and when I rise up; You understand my thought from afar. You scrutinize my path and my lying down, and are intimately acquainted with all my days. Even before there is a word on my tongue, behold, O YHWH, You know it all. You have enclosed me behind and before, and laid Your hand upon me. Such knowledge is too wonderful for me; It is too high, I cannot attain to it. Where can I go from Your Spirit? Or where can I flee from Your Presence? If I ascend to heaven, You are there; If I make my bed in Sheol, behold, You are there. If I take the wings of the dawn, if I dwell in the remotest part of the sea, Even there Your hand will lead me, and Your right hand will lay hold of me. If I say, "Surely the darkness will overwhelm me, and the light around me will be night," even the darkness is not dark to You, and the night is as bright as the day. Darkness and light are alike to You. For You formed my inward parts; You wove me in my mother's womb. I will give thanks to You, for I am fearfully and wonderfully made; Wonderful are Your works, and my soul knows it very well. My frame was not hidden from You, when I was made in secret, and skillfully wrought in the depths of the earth; Your eyes have seen my unformed substance; and in Your book were written all the days that were ordained for me, when as yet there was not one of them. How precious also are Your thoughts to me, O Elohim! How vast is the sum of them! If I should count them, they would outnumber the sand. When I awake, I am still with You. O that You would slay the wicked, O Elohym; Depart from me, therefore, men of bloodshed. For they speak against You wickedly, and Your enemies take Your name in vain. Do I not hate those who hate You, O YHWH? And do I not loathe those who rise up against You? I hate them with the utmost hatred; They have become my enemies. Search me, O Elohym, and know my heart; Try me and know my anxious thoughts; And see if there be any hurtful way in me, and lead me in the everlasting Way.*

# QEHILATH HADEREK QORNER–WHOEVER EXALTS HIMSELF SHALL BE HUMBLED

In the twenty-first through the twenty-fifth chapters of Mattithyahu, Yehoshua our Messiah is in the city of Yerushalayim, within the precincts of the Temple. He is answering questions and teaching there. The crowd before him consists of P'rushym,[1] Tzadoqym,[2] Sopherym,[3] along with crowds of the Am Ha'aretz.[4]  The subject matter of his oratory is diverse, ranging from obedience in the law to the kingdom of YHWH, and even includes some incredible prophecy of the "Yamym Acharym" – The Days of the End. The time of year is those days during the month of Aviv between the selection of the lambs and their slaughter four days later on the eve of Pesach.[5] The reason he is allowing himself to be publicly questioned on any and all of these subjects is a matter of Torah law – if he is to serve as the lamb of Elohym to be sacrificed for the sins of all mankind at Pesach, then Torah demands that he must first un-dergo inspection by the leadership of Yisrael during these four days in order to ensure that he is without any blemish.[6] That he was indeed found adequate and unblemished is indicated by the verse at the end of chapter twenty-two, which says, "And no one was able to answer him a word, and from that day on no one was bold enough to ask him any more questions."

This was Yehoshua's last great public teaching before his death, resurrection and ascension to the heavens. With that teaching he also included several warnings to those who were and would be his talmidym – his students, or disciples. He was quite serious about their warnings, speaking to them in the strongest of terms. He meant exactly what he said.  He also spoke to them clearly, leaving no room for misinterpretation. Even so, men have consistently ignored and violated his warnings ever since those days, claiming that they were only some sort of allegory and metaphor. This is a monumental error. Yehoshua meant his warnings to be taken absolutely literally, not figuratively.

In this article, we intend to focus upon three specific warnings that Yehoshua gave in Mattithyahu chapter twenty-three. They are admonitions against egoism, hypocrisy and self-exaltation. They begin with a short introduction to the subject which is directed to-wards Yehoshua's own talmidym, but uses the Sopherym and P'rushym as examples:

> *"Then Yehoshua spoke to the crowds and to his taught ones, saying, 'The Scribes and the Pharisees sit on the seat of Moshe. Therefore, whatever they say to you to guard, guard and do. But do not do according to their works, for they say, and do not do. For they bind heavy burdens, hard to bear, and lay them on men's shoulders, but with their finger they do not wish to move them. And they do all their works to be seen by men, and they make their te-fillin wide and lengthen the tzitzith of their garments, and they love the best place at feasts, and the best seats in the congregations, and the greetings in the marketplaces, and to be called by men, 'Rabbi, Rabbi.' "*

Then comes the first warning:
> *"But you, do not be called 'Rabbi', for One is your Teacher, the Messiah, and you are all brothers."*

The Hebrew word 'rabbi' (רבי) literally means "my great one." There is hardly a more bald-faced title of self-exultation than this. As a title, it began to be used in Eretz Yisrael sometime after the return from Bavel. It was often interpreted to one's own personal teacher, though the more common word for teacher is 'moreh' (מורה) which carries none of the egotistic baggage of the term rabbi. The reason given for this admonishment is that, "you are all brothers," implying that no one of Yehoshua's talmidym is to be considered greater than another.

Next comes the second warning:
> *"And do not call anyone on earth your Father, for One is your Father, He who is in the heavens."*

The Hebrew word for father is 'Av' (אב). This admonition often causes some confusion, and is the primary excuse used by those who wish to reinterpret Yehoshua's words for doing so. They point out that since Av is the common scriptural term for anyone's natural father, which is often used throughout its pages for such, and since there is no comparable Hebrew term to replace it, then the entirety of Mattithyahu twenty-three must then be taken allegorically. Of course, this allegory is most often used by those who favor using the titles 'Rabbi' or 'Father' upon themselves or in their own pet doctrines. The counterpoint to this analogy is that Yehoshua's prohibitions are against artificial titles of self-aggrandizement, not against material facts. All people have a natural father – an av; and many people are factually teachers – morehym. There is nothing wrong with using these words in their intended sense.  It is the exaltation of self with such titles that is forbidden in this passage, and literally so.

The origin of Av as a title probably occurs in about the same time period as that of Rabbi. Oddly, many people equate its origin with the Catholic Church. Obviously, that is an impossibility, as the Catholic Church did not exist until about the fourth century C.E. In Yehoshua's time, it was used exclusively in reference to the head of each Jewish community's Beyth Dyn,[7] who was then and is still  known to this day as the "Av Beyth Dyn." The reason given by Yehoshua for this admonishment is that only One person deserves the ultimate title of Father of us all, and that is YHWH Himself.

And, finally, the third warning:

*"Neither be called leaders, for one is your Leader, the Messiah. But the greatest among you shall be your servant."*

The common Hebrew word for "leader" is nagiyd (נגיד). It generally refers to the leader of any assemblage of people, such as the commander of a military force or a governing body. However, the word nagiyd is not normally used as a personal title. In scriptural times and to the present, the Hebrew title most often used for a leader is the word "Nassi" (נשיא). It generally is defined as a leader, prince, or president. In Moshe's time, the leader of each of the twelve tribes of Yisrael was called a Nassi. Since the Babylonian exile, the administrator of each local synagogue has carried that title. Today, the Prime Minister of the state of Israel is called its Nassi. This is most likely the term that Yehoshua forbade in the warning to his talmidym.

As with the previous two terms Yehoshua warned them about, there is nothing wrong with the concept or identification of leadership. It is rather the lifting up of one's self by using grand titles that is the problem, and this is the issue at hand in Yehoshua's condemnations. The reason he gives in this verse reflects that thinking: "But the greatest among you shall be your servant." It is not the one who lifts himself up with fancy titles who is great before YHWH and his Messiah. Those who do so usurp the place of the Most High and His son. It is rather those who lower themselves in the sight of Elohim and men with humility that are greatest of all, as the final verse in this passage confirms:

*"And whoever exalts himself shall be humbled, and whoever humbles himself shall be exalted."*

Some scholars will note that Yehoshua himself is addressed as "Rabbi" in the writings of Yochanan. This is true, but he is only addressed as such there by others. He only refers to himself as Rabbi in the verses of Mattithyahu twenty-three, where he forbids his talmidym to be called by that same title. Other scholars will assert that Shaul of Tarsos would have achieved such a title himself and would have been addressed by it, having been a talmyd of the esteemed Gamliel. This also is probably true, but Shaul left behind all of his former achievements for the sake of Messiah, as he states most eloquently in Philipiyim three:

*"If anyone thinks to trust in the flesh, I more – circumcised the eighth day, of the race of Yisrael, of the tribe of Binyamin, a Hebrew of Hebrews, according to Torah a P'rush, according to order, persecuting the assembly; according to righteousness that is in the law, having become blameless. But what might have been a gain to me, I have counted as loss, because of Messiah. What is more, I even count all to be loss because of the excellence of the knowledge of Messiah Yehoshua my Master for whom I have suffered the loss of all, and count them as refuse, in order to gain Messiah…"*

And it must be further noted that nowhere in Scripture does Shaul or any other follower of Yehoshua and The Way ever refer to themselves or each other as Rabbi.

There is an assumption by most teachers of Scripture nowadays, and especially in Messianic circles, that in the Chronicles of Sefer Ma'asey,[8] Ya'akov Hatzadyk[9] was acting in the capacity of Nassi of the community and council at Yerushalayim. This assumption was previously also held by the members and Zaqenym[10] of Qehilath Haderek, until recently when a certain brother brought a question and complaint about it to our attention. The matter was looked into over a period of several weeks, and the assumption was found to most likely be false. Moreover, in light of Yehoshua's words in Mattithyahu twenty-three, we think that the possibility of Ya'akov Hatzadyk being known by the title of Nassi is unlikely in the extreme. Please consider the following:

In Ma'asey chapter fifteen, commonly referred to as the "Jerusalem Council," Shaul and Barnaba have traveled to that city to attend a meeting of the Shliachym[11] and Zaqenym of Haderek – The Way. The subject of the meeting was whether or not under Torah law Gentiles must be circumcised in order to be saved. The meeting quite obviously took the form of a formal Beyth Dyn – a Court of Judgment. Testimony was given by those on both sides of the argument, with Shaul, Barnaba and Shimon Kepha on one side, and certain P'rushym on the other. Once all testimony and evidence had been presented, Ya'akov stood to give the final decision to the assembled members on the matter. It is because of this particular act that most scholars have assumed he must have been the Nassi of

the Jerusalem community. However, it is not the duty or place of a community Nassi to make legal decisions or pronounce judgment in a Beyth Dyn. That is the purview of the Dayan.[12]

The Council at Yerushalayim acted as the Supreme Court for all communities of Haderek. It was known as the Beyth Dyn Hagadol. If any disputes between members could not be resolved in the Batey Dyn[13] at their local level, they were brought before this higher court at Yerushalayim. When Ya'akov stood to make his decision on the matter of gentile circumcision known, he did so as Roshey Beyth Dyn - Head of the House of Judgment – as a judge, and not as a Nassi. This is evidenced by his own words following the witness testimony, when he said, "Therefore I judge..." Ya'akov may well have been considered the Nassi or Leader of the community at Yerushalayim, but there is absolutely no evidence that he was ever called by that title, and he was surely aware of Yehoshua's prohibition of it.

We of Qehilath Haderek have stated in the past that we do not know all things, and that any denomination or religious    leader that says they do must be suspect and should be avoided. We've also stated that if and when we learn of new things or a truth that confronts us with a need for change, we would humbly do so. We reaffirm these statements now. For many years we have used and espoused the title of Nassi to designate the leaders of our communities. We now have come to believe that this has been error, and that we have been guilty of violating the expressed command of our Messiah and King. We repent of this, and will do so no longer.

Henceforth, the title and position of Nassi in our communities is abolished. The duties and responsibilities of that position will immediately be assumed by the Roshey Beyth Dyn of each community, with active support of its Zaqenym. This is done in order to more closely conform to the commands of scripture, to the model we are to imitate which is shown us in its pages, and to the wishes of our Master, Yehoshua.

YHWH Im'ka,

Ovadyah

*Achym, we know that to some this change may simply sound like the exchange of one title for another. It is not. The personal title and leadership position of Nassi are nowhere commanded in scripture, but are Jewish tradition. The command to appoint judges and create courts of Torah law in all of our communities is clear, and is evidenced throughout scripture. The administrative and leadership duties of the position of Nassi will remain, even if the title and position itself are removed. Someone must take them up, and the Zaqenym of each community, most especially the officers of its court, are those charged with its care and the most well-suited to do so. Shaul of Tarsos indicated such in his second letter to Timotiyos. We concur and will follow the commands and examples of the Most High and those Qedoshym who went before us.*

*For a complete description of the community structure and rules of Qehilath Haderek, request a copy of the newly revised version of the Qehilath Haderek Handbook online by sending an email to info@qehilathhaderek.org, or write to:*

***Qehilath Haderek***
***PO Box 363***
***Athens, TX 75751***

*The revised edition includes: the Statement of Beliefs, Community Rules, Order of Service, along with the newly included section on the rules of the Beyth Dyn and Brakoth for Immersions. There is no cost for the booklet to members of Qehilath Haderek. Non-members please include $2 or four stamps for your copy.*

*Footnotes:*

| | |
|---|---|
| *1. Pharisees* | *8. Book of Acts* |
| *2. Sadducees* | *9. Called "James the Righteous" half-brother of our Messiah* |
| *3. Scribes* | *10. Elders* |
| *4. People of the Land* | *11. Apostles* |
| *5. Passover* | *12. Judge* |
| *6. Shemoth 12:3-6* | *13. Houses of judgement (local)* |
| *7. House of Judgement – court* | |

# FROM THE ZAQEN - PARASHA SHOFTYM

*"From the Zaqen" is a series of letters written by a prison Zaqen to his community instructing them in the way of Torah and faith. SKF is working to put these letters together in booklet format to be used by community leaders who would like to use them as a teaching tool, or by our brothers and sisters who may be alone and wish to feel more connected to the larger community of believers. The following is a sample letter "From the Zaqen."*

Shalom aleyka, achym, b'shem YHWH, Avinu, Malkeynu- Peace to you, my brothers, in the name of YHWH, our Father, our King.

Tamiyd tihyeh im YHWH Eloheyka - "Perfect you shall be with YHWH Eloheyka."

The word "tamiyd" in our Pesuk is often translated in various ways according to the whims of translators. However, its meaning is truly quite singular- it means "Perfect", as in completed, whole, brought to fullness.

The command to be perfect was given in context with the conditions for receiving either the blessings or the curses to be delivered from mounts Gerazim and Eval. The meaning of it is that, in order to obtain YHWH's blessing, one must be undiluted in their religion and in their devotion to YHWH and His commands. They must be, in fact, a truly completed human-being. <u>No mixing of religions can be tolerated</u> and no half-hearted devotion can be enough. The true children of YHWH must be completely and wholly His, and His alone.

It is commonly thought by many believers that YHWH's standards and requirements have loosened and eased since the coming of Yehoshua our Messiah. Nothing could be further from the truth. In fact, the opposite is true - they have been elevated, and the bar for perfection has been raised.

As was pointed out in the previous Sedra, Yehoshua, our Messiah, like Moshe, also promised blessings and cursings from the top of a mountain. However, the blessings He promised would come only by adhering to a standard of righteousness higher than that of mere physical Torah obedience. This elevated standard is Torah-observance in both its physical and spiritual form - it's completed, or "tamiyd" form. And that is the standard required of that small and exclusive group called the Qedoshym, who are the living stones of the heavenly Temple and Yerushalayim at Messiah's coming.

Immediately after commanding that the children of YHWH be perfect with Him, Moshe prophesied in YHWH's name: "I will raise up a prophet from among them, like you; and I will give my words in His mouth, and He shall speak to them all that I command Him." This prophecy foretold Yehoshua's coming,. During His time on earth He did what the Torah and the Prophets said He would do. The words of YHWH were in His mouth, and He only spoke that which He heard from His Father in heaven. Furthermore, He confirmed that He was the expected prophet and reaffirmed the validity of the commandments themselves when He reiterated the command to be perfect at the end of His teaching on the mount: "Be ye perfect, even as your Father in the heavens is perfect."

If you belong to Him, this is your calling, brethren. And if you weren't capable of keeping this command, He would not have given it to you: Love Him with all of your heart and walk in all of His ways. Do it with all of your mind and strength. Keep your eyes on Him and, with the power of the Spirit, become tamyd - complete and *perfect*. May you all hear Him when He calls.

## GLOSSARY OF TERMS

*For those of you who are unfamiliar with some of the Hebrew words we use in our teachings, here is a short glossary of some of those words used in this newsletter.*

| | |
|---|---|
| Achym..........................................brothers | Mishkan ......................................tabernacle |
| Avinu ..........................................our Father | Mizbeach.....................................altar |
| Beyth Hamiqdash........................Set-apart Place | Moedym.......................................festivals |
| Chachamym .................................wise ones | Morehym......................................teachers |
| Chaverym.....................................friends | Qedoshym ...................................Set-apart Ones |
| Heykal..........................................palace/ temple | Talmidym.....................................disciples |
| Kethuvym Hatalmidym...............Writings of the Disciples | Tzadoqym ....................................Sadducees |
| Malkeynu .....................................our King | Tzedeqah......................................mandatory giving |

# IMPORTANT DATES TO REMEMBER

- 1/14/17 Shabbath Shira
- 1/14/17 TuB'Shevat
- 2/25/17 Shabbath Shekalym
- 3/11/17 Shabbath Zakor
- 3/12/17 Ta'anith Hadassah
- 3/13/17 Purym
- 3/14/17 Shushan Purym
- 3/18/17 Shabbath Parah
- 3/25/17 Shabbath Hachodesh
- 3/29/17 Rosh Chodesh Aviv

*All moedym are observed from sundown the previous evening until the next sundown.*

The Complete Believer's 2017-2018 Calendar will soon be available to any inmate who writes us and requests one. The cost for the calendar is 5 stamps or $2.50. Free to all inmates who provide us proof of indigency, **as funds allow.** It is a full color 8 1/2" X 11", 12 month calendar which begins with the first biblical month Aviv. It highlights all Sabbaths and festivals, and has detailed explanations of all the special days observed in the calendar. Each month contains special scriptures that pertain to the Torah or Haftarah readings for the month. A different prison community is highlighted on each calendar page as well. A Torah and Haftarah reading schedule is provided free with each calendar. Please do not request a calendar if your prison authorities do not allow you to have one. The pocket-

# ARE YOU A PERSON OF YOUR WORD?

*The following article by Joel Hilliker is reprinted from the April 2016 "Trumpet Magazine." We have corrected the names of our heavenly Father and His Son, but have left the rest of the article as Mr. Hilliker originally wrote it.*

"I'll do it," you say. Then the time comes to do it. What happens? Do you keep your word?

When you tell your friend you will meet him at 6 o'clock, are you ready and waiting *at 6 o'clock*? When you say you'll have that project ready by Wednesday morning, *is it finished* on Tuesday night? When you say you will do something, do people know it's as good as done? Are you a man or woman of your word?

Society today simply does not prioritize keeping one's word. And we tend to rationalize it: *Things happen—no big deal.* Most of us thus fail to recognize just what a serious *character issue* breaking our word is.

"Only recently a prominent public man was criticized throughout the newspaper world as one not having enough character to keep his promises," Orison Swett Marden wrote in his 1916 book *Making Life a Masterpiece*. "He had not the stamina to make good *when to do so proved difficult"* (emphasis added throughout).

That is so often the issue: You say you will do something, but then circumstances change and you realize there is inconvenience involved that you didn't anticipate. Suddenly, what you said you would do doesn't seem worth it. But think about the long-term cost of losing your credibility. Think about the high cost of developing a reputation for being unreliable. Think about the high cost of compromising your character.

"He hadn't the timber, the character fiber, to stand up and do the thing he knew to be right, and that he had promised to do," Marden continued. "The world is full of these jellyfish people who have not lime enough in their backbone to stand erect, to do the right thing. They are always stepping into the spotlight in the *good-intention stage*, and then, when the reckoning time comes, *taking the line of least resistance*, doing the thing which will cost the least effort or money, regardless of later consequences. They think they can be as unscrupulous about *breaking* promises as they were about *making* them. But sooner or later fate makes us play fair, or get out of the game."

What does Elohim think? Well, He keeps His word (Numbers 23:19). When He says He will do something, He does. When He gives a promise, He keeps it. We can count on Him to fulfill His every word - every time. Not one jot or tittle of YHWH's Word will pass away before *all of it* is fulfilled (Matthew 5:18).

In the Old Testament are laws saying that if you make a vow, you'd better keep it (Numbers 30:2; Deuteronomy 23:21-23). They tell us that it's better not to say something than to say it and not do it. When you think about it, breaking your word is actually breaking the Ninth Commandment, which forbids bearing false witness (Exodus 20:16). When you give your word, failing to follow through makes you a LIAR.

We can say all kinds of potential lies without really thinking twice: *I'll do it; I'll be there; I'll pick you up; I'll bring it over; I'll help you out.* Don't say those things if you aren't willing to do them even when it's inconvenient. Yehoshua Hamashiach said that "*every idle word* that men shall speak, they shall give account thereof in the day of judgment" (Matthew 12:36). When you say, *I will do it*, you are signing your name to the contract and committing your reputation and your character. Only a few decades ago, many if not most significant business transactions were sealed with a man's word and his handshake. No forms. No lawyers. No contracts. The man *saying* it *was* the contract. But modern society has gotten further and further from lives of honesty, uprightness, integrity, truth and trustworthiness. Now, agreements must be bound by carefully worded, signed, notarized contracts because people can't be trusted to *keep their word*! If everyone struggled and fought to keep his word, no matter the obstacles, we wouldn't *need* contracts and lawyers!

How can you become a person of your word? 1) *Be careful what you promise.* If you're not sure you can deliver, don't commit (James 4:13-14). 2) *When you can't do it, admit it.* Learn to say no. 3) *Once you've said it, do it.* Do whatever you must to remember and then fulfill what you said, without excuse or hesitation. 4) *If you blow it, admit it.* Don't lie or make up an excuse. When you make a mistake, apologize and do what you can to fix it. "

A man is already of consequence in the world when it is known that we can implicitly rely upon him," Lord Edward Bulwer-Lytton said. "I have frequently seen in life a person preferred to a long list of applicants for some important charge, which lifts him at once into station and fortune, merely because he has this REPUTATION—that when he says he knows a thing, he knows it, and when he says he will DO a thing, he WILL DO IT."

Keeping your word should be as important as the Ten Commandments! Because it *is* keeping the Ten Commandments. It is, actually, the LOVE OF ELOHYM.

# SKF Booklets & Articles Available

*Sabbath Keepers Fellowship has the following materials available upon request. Please use the Order Form on the next page to order them. If you order more than three (3) copies of literature, we request that you send a couple of stamps with your literature request to help us cover the cost of printing and postage. We hope they will be a help to you in your daily walk and relationship with* יהוה, *our Creator through study, prayer and praise.*

### Selichoth Prayers

Elul is a special time of fasting and penitential prayers in preparation of Yom Hakippurym. This book of traditional Hebrew prayers will help you draw closer to יהוה during the 40 days of the Fast of Elul.

### *Rejoice B'ney Yisrael Songbook*

A songbook for prison or free-world communities who wish to incorporate song and praise into their worship services. This booklet contains the lyrics only and uses the sacred names of our Father and His Son.

### Erev Shabbath Service

The Erev Shabbath Service booklet is designed to be used by individuals or a group to do the evening service which opens the Sabbath. This booklet contains the prayers for kindling the lights, the Sh'ma, Amidah, Sabbath Tehillah, Barku, Kiddush and Grace after Meals. It also contains the blessing over children and wives, as well as the songs "Lecha Dodi" and "Shalom Aleik-hem." The prayers are taken from the Jewish siddur and are in English with some transliterated Hebrew.

### *The Sh'ma in Prayer*

This booklet is a commentary on the Sh'ma prayer and is an excellent tool to help you understand the deeper meaning of the "call to faith" as written in Deut.6:4. Many of us know the verse and can quote it from memory, but do we really understand the deeper meaning of this command given to us by יהוה?

### Torah / Haftarah Reading Schedule

This Torah/Haftarah Reading Schedule has no dates and is to be used in conjunction with SKF's Complete Believer's Calendar. It lists the weekly Torah readings along with the accompanying Haftarah verses, with each parasha name in both Hebrew and English. Everyone who requests a Complete Believer's Calendar will also receive the Torah and Haftarah Readings Schedule.

### SKF's Order of Service

This article is for prison communities who have already established a scripturally structured community and wish to add more depth and dimension to their services. It offers a general outline for the suggested order of service for weekly Sabbath services, along with a brief description on how each portion is to be carried out.

### Roman Catholic Confessions about Sunday

Christianity teaches observance of the first day of the week as a time for rest and worship, but is it really? Catholic and Protestant sources frankly admit there is no Biblical authority for a first day Sabbath, and that it was the Roman Catholic church who changed the Sabbath to the first day of the week.

### Building A Scripturally Structured Community

Building a Scripturally structured community in a prison setting is sometimes met with resistance. However, if your community has a chaplain who is willing to work with you, this article will help you set up a community that is based on Scriptural principals and a first century model.

### Why you Should Use the Name of YHWH and No Other

This "letter" explains both the Jewish and Christian history and traditions behind the use of the name "God" and why the people of יהוה should not use it.

### *Rosh Chodesh Aviv - To Be Found Nearest Or After The Vernal Equinox? Ending The Myths*

This article gives a brief overview of the Complete Believer's Calendar and explains why we use it and no other in determining the dates of all scriptural set-apart days and other observances. Read this before you decide which calendar is right for you.

### *Why We Use The Complete Believer's Calendar*

Scholars have for too long argued this important issue without consideration of the Temple and its ritual, or the people of the land of Israel. This age old argument is finally resolved with nothing but the facts.

### Pirkey Avoth

This tractate, from one of the 63 tractates of the Mishna, consists of the ethical teachings of 60

rabbis written over a period of some 500 years. It is considered a classic in Jewish literature and speaks the wisdom of life in a way that few other works have ever been able to attain.

### Hebrew Aleph-bet Chart

An excellent tool for learning, this handy Hebrew aleph-bet chart contains both the block and script Hebrew letters, the vowel markings and how they should be pronounced, as well as the numerical value of each of the letters.

### A Portrait of "The Way" In Scripture

יהוה has established for us one Way, not many. According to Yehoshua, any other way leads to death. This article uses the scriptures to describe that way— Haderek, and to show the clear and original pathway to יהוה and the ancient name of that method by which His children should live and walk out their lives.

### A Portrait of "The Truth" In Scripture

Pontius Pilate asked, "What is Truth"? Many others have tried to define truth but there is only one absolute truth - haemeth - and scripture plainly tells us what that is.

### A Portrait of "The Life" In Scripture

What is "The Life" promised to those who will inherit the kingdom of יהוה? This article explores the scriptures in search of the answer.

# SABBATH KEEPERS FELLOWSHIP RESOURCE LIST

**The following ministries provide various free and/or inexpensive resources for your study and worship.**

**Petah Tikvah –** (*165 Doncaster Road, Rochester, NY 14623-1348*) Richard Chaimberlin provides a quarterly magazine called "Petah Tikvah" (4 postage stamps for subscription), a Messianic Siddur for Shabbat (for 3 stamps), and a yearly rabbinical calendar with Shabbat and the festival days color highlighted, with weekly parashot (for 4 stamps). *They use both the profane and sacred names.

**Gates of Eden –** (*PO Box 2257 East Peoria, IL 61611*) Daniel Botkin provides a magazine called "Gates of Eden." A subscription is available for a donation of stamps. *He uses both the profane and sacred names.

**Hebrew Roots –** (*PO Box 400 Lakewood, WI 54138*) Dean Wheelock provides a free quarterly magazine called "Hebrew Roots," as well as a yearly rabbinical Torah Reading Schedule, and booklets on various subjects. *They use both profane and sacred names.

**Lion & Lamb Ministries –** (*PO Box 720968 Norman, OK 73070*) Monte Judah provides a free monthly magazine called "Yahvoh." *They use both the profane and sacred names.

**Assembly of Yahweh (7ᵗʰ Day) –** (*PO Box 509 Cisco, TX 76437*) Provides free literature on various subjects. *They use the sacred names.

**Yahweh's New Covenant Assembly -** (*PO Box 50 Kingdom City, MO 65262*) Provides free literature on various subjects. *They use both the profane and sacred names.

**The Assembly of Yahweh –** (*1017 N Gunnel Road Eaton Rapids, MI 48827*) Provides a free magazine called "The Faith." Also a free sacred name bible called "The Word of Yahweh." *They use the sacred names.

**Assemblies of Yahweh -** (*PO Box C Bethel, PA 19507*) Provides sacred name literature covering many topics and a festival day calendar available upon request. They also offer audio taped sermons for a small fee. *They use the sacred names and offer literature in Spanish.

**HalleluYah Scriptures -** (*PO Box 7625, North Brunswick, NJ 08902*) They offer free copies of Scripture to prisoners who write and request one. The HalleluYah Scriptures uses the Paleo Hebrew for the names of our Father and His Son. It replaces some English words with the Hebrew. The order of books in the Hebrew Scriptures has followed that of the traditional Jewish TaNaK, and the order of the Apostolic Writings has been arranged chronologically, giving better insight to the letters of Sha'ul (Paul) in their historical context. They also offer bookmarks, audio CD's of the HalleluYah Scriptures, and Cards of Hope with scriptures and encouraging words.

**Yahweh's Assembly in Yahshua -** (*2963 County Road 233, Kingdom City, MO 65262*) They offer literature on various subjects, the Beacon magazine, YAIY monthly newsletter (with a "Sisters of Yah" newsletter for the ladies!), and a Scripture Correspondence course free to anyone who writes and requests them. They also offer a free YAIY Songbook (and one with chords for those of you who play the guitar). They use the sacred names.

**Wildbranch Ministry -** (*P.O. Box 97, Vernal, UT, 84078*) Brad Scott's ministry has donated various items to prisoners in the past and may donate free books or DVD's to inmates or their unit Chaplain's library as their funds allow. This ministry does not use the sacred names.

→ **Wisdom in Torah -** (*P.O. Box 1845, Auburndale, Florida 33823*) Rico Cortez's ministry has donated various items to prisoners in the past and may donate free books or DVD's to inmates or their unit Chaplain's library as their funds allow. This ministry does not use the sacred names.

**Shoreshim Ministries -** (*P.O. Box 97, Vernal, UT, 84078*) Bill Cloud's ministry has donated various items to prisoners in the past and may donate free books or DVD's to inmates or their unit Chaplain's library as their funds allow. This ministry does not use the sacred names.

**Shema Yisrael Foundations -** (*123 Court Street Herkimer, New York 13350*) Tony Bennett's ministry has donated various items to prisoners in the past and may donate free books or DVD's to inmates or their unit Chaplain's library as their funds allow. This ministry does not use the sacred names.

**Sabbath Keepers Fellowship –** (*PO Box 972 Malakoff, TX 75148*) Provides a Siddur (Daily and Sabbath Prayerbook), Strong's Concordance, Sacred Name Scriptures, tallith (with blue strings) and kippah, and a scriptural new moon calendar. All items are donated to inmates on a first-

## HOW YOU CAN HELP OUR MINISTRY

Sabbath Keepers Fellowship is a non-profit charitable organization that is supported solely by the grace of our Elohym and by the charitable donations, contributions and tithes of its friends, members and of the general public. Our ministry and its various programs cannot survive without your help, brethren. If you would like to share the work of serving our brothers and sisters in prison, please send us a donation to help us continue in our work. You may select the option below that lets us know how you would like your money spent. If no specific program is chosen, your donation will go into the general fund to be spent as it is needed. Your generosity is greatly appreciated by us and the brothers and sisters behind razor wire that we labor to serve.

**Yes, I want to help support SKF!** Please use my enclosed donation of $_____ in the way I have indicated below.

- ☐ Passover Package Program
- ☐ Sacred Name Scriptures
- ☐ Tallith, kippah, ladies' headcoverings
- ☐ Hertz Siddur (Prayer book)
- ☐ Strong's Concordances
- ☐ Qehilath Haderek Siddur Project
- ☐ General Fund

**We need your help in other ways, too!** Please check all of the following areas in which you would like to help:

- ☐ I would like to learn how I can help with worship services and/or immersions in the prisons.
- ☐ I would like to learn how I can help in other ways.

Sabbath Keepers Fellowship
PO Box 972
Malakoff, TX 75148

Non Profit Org
US Postage
Paid
Malakoff, TX
Permit #41

613065

Nyka O'Conner 199579
7819 N.W. 228th Street
Raiford, FL 32026

32026$2'

**Beth Tikvah Jewish Prisoner Outreach**
**Monthly News Bulletin-February, 2017--- Shevat-Adar, 5777**
**10188 Winterview Drive, Naples, Florida 34109-1520**
**Phone-Fax: 239-566-7702---Email: BTJPO@comcast.net**

## Greetings!

Shalom Chaverim,

Here's hoping that the month of Shevat-February finds you and your loved ones doing well and growing in knowledge, faith and spirituality. Many of the letters we receive contain a theme of learning, growth and self-improvement. Typically, I respond in the margins that life is a learning process---we never outgrow the need to acquire and absorb knowledge. More specifically, there is so much to learn about Judaism that it is virtually impossible to acquire all there is to know about the faith despite a lifetime of study. My personal viewpoint is that this over-abundance of Judaic knowledge is what makes the study of our faith so intriguing and fascinating. Here I am at age-85 and still gaining insight as to what Judaism is all about. Some of the very questions that brethren send our way inspire me to expand my own knowledge of the faith.

## The Holiday on February 11th

February 11th is the 15th day of the Jewish month of Shevat and is a minor holiday. Here's what Chabad.com has to say about the holiday: *"Tu B'Shevat, the 15th of Shevat on the Jewish calendar—celebrated this year on Saturday, February 11, 2017—is the day that marks the beginning of a "new year" for trees. This is the season in which the earliest-blooming trees in the Land of Israel emerge from their winter sleep and begin a new fruit-bearing cycle. We mark the day of Tu B'Shevat by eating fruit, particularly from the kinds that are singled out by the Torah in its praise of the bounty of the Holy Land: grapes, figs, pomegranates, olives and dates. On this*

*day we remember that "man is a tree of the field" (Deuteronomy 20:19), and reflect on the lessons we can derive from our botanical analogue."*

## Supplies Request Form Update

Beginning February 1st all supplies requests will be fulfilled according to the specifics that appear on our most current supplies form. In other words, should you submit a supplies request with (for example) November dating, the February form will take priority. This translates into a $1.50 donation should you request a Jewish neck medallion on an older form. Certain items listed on older forms may no longer be available, so please be guided accordingly. We add new Judaica items too.

We've recently received several requests for tallaisim from brethren who advise that they are indigent and cannot make the requested $4.00 donation. How sincerely we wish we had a "slush fund" to accommodate those who cannot afford a tallit or tallit bag. Since we function with very limited funds, we need those donations if we are to continue to fill requests and remain viable. Thanks for your understanding and cooperation.

## Siddur Update

One of the most frequent requests received here is for a Siddur---a Sabbath and Festivals prayer book. Sorry, dear friends, but at the time of this writing there's hardly a single Siddur in our inventory. In an earnest effort to accommodate your requests we checked the Internet for a reasonably priced prayer book. Much to our surprise, paperback versions sell for around $10.00 and those with hard covers cost as much as $30.00 each! Obviously, we'd be

plummeting towards insolvency were we to decide to purchase a quantity of prayer books. Our fervent hope is that some congregation somewhere decides to update their Siddur inventory and sends us their older ones. So, for the time being, please do not write and request a Siddur. The same is true for a Chumash, Tanakh or Talmud. You'll know when these books arrive---if and when that happy day occurs.

What we do have is an excellent Machzor---a High Holy Days prayer book. This book contains the complete services for Rosh Hashanah and Yom Kippur, with both English and Hebrew prayers. Individual copies can be mailed for a $3.00 donation. We are willing to ship a reasonable quantity to your approving and requesting chaplains.

### About Other Supplies

Florida brethren are required to have only black skullcaps, and we do have those in stock. Since we are serving fellow Jews around the nation we hasten to advise that we have an attractive, rather large blue satin yarmulke available with chaplain's approval. We also have two very nice multi-colored kippahs available to those who can obtain their chaplain's and property room approval.

Some of you have written and requested every item on our "freebies list." We hasten to advise you that our goal is to accommodate as many facilities, individuals and groups as possible. Thus, if you request two wine cups you may only receive one. If you ask for all of our DVDs, cassettes or CDs you will only receive a small quantity so others can enjoy them too.

### The Holidays Are Coming!

Before you know it we'll be celebrating Purim. The holiday is observed on March 12th. The Aleph Institute offers individual packages to enhance your holiday observances. Rabbi interns are also sent around to read the Megillah. For those chaplains lacking funds

Aleph has a donation option. Our experience has been that donations are determined by the amount of Aleph Institute affiliates at your facility. Here's the catch: **Requests for Purim packages must be emailed to Aleph no later than February 27th!** ✸

Let's move on to Passover. The scuttlebutt reaching our ears and eyes indicates that some prison systems aren't doing much, if anything, for Passover. Some facilities are allowing inmates to use their trust fund account to order kosher-for-Passover, shelf-stable meals from Jewishsupply.com. It may be possible for family members to place Passover orders for you. Please check with your chaplain or other staff member to determine what is or is not allowed this year. The inmate order form offers a variety of snacks and meals for the 8-day observance. Let us know if you need an order form. **The deadline for ordering Passover foods is March 1st, 2017.** ✸ *written requests to chaplains are unanswered*

### It's Thank-You Time

We extend our hearty thanks to the brethren who donate stamps and ask for nothing in return. This act of giving is a major assist in keeping Beth Tikvah viable. Several of you have been kind enough to send tallit and tallit bag donations with some extra funds to be used at our discretion. This is very thoughtful of you.

Then there are all those wonderful "thank you" greeting cards that typically contain warm and concerned messages. We've lost track of the many affiliates who include us in their daily prayers or at their Shabbat services. This writer feels that the prayers offered by so many concerned brethren have played a role in his ongoing and remarkable recovery. Finally, our heartfelt thanks to Trudy, Joy, Susan and Jerry for the important role they play in the Beth Tikvah success story.

Peace, faith, hope and Torah blessings,

*Sid Kleiner*



# Chaplains Passover Order Form

## ORDER DEADLINE: MARCH 8, 2016

## All PAID ORDERS MUST BE PLACED ONLINE AT www.JEWISHSUPPLY.com

If you do not have internet, please have someone who has internet place this order for you. If that is impossible, you will need to call Mendy Hassan at 305-864-5553 or email mendy@jewishsupply.com to receive permission to place the order another way.
Orders that are faxed in or placed via email without prior approval will not be processed.

**DONATION REQUESTS; Please fill out this form, scan & email it to passover@aleph-institute.org to be processed.**
**Please call 305-864-5553 to confirm that your order has been received or if you have any difficulties emailing your order.**

**>>IF YOU ARE REQUESTING A DONATION, YOU ORDER MUST BE ACCOMPANIED BY AN UPDATED LIST OF THE JEWISH INMATES AT YOUR INSTITUTION. IF THIS CANNOT BE PROVIDED, PLEASE CALL RABBI KATZ AT 305-864-5553.**

MR./MS./CHAPLAIN: _____

ADDRESS: _____

TEL: ( ) _____ - _____ ext. _____     FAX: ( ) _____ - _____

INSTITUTION: _____

E-MAIL: _____

**NO. OF JEWS: _____**

| ITEM | PRICE | QUANTITY | TOTAL PRICE |
|------|-------|----------|-------------|
| MATZAH<br>1 lb. box (30 per case) | $3.50 ea. | | |
| SHMURAH MATZAH (special handmade)<br>6 Matzahs | $13.00 | | |
| GRAPE JUICE BOTTLES<br>(64 oz.) (Plastic) | | AVAILABLE FOR<br>DONATION ONLY | |
| GRAPE JUICE CASE<br>(case 8 x 64 oz. Plastic) | $55.00 | | |
| PAPER juice boxes*)<br>(case 40 x 6.75 oz.)<br>(*PAID Orders Only) | $55.00 | | |
| HORSERADISH - WHITE ONLY<br>(9 Gram Packets)<br>25 Packets .................. | $3.50 | | |
| 200 Packets .................. | $25.00 | | |
| HORSERADISH - (9/case)<br>WHITE SAUCE SPREAD*<br>(9.5 oz Squeeze bottle)<br>(*PAID Orders Only) | $4.75 ea. | | |
| GEFILTE FISH (12/case)<br>(8 pieces 27 oz. can) | $8.00 ea. | | |
| SOUP BOUILLON CUBES<br>(package of 3) 12/case | $1.75 ea. | | |
| MACAROONS (12/case)<br>(10 oz.) | $4.50 ea. | | |
| HAGGADAHS (Booklet read during the Passover Seder service) | $3.00 ea. | | |
| "HOW TO" PASSOVER VIDEOS | $25.00 ea. | | |

| ITEM | PRICE | QUANTITY | TOTAL PRICE |
|------|-------|----------|-------------|
| Bittersweet Chocolate<br>Bar (3.5 oz.) (100/Case) | $3.00 | | |
| Milk Chocolate Bar<br>(3.5 oz.) - (100/Case) | $3.00 | | |
| SHELF STABLE CHICKEN & MATZAH BALL SOUP (12/Case)<br>(non-gebrokts) (*PAID Orders Only)<br>(12 oz. in Rexon Plastic) | $6.00 ea. | | |
| SHELF STABLE CHICKEN W/ POTATOES* (12/Case)<br>(*PAID Orders Only)<br>(12 oz. in Rexon Plastic) | $6.00 ea. | | |
| SHELF STABLE BEEF GOULASH AND VEG.* (12/Case)<br>(*PAID Orders Only)<br>(12 oz. in Rexon Plastic) | $6.00 ea. | | |
| SHELF STABLE BEEF STUFFED CABBAGE.* (12/Case)<br>(*PAID Orders Only)<br>(12 oz. in Rexon Plastic) | $5.50 ea. | | |
| CSHELF STABLE GEFILTE FISH* (12/Case)<br>(*PAID Orders Only)<br>(12 oz. in Rexon Plastic) | $5.50 ea. | | |
| NEW! 6 SHELF STABLE HARD BOILED EGGS (in Saltwater) - (12/Case)<br>(12 oz. in Rexon Plastic) | $5.00 ea. | | |
| NEW! Heat & Serve MASHED POTATOES (Just add hot water!) (12/Case)<br>4.6 oz. Pouch | $4.00 ea. | | |
| SEDER PLATES (You only need to add Romaine lettuce)<br>(Now comes with 6 Shelf-Stable Hard-boiled egg and salt water)!<br>Includes plastic plate with pre-designed slots filled with special Passover<br>Seder ritual items | $32.50 | | |

**Please advise if your order is for the entire Passover or only for the Seder meals:**   Check one: ☐ **1 Seder Meal Only**   ☐ **2 Seder Meals**   ☐ **Entire Passover holiday**

• **If you have no funds available for these items, check here:**☐
Donated orders: We will only ship donated orders on condition that all Passover food items will be distributed exclusively to Jewish inmates for their use to meet their Passover religious requirements and the entire order will be distributed during Passover to them including any "extra" or excess remaining items. **(These items should not be used before Passover for a mock Seder. Extra grape juice and matzo can be kept for Sabbath observances)**

• *IMPORTANT: Please notify the warehouse of incoming food items to expedite delivery of your order.*

• *Items should arrive no later than 4-6 days before Passover under normal circumstances.*

## 2017 PASSOVER ORDER FORM

1/23/2017- 2

PRINT NAME:_____   DC NUMBER:_____

DATE_____   CELL LOCATION:_____   INSTITUTION: _____

BY SUBMITTING THIS ORDER I ACKNOWLEDGE COMPLIANCE WITH DOC GUIDELINES.

| Item # | Item Description | QTY | RETAIL PRICE | TOTAL | PRIORITY |
|--------|------------------|-----|--------------|-------|----------|
| | Matzo Passover, MANISCHEWITZ (1 lb. box) | | $2.63 | | |
| | Horseradish, MANISCHEWITZ (White Sauce Spread, 9.5 oz) | | $3.75 | | |
| | Hard boiled eggs in saltwater, MEAL MART, 6 ea | | $4.35 | | |
| | Soup Boullion Cubes, TELMA (3/ package) | | $1.28 | | |
| | Macaroons Passover, MANISCHEWITZ, 10 oz | | $4.13 | | |
| | Bittersweet Dark Chocolate, ALPROSE, 3.5 oz. | | $2.35 | | |
| | Milk Chocolate, ALPROSE, 3.5 oz. | | $2.35 | | |
| | Chicken w/ matzoh balls, MEAL MART, 12 oz | | $5.25 | | |
| | Chicken w/ Potatoes, MEAL MART, 12 oz | | $5.60 | | |
| | Beef Goulash, MEAL MART, 12 oz. | | $5.95 | | |
| | Gefilte Fish, MEAL MART, 12 oz | | $5.53 | | |
| | Beef Stuffed Cabbage, MEAL MART, 12 oz | | $5.39 | | |
| | Mashed Potatoes (Add hot water), OSEM, 4.6 oz | | $3.98 | | |
| | Albacore Tuna in Water Pouch, SEASON, 3 oz | | $3.38 | | |
| | | | | | |
| | | | | | |
| | **ALL ITEMS ARE CERTIFIED KOSHER FOR PASSOVER** | | | | |

| | | |
|---|---|---|
| SUBTOTAL | | |
| + TAX | | |
| TOTAL | | |

SIGNATURE: _____
ORDER REJECTED DUE TO:_____

PROPERTY OFFICER_____   DATE_____   ISSUED BY _____

SIGNATURE _____DC #_____DATE_____

**ORDERS MUST BE RETURNED TO THE CANTEEN BY FEBRUARY 17, 2017. ORDERS RECEIVED AFTER THIS DATE WILL NOT BE PROCESSED.
YOUR ORDER MAY BE REJECTED IF YOU HAVE INSUFFICIENT FUNDS IN YOUR ACCOUNT FEBRUARY 20-24, 2017**

1/23/2017 Revised WT

MEDICAL - FOOD SERVICE MENUS

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## ADULT MASTER MENU
### WEEK 1

FACILITY OR
INSTITUTION NAME: _____

MONTH OF _____
OPERATION: _____

December 4, 2016

Shane Phillips, Bureau Chief
Department of Corrections
Bureau of Food

Gina McCormick, MS, RD, LDN
Public Health Nutrition Program Manager

---

## BREAKFAST

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 3 oz eggs (E) | 2 oz oatmeal | 2 oz breakfast sausage ptty (E) | 4 oz peanut butter & jelly (E) (#10 scoop) | 2 oz breakfast meat gravy (E) | 2 oz breakfast sausage ptty (E) | 2 oz oatmeal |
| | ½ c grits | | ½ c oatmeal | | ½ c grits | ½ c grits | 2 oz coffee cake (E) |
| | ½ c Lyonnais potatoes | | | | ½ c Lyonnais potatoes | ½ c hash brown potatoes | |
| | 2 c biscuits or bread | 2 oz pancakes (E) | 2 oz biscuits or bread | | 2 oz biscuits | 2 oz biscuits or bread | |
| | es fresh fruit | 4 oz fruit juice | es fresh fruit | 4 oz fruit juice | 4 oz fruit juice | es fresh fruit | 4 oz fruit juice |
| | 4 oz coffee | 4 oz coffee | 4 oz coffee | 4 oz coffee | 4 oz coffee | 4 oz coffee | 4 oz coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 2 oz jelly (# 60 disher) | 2 oz jelly (# 60 disher) | 2 oz jelly (# 60 disher) | 2 oz jelly (# 60 disher) | 2 oz jelly (# 60 disher) | 2 oz jelly (# 60 disher) | 2 oz jelly (# 60 disher) |
| | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk |
| | ½ oz margarine (# 60 disher) | ½ oz margarine (# 60 disher) | ½ oz margarine (# 60 disher) | ½ oz margarine (# 60 disher) | ½ oz margarine (# 60 disher) | ½ oz margarine (# 60 disher) | ½ oz margarine (# 60 disher) |
| | No Alternate Entrée | No Alternate Entrée | No Alternate Entrée | No Alternate Entrée | ½ oz cheese (AE) | No Alternate Entrée | No Alternate Entrée |

## LUNCH

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 3 oz tuna meat (E) | 4 oz extra patty (E) | 4 oz peanut butter & jelly (E) (#10 scoop) | 4 oz sloppy joe (E) | 1 c yakisoba (E) | 1 c cheesy meat casserole (E) | 2 oz southern BBQ (E) |
| | ½ c rice | ½ c rice | | ½ c rice pilaf | ½ c mashed potatoes | ½ c greens | ½ c pasta salad |
| | ½ c dried beans | ½ c stewed tomatoes | ½ c dried beans | ½ c dried beans | ½ c dried beans | ½ c dried beans | ½ c dried beans |
| | | ½ c carrot slaw | ½ c marinated veg. medley | ½ c squash | ½ c cabbage | ½ c carrots | ½ c carrots |
| | | | | | | ½ c marinated veg. medley | ½ c marinated veg. medley |
| | 2 c bread | 2 c bread | 2 c bread | 2 c bread | 2 c bread or | 2 c bread | 2 c bread |
| | | | | | pan biscuit | | |
| | es cake w/ icing | es cake w/ icing | es pudding | es cookie | es cookie | es pudding | es canned fruit |
| | ½ oz mustard (pk or tio) | ½ oz mustard (pk or tio) | | | | | ½ oz mustard (pk or tio) |
| | 1 c fortified tea | 1 c ketchup (pk or tio) | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | ½ c dried beans(AE) | 1 c fortified tea | ½ c dried beans (AE) | ½ c dried beans(AE) | ½ c dried beans(AE) | ½ c dried beans(AE) | ½ c dried beans (AE) |
| | | ½ c dried beans (AE) | | | | | |

## DINNER

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| | 2 oz turkey ham (E) | 1 oz poultry hot dogs (E) | 1 oz oven fried chicken leg ¼ (E) | 4 oz country patty (E) | 1 oz beef patty (E) | 1 oz smoked turkey sausage (E) | 2 oz hot dogs (3) w/ |
| | | | | | | | 2 oz chili |
| | ½ c cheesy grits | ½ c oven browned potatoes | ½ c rice | ½ c rice | ½ c oven browned potatoes | ½ c oven browned potatoes | ½ c rice |
| | ½ c baked beans | ½ c carrots | ½ c dried beans | ½ c vegetable blend | ½ c vegetable blend | ½ c vegetable blend | ½ c mixed vegetables |
| | ½ c vegetable blend | | ½ c marinated veg. medley | ½ c carrot corns | ½ c coleslaw | ½ c coleslaw | ½ c marinated veg. medley |
| | 2 c marinated veg. medley | | | ½ c cabbage | ½ c pasta (AE) | ½ c marinated veg. medley | ½ c coleslaw |
| | ½ c coleslaw | | | | | | |
| | 1 oz pan biscuit | | | | | | |
| | 2 c bread | 2 c bread | 2 c bread | 2 c bread | 2 c bread | 2 c bread | 2 c bread |
| | es brownie | es bread pudding | | | es pudding | es pudding | |
| | ½ oz mustard (pk or tio) | | | es cake w/ icing | ½ oz mustard (pk or tio) | ½ oz mustard (pk or tio) | |
| | 1 c ketchup (pk or tio) | | | | | | |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | ½ c dried beans (AE) | ½ oz peanut butter (# 10 disher) (AE) | ½ oz peanut butter (# 10 disher) (AE) | ½ c dried beans (AE) | ½ oz peanut butter (# 10 disher) (AE) | ½ c dried beans (AE) | ½ c dried beans (AE) |

---

(E)  -  Denotes Entree
(AE)  -  Denotes Alternate Entree
(AE) do not receive:
  • gravy
  • mustard or catsup
  • shredded cheese

\*  Salt/Pepper shall be offered

This is to certify that this menu is
reviewed monthly and is served
as written unless otherwise noted

_____
Food Service Director

**MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT
AVAILABILITY, OR SECURITY ISSUES**
Updated 12/04/2016

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### ADULT MASTER MENU
#### WEEK 2

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

December 4, 2016

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 3 oz eggs (E) | 2 ea pancakes (E) | 2 oz breakfast sausage pty (E) | ¼ c breakfast meat gravy (E) | 2 oz breakfast meat gravy (E) | 2 oz breakfast sausage pty (E) | 2 oz breakfast sausage pty (E) |
| | ¼ c grits | ¼ c oatmeal | ¼ c oatmeal | ¼ c oatmeal | ¼ c grits | ¼ c oatmeal | ¼ c oatmeal |
| | ½ c lyonnais potatoes | | ½ c hash brown potatoes | ea coffee cake (E) | ½ c lyonnais potatoes | ea coffee cake (E) | |
| | ea biscuits or bread | | ea biscuits or bread | | ea biscuits | ea biscuits or bread | |
| | ea fresh fruit | ea fruit juice | ea fresh fruit | ea fresh fruit | ea fresh fruit | ea fresh fruit | ea fresh fruit |
| | ea coffee | ea coffee | ea coffee | ea coffee | ea coffee | ea coffee | ea coffee |
| | ½ c breakfast beverage | ½ c breakfast beverage | ½ c breakfast beverage | ½ c breakfast beverage | ½ c breakfast beverage | ½ c breakfast beverage | ½ c breakfast beverage |
| | jelly (# 60 disher) | ½ oz syrup | jelly (# 60 disher) | | jelly (# 60 disher) | | |
| | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk |
| | ea margarine (# 60 disher) | ea margarine (# 60 disher) | ea margarine (# 60 disher) | ea margarine (# 60 disher) | ea margarine (# 60 disher) | ea margarine (# 60 disher) | ea margarine (# 60 disher) |
| | No Alternate Entree | No Alternate Entree | No Alternate Entree | ½ oz cheese (AE) / No Alternate Entree | ½ oz cheese (AE) / No Alternate Entree | ½ oz cheese (AE) / No Alternate Entree | ½ oz cheese (AE) / No Alternate Entree |
| **LUNCH** | 1 c cabbage roll casserole (E) | 1 c southern BBQ (E) | 1 c chili mac (E) | 1 c zesty pasta (E) | ¾ c poultry hot dog (E) | ¾ c southwestern patty (E) | ¾ c sloppy joe (E) |
| | | ¾ c rice pilaf | | ¾ c oven brown potatoes | ¾ c rice | garlic & herb pasta | ¾ c rice |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans |
| | | | | | ½ c mixed vegetables | | ¾ c carrots |
| | | ¾ c squash | ½ c carrots | | ½ c carrot corns | ½ c coleslaw | ½ c squash |
| | ¾ c marinated veg medley | ¾ c cole slaw | ¾ c marinated veg medley | ¾ c marinated veg medley | | ¾ c marinated veg medley | ¾ c marinated veg medley |
| | 2 ea cornbread | 2 ea bread | 2 ea cornbread | 2 ea bread | 2 ea bread | 2 ea bread | 1 ea garlic biscuit |
| | 1 ea cookie | 1 ea cake w/ icing | 1 ea cookie | 1 ea cookie | 1 ea cookie | 1 ea cake w/ icing | |
| | | | | | mustard (pk or tip) | mustard (pk or tip) | |
| | | | | | ketchup (pk or tip) | ketchup (pk or tip) | |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) |
| | No Alternate Entree | No Alternate Entree | No Alternate Entree | No Alternate Entree | | | |
| **DINNER** | 4 oz salisbury patty (E) | 1 c country meat gravy (E) | 1 c oven fried chicken leg ¼ (E) | 1 c tamale pizza (E) | ¾ c yakisoba (E) | 4 oz poultry patty (E) | 1 c Italian meat sauce (E) |
| | ¾ c mashed potatoes | ¾ c rice | ¾ c rolls | | ¾ c rice | ¾ c rice | ¾ c rotini |
| | | | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | greens | ¾ c corn |
| | ¾ c broccoli | ¾ c cabbage | ¾ c carrots | | | ¾ c carrots | ¾ c carrots |
| | ¾ c coleslaw | ¾ c marinated veg medley | | ¾ c marinated veg medley | | ¾ c coleslaw | ¾ c marinated veg medley |
| | 1 c combread | 2 ea bread or | 2 ea bread | 2 ea bread | 2 ea bread | ¾ c marinated veg medley | ½ c squash |
| | 1 ea pan biscuit | 1 ea bread or | | | 1 ea pan biscuit | 2 ea bread | 1 ea garlic biscuit |
| | | 1 ea pudding | 1 ea pudding | 1 ea bread pudding | 1 ea pudding | 1 ea cake w/ icing | |
| | ¼ c margarine (# 100 disher) | | | | ¾ c mustard (pk or tip) | | |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified tea | 1 c fortified tea | ketchup (pk or tip) | | 1 c fortified tea |
| | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | 1 c rice (AE) | 4 ea peanut butter (# 10 disher) (AE) | | ¾ c pasta (AE) | ¾ c pasta (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) |

**(E)** – Denotes Entree
**(AE)** – Denotes Alternate Entree
(AE) do not receive:
• gravy
• mustard or catsup
• shredded cheese
+ Salt/Pepper shall be offered

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted

_signature_
Shane Phillips, Bureau Chief
Department of Corrections

_signature_
Erika McCormick, MS, MD, LD/N
Public Health Nutrition Program Manager

Food Service Director _____

**MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES**

Updated 12/04/2016

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
ADULT MASTER MENU
WEEK 3

FACILITY OR INSTITUTION NAME: _____

MONTH OF _____  OPERATION _____

December 4, 2016

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | 3 oz eggs (E) | 2 oz oatmeal | 2 oz breakfast sausage ptty (E) | 1 c oatmeal | 2 oz breakfast meat gravy (E) | 2 oz breakfast sausage ptty (E) | 2 oz country ptty (E) |
| | ea grits | ¾ c grits | 1 c oatmeal | ½ c coffee cake (E) | ½ c grits | 1 c oatmeal | |
| | ½ c Lyonnais potatoes | | 1 c coffee cake (E) | | ½ c hash brown potatoes | ½ c coffee cake (E) | |
| | ½ c hash brown potatoes | 2 ea pancakes (E) | | | 2 ea biscuits | | |
| | 2 ea biscuits or bread | | | | | | |
| | 4 ea fruit | 4 ea fruit juice | 4 ea fruit juice | 4 ea fruit juice | 4 ea fruit juice | | 4 ea fruit juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | | 1 c breakfast beverage |
| | ½ oz jelly (# 60 disher) | ½ oz jelly (# 60 disher) | ½ oz jelly (# 60 disher) | ½ oz sugar pk | ½ oz sugar pk | | ½ oz sugar pk |
| | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | ¾ oz margarine (# 60 disher) | ¾ oz margarine (# 60 disher) | | ¾ oz margarine (# 60 disher) |
| | ¾ oz margarine (# 60 disher) | ¾ oz margarine (# 60 disher) | ¾ oz margarine (# 60 disher) | | | | |
| | No Alternate Entree | No Alternate Entree | No Alternate Entree | No Alternate Entree | | | |
| **LUNCH** | 3 oz total meat (E) | 1 oz peanut butter & jelly (E) (#10 disher) | 1 oz western chili (E) | 1 oz cabbage roll casserole (E) | ½ oz meat fried rice (E) | ½ oz turkey ham (E) | 2 oz smoked turkey sausage (E) |
| | ¾ c rice | ¾ c fiesta rice | ¾ c rice | ¾ c chili | ¾ c corn | ½ c cheesy grits | ½ c fiesta rice |
| | ½ c marinated veg. medley | ¾ c dried beans | ½ c squash w/ onions | ½ c carrots | ½ c vegetable blend | ¾ c dried beans | ¾ c dried beans |
| | 2 ea bread | ½ c marinated veg. medley | ½ c marinated veg. medley | ½ c marinated veg. medley | | | |
| | | 2 ea bread | 2 ea cornbread | 2 ea cornbread | 2 ea cornbread | 2 ea bread | 2 ea bread |
| | ½ oz shredded cheese (# 8) | 1 ea cookie | 1 ea combread | ½ c pudding | ½ c pudding | 1 ea cake w/ icing | 1 ea cookie |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | ½ c canned fruit | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | 1 c fortified beverage | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) |
| | | | | 1 c rice (AE) | | | |
| | No Alternate Entree | No Alternate Entree | No Alternate Entree | No Alternate Entree | | | |
| **DINNER** | 2 oz poultry hot dogs (E) | 2 oz southwestern patty (E) | 1 oz oven fried chicken leg ¼ (E) | 1 oz hot dogs, hot w/ | ½ oz beef patty (E) | 3 oz smoked sausage (E) | 2 oz country patty (E) |
| | ¾ c baked beans | ¾ c fiesta rice | ¾ c rice | ¾ c chili | ¾ c garlic & herb pasta | ¾ c fiesta rice | ¾ c rice pilaf |
| | ½ c marinated veg. medley | ¾ c dried beans | ¾ c dried beans | ¾ c rotini | ¾ c cabbage | ¾ c dried beans | ¾ c carrots |
| | | ½ c cole slaw | ½ c stewed tomatoes | ½ c greens | ½ c green beans | ½ c cole slaw | ½ c marinated veg. medley |
| | 2 ea bread | ½ c cole slaw | ½ c cole slaw | | | ½ c cole slaw | |
| | | 2 ea bread | 2 ea bread | 2 ea bread | 2 ea bread | 2 ea bread | 1 ea pan biscuit |
| | 1 ea cookie | 1 ea cookie | ½ c bread pudding | ½ c bread pudding | 1 ea cookie | | |
| | ½ oz mustard (pk or tsp) | ½ oz mustard (pk or tsp) | | ¾ oz mustard (pk or tsp) | ½ oz mustard (pk or tsp) | ½ oz mustard (pk or tsp) | |
| | ½ oz ketchup (pk or tsp) | ½ oz ketchup (pk or tsp) | | ¼ oz ketchup (pk or tsp) | ½ oz ketchup (pk or tsp) | ¼ oz ketchup (pk or tsp) | |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified tea | 1 c fortified beverage | 1 c fortified tea | 1 c fortified beverage | 1 c fortified tea |
| | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) |
| | | ½ oz peanut butter (# 10 disher) (AE) | ½ oz peanut butter (# 10 disher) (AE) | | | | |

(E)  -  Denotes Entree
(AE)  -  Denotes Alternate Entree
(AE) do not receive:
  • gravy
  • mustard or catsup
  • shredded cheese
+   Salt/Pepper shall be offered

Edna McCormick, MS, RD, LDN
Department of Corrections
Shere Phillips, Bureau Chief

Public Health Nutrition Program Manager

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

Updated 12/04/2016

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## ADULT MASTER MENU
### WEEK 4

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

**December 4, 2016**

---

### BREAKFAST

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| Entree | 3 eggs (E) | 1 c oatmeal | 2 oz breakfast sausage ptty (E) | 1 c oatmeal | 2 oz breakfast meat gravy (E) | 1 c oatmeal | 2 oz breakfast sausage ptty (E) |
| | 1 c grits | 2 ea pancakes (E) | 1 c grits | 2 ea coffee cake (E) | 1 c grits | 2 ea coffee cake (E) | 1 c grits |
| | ¾ c lyonnais potatoes | | ¾ c hash brown potatoes | | ¾ c lyonnais potatoes | | ¾ c lyonnais potatoes |
| | 2 ea biscuits or bread | | 2 ea biscuits or bread | | 2 ea biscuits or bread | | 2 ea biscuits or bread |
| | 1 ea fresh fruit | 4 oz fruit juice | 1 ea fresh fruit | 4 oz fruit juice | 1 ea fresh fruit | 4 oz fruit juice | 1 ea fresh fruit |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 2 ea jelly (# 60 disher) | 2 ea jelly (# 60 disher) | 2 ea jelly (# 60 disher) | 2 ea jelly (# 60 disher) | 2 ea jelly (# 60 disher) | 2 ea jelly (# 60 disher) | 2 ea jelly (# 60 disher) |
| | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk |
| | ¼ oz margarine (# 60 disher) | ¼ oz margarine (# 60 disher) | ¼ oz margarine (# 60 disher) | ¼ oz margarine (# 60 disher) | ¼ oz margarine (# 60 disher) | ¼ oz margarine (# 60 disher) | ¼ oz margarine (# 60 disher) |
| | No Alternate Entree | No Alternate Entree | No Alternate Entree | No Alternate Entree | No Alternate Entree | No Alternate Entree | No Alternate Entree |

### LUNCH

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| Entree | 1 c chili con queso (E) | 1 c southern BBQ (E) | 1 c yakisoba (E) | 1 c country pasta (E) | ¾ c sloppy joe (E) | 1 c Tuscan stew (E) | 1 c cheesy meat casserole (E) |
| | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice pilaf | 1 c pasta salad | ¾ c rice | ¾ c rice |
| | 1 c dried beans | 1 c chili beans | 1 c vegetable blend | 1 c dried beans | 1 c dried beans | ¾ c marinated veg. medley | 1 c dried beans |
| | | ¾ c carrot corn | ¾ c coleslaw | ¾ c carrot corn | ¾ c green beans | | |
| | 1 ea cornbread | 1 ea cornbread | 1 ea cornbread | 2 ea bread | 2 ea bread | 2 ea bread or | 2 ea bread |
| | | | | 1 ea mustard (pk or tsp) | | 1 ea pan biscuit | |
| | 1 ea cake w/ icing | 2 ea cake w/ icing | 1 ea cookie | 1 ea pudding | 1 ea pudding | 1 ea cake w/ icing | 1 ea cookie |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) |
| | ¼ oz margarine (# 60 disher) | ¼ oz margarine (# 60 disher) | ¼ oz margarine (# 100 disher) | ¼ oz margarine (# 60 disher) | ¼ oz cheese (AE) | ¼ oz margarine (# 60 disher) | ¼ oz margarine (# 60 disher) |

### DINNER

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| Entree | | 1 c cheesy meat casserole (E) | 1 c oven fried chicken leg ¼ (E) | ¾ c Italian meat sauce (E) | ¾ c beef patty (E) | ¾ c salisbury patty (E) | 2 c poultry hotdogs (E) |
| | | ¾ c greens | ¾ c rice | 1 c rotini | 1 c pasta salad | 1 c mashed potatoes | 1 c fiesta rice |
| | | ¾ c squash w/onions | ¾ c corn | 1 c dried beans | 1 c dried beans | 1 c dried beans | ¾ c baked beans |
| | | | ¾ c coleslaw | ¾ c carrot corn | ¾ c carrots | ¾ c green beans | ¾ c green beans |
| | | | | | ¾ c green beans | ¾ c cabbage | ¾ c marinated veg. medley |
| | | 2 ea bread or | 2 ea bread | 2 ea bread | 2 ea bread | 2 ea bread or | 2 ea bread |
| | | 1 ea pan biscuit | | 1 ea garlic biscuit | | 1 ea pan biscuit | |
| | | 1 ea bread pudding | 1 ea cookie | 1 ea pudding | 1 ea fresh fruit | 1 ea cake w/ icing | |
| | | | | | 1 ea mustard (pk or tsp) | | 1 ea mustard (pk or tsp) |
| | | | | | 1 ea ketchup (pk or tsp) | | 1 ea ketchup (pk or tsp) |
| | | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) |
| | | ¼ oz margarine (# 100 disher) | 1 oz peanut butter (# 10 disher) (AE) | 1 oz peanut butter (AE) | | 1 c fortified beverage | ¾ c pasta (AE) |

---

**Legend:**

(E) — Denotes Entree
(AE) — Denotes Alternate Entree

(AE) do not receive:
- gravy
- mustard or catsup
- shredded cheese

\* Salt/Pepper shall be offered

---

*Shava Phillips, Bureau Chief*
*Department of Corrections, Bureau Chief*

*Public Health Nutrition Program Manager*

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

_____
Food Service Director

**MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES**

Updated 12/04/2016

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 4 - Saturday

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

FACILITY OR INSTITUTION NAME: _____

MONTH OF _____ OPERATION: _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE-A) no nuts, peanut butter, soy or seeds in meal (cooked cheese)
• Weight before heating

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director _____

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | oz egg sub (E) | oz egg sub (E) | oz egg sub (E) | oz egg sub (E) | oz egg sub (E) | oz egg sub (E) |
| | c oatmeal | c oatmeal | c oatmeal | c oatmeal | c oatmeal | c oatmeal |
| | ea coffee cake (E) | ea coffee cake (E) | ea coffee cake (E) | ea coffee cake | ea coffee cake | ea coffee cake |
| | ea fresh fruit | ea fruit juice | ea fresh fruit | ea fresh fruit | c apple juice | c apple juice |
| | c coffee | c coffee | c coffee | c coffee | c coffee | c coffee |
| | c breakfast beverage | c breakfast beverage | c breakfast beverage | c breakfast beverage | c breakfast beverage | c breakfast beverage |
| | ea bread or pan biscuit | ea bread or pan biscuit | T jelly, regular bulk #20 | | | |
| | ea sugar pk | ea sugar pk | ea sugar pk | ea sugar pk | pat LS margarine | pat LS margarine |
| | ea margarine #60 cup | ea margarine #60 cup | ea margarine #60 cup | ea margarine #60 cup | | |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | | |
| **LUNCH** | | | | | | |
| | c cheesy meat casserole (E) | c cheesy meat casserole (E) | oz diet braised poultry (E) | oz diet braised poultry (E) | oz diet braised poultry (E) | oz diet braised poultry (E) |
| | c green beans | c green beans | c green beans | 1 1/2 c rice | pasta | pasta |
| | c cole slaw | c cole slaw | c cole slaw | c green beans | c green beans | c green beans |
| | | | | | c cole slaw | c cole slaw |
| | sl bread | sl bread | sl bread | sl bread | sl bread | sl bread |
| | c fortified tea | c fortified tea | c fortified tea | c fortified tea | pat LS margarine | pat LS margarine |
| | c dried beans (AE) | c dried beans (AE) | c dried beans (AE) | c dried beans (AE) | c fortified tea | c fortified tea |
| | c fortified beverage | c fortified beverage | c egg substitute (AE) | c egg substitute (AE) | c egg substitute (AE) | c egg substitute (AE) |
| | | | | | sl bread, T jelly, reg | sl bread, T jelly, reg |
| | | | | | pat LS margarine | pat LS margarine |
| **DINNER** | | | | | | |
| | oz poultry hotdogs (E) | oz poultry hotdogs (E) (chopped) | oz pulled poultry (high) (E) | oz smoked patty (E) | oz pulled poultry thigh (E) | oz pulled poultry thigh (E) |
| | c parsley potatoes | c parsley potatoes | c parsley potatoes | LR parsley potatoes | c rice | c rice |
| | c marinated vegetable medley | c baked beans | c baked beans | c carrots | c mixed vegetables | c mixed vegetables |
| | | c carrots | c marinated vegetable medley | | c marinated vegetable medley (no tomatoes) | c marinated vegetable medley (no tomatoes) |
| | sl bread | sl bread | sl bread | sl bread | sl bread | sl bread |
| | tsp mustard | tsp mustard | T jelly, regular bulk #20 | c canned fruit | c canned fruit | c canned fruit |
| | c dried beans (AE) | tsp mustard | c canned fruit | c canned fruit | pat LS margarine | pat LS margarine |
| | c fortified beverage | tsp ketchup | c dried beans (AE) | c fortified beverage | c fortified beverage | sl bread, T jelly, reg |
| | | c dried beans (AE) | c fortified beverage | c egg substitute (AE) | c egg substitute (AE) | pat LS margarine |
| | | c fortified beverage | | | sl bread, T jelly, reg | |
| | | | | | pat LS margarine | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 4 - Friday

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR
SECURITY ISSUES

FACILITY OR INSTITUTION NAME:

MONTH OF OPERATION:

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(All do not serve gravy, mustard ketchup or shredded cheese)
- Weigh before heating

This is to certify that the menu is
reviewed monthly and is served as
written unless otherwise noted

_____
Food Service Director

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Doug McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

### BREAKFAST

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| | 2 oz breakfast sausage pty (E) | 2 oz breakfast sausage pty (E) (chopped) | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) |
| | 1 c grits | 1 c grits | 1 c grits | 1½ c grits | 1 c grits | 1 c grits |
| | ¼ c hash brown potatoes | ¼ c hash brown potatoes | ¼ c LR hashbrowns | ¼ c LR hashbrowns | | |
| | 2 ea biscuits or bread | 2 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | ¾ c apple juice | ¾ c apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 |
| | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk |
| | ¼ oz margarine #40 scp | ¼ oz margarine #40 scp | ¼ oz margarine #40 scp | ¼ oz margarine #40 scp | 1 pat LS margarine | 1 pat LS margarine |
| | 2 oz cheese (AE) | 2 oz cheese (AE) | no alternate entree | no alternate entree | no alternate entree | no alternate entree |

### LUNCH

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| | 1 c Tuscan stew (E) | 1 c Tuscan stew (E) | 1 c Tuscan stew (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) |
| | ¼ c rice | ¼ c rice | ¼ c rice | ½ c rice | ½ c rice | ½ c rice |
| | ½ c dried beans | ½ c dried beans | ½ c dried beans | ½ c meat vegetables | ½ c mixed vegetables | ½ c mixed vegetables |
| | ¾ c marinate vegetable medley | ¾ c marinate vegetable medley | ¾ c marinate vegetable medley | ½ c carrots | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) |
| | 2 sl bread or | 2 sl bread or | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea pan biscuit | 1 ea pan biscuit | | | | |
| | 1 ea cake w/ icing | 1 ea cake w/ icing | 1 ea cake w/ icing | 1 ea cookie | ¼ c canned fruit | ¼ c canned fruit |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | ½ c dried beans (AE) | ½ c dried beans (AE) | ½ c dried beans (AE) | ¼ c egg substitute (AE) | ¼ c egg substitute (AE) | ¼ c egg substitute (AE) |
| | | | no alternate entree | no alternate entree | 1 pat LS margarine | 1 pat LS margarine |
| | | | | | 2 sl bread, 1 T jelly, reg | 2 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |

### DINNER

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| | 4 oz salisbury patty (E) | 4 oz salisbury patty (E) (chopped) | 4 oz salisbury patty | 2 oz smoked patty (E) | 4 oz salisbury patty | 4 oz smoked patty (E) |
| | 1 c mashed potatoes | 1 c mashed potatoes | ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta |
| | ½ c cabbage | ½ c cabbage | ½ c dried beans | ½ c green beans | ½ c carrots | ½ c carrots |
| | | | ½ c cabbage | ½ c cabbage | ½ c cabbage | ½ c cabbage |
| | 2 sl bread or | 2 sl bread or | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea pan biscuit | 1 ea pan biscuit | | | | |
| | 1 ea cookie | 1 ea cookie | ¼ c canned fruit | 1 ea cookie, top mustard, top ketchup | ¼ c canned fruit | ¼ c canned fruit |
| | ¼ c margarine (# 100 dcfdaln) | ¼ c margarine (# 100 dcfdaln) | ¼ c fortified beverage | ¼ c egg substitute (AE) | ¼ c egg substitute (AE) | 1 pat LS margarine |
| | fortified beverage | fortified beverage | fortified beverage | fortified beverage | fortified beverage | fortified beverage |
| | ½ c dried beans (AE) | ½ c dried beans (AE) | ¼ c egg substitute (AE) | | 1 pat LS margarine | 1 pat LS margarine |
| | | | | | 2 sl bread, 1 T jelly, reg | 2 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |

FACILITY OR INSTITUTION NAME: _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 4 - Thursday

MONTH OF OPERATION: _____

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not require gravy, mustard ketchup or shredded cheese)
• Weight before heating

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

Food Service Director: _____

FL Department of Corrections Approval
Shane Phelps, Operations Manager

Julie McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|

**BREAKFAST**

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| ¾ c breakfast meat gravy (E) | ¾ c breakfast meat gravy (E) | ¾ c diet poultry patty (E) | ¾ c diet poultry patty (E) | ¾ c diet poultry patty (E) | ¾ c diet braised poultry (E) |
| 1 c grits | 1 c grits | 1 c grits | 1 c grits | ¾ c grits | ¾ c grits |
| ½ c Lyonnaise potatoes | ½ c Lyonnaise potatoes | 1 c Lyonnaise potatoes | 1/2 c Lyonnaise potatoes | | |
| 2 ea biscuits | 3 ea biscuits | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | ½ c canned fruit | ½ c mixed fruit juice | ½ c mixed fruit juice |
| 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| 1 T jelly (# 60 clover) | 1 T jelly (# 60 clover) | 1 T jelly, regular bulk #30 | 1 T jelly, regular bulk #30 | 1 T jelly, regular bulk #30 | 1 T jelly, regular bulk #30 |
| 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 8 ea sugar pk | 3 ea sugar pk |
| ½ oz margarine #60 scp | ½ oz margarine #60 scp | ½ oz margarine #60 scp | ½ oz margarine #60 scp | 1 pat LS margarine | 1 pat LS margarine |
| 2 oz cheese (AE) | 2 oz cheese (AE) | 2 oz egg sub (AE) | 2 oz egg sub (AE) | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | 1 pat LS margarine | 1 pat LS margarine |

**LUNCH**

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| ¾ c sloppy joe (E) | ¾ c sloppy joe (E) | ¾ c sloppy joe (E) | ¾ c diet poultry patty (E) | ¾ c diet braised poultry (E) | ¾ c diet braised poultry (E) |
| ½ c pasta salad | ½ c pasta salad | ½ c pasta salad | ½ c pasta salad | ½ c pasta salad | ½ c pasta salad |
| ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots |
| ½ c green beans | ½ c green beans | ½ c green beans | | ½ c green beans | ½ c green beans |
| 2 ea bread | 3 ea bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| ½ c pudding | ½ c pudding | ½ c canned fruit | ½ c pudding | ½ c canned fruit | ½ c canned fruit |
| | | | | 1 pat LS margarine | 1 pat LS margarine |
| ½ c fortified tea | ½ c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | 2 oz egg sub (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) |
| ¾ c pasta | ¾ c pasta | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | 1 pat LS margarine | 1 pat LS margarine |

**DINNER**

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty (E) |
| | 1 c (chopped) | | | | |
| ½ c rice | ½ c rice | ½ c rice | 1 1/2 c rice | ½ c rice | ½ c rice |
| ½ c dried beans | ½ c dried beans | ½ c green beans | ½ c green beans | ½ c corn | ½ c corn |
| ½ c corn | ½ c corn | ½ c corn | | | |
| 2 ea bread | 2 sl bread | 3 T jelly, regular bulk #30 | 2 sl bread | 2 sl bread | 2 sl bread |
| 1 ea fresh fruit | 1 ea fresh fruit | 1 ea fresh fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard |
| 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 pat LS margarine | 1 pat LS margarine |
| 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| ¾ c dried beans (AE) | ¾ c dried beans (AE) | 1 c LS peanut butter (AE) | ½ c dried beans (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) |
| 4 oz peanut butter (# 10 clover) (AE) | 1 oz peanut butter (# 10 clover) (AE) | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | 1 pat LS margarine | 1 pat LS margarine |

FACILITY OR INSTITUTION NAME: _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(Alt) Denotes Alternate Entree
(Alt, do not serve gravy, mustard, ketchup or condensed cheese)
• Weigh before heating

MONTH OF _____ OPERATION: _____

This is to certify that the menu is reviewed monthly and is served as written, unless otherwise noted.

Food Service Director _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 4 • Wednesday

FL Department of Corrections Approval
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR
SECURITY ISSUES

Public Health Nutrition Program Manager

| | Regular | | Mech/Dental | | Fat Intolerance | | Low Residue | | Pre-Dialysis | | Dialysis | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | |
| | 4 oz | egg sub (E) | 4 oz | egg sub (E) | 4 oz | egg sub (E) | 4 oz | egg sub (E) | 4 oz | egg sub (E) | 4 oz | egg sub (E) |
| | 1 c | oatmeal | 1 c | oatmeal | 1 c | oatmeal | 1 c | oatmeal | ½ c | oatmeal | ½ c | oatmeal |
| | 2 ea | coffee cake (E) | 2 ea | coffee cake (E) | 2 sl | bread | 1 ea | coffee cake | 1 ea | coffee cake | 1 ea | coffee cake |
| | 1 ea | fresh fruit | 1 ea | fruit juice | 1 ea | fresh fruit | ½ c | fruit juice | ½ c | apple juice | ½ c | apple juice |
| | 1 c | coffee | 1 c | coffee | 1 c | coffee | 1 c | coffee | 1 c | coffee | 1 c | coffee |
| | 1 ea | breakfast beverage | 1 ea | breakfast beverage | 1 ea | breakfast beverage | 1 ea | breakfast beverage | 1 ea | breakfast beverage | 1 ea | breakfast beverage |
| | | | | | | | 3 T | jelly, regular bulk #30 | 2 oz | syrup | 2 oz | syrup |
| | 2 ea | sugar pk | 2 ea | sugar pk | 2 ea | sugar pk | 2 ea | sugar pk | 2 ea | sugar pk | 2 ea | sugar pk |
| | ½ oz | margarine #60 scp | ½ oz | margarine #60 scp | ½ oz | margarine #60 scp | ½ oz | margarine #60 scp | 3 pat | LS margarine | 3 pat | LS margarine |
| | | no alternate entree | | no alternate entree | | no alternate entree | | no alternate entree | | | | |
| | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | |
| | 4 oz | country party (E) | 4 oz | country party (E) (chopped) | 4 oz | country party (E) | 4 oz | country party (E) | 4 oz | country party (E) | 4 oz | country party (E) |
| | ½ c | oven browned potatoes | ½ c | oven browned potatoes | ½ c | overblown potatoes | 1 1/2 c | rice | ½ c | rice | ½ c | rice |
| | ½ c | dried beans | ½ c | dried beans | ½ c | dried beans | ½ c | green beans | ½ c | carrot coins | ½ c | carrot coins |
| | ½ c | carrot coins | ½ c | carrot coins | ½ c | carrot coins | | | | | | |
| | 2 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread |
| | 1 tsp | mustard | 1 tsp | mustard | 1 tsp | mustard | 1 tsp | mustard | 2 pat | LS margarine | 2 pat | LS margarine |
| | 1 tsp | ketchup | 1 tsp | ketchup | 1 tsp | ketchup | 1 tsp | ketchup | | | | |
| | 1 c | fortified tea | 1 c | fortified tea | 1 c | fortified tea | 1 c | fortified tea | | fortified tea | | fortified tea |
| | 1 c | dried beans (Alt) | 1 c | dried beans (Alt) | 1 c | dried beans (Alt) | 1 c | egg substitute (Alt) | 1 c | egg substitute (Alt) | 1 c | egg substitute (Alt) |
| | | | | | | | | | 1 sl | bread, 1 T jelly, reg | 1 sl | bread, 1 T jelly, reg |
| | | | | | | | | | 1 pat | LS margarine | 1 pat | LS margarine |
| | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | |
| | ½ c | Italian meat sauce (E) | ½ c | Italian meat sauce (E) | ½ c | Italian meat sauce (E) | 3 oz | pulled poultry thigh (E) | 3 oz | pulled poultry thigh (E) | 3 oz | pulled poultry thigh (E) |
| | ¾ c | pasta | ½ c | pasta | ½ c | pasta | ½ c | pasta | ½ c | pasta | ½ c | pasta |
| | ½ c | marinated vegetable medley | ½ c | vegetable blend | ½ c | vegetable blend | ½ c | carrots | ½ c | vegetable blend | ½ c | vegetable blend |
| | ½ c | green beans | ½ c | green beans | ½ c | marinated vegetable medley | | | | | | |
| | 1 ea | garlic biscuit | 1 ea | garlic biscuit | 2 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread |
| | | | | | 3 T | jelly, regular bulk #30 | 3 T | jelly, regular bulk #30 | 2 T | jelly, regular bulk #30 | 2 T | jelly, regular bulk #30 |
| | ½ c | pudding | ½ c | pudding | ½ c | canned fruit | ½ c | canned fruit | ½ c | canned fruit | ½ c | canned fruit |
| | 1 c | fortified beverage | 1 c | fortified beverage | 1 c | fortified beverage | 1 c | fortified beverage | | fortified beverage | | fortified beverage |
| | 1 c | dried beans (Alt) | 1 c | dried beans (Alt) | 1 c | dried beans (Alt) | 1 c | egg substitute (Alt) | 1 c | egg substitute (Alt) | 1 c | egg substitute (Alt) |
| | | | | | | | | | 1 sl | bread, 1 T jelly, reg | 1 sl | bread, 1 T jelly, reg |
| | | | | | | | | | 1 pat | LS margarine | 1 pat | LS margarine |

FACILITY OR INSTITUTION NAME: _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not receive gravy, instant ketchup or shredded cheese)
* Weight before heating

MONTH OF OPERATION _____

This is to certify that the menu as reviewed monthly and is served as written unless otherwise noted

Food Service Director _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 4 - Tuesday

[signature] Shane Phillips, Operations Manager
FL Department of Corrections Approval

[signature] McCormick, MS, RD, LDN
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCT PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 2 oz breakfast sausage pty (E) | 2 oz breakfast sausage pty (E) (chopped) | 4 oz egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) | 3 oz egg sub (E) |
| | ¼ c grits | ¼ c grits | ¼ c grits | ¼ c grits | ¼ c grits | ¼ c grits |
| | ¾ c hash brown potatoes | ¾ c hash brown potatoes | ¼ c hashbrowns | | | |
| | 2 ea biscuits or bread | 2 ea biscuits or bread | 3 sl bread | 2 sl bread | 2 sl bread | 3 sl bread |
| | 4 oz fruit juice | 4 oz fruit juice | ¾ c fruit juice | ¾ c fruit juice | ¾ c fruit juice | ¾ c fruit juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 1 T jelly (AEG-dinner) | 1 T jelly (AEG-dinner) | 1 T jelly, regular bulk #30 | 1 T jelly, regular bulk #30 | 1 T jelly, regular bulk #30 | 1 T jelly, regular bulk #30 |
| | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| | ½ oz margarine #60 scp | ½ oz margarine #60 scp | ½ oz margarine #60 scp | ½ oz margarine #60 scp | 3 pat LS margarine | 3 pat LS margarine |
| | 2 oz cheese (AE) | 2 oz cheese (AE) | no alternate entree | no alternate entree | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |
| **LUNCH** | | | | | | |
| | 1 c yakisoba (E) | 1 c yakisoba (E) | 1 c yakisoba (E) | 1 c yakisoba (E) | 1 c yakisoba (E) | 1 c yakisoba (E) |
| | ½ c vegetable blend | ½ c vegetable blend | ½ c vegetable blend | ½ c green beans | ½ c vegetable blend | ½ c vegetable blend |
| | ½ c dried beans (AE) | ½ c dried beans (AE) | ½ c dried beans (AE) | | ½ c coleslaw | ½ c coleslaw |
| | ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta |
| | 1 ea cornbread | 1 ea cornbread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea fortified tea | 1 ea fortified tea | 1 ea fortified tea | 1 ea fortified | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | 1 ea cookie | 1 ea cookie | ½ c canned fruit | ½ c cookie | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |
| **DINNER** | | | | | | |
| | 1 ea oven fried chicken leg ¼ (E) | 1 ea oven fried chicken leg ¼ (E) (chopped) | 1 ea chicken 1/4, skinless (E) | 1 ea baked chicken leg 1/4 (E) | 3 oz pulled poultry thigh (E) | 3 oz pulled poultry thigh (E) |
| | ½ c rice | ½ c rice | ½ c rice | ½ c rice | ½ c rice | ½ c rice |
| | ½ c corn | ½ c corn | ½ c corn | ½ c carrots | ½ c corn | ½ c corn |
| | | | ½ c diet coleslaw | ½ c diet coleslaw | ½ c coleslaw | ½ c coleslaw |
| | 2 sl bread | 2 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea fortified beverage | 1 ea fortified beverage | 1 ea fortified beverage | 1 ea fortified beverage | 2 pat LS margarine | 2 pat LS margarine |
| | 1 oz peanut butter (# 10 dsher) (AE) | 1 oz peanut butter (# 10 dsher) (AE) | ½ c dried beans (AE) | 1.5 oz peanut butter | 1 ea fortified beverage | 1 ea fortified beverage |
| | 1 ea cookie | 1 ea cookie | ½ c canned fruit | 1 ea cookie | ½ c canned fruit | ½ c canned fruit |
| | | | | | 3 oz egg substitute (AE) | 3 oz egg substitute (AE) |
| | | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 4 - Monday

MONTH OF _____ OPERATION _____

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director _____

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Craig McCormick, M.S., R.D., L.D.N.
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

FACILITY OR
INSTITUTION NAME: _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE: do not serve pinto, mustard ketchup or shredded cheese)
* Weight before heating

## Regular

**BREAKFAST**
- 1 c oatmeal
- 2 ea pancakes (E)
- 4 oz fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 2 oz syrup
- 2 oz sugar pk
- ¼ oz margarine #60 scp
- no alternate entrée

**LUNCH**
- ¾ c southern BBQ (E)
- ¾ c parsley potatoes
- ¾ c chili beans
- ¾ c carrot coins
- 1 ea cake w/ icing
- 1 c fortified tea
- 1 c dried beans (AE)
- 2 sl bread

**DINNER**
- 1 c cheesy meat casserole (E)
- ¾ c greens
- ¾ c squash w/onions
- 2 sl bread or
- 1 ea pan biscuit
- ¾ c bread pudding
- ¼ oz margarine (# 100 dishpr)
- 1 c fortified beverage
- ¾ c dried beans (AE)
- ¾ c pasta

## Mech/Dental

**BREAKFAST**
- 1 c oatmeal
- 1 1/2 c pancakes (E)
- 4 oz fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 2 oz syrup
- 2 oz sugar pk
- ¼ oz margarine #60 scp
- no alternate entrée

**LUNCH**
- ¾ c southern BBQ (E)
- ¾ c parsley potatoes
- ¾ c chili beans
- ¾ c carrot coins
- 1 ea cake w/ icing
- 1 c fortified tea
- 1 c dried beans (AE)
- 2 sl bread

**DINNER**
- 1 c cheesy meat casserole (E)
- ¾ c greens
- ¾ c squash w/onions
- 2 sl bread or
- 1 ea pan biscuit
- ¾ c bread pudding
- ¼ oz margarine (# 100 dishpr)
- 1 c fortified beverage
- ¾ c dried beans (AE)
- ¾ c pasta

## Fat Intolerance

**BREAKFAST**
- 1 1/2 c oatmeal
- 2 ea pancakes (E)
- ¾ c fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 2 oz syrup
- 2 oz sugar pk
- ¼ oz margarine #60 scp
- no alternate entrée

**LUNCH**
- ¾ c southern BBQ (E)
- ¾ c parsley potatoes
- ¾ c chili beans
- ¾ c carrot coins
- 3 ea cake w/ icing
- 1 c fortified tea
- 1 c dried beans (AE)
- 3 sl bread
- 3 T jelly, regular bulk #20
- ½ c canned fruit

**DINNER**
- 3 oz pulled poultry thigh (E)
- ¾ c greens
- ¾ c squash w/onions
- 3 sl bread
- 1 c fortified beverage
- ¾ c dried beans (AE)
- ¾ c pasta

## Low Residue

**BREAKFAST**
- 1 c oatmeal
- 2 ea pancakes (E)
- 4 fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 2 oz syrup
- 4 oz sugar pk
- ¼ oz margarine #60 scp
- no alternate entrée

**LUNCH**
- 3 oz diet braised poultry (E)
- 1 c LS parsley potatoes
- ¾ c pasta
- ¾ c carrot coins
- 1 ea cake w/ icing
- 3 c fortified tea
- 1 c egg substitute (AE)
- 2 sl bread

**DINNER**
- 1 c cheesy meat casserole (E)
- ¾ c pasta
- ¾ c squash (no onions)
- 2 sl bread
- 1 ea cookie
- ½ c canned fruit

## Pre-Dialysis

**BREAKFAST**
- 1 c oatmeal
- 2 ea pancakes (E)
- ¾ c apple juice
- 1 c coffee
- 1 c breakfast beverage
- 2 oz syrup
- 2 oz sugar pk
- ¼ oz LS margarine
- 1 bread, 1 T jelly, reg
- 1 pat LS Margarine

**LUNCH**
- 3 oz diet braised poultry (E)
- 1 c LS parsley potatoes
- ¾ c pasta
- ¾ c carrot coins
- 2 sl bread
- 3 pat LS margarine
- 1 c fortified tea
- ¾ c egg substitute (AE)
- 1 bread, 1 T jelly, reg
- 1 pat LS Margarine

**DINNER**
- 3 oz pulled poultry thigh (E)
- ½ c canned fruit
- ¾ c pasta
- ¾ c greens
- ¾ c squash w/onions
- 2 sl bread

## Dialysis

**BREAKFAST**
- 3 oz diet braised poultry (E)
- 1 c oatmeal
- 2 ea pancakes (E)
- ¾ c apple juice
- 1 c coffee
- 1 c breakfast beverage
- 2 oz syrup
- 2 oz sugar pk
- 2 pat LS margarine
- 1 bread, 1 T jelly, reg
- 1 pat LS Margarine

**LUNCH**
- 3 oz diet braised poultry (E)
- 2 pat LS margarine
- 1 c fortified tea
- ¾ c egg substitute (AE)
- 1 bread, 1 T jelly, reg
- 1 pat LS Margarine

**DINNER**
- 3 oz pulled poultry thigh (E)
- ½ c canned fruit
- ¾ c pasta
- ¾ c greens
- ¾ c squash w/onions
- 2 sl bread

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU

WEEK 4 SUNDAY

MONTH OF OPERATION

FACILITY OR INSTITUTION NAME

Revised 09/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE) As to be made using ground meat, meatloaf or shredded cheese)
• Weigh before heating

This is to verify that the menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director _____

FL Department of Corrections Approval

Shane Phillips, Operations Manager

John Palmer, MS, RD, LD/N
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** |
| 3 oz eggs (E) | 3 oz eggs (E) | 3 oz eggs (E) | 3 oz eggs sub (E) | 3 oz egg sub (E) | 3 oz egg sub (E) |
| ¾ c grits | ¾ c grits | ¾ c grits | ¾ c grits | ¾ c grits | ¾ c grits |
| ½ c lyonnaise potatoes | 1-1/2 c lyonnaise potatoes | 1-1/2 c lyonnaise potatoes | 1-1/2 c lyonnaise potatoes | | |
| 2 ea biscuits or bread | 3 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| 1 ea fresh fruit | 1 ea fruit juice | 1 ea fresh fruit | 1 ea mixed fruit juice | 1 ea mixed fruit juice | 1 ea mixed fruit juice |
| 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| 1 c jelly (8 oz dishes) | 1 c jelly (8 oz dishes) | 1 c jelly (8 oz dishes) | 1 c jelly, regular bulk #30 | 1 c jelly, regular bulk #30 | 1 c jelly, regular bulk #30 |
| ½ c jelly, regular bulk #30 | ½ c jelly, regular bulk #30 | ½ c jelly, regular bulk #30 | ½ c jelly, regular bulk #30 | | |
| 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk |
| ½ oz margarine #60 cp | ½ oz margarine #60 cp | ½ oz margarine #60 cp | ½ oz margarine #60 cp | 1 pat LS Margarine | 1 pat LS Margarine |
| **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| no alternate entree | no alternate entree | no alternate entree | no alternate entree | 1 ea bread, 1 T jelly, reg | 1 ea bread, 1 T jelly, reg |
| | | | | 1 pat LS Margarine | 1 pat LS Margarine |
| 1 ea combined | 1 ea combined | 1 ea combined | | | |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| 1 c chili con carne (E) | 1 c chili mac (E) | 1 c chili mac (E) | 1 c diet creamy soup (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) |
| | | | 2 c (shredded cheese) (Hib) | ¾ c pasta | ¾ c pasta |
| ¾ c rice | 1 c carrots | 2 c carrots | 2 c carrots | 2 c marinated vegetable medley (no tomatoes) | 2 c marinated vegetable medley (no tomatoes) |
| ¾ c coleslaw | | | | | |
| 2 sl bread or | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| 1 pat biscuit | | | | 1 T jelly, regular bulk #30 | 1 T jelly, regular bulk #30 |
| 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c canned fruit | 1 c canned fruit | 1 c canned fruit |
| ½ c pasta | ½ c pasta | ½ c pasta | | | |
| 1 c fortified beverage | 1 c fortified beverage | 1 c canned fruit | 1 c egg substitute (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) |
| 1 c dried beans (AE) | 1 c dried beans (AE) | | | 1 ea bread, 1 T jelly, reg | 1 ea bread, 1 T jelly, reg |
| | | | | 1 pat LS Margarine | 1 pat LS Margarine |

FACILITY OR INSTITUTION NAME ___

Revised 08/18/2015

Menu represents edible portion unless otherwise noted
(EI) Denotes Entree
(AE) Denotes Alternate Entree
(AE) do not serve pork in menu planned substitute or shredded cheese
* Weight before heating

MONTH OF ___
OPERATION ___

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

Food Service Director ___

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - Saturday

Fl. Department of Corrections Approval
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | 1 ea fresh fruit | 1 c fruit juice | 4 oz egg sub (EI) | 4 oz egg sub (EI) | 4 oz egg sub (EI) | 4 oz egg sub (EI) |
| | 1 c oatmeal | 1 c oatmeal | 1 1/2 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal |
| | 1 ea coffee cake (EI) | 1 ea coffee cake (EI) | 1 sl bread | 1 ea coffee cake (EI) | 1 ea coffee cake | 1 ea coffee cake |
| | | | | 1 c apple juice | 1 c apple juice | 1 c apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | | | jelly, regular bulk #30 | | | |
| | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| | 2 pk margarine #60 cp | 2 pk margarine #60 cp | | 2 pk margarine #60 cp | 1 pat LS margarine | 1 pat LS margarine |
| **LUNCH** | 4 oz entry patty (EI) | 4 oz entry patty (EI) | 4 oz entry patty (EI) | 4 oz diet braised poultry (EI) | 4 oz entry patty (EI) | 4 oz entry patty (EI) |
| | ¾ c oven stripped potatoes | ¾ c oven stripped potatoes | ¾ c oven stripped potatoes | ¾ c oven stripped potatoes | ¾ c rice | ¾ c rice |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | | | |
| | ½ c cole slaw | ½ c green beans | ½ c diet cole slaw | ½ c cole slaw | ½ c green beans | ½ c green beans |
| | 1 sl bread | 1 sl bread | 1 sl bread | 1 c green beans | 1 c cole slaw | 1 c cole slaw |
| | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | | | |
| | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 sl bread | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | 1 c green beans | | 1 c canned fruit | 2 ea canned fruit | 2 ea canned fruit | 2 ea canned fruit |
| | 2 ea sugar pk | 2 ea sugar pk | | | | |
| | 2 c dried tea | 2 c dried tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | |
| | | | | egg substitute (AE) | 1 pat LS margarine | 1 pat LS margarine |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree |
| **DINNER** | 4 oz country patty (EI) | 4 oz country patty (EI) (chopped) | 4 oz country patty (EI) | 4 oz pulled poultry thigh (EI) | 4 oz country patty (EI) | 4 oz country patty (EI) |
| | ¾ c baked potato | ¾ c baked potato | ¾ c baked potato | ¾ c pasta | ¾ c pasta | ¾ c pasta |
| | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots |
| | | | marinated vegetable medley | marinated vegetable medley | marinated vegetable medley (no tomatoes) | marinated vegetable medley (no tomatoes) |
| | 1 sl bread or | 1 sl bread or | 1 sl bread | 1 sl bread | 1 sl bread | 1 sl bread |
| | 1 ea pan biscuit | 1 ea pan biscuit | jelly, regular bulk #30 | 1 pat LS margarine | 1 pat LS margarine | 1 pat LS margarine |
| | ½ oz margarine (#100 dish or) | ½ oz margarine (#100 dish or) | 1 c canned fruit | egg substitute (AE) | egg substitute (AE) | egg substitute (AE) |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | | | |

Public Health Nutrition Program Manager

FACILITY OR INSTITUTION NAME: _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE) An entree that varies from mustard ketchup or shredded cheese
• Weight before heating

MONTH OF OPERATION: _____

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

Food Service Director _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - Friday

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Dwayne McCormick, MBA, RD, LDN
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEM, PRODUCT AVAILABILITY OR SECURITY ISSUES

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** |
| 2 oz breakfast sausage pty (E) | 2 oz breakfast sausage pty (E) (chopped) | 2 oz egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) |
| ½ c grits | ½ c grits | ½ c grits | 1-1/2 c grits | ½ c grits | ½ c grits |
| ½ c hash brown potatoes | ½ c hash brown potatoes | | ¼ hashbrowns | | |
| ea biscuits or bread | ea biscuits or bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz apple juice | 4 oz apple juice |
| 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| 1 c jelly PC (kosher) | 1 c jelly PC (kosher) | 1 c jelly, regular bulk #20 | 1 c jelly, regular bulk #20 | 1 c jelly, regular bulk #20 | 1 c jelly, regular bulk #20 |
| 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| ½ oz margarine #60 scp | ½ oz margarine #60 scp | ½ oz margarine #60 scp | ½ oz margarine #60 scp | 1 pat LS margarine | 1 pat LS margarine |
| **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| 2 oz turkey ham (E) | 2 oz turkey ham (E) (chopped) | 2 oz turkey ham (E) | 2 oz turkey ham (E) | 2 oz smoked patty (E) | 2 oz smoked patty (E) |
| ½ c cheese grits | | | | ½ c grits | ½ c grits |
| ½ c dried beans | ½ c dried beans | ½ c dried beans | ½ c dried beans | ½ c carrots | ½ c broccoli |
| ½ c pasta (AE) | ½ c pasta (AE) | ½ c pasta (AE) | | | |
| 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| 2 sl bread | 2 sl bread | 3 sl bread | 3 sl bread | 2 sl bread | 2 sl bread |
| 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard |
| | | | 1 tsp ketchup | | |
| 1 ea cake w/ icing | 1 ea cake w/ icing | 1 ea canned fruit | 1 ea canned fruit | 1 ea canned fruit | 1 ea canned fruit |
| | | no alternate entree | no alternate entree | 1 pat LS margarine | 1 pat LS margarine |
| | | | | no alternate entree | no alternate entree |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| 3 oz smoked turkey sausage (E) | 3 oz smoked turkey sausage (E) (chopped) | 3 oz smoked turkey sausage (E) | 3 oz diet poultry salad (E) | 3 oz diet poultry salad (E) | 3 oz diet poultry salad (E) |
| ½ c oven browned potatoes | ½ c oven browned potatoes | ½ c oven browned potatoes | | ½ c rice | ½ c rice |
| ½ c dried beans | ½ c dried beans | ½ c dried beans | ½ c rice | ½ c vegetable blend | ½ c vegetable blend |
| ½ c coleslaw | ½ c green beans | ½ c diet coleslaw | ½ c green beans | ½ c coleslaw | ½ c coleslaw |
| 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| 1 ea cookie | 1 ea cookie | 1 ea canned fruit | 1 ea cookie | ½ c canned fruit | ½ c canned fruit |
| 2 tsp mustard | 2 tsp mustard | | | | |
| ½ c margarine (# 100 dsher) | ½ c margarine (# 100 dsher) | | | 2 pat LS margarine | 2 pat LS margarine |
| 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | ½ c egg substitute (AE) | ½ c egg substitute (AE) | ½ c egg substitute (AE) |
| | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | 1 pat LS margarine | 1 pat LS margarine | 1 pat LS margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - Thursday

MONTH OF
OPERATION:

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR
SECURITY ISSUES

FACILITY OR
INSTITUTION NAME:

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not substitute gravy, mustard ketchup or shredded cheese)
• Weight before heating

This is to certify that this menu is
reviewed monthly and is served as
written unless otherwise noted

Food Service Director

FL Department of Corrections Approved
Shaw Phillips, Operations Manager

FL Department of Corrections Approved
Judy M. Comminello, MS, RD, LD/N
Public Health Nutrition Program Manager

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** |
| ½ c breakfast meat gravy (E) | 1 c breakfast meat gravy (E) | 1 oz diet poultry patty (E) | 1 oz diet poultry patty (E) | 1 oz diet braised poultry (E) | 3 oz diet braised poultry (E) |
| ½ c grits | ½ c grits | ½ c grits | ½ c grits | ½ c grits | ½ c grits |
| 1 c Lyonnais potatoes | 1 c Lyonnais potatoes | 1 c Lyonnaise potatoes | 1 c LN Lyonnaise potatoes | | |
| 2 ea biscuits | 2 ea biscuits | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | | | |
| **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz mixed fruit juice | 4 oz mixed fruit juice |
| 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| 1 oz jelly (# 40 dollar) | 1 oz jelly (# 40 dollar) | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 |
| 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | | |
| ½ oz margarine #60 cup | ½ oz margarine #60 cup | ½ oz margarine #60 cup | 1 pat LS margarine | 3 pat LS margarine | 3 pat LS margarine |
| 1 oz cheese (AE) | 1 oz cheese (AE) | 3 oz egg sub (AE) | 2 oz egg sub (AE) | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | 1 pat LS Margarine | 1 pat LS Margarine |
| | | | | | |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty | 1 ea beef patty (E) |
| | (chopped) | | | | |
| ½ c corn | ½ c corn | ½ c dried beans | 1 1/2 c rice | ½ c rice | ½ c rice |
| ½ c vegetable blend | ½ c vegetable blend | ½ c carrots | ½ c corn | ½ c corn | ½ c corn |
| | | | ½ c vegetable blend | ½ c vegetable blend | ½ c vegetable blend |
| 1 ea cornbread | 1 ea cornbread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 |
| ½ c pudding | ½ c pudding | ½ c canned fruit | ½ c pudding | ½ c canned fruit | ½ c canned fruit |
| | | | | 3 pat LS margarine | 3 pat LS margarine |
| ½ c fortified tea | ½ c fortified tea | ½ c fortified tea | 1 c fortified tea | 1 oz egg substitute (AE) | 1 oz egg substitute (AE) |
| ½ c dried beans (AE) | 1 c dried beans (AE) | ½ c dried beans (AE) | 1 oz egg substitute (AE) | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| ½ c rice | ½ c rice | ½ c rice | | 1 pat LS Margarine | 1 pat LS Margarine |
| | | | | | |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty (E) | 1 oz beef patty | 1 oz beef patty (E) |
| | (chopped) | | | | |
| ½ c cabbage | ½ c cabbage | ½ c dried beans | 1 1/2 c rice | ½ c rice | ½ c rice |
| ½ c green beans | ½ c green beans | ½ c cabbage | ½ c green beans | ½ c cabbage | ½ c cabbage |
| | | | | ½ c green beans | ½ c green beans |
| 2 sl bread | 2 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | | garlic & herb pasta | |
| ½ c bread pudding | ½ c bread pudding | ½ c canned fruit | ½ c bread pudding | ½ c canned fruit | ½ c canned fruit |
| 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard |
| 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup |
| | | | | 3 pat LS margarine | 3 pat LS margarine |
| 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| 4 oz peanut butter (# 10 dipr) (AE) | 4 oz peanut butter (# 10 dipr) (AE) | 1 oz dried beans (AE) | 1 oz LS peanut butter | ½ c egg substitute (AE) | ½ c egg substitute (AE) |
| | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | 1 pat LS Margarine | 1 pat LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - Wednesday

MONTH OF _____
OPERATION _____

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director _____

FL Department of Corrections Approval
Shane Phillips, Operations Manager

FL Department of Corrections Approval
Angela Cormack, MS, RD, LD/N
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR
SECURITY ISSUES

FACILITY OR
INSTITUTION NAME

Revised 08/16/2015

Menu represents edible portion unless otherwise noted

(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not serve gravy, mustard catsup or shredded cheese)
• Weight before heating

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | egg sub (E) | egg sub (E) | egg sub (E) |
| | 1 c  oatmeal | 1 c  oatmeal | 1 c  oatmeal | 1 c  oatmeal | ½ c  oatmeal | ½ c  oatmeal |
| | 2 c  coffee cake (E) | 2 c  coffee cake (E) | 3  sl  bread | 2  ea  coffee cake | 1 c  coffee cake | 1 c  coffee cake |
| | ¾ c  fresh fruit | 1 c  fruit juice | 1 c  fresh fruit | 1 c  fresh fruit | ¾ c  apple juice | ¾ c  apple juice |
| | 1 c  coffee | 1 c  coffee | 1 c  coffee | 1 c  coffee | 1 c  coffee | 1 c  coffee |
| | 1 c  breakfast beverage | 1 c  breakfast beverage | 1 c  breakfast beverage | 1 c  breakfast beverage | 1 c  breakfast beverage | 1 c  breakfast beverage |
| | | | | 2 T  jelly, regular bulk #30 | 2 T  jelly, regular bulk #30 | 2 T  jelly, regular bulk #30 |
| | 2  ea  sugar pk | 2  ea  sugar pk | 2  ea  sugar pk | 2  ea  sugar pk | 2  ea  sugar pk | 2  ea  sugar pk |
| | ½ oz  margarine #60 scp | ½ oz  margarine #60 scp | ½ oz  margarine #60 scp | ½ oz  margarine #60 scp | 1  pat  LS margarine | 1  pat  LS margarine |
| | | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree |
| **LUNCH** | | | | | | |
| | 1  ea  cabbage roll casserole (E) | 1  ea  cabbage roll casserole (E) | 1  ea  cabbage casserole (E) | 4  oz  diet breaded poultry (E) | 4  oz  diet breaded poultry (E) | 4  oz  diet breaded poultry (E) |
| | ¾ c  carrots | 1 c  carrots | ¾ c  carrots | 1 1/2 c  rice | ¾ c  rice | ¾ c  rice |
| | ¾ c  dried beans | ¾ c  dried beans | ¾ c  dried beans | ½ c  carrots | ¾ c  carrots | ¾ c  carrots |
| | ¾ c  marinated vegetable medley | | ¾ c  marinated vegetable medley | | ¾ c  marinated vegetable medley (no tomatoes) | ¾ c  marinated vegetable medley (no tomatoes) |
| | 1  ea  cornbread | 1  ea  cornbread | 2  sl  bread | 2  sl  bread | 2  sl  bread | 2  sl  bread |
| | ½ c  pudding | ½ c  pudding | ½ c  pudding | ½ c  pudding | ½ c  canned fruit | ½ c  canned fruit |
| | | | | | 3  pat  LS margarine | 3  pat  LS margarine |
| | ½ c  fortified tea | ½ c  fortified tea | ¾ c  fortified tea | ¾ c  fortified tea | ¾ c  fortified tea | ¾ c  fortified tea |
| | ¾ c  dried beans (AE) | ¾ c  dried beans (AE) | 1 c  dried beans (AE) | 1 c  egg substitute (AE) | 1 c  egg substitute (AE) | 1 c  egg substitute (AE) |
| | ¾ c  rice | ¾ c  rice | ¾ c  rice | ½ c  bread, 1 T jelly, reg | ½ c  bread, 1 T jelly, reg | ½ c  bread, 1 T jelly, reg |
| | | | | 1  pat  LS margarine | 1  pat  LS margarine | 1  pat  LS margarine |
| **DINNER** | | | | | | |
| | 2  ea  hot dogs (E) w/ | 2  ea  hot dogs (E) w/ | 3  oz  pulled poultry thigh (E) | 3  oz  pulled poultry thigh (E) | 3  oz  pulled poultry thigh (E) | 3  oz  pulled poultry thigh (E) |
| | 2 c  chili | 2 c  chili (chopped) | | | | |
| | ¾ c  pasta | ¾ c  pasta | ½ c  pasta | ½ c  pasta | ½ c  pasta | ½ c  pasta |
| | ¾ c  greens | ¾ c  greens | ½ c  greens | ½ c  green beans | ½ c  greens | ½ c  greens |
| | 2  sl  bread | 2  sl  bread | 2  sl  bread | 2  sl  bread | 2  sl  bread | 2  sl  bread |
| | | | | | 2 T  jelly, regular bulk #30 | 2 T  jelly, regular bulk #30 |
| | ½ c  canned fruit | ½ c  canned fruit | ½ c  canned fruit | ½ c  canned fruit | ½ c  canned fruit | ½ c  canned fruit |
| | 1 c  fortified beverage | 1 c  fortified beverage | 1 c  fortified beverage | 1 c  fortified beverage | 3  pat  LS margarine | 3  pat  LS margarine |
| | | | | | 1 c  fortified beverage | 1 c  fortified beverage |
| | 1 c  dried beans (AE) | 1 c  dried beans (AE) | 1 c  dried beans (AE) | 1 c  egg substitute (AE) | ½ c  egg substitute (AE) | ½ c  egg substitute (AE) |
| | | | | | 1  sl  bread, 1 T jelly, reg | 1  sl  bread, 1 T jelly, reg |
| | | | | | 1  pat  LS margarine | 1  pat  LS margarine |

**FACILITY OR INSTITUTION NAME**

Revised 08/16/2015

Menu represents entire portion unless otherwise noted
(E) Denotes Entree
(Alt) Denotes Alternate Entree
(Alt; do not reuse primary, instant ketchup or shredded cheese)
* Weight before heating

**MONTH OF OPERATION**

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Public Health Nutrition Program Manager

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - Tuesday

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR
SECURITY ISSUES

## Regular

**BREAKFAST**
| 2 | oz | breakfast sausage ptty (E) |
| | | (chopped) |
| 1 | c | grits |
| 1 | c | hash brown potatoes |
| 2 | sl | biscuits or bread |
| 4 | oz | fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 1 | oz | jelly (4-6 disher) |
| 2 | ea | sugar pk |
| ¼ | oz | margarine #60 scp |

**LUNCH**
| 1 | c | western chili (E) |
| ¾ | c | rice |
| ¾ | c | squash w/ onions |
| ¾ | c | marinated vegetable medley |
| 1 | ea | cornbread |
| ¾ | c | fortified tea |
| 1 | c | dried beans (Alt) |
| 2 | oz | cheese (Alt) |

**DINNER**
| 1 | ea | oven fried chicken leg ¼ (E) |
| 1 | c | rice |
| 1 | c | dried beans |
| 1 | c | stewed tomatoes |
| 2 | sl | bread |
| 1 | ea | cookie |
| 1 | c | fortified beverage |
| 4 | c | peanut butter (# 10 disher) (Alt) |

## Mech/Dental

**BREAKFAST**
| 2 | oz | breakfast sausage ptty (E) |
| | | (chopped) |
| 1 | c | grits |
| 1 | c | hash brown potatoes |
| 2 | sl | bread |
| 4 | oz | fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 1 | oz | jelly (4-6 disher) |
| 2 | ea | sugar pk |
| ¼ | oz | margarine #60 scp |

**LUNCH**
| 1 | c | western chili (E) |
| ¾ | c | rice |
| ¾ | c | squash w/ onions |
| ¾ | c | marinated vegetable medley |
| 1 | ea | cornbread |
| ¾ | c | fortified tea |
| 1 | c | dried beans (Alt) |
| 2 | oz | cheese (Alt) |

**DINNER**
| 1 | ea | oven fried chicken leg ¼ (E) |
| | | (chopped) |
| 1 | c | dried beans |
| 1 | c | carrots |
| 2 | sl | bread |
| 1 | ea | cookie |
| 1 | c | fortified beverage |
| 4 | c | peanut butter (# 10 disher) (Alt) |

## Fat Intolerance

**BREAKFAST**
| 2 | oz | egg sub (E) |
| 1 | c | grits |
| ½ | c | hashbrowns |
| 2 | sl | bread |
| 4 | oz | fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 1 | oz | jelly, regular bulk #30 |
| 2 | ea | sugar pk |
| ¼ | oz | margarine #60 scp |

**LUNCH**

no alternate entree

| 1 | c | western chili (E) |
| ¾ | c | rice |
| ¾ | c | squash w/ onions |
| ¾ | c | marinated vegetable medley |
| 2 | sl | bread |
| ½ | c | canned fruit |
| ¾ | c | fortified tea |
| 1 | c | dried beans (Alt) |

**DINNER**
| 1 | ea | chicken 1/4, skinless (E) |
| 1 | c | dried beans |
| 1 | c | carrots |
| 3 | sl | diet coleslaw |
| 3 | sl | bread |
| 2 | T | jelly, regular bulk #30 |
| 1 | ea | cookie |
| 1 | c | fortified beverage |

## Low Residue

**BREAKFAST**
| 2 | oz | egg sub (E) |
| 1 | c | grits |
| ½ | c | hashbrowns |
| 2 | sl | bread |
| ¼ | c | fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 1 | oz | jelly, regular bulk #30 |
| 2 | ea | sugar pk |
| ¼ | oz | margarine #60 scp |

**LUNCH**

no alternate entree

| 1 | oz | diet breaded poultry (E) |
| 1 1/2 | c | squash (no onions) |
| 2 | sl | bread |
| ½ | c | canned fruit |
| ¾ | c | fortified tea |
| 1 | c | dried beans (Alt) |

**DINNER**
| 1 | ea | baked chicken leg 1/4 (E) |
| 1 | c | pasta |
| 1 | c | carrots |
| 3 | sl | diet coleslaw |
| 2 | sl | bread |
| ½ | c | canned fruit |
| 1 | ea | cookie |
| 1 | c | fortified beverage |
| 2 | oz | LS peanut butter |

## Pre-Dialysis

**BREAKFAST**
| 3 | oz | egg sub (E) |
| 1 | c | grits |
| 2 | sl | bread |
| ¾ | c | mixed fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 1 | oz | jelly, regular bulk #30 |
| 2 | ea | sugar pk |
| 3 | pat | LS margarine |

**LUNCH**

no alternate entree

| 1 | oz | diet breaded poultry (E) |
| ¾ | c | rice |
| ¾ | c | squash w/ onions |
| ¾ | c | marinated vegetable medley (no tomatoes) |
| 2 | sl | bread |
| ½ | c | canned fruit |
| 3 | pat | LS margarine |
| 1 | c | fortified tea |
| 1 | oz | egg substitute (Alt) |
| 1 | sl | bread, 1 T jelly, reg |
| 1 | pat | LS Margarine |

**DINNER**
| 3 | oz | pulled poultry high (E) |
| 1 | c | rice |
| 2 | sl | coleslaw |
| 2 | sl | bread |
| ½ | c | canned fruit |
| 2 | pat | LS margarine |
| 1 | c | fortified beverage |
| ¾ | c | egg substitute (Alt) |
| 1 | sl | bread, 1 T jelly, reg |
| 1 | pat | LS Margarine |

## Dialysis

**BREAKFAST**
| 3 | oz | egg sub (E) |
| 1 | c | grits |
| 2 | sl | bread |
| ¾ | c | mixed fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 1 | oz | jelly, regular bulk #30 |
| 2 | ea | sugar pk |
| 3 | pat | LS margarine |

**LUNCH**
| 1 | oz | diet breaded poultry (E) |
| ¾ | c | rice |
| ¾ | c | squash w/ onions |
| ¾ | c | marinated vegetable medley (no tomatoes) |
| 2 | sl | bread |
| ½ | c | canned fruit |
| 3 | pat | LS margarine |
| 1 | c | fortified tea |
| 1 | oz | egg substitute (Alt) |
| 1 | sl | bread, 1 T jelly, reg |
| 1 | pat | LS Margarine |

**DINNER**
| 3 | oz | pulled poultry high (E) |
| 1 | c | rice |
| 2 | sl | coleslaw |
| 2 | sl | bread |
| ½ | c | canned fruit |
| 2 | pat | LS margarine |
| 1 | c | fortified beverage |
| ¾ | c | egg substitute (Alt) |
| 1 | sl | bread, 1 T jelly, reg |
| 1 | pat | LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - Monday

FACILITY OR INSTITUTION NAME: _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(EI) Denotes Alternate Entree
(AE) Denotes Alternate Entree
(AE) denotes where any meat, fish, natural seafood or shredded cheese)
• Weight before heating

MONTH OF OPERATION: _____

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

_____ Food Service Director

FL Department of Corrections Approved
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

_____ Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal |
| | 2 ea pancakes (E) | 2 ea pancakes (E) | 1 1/2 c pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) |
| | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 1 ea apple juice | 1 ea apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 1 oz syrup | 1 oz syrup | 1 oz syrup | 1 oz syrup | 1 oz syrup | 1 oz syrup |
| | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk |
| | ½ oz margarine #60 scp | ½ oz margarine #60 scp | ½ oz margarine #60 scp | ½ oz margarine #60 scp | 1 pat LS margarine | 1 pat LS margarine |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | | |
| **LUNCH** | 4 oz peanut butter & jelly (E) | 4 oz peanut butter & jelly (E) | 4 oz peanut butter & jelly (E) | 4 oz peanut butter & jelly (E) | 4 oz peanut butter & jelly (E) | 4 oz diet braised poultry (E) |
| | ½ c marinated vegetable medley | ½ c squash | ½ c marinated vegetable medley | ½ c squash (no onions) | ½ c marinated vegetable medley (no tomatoes) | ½ c pasta |
| | | | | | | ½ c marinated vegetable medley (no tomatoes) |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | 3 T jelly, regular bulk #20 | | 1 bread, 1 T jelly, reg | 1 bread, 1 T jelly, reg |
| | 1 ea cookie | 1 ea cookie | 1 ea canned fruit | 1 ea cookie | 1 ea canned fruit | 1 ea canned fruit |
| | No Alternate Entree | No Alternate Entree | No Alternate Entree | No Alternate Entree | 1 egg sub (AE) | 1 egg sub (AE) |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |
| **DINNER** | 4 oz southwestern patty (E) | 4 oz southwestern patty (E) (chopped) | 4 oz southwestern patty (E) | 4 oz pulled poultry (thigh) (E) | 4 oz diet braised poultry (E) | 4 oz smoked patty (E) |
| | ½ c potato salad | ½ c potato salad | ½ c dried beans | ½ c rice | ½ c pasta | ½ c rice |
| | ½ c cole slaw | ½ c carrots | ½ c carrots | ½ c carrots | ½ c squash (no onions) | ½ c carrots |
| | 2 sl bread | 2 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |
| | 1 ea cookie | 1 ea cookie | 1 ea cookie | 1 ea cookie | 1 ea canned fruit | 1 ea canned fruit |
| | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | | 3 pat LS margarine | 2 pat LS margarine |
| | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | | | |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c egg substitute (AE) | 1 egg substitute (AE) | 1 egg substitute (AE) |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - SUNDAY

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR
SECURITY ISSUES

FACILITY OR INSTITUTION NAME:___

MONTH OF ___
INSTITUTION OPERATION:___

Food Service Director

This is to certify that this menu is
reviewed monthly and is served as
written unless otherwise noted

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entrée
(AE) Denotes Alternate Entrée
(AE, do not serve gravy, mustard ketchup or shredded cheese)
* Weight before heating

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | 3 oz eggs (E) | 4 oz eggs (E) | 4 oz egg sub (E) | 4 oz egg sub (E) | diet poultry high (E) | diet braised poultry (E) |
| | 1 c grits | 1 c grits | 1 1/2 c grits | 1 c grits | 1 c grits | 1 c grits |
| | 1 c spinach potatoes | 1 c spinach potatoes | c LR/nonfat potatoes | | | |
| | 2 ea biscuits or bread | 3 ea biscuits or bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea fresh fruit | 1 ea fruit juice | 1 ea fresh fruit | 1 c fruit juice | 1 c mixed fruit juice | 1 c mixed fruit juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 1 c jelly (if 60 silver) | 1 c jelly (if 60 silver) | 1 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk |
| | 2 oz margarine #60 cup | 2 oz margarine #60 cup | 2 oz margarine #60 cup | 2 oz margarine #60 cup | 1 pat LS margarine | 1 pat LS margarine |
| **LUNCH** | torta meat (E) | torta meat (E) | torta meat (E) | diet braised poultry (E) | diet braised poultry (E) | diet braised poultry (E) |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | rice | rice | rice | rice | rice | rice |
| | marinated vegetable medley | green beans | marinated vegetable medley (no tomatoes) | marinated vegetable medley (no tomatoes) | marinated vegetable medley (no tomatoes) | marinated vegetable medley (no tomatoes) |
| | no alternate entrée | no alternate entrée | no alternate entrée | no alternate entrée | 1 pat LS margarine | 1 pat LS margarine |
| | | | | | 1 c fortified tea | 1 c fortified tea |
| | | | | | bread, 1 T jelly, reg | bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |
| **DINNER** | poultry hot dog (E) | poultry hot dog (E) | pulled poultry high (E) | pulled poultry high (E) | pulled poultry high (E) | pulled poultry high (E) |
| | garlic & herb pasta | garlic & herb pasta | pasta | pasta | garlic & herb pasta | garlic & herb pasta |
| | marinated vegetable medley | carrots | carrots | carrots | vegetable blend | vegetable blend |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | marinated vegetable medley (no tomatoes) | marinated vegetable medley (no tomatoes) |
| | 3 T jelly, regular bulk #30 | 3 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 sl bread | 2 sl bread |
| | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | 1 tsp mustard | 1 tsp mustard | | | 1 pat LS margarine | 1 pat LS margarine |
| | 2 tsp ketchup | 2 tsp ketchup | | | 1 c fortified beverage | 1 c fortified beverage |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | egg substitute (AE) | egg substitute (AE) |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | bread, 1 T jelly, reg | bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |

2 oz shredded cheese (#16)
1 c fortified tea
1 c dried beans (AE)

FACILITY OR INSTITUTION NAME: _____

Revised 08/16/2015

Menu: represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not serve gravy, mustard ketchup or shredded cheese)
• Weight before heating

MONTH OF OPERATION: _____

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

Food Service Director _____

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 2 - Saturday**

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Craig McCormick, RD, LD/N
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 1 oz oatmeal | 1 oz oatmeal | 4 oz egg sub (E) | 1 oz egg sub (E) | 1 oz egg sub (E) | 1 oz egg sub (E) |
| | 2 ea coffee cake (E) | 2 ea coffee cake (E) | 2 sl bread | 2 ea coffee cake (E) | 1 oz oatmeal | 1 oz oatmeal |
| | ½ c fresh fruit | ½ c fruit juice | ½ c fruit juice | ½ c fruit juice | 1 ea coffee cake | 1 ea coffee cake |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | ½ c apple juice | ½ c apple juice |
| | 1 ea breakfast beverage | 1 ea breakfast beverage | 1 ea breakfast beverage | 1 ea breakfast beverage | 1 c coffee | 1 c coffee |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 1 ea breakfast beverage | 1 ea breakfast beverage |
| | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 oz syrup | 2 oz syrup |
| | 2 oz margarine #60 cup | 2 oz margarine #60 cup | 2 oz margarine #60 cup | 2 oz margarine #60 cup | 2 ea sugar pk | 2 ea sugar pk |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | 1 ea pat LS margarine | 1 ea pat LS margarine |
| | | | | | no alternate entree | no alternate entree |
| **LUNCH** | | | | | | |
| | 1 c sloppy joe (E) | ½ c sloppy joe (E) | ½ c sloppy joe (E) | ½ c diet braised poultry (E) | 1 oz diet braised poultry high (E) | 3 oz diet braised poultry (E) |
| | ¾ c oven browned potatoes | ¾ c oven browned potatoes | ¾ c oven browned potatoes | ¾ c LR overbrown potatoes | ½ c rice | ½ c rice |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | | | |
| | ¾ c carrots | ¾ c carrots | ¾ c carrots | ¾ c carrots | ½ c carrots | ½ c carrots |
| | ½ c squash | ½ c squash | ½ c squash | ½ c squash | ½ c squash | ½ c squash |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 T jelly / regular bulk #30 | 1 T jelly / regular bulk #30 | 1 T jelly / regular bulk #30 | | | |
| | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | fortified tea | fortified tea | fortified tea | fortified tea | 2 pat LS margarine | 2 pat LS margarine |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | egg substitute (AE) | fortified tea | fortified tea |
| | | | | | egg substitute (AE) | egg substitute (AE) |
| | | | | | 1 c bread, 1 T jelly, reg | 1 c bread, 1 T jelly, reg |
| | | | | | pat LS margarine | pat LS margarine |
| **DINNER** | | | | | | |
| | ea Italian meat sauce (E) | ea Italian meat sauce | oz Italian meat sauce | oz pulled poultry high (E) | oz pulled poultry high (E) | oz pulled poultry high (E) |
| | ¾ c pasta | ¾ c pasta | ¾ c pasta | ¾ c pasta | ¾ c pasta | ¾ c pasta |
| | ¾ c green beans | ¾ c corn | ¾ c corn | ¾ c green beans | ¾ c corn | ¾ c corn |
| | 1 ea garlic biscuit | 1 ea garlic biscuit | 1 ea marinated vegetable medley | marinated vegetable medley | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 T jelly / regular bulk #30 | jelly / regular bulk #30 | jelly / regular bulk #30 | | | |
| | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | fortified beverage | fortified beverage | fortified beverage | fortified beverage | 2 pat LS margarine | 2 pat LS margarine |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | egg substitute (AE) | fortified beverage | fortified beverage |
| | | | | | egg substitute (AE) | egg substitute (AE) |
| | | | | | c bread, 1 T jelly, reg | c bread, 1 T jelly, reg |
| | | | | | pat LS margarine | pat LS margarine |

FACILITY OR INSTITUTION NAME: _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE-E) no review prev. mutard ketchup or shredded cheese)
• Weight before heating

MONTH OF OPERATION: _____

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

Food Service Director _____

_____
Ft. Department of Corrections Approved
Shane Phillips, Operations Manager

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 2-Friday

_____
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 2 oz breakfast sausage pty (E) | 2 oz breakfast sausage pty (E) (chopped) | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) |
| | 1 c grits | 1 c grits | 1 c grits | 1 c grits | ¾ c grits | ¾ c grits |
| | ¾ c hash brown potatoes | ¾ c hash brown potatoes | 1 1/2 c hashbrowns | 1 1/2 c hashbrowns | | |
| | 2 ea biscuits or bread | 2 ea biscuits or bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | ¾ c apple juice | ¾ c apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 1 t jelly #40 (dinner) | 1 t jelly #40 (dinner) | 1 t jelly #40 (dinner) | 1 T jelly, regular bulk #30 | 1 T jelly, regular bulk #30 | 1 T jelly, regular bulk #30 |
| | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk |
| | ¾ oz margarine #60 scp | ¾ oz margarine #60 scp | ¾ oz margarine #60 scp | ¾ oz margarine #60 scp | pat LS margarine | pat LS margarine |
| **LUNCH** | | | | | | |
| | 2 oz poultry hot dogs (E) | 2 oz poultry hot dogs (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) | 1 c diet braised poultry (E) | 1 c diet braised poultry (E) |
| | ¾ c garlic & herb pasta | ¾ c garlic & herb pasta | ¾ c garlic & herb pasta | ¾ c garlic & herb pasta | ¾ c garlic & herb pasta | ¾ c garlic & herb pasta |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | ¾ c rice | ¾ c rice | ¾ c rice |
| | ¾ c diet coleslaw | ¾ c diet coleslaw | ¾ c diet coleslaw | ¾ c green beans | ¾ c coleslaw | ¾ c coleslaw |
| | 2 sl bread | 2 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea cookie | 1 ea cookie | 1 ea canned fruit | 1 ea cookie | ¾ c canned fruit | ¾ c canned fruit |
| | 2 tsp mustard | 2 tsp mustard | | 2 tsp mustard | | |
| | 2 tsp ketchup | 2 tsp ketchup | | 2 tsp ketchup | | |
| | 1 c fortified beverage | 1 c fortified beverage | no alternate entree | no alternate entree | 1 c bread, 1 T jelly, reg | 1 c bread, 1 T jelly, reg |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | | | pat LS margarine | pat LS margarine |
| **DINNER** | | | | | | |
| | 4 oz southwestern patty (E) (chopped) | 4 oz southwestern patty (E) (chopped) | 4 oz southwestern patty (E) | 4 oz diet poultry salad (E) | 4 oz diet poultry salad (E) | 4 oz diet poultry salad (E) |
| | ½ c rice | ½ c rice | ½ c rice | ½ c rice | ½ c rice | ½ c rice |
| | ¾ c greens | ¾ c greens | ¾ c greens | ¾ c carrots | ¾ c greens | ¾ c greens |
| | ¾ c carrots | ¾ c carrots | ¾ c carrots | | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) |
| | ¾ c marinated vegetable medley | ¾ c marinated vegetable medley | ¾ c marinated vegetable medley | | | |
| | 2 sl bread | 2 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea cake w/ icing | 1 ea cake w/ icing | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c canned fruit | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) |

FACILITY OR
INSTITUTION NAME: _____

Revised 08/16/2015

Menu: represents edible portion unless other wise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE E) No more than (mustard tablespoon or inmeated cheese)
• Weight before heating

MONTH OF
OPERATION: _____

This is to certify that the menu is
reviewed monthly and is served as
written unless otherwise noted.

Food Service Director _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 2 - Thursday

Shana Phillips, Operations Approval
FL Department of Corrections Approval

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR
SECURITY ISSUES

Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | ¾ c breakfast meat gravy (E) | ¾ c breakfast meat gravy (E) (chopped) | ¾ c diet poultry patty (E) | 1 ea diet poultry patty (E) | 1 ea diet poultry patty (E) | 1 ea diet poultry patty (E) |
| | ½ c grits | ½ c grits | ½ c grits | 1½ c grits | ½ c grits | ½ c grits |
| | ½ c lyonnaise potatoes | ½ c lyonnaise potatoes | ½ c lyonnaise potatoes | ½ c lyonnaise potatoes | ½ c grits | ½ c grits |
| | 2 ea biscuits | 2 ea biscuits | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 4 oz fruit juice | 4 oz fruit juice | ¾ c fruit juice | ¾ c fruit juice | ¾ c mixed fruit juice | ¾ c mixed fruit juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | ½ c jelly (F.40 dishes) | ½ c jelly (F.40 dishes) | ½ oz jelly, regular bulk #30 | ½ oz jelly, regular bulk #30 | ½ oz jelly, regular bulk #30 | ½ oz jelly, regular bulk #30 |
| | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk |
| | 2 oz margarine #60 scp | 2 oz margarine #60 scp | 2 oz margarine #60 scp | 2 oz margarine #60 scp | 2 pat LS margarine | 2 pat LS margarine |
| | | 2 oz cheese (AE) | 3 oz egg sub (AE) | 3 oz egg sub (AE) | 1 pat LS margarine | 1 pat LS margarine |
| **LUNCH** | ½ c yakisoba (E) | ½ c yakisoba (E) | ½ c LR yakisoba (E) | ½ c LR yakisoba (E) | ½ c yakisoba (E) | ½ c yakisoba (E) |
| | 1 bread or pan biscuit | 1 bread or pan biscuit | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 2 sl bread | 3 sl bread | | | | |
| | ½ c mixed vegetables | ½ c mixed vegetables | ½ c mixed vegetables | ½ c green beans | ½ c mixed vegetables | ½ c mixed vegetables |
| | ½ c green beans | ½ c green beans | ½ c coleslaw | | ½ c coleslaw | ½ c coleslaw |
| | ½ c fortified tea | ½ c pudding | ½ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | ½ c pudding | | | ½ c pudding | 1 pat LS margarine | 1 pat LS margarine |
| | | | | | ½ c fortified tea | ½ c fortified tea |
| | 1 c jelly, regular bulk #30 | 1 c jelly, regular bulk #30 | 1 c jelly, regular bulk #30 | ½ oz jelly, regular bulk #30 | ½ oz jelly, regular bulk #30 | ½ oz jelly, regular bulk #30 |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c fortified tea | 3 oz egg substitute (AE) | 3 oz egg substitute (AE) |
| | ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |
| **DINNER** | 1 ea beef patty (E) | 1 ea beef patty (E) (chopped) | 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty | 1 ea beef patty |
| | ½ c dried beans | ½ c dried beans | ½ c dried beans | 1½ c rice | ½ c rice | ½ c rice |
| | ½ c carrot coins | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrot coins | ½ c carrot coins |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | ½ c canned fruit | ½ c canned fruit |
| | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp mustard | 1 tsp mustard |
| | 1 pudding | 1 pudding | 1 pudding | 3 pat LS margarine | 1 tsp ketchup | 1 tsp ketchup |
| | | | | | 2 pat LS margarine | 2 pat LS margarine |
| | 1 oz fortified beverage | 1 oz fortified beverage | 1 oz fortified beverage | 4 oz fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | ½ oz peanut butter (F.10 dishes) (AE) | ½ oz peanut butter (F.10 dishes) (AE) | ½ c dried beans (AE) | ½ c egg substitute (#10) | 1 egg substitute (AE) | 1 egg substitute (AE) |
| | | | | ½ c LS (peanut butter (#10)) | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 2 - Wednesday

MONTH OF OPERATION

FACILITY OR INSTITUTION NAME

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

Revised 08/16/2015

Menu represents edible portion unless other wise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not reserve pork, mustard ketchup or shredded cheese)
• Weight before heating

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Food Service Director

Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | 1 ea egg sub (E) | 1 ea egg sub (E) | 1 ea egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) |
| | 1 c oatmeal | 1 c oatmeal | 1 1/2 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal |
| | 2 ea coffee cake (E) | 2 ea coffee cake (E) | 2 ea coffee cake | 1 ea coffee cake | 1 ea coffee cake | 1 ea coffee cake |
| | 1 ea fresh fruit | 1 ea fruit juice | 1 ea fresh fruit | 1 ea apple juice | ½ c apple juice | ½ c apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | ½ ea sugar pk | ½ ea sugar pk | ½ ea sugar pk | ½ ea sugar pk | 3 ea sugar pk | 3 ea sugar pk |
| | 2 ea margarine #60 cup | 2 ea margarine #60 cup | 2 ea margarine #60 cup | 2 ea margarine #60 cup | 2 pat LS margarine | 2 pat LS margarine |
| **LUNCH** | 4 oz zesty patty (E) | 4 oz zesty patty (E) | 4 oz zesty patty (E) | 4 oz diet braised poultry (E) | 4 oz diet braised poultry (E) | 4 oz diet braised poultry (E) |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree |
| | ¼ c cookie | ¼ c cookie | ¼ c canned fruit | ¼ c canned fruit | ¼ c canned fruit | ¼ c canned fruit |
| | 1 tsp mustard | 1 tsp mustard | | | | |
| | 1 tsp ketchup | 1 tsp ketchup | | | | |
| | ½ c oven brown potatoes | ½ c oven brown potatoes | ½ c carrot slaw | ½ c carrot slaw | ½ c pasta | ½ c pasta |
| | ¾ c carrot slaw | ¾ c carrots | ¾ c diet carrot slaw | ¾ c carrot slaw | ¾ c carrot slaw | ¾ c carrot slaw |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| **DINNER** | 1 ea tamale pizza (E) | 1 ea tamale pizza (E) (chopped) | 3 oz pulled poultry thigh (E) | 3 oz pulled poultry thigh (E) | 3 oz pulled poultry thigh (E) | 3 oz pulled poultry thigh (E) |
| | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice |
| | ½ c dried beans | ½ c dried beans | ½ c green beans | ½ c green beans | | |
| | ¾ c marinated vegetable medley | ¾ c green beans | ¾ c marinated vegetable medley | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) |
| | | | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | ½ c bread pudding | ½ c bread pudding | ¼ c canned fruit | ¼ c jelly, regular bulk #30 | ¼ c jelly, regular bulk #30 | ¼ c jelly, regular bulk #30 |
| | | | ½ c bread pudding | ¼ c canned fruit | ¼ c canned fruit | ¼ c canned fruit |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 2 pat LS margarine | 2 pat LS margarine | 2 pat LS margarine |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c canned fruit (AE) | ½ c egg substitute (AE) | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 2 -Tuesday

FL Department of Corrections Approved
Shane Phillips, Operations Manager

Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

FACILITY OR INSTITUTION NAME _____

MONTH OF OPERATION _____

Food Service Director _____

Revised 08/16/2015

Menu: represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not represent pork, smoked sausage or shredded cheese)
• Weight before heating

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** | **BREAKFAST** |
| 2 oz breakfast sausage pty (E) | 2 oz breakfast sausage pty (E) (chopped) | 2 oz egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) |
| 1 c grits | 1 c grits | 1 c grits | 1 c grits | 1 c grits | 1 c grits |
| ¾ c hash brown potatoes | ¾ c hash brown potatoes | ¾ c hashbrowns | ¾ c hashbrowns | | |
| 2 ea biscuits or bread | 3 ea biscuits or bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | ¾ c mixed fruit juice | ¾ c mixed fruit juice |
| 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| ¼ oz jelly (6-0 dvlver) | ¼ oz jelly (6-0 dvlver) | ¼ oz jelly, regular bulk #30 | ¼ oz jelly, regular bulk #30 | ¼ T jelly, regular bulk #30 | ¼ T jelly, regular bulk #30 |
| ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk |
| 2 ea margarine #60 scp | 2 ea margarine #60 scp | ¼ oz margarine #60 scp | ¼ oz margarine #60 scp | 3 ea pat LS margarine | 3 ea pat LS margarine |
| 2 oz cheese (AE) | 2 oz cheese (AE) | no alternate entree | no alternate entree | | |
| **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| 2 oz chili mac (E) | 2 oz chili mac (E) | 2 oz chili mac (E) | 2 oz diet mac (E) | 2 oz diet braised poultry (E) | 2 oz diet braised poultry (E) |
| ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta |
| ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) |
| ¾ c carrots | ¾ c green beans | ¾ c marinated vegetable medley | ¾ c green beans | | |
| 1 ea cake w/ icing | 1 ea cake w/ icing | 2 sl bread | 1 ea cake w/ icing | 2 sl bread | 2 sl bread |
| 1 ea fortified tea | 1 ea fortified tea | 2 T jelly, regular bulk #30 | 1 ea fortified tea | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | 1 ea egg substitute (AE) | 1 ea egg substitute (AE) | 1 ea egg substitute (AE) |
| ½ c pasta | ½ c pasta | ½ c pasta | 2 sl bread, 1 T jelly, reg | 2 sl bread, 1 T jelly, reg | 2 sl bread, 1 T jelly, reg |
| | | | 1 ea pat LS margarine | 1 ea pat LS margarine | 1 ea pat LS margarine |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| 1 ea oven fried chicken leg ¼ (E) | 1 ea oven fried chicken leg ¼ (E) (chopped) | 1 ea chicken ¼ (4, skinless) (E) | 1 ea baked chicken leg ¼ (E) | 3 oz pulled poultry high (E) | 3 oz pulled poultry high (E) |
| ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta |
| ¾ c dried beans | ¾ c dried beans | ¾ c carrots | ¾ c carrots | ¾ c carrots | ¾ c carrots |
| ¾ c carrots | ¾ c carrots | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| 2 sl bread | 2 sl bread | ¼ T jelly, regular bulk #30 | ¼ T jelly, regular bulk #30 | ¼ T jelly, regular bulk #30 | ¼ T jelly, regular bulk #30 |
| ½ c pudding | ½ c pudding | ½ c canned fruit | ½ c pudding | ½ c canned fruit | ½ c canned fruit |
| ½ c canned fruit | ½ c canned fruit | | | 2 ea pat LS margarine | 2 ea pat LS margarine |
| 1 oz fortified beverage | 1 oz fortified beverage | 1 oz fortified beverage | 1 oz fortified beverage | 1 oz fortified beverage | 1 oz fortified beverage |
| 1 oz peanut butter (Hz dvlver) (AE) | 1 oz peanut butter (3-0 dvlver) (AE) | 1 oz LS peanut butter | 1 oz LS peanut butter | 1 ea egg substitute (AE) | 1 ea egg substitute (AE) |
| | | | | 2 sl bread, 1 T jelly, reg | 2 sl bread, 1 T jelly, reg |
| | | | | 1 ea pat LS margarine | 1 ea pat LS margarine |

**FACILITY OR INSTITUTION NAME** _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE) do not serve pork, pork/mixed catsup or shredded cheese
• Weight before heating

MONTH OF OPERATION _____

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted

Food Service Director _____

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 2 - Monday**

FL Department of Corrections Approved
Stan Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal | 4 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) |
| | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal |
| | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz apple juice | 4 oz apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 2 oz syrup | 2 oz syrup | 2 oz syrup | 2 oz syrup | 2 oz syrup | 2 oz syrup |
| | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| | 2 ea margarine #60 cp | 2 ea margarine #60 cp | 2 ea margarine #60 cp | 2 ea margarine #60 cp | 3 ea margarine LS margarine | 2 ea margarine LS margarine |
| | | | | | 1 sl bread LS | 1 sl bread LS |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | 1 pat LS margarine | 1 pat LS margarine |
| **LUNCH** | ¾ c southern BBQ (E) | ¾ c southern BBQ (E) | ¾ c southern BBQ (E) | 3 oz diet baked poultry (E) | 3 oz diet baked poultry (E) | 3 oz diet braised poultry (E) |
| | ¾ c parsley potatoes | ¾ c parsley potatoes | ¾ c parsley potatoes | ¾ c parsley potatoes | ¾ c pasta | ¾ c pasta |
| | ¾ c squash | ¾ c squash | ¾ c squash | ¾ c squash | ¾ c squash | ¾ c squash |
| | ¾ c cole slaw | | ¾ c diet coleslaw | ¾ c cole slaw | ¾ c cole slaw | ¾ c cole slaw |
| | 2 sl bread | 2 sl bread | 2 sl bread | 1 sl bread | ½ c canned fruit | ½ c canned fruit |
| | 1 ea cookie | 1 ea cookie | 1 ea cookie | 1 ea cookie | 1 pat LS margarine | 1 pat LS margarine |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |
| **DINNER** | 1 c country meat gravy (E) | 1 c country meat gravy (E) | 1 c country meat gravy (E) | ¼ c country meat gravy (E) | 3 oz pulled poultry (high) (E) | 3 oz pulled poultry (high) (E) |
| | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice |
| | ¾ c cabbage | ¾ c cabbage | ¾ c cabbage | ¾ c carrots | ¾ c cabbage | ¾ c cabbage |
| | ¾ c carrots | ¾ c carrots | ¾ c marinated vegetable medley | | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) |
| | 1 sl bread or | 1 sl bread or | 1 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea pan biscuit | 1 ea pan biscuit | 3 T jelly, regular bulk #20 | | ½ c canned fruit | ½ c canned fruit |
| | | | ½ c canned fruit | ½ c cookie | 2 pat LS margarine | 2 pat LS margarine |
| | 2 c fortified beverage | 2 c fortified beverage | 2 c fortified beverage | 2 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c canned fruit | ¾ c egg substitute (AE) | 1 egg substitute (AE) | 1 egg substitute (AE) |
| | | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 2 - SUNDAY

FACILITY OR INSTITUTION NAME _____

MONTH OF OPERATION _____

Revised 08/16/2015

Menu: represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE eq. to represent any marked ketchup or shredded cheese)
• Weight before heating

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director _____

FL Department of Corrections Approved
Shane Phillips, Operations Manager _____

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

Public Health Nutrition Program Manager _____

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | 3 oz eggs (E) | 3 oz eggs (E) | 3 oz egg sub (E) | 3 oz egg sub (E) | 3 oz egg sub (E) | 3 oz egg sub (E) |
| | 1 c grits | 1 c grits | 1 c grits | 1 1/2 c grits | 1 c grits | 1 c grits |
| | ½ c lyonnais potatoes | | 1 c lyonnaise potatoes | 1 c lyonnaise potatoes | | |
| | 2 ea biscuits or bread | 2 sl biscuits or bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea fresh fruit | 1 c fruit juice | 1 ea fresh fruit | 1 ea fresh fruit | ¾ c mixed fruit juice | ¾ c mixed fruit juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | ½ c jelly pkt AE (driver) | ½ c jelly pkt AE #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| | 2 oz margarine #60 cup | 2 oz margarine #60 cup | 2 oz margarine #60 cup | 2 oz margarine #60 cup | 1 pat LS margarine | 1 pat LS margarine |
| **LUNCH** | 1 c cabbage roll casserole (E) | 1 c cabbage roll casserole (E) | 1 c cabbage roll casserole (E) | 1 c cabbage roll casserole (E) | 1 c diet braised poultry high (E) | 1 c diet braised poultry high (E) |
| | ½ c dried beans | ½ c dried beans | ½ c dried beans | ½ c rice | ½ c rice | ½ c rice |
| | | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots |
| | ½ c marinated vegetable medley | | ½ c marinated vegetable medley | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) |
| | 1 ea cornbread | 1 ea cornbread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | ½ c rice | ½ c rice | ½ c rice | ½ c rice | 1 pat LS margarine | 1 pat LS margarine |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | 1 bread, 1 T jelly, reg | 1 bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |
| **DINNER** | 4 oz salisbury patty (E) | 4 oz salisbury patty (E) (chopped) | 4 oz salisbury patty (E) | 4 oz pulled poultry high (E) | 3 oz pulled poultry high (E) | 3 oz pulled poultry high (E) |
| | ½ c mashed potatoes | ½ c mashed potatoes | ½ c mashed potatoes | ½ c mashed potatoes | ½ c pasta | ½ c pasta |
| | | | | | ½ c broccoli | ½ c broccoli |
| | ½ c coleslaw | ½ c green beans | ½ c diet coleslaw | ½ c green beans | | |
| | 2 sl green beans | | | ½ c coleslaw | ½ c coleslaw | ½ c coleslaw |
| | 2 sl bread or | 2 sl bread or | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea pan biscuit | 1 ea pan biscuit | | | | |
| | | | | | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | 2 oz margarine #100 cup | 2 oz margarine #100 cup | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 pat LS margarine | 1 pat LS margarine |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) |
| | | | | | 1 bread, 1 T jelly, reg | 1 bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |

FACILITY OR
INSTITUTION NAME: _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(EI) Denotes Entree
(AE) Denotes Alternate Entree
(All do not denote gravy, mustard, ketchup or shredded cheese)
• Weight before heating

MONTH OF
OPERATION: _____

This is to certify that the menu is
reviewed monthly and is served as
written unless otherwise noted

Food Service Director _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 1 · Saturday

FL Department of Corrections Approved
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR
SECURITY ISSUES

Public Health Nutrition Program Manager

| | Regular | | Mech/Dental | | Fat Intolerance | | Low Residue | | Pre-Dialysis | | Dialysis | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | | | | | | | |
| 1 | ea | oatmeal | 1 | c | oatmeal | 1 1/2 | c | oatmeal | 1 | oz | egg sub (EI) | 1 | oz | egg sub (EI) | 3 | oz | egg sub (EI) |
| | | | | | | | | | 1 | c | oatmeal | 1 | c | oatmeal | 1 | c | oatmeal |
| 2 | c | coffee cake (EI) | 2 | c | coffee cake (EI) | 2 | sl | bread | 2 | ea | coffee cake (EI) | 1 | ea | coffee cake | ½ | c | coffee cake |
| 1 | ea | fresh fruit | | | fruit juice | 1 | ea | fresh fruit | 1 | ea | fruit juice | 1 | c | apple juice | 1 | c | apple juice |
| 1 | c | coffee | 1 | c | coffee | 1 | c | coffee | 1 | c | coffee | 1 | c | coffee | ½ | c | coffee |
| 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage |
| | | | | | | | | | | | | 2 | oz | syrup | 2 | oz | syrup |
| 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk |
| 2 | oz | margarine (# 60 dipher) | 2 | oz | margarine (# 60 dipher) | 2 | oz | margarine #60 svp | | | | ½ | pat | LS Margarine | ½ | pat | LS Margarine |
| | | no alternate entree | | | no alternate entree | | | no alternate entree | | | no alternate entree | | | | | | |
| **LUNCH** | | | | | | | | | | | | |
| ½ | c | southern BBQ (EI) | ½ | c | southern BBQ (EI) | ½ | c | southern BBQ (EI) | 4 | oz | diet braised poultry (EI) | 1 | oz | diet braised poultry (EI) | 1 | oz | diet braised poultry (EI) |
| ¾ | c | pasta salad | ¾ | c | pasta | 1 1/2 | c | pasta | ½ | c | pasta | ½ | c | pasta | ½ | c | pasta |
| ¾ | c | dried beans | ¾ | c | dried beans | ¾ | c | dried beans | | | | | | | | | |
| ¾ | c | carrots | ¾ | c | carrots | ¾ | c | carrots | ½ | c | carrots | ¾ | c | carrots | ¾ | c | carrots |
| ½ | c | marinated vegetable medley | ½ | c | marinated vegetable medley | ½ | c | marinated vegetable medley | | | | ½ | c | marinated vegetable medley | ½ | c | marinated vegetable medley |
| | | | | | | | | | | | | | | (no tomatoes) | | | (no tomatoes) |
| 2 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread |
| | | | | | | | | | ¾ | c | canned fruit | ¾ | c | canned fruit | ¾ | c | canned fruit |
| 1 | c | fortified tea | 1 | c | fortified tea | 1 | c | fortified tea | 1 | c | fortified tea | ½ | pat | LS margarine | ½ | pat | LS margarine |
| | | | | | | | | | | | | 1 | c | fortified tea | 1 | c | fortified tea |
| 1 | c | dried beans (AE) | 1 | c | dried beans (AE) | 1 | c | dried beans (AE) | ½ | c | egg substitute (AE) | ¾ | c | egg substitute(AE) | ¾ | c | egg substitute(AE) |
| | | | | | | | | | | | | 1 | sl | bread, 1 T jelly, reg | 1 | sl | bread, 1 T jelly, reg |
| | | | | | | | | | | | | ½ | pat | LS Margarine | ½ | pat | LS Margarine |
| **DINNER** | | | | | | | | | | | | |
| 2 | ea | hot dogs (EI w/ | 2 | ea | hot dogs (EI w/ | 4 | oz | pulled poultry high (EI) | 4 | oz | pulled poultry high (EI) | 3 | oz | pulled poultry high (EI) | 3 | oz | pulled poultry high (EI) |
| 2 | oz | chili | 2 | oz | chili (chopped) | | | | | | | | | | | | |
| ¾ | c | rice | ¾ | c | rice | 1 1/2 | c | rice | ½ | c | rice | ½ | c | rice | ½ | c | rice |
| ¾ | c | mixed vegetables | ¾ | c | mixed vegetables | ¾ | c | dried beans | ¾ | c | green beans | ¾ | c | mixed vegetables | ¾ | c | mixed vegetables |
| ½ | c | marinated vegetable medley | ½ | c | green beans | ¾ | c | green beans | | | | ½ | c | marinated vegetable medley | ½ | c | marinated vegetable medley |
| | | | | | | ½ | c | marinated vegetable medley | | | | | | (no tomatoes) | | | (no tomatoes) |
| 2 | sl | bread | 2 | sl | bread | 3 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread |
| | | | | | | 3 | T | jelly, regular bulk #20 | | | | | | | | | |
| | | | | | | ¾ | c | canned fruit | ¾ | c | canned fruit | ¾ | c | canned fruit | ¾ | c | canned fruit |
| 1 | c | fortified beverage | 1 | c | fortified beverage | 1 | c | fortified beverage | 1 | c | fortified beverage | 3 | pat | LS margarine | 3 | pat | LS margarine |
| | | | | | | | | | | | | 1 | c | fortified beverage | 1 | c | fortified beverage |
| 1 | c | dried beans (AE) | 1 | c | dried beans (AE) | 1 | c | dried beans (AE) | ½ | c | egg substitute (AE) | ¾ | c | egg substitute(AE) | ¾ | c | egg substitute(AE) |
| | | | | | | | | | | | | 1 | sl | bread, 1 T jelly, reg | 1 | sl | bread, 1 T jelly, reg |
| | | | | | | | | | | | | ½ | pat | LS Margarine | ½ | pat | LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 1–Friday

FACILITY OR
INSTITUTION NAME

MONTH OF
OPERATION

Revised 08/16/2015

Menu: represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
• (AE) do not require prior nutrient setting or a shredded consistency
• Weight before heating

This is to certify that the menu is
reviewed monthly and is served as
written unless otherwise noted

Food Service Director

FL Department of Corrections Approval
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR
SECURITY ISSUES

Public Health Nutrition Program Manager

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|

### BREAKFAST

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| 2 oz breakfast sausage ptty (E) | 2 oz breakfast sausage ptty (E) (chopped) | 4 oz egg sub (E) | 4 oz egg sub (E) | 1 oz egg sub (E) | 4 oz egg sub (E) |
| 2 c grits | 2 c grits | ½ c grits | ½ c grits | ½ c grits | ½ c grits |
| ¼ c hash brown potatoes | ¼ c hash brown potatoes | 1 Lh hashbrowns | 1-1/2 Lh hashbrowns | | |
| 2 ea biscuits or bread | 2 ea biscuits or bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | | | |
| 4 oz fruit juice | 4 oz fruit juice | c fruit juice | c apple juice | ½ c apple juice | ½ c apple juice |
| 1 c coffee | 1 c coffee | c coffee | c coffee | c coffee | c coffee |
| 1 c breakfast beverage | 1 c breakfast beverage | c breakfast beverage | c breakfast beverage | c breakfast beverage | c breakfast beverage |
| ¼ oz jelly (if AE dish) | ¼ oz jelly (if AE dish) | T jelly, reg/lar bulk #20 | T jelly, reg/lar bulk #30 | T jelly, reg/lar bulk #30 | T jelly, reg/lar bulk #30 |
| 2 ea sugar pk | 2 ea sugar pk | ea sugar pk | ea sugar pk | ea sugar pk | ea sugar pk |
| ½ oz margarine (if 60 dishes) | ½ oz margarine (if 60 dishes) | ea margarine #60 cup | pat LS margarine | pat LS margarine | pat LS margarine |
| 2 oz cheese (AE) | 2 oz cheese (AE) | | | | |

### LUNCH

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| 1 c cheesy meat casserole (E) | 1 c cheesy meat casserole (E) | 3 c cheesy meat casserole (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) |
| | | | | | |
| ½ c greens | ½ c greens | ½ c dried beans | c pasta | c pasta | c pasta |
| ½ c carrots | ½ c carrots | ½ c greens | c greens | c greens | c rice |
| ½ c marinated vegetable medley | ½ c marinated vegetable medley | ½ c marinated vegetable medley | c marinated vegetable medley | c marinated vegetable medley (no tomatoes) | c marinated vegetable medley (no tomatoes) |
| | | | | (no tomatoes) | |
| 2 sl bread or | 2 sl bread or | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| 3 ea pan biscuit | 3 ea pan biscuit | 3 T jelly, reg/lar bulk #20 | 3 T pudding | ¼ c canned fruit | ¼ c canned fruit |
| ¼ c pudding | ¼ c pudding | ¼ c canned fruit | | | |
| 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 2 pat LS margarine | 2 pat LS margarine | 2 pat LS margarine |
| 1 c dried bean(AE) | 1 c dried bean(AE) | 1 c dried bean(AE) | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| ½ c pasta | ½ c pasta | N c pasta | N egg substitute(AE) | N egg substitute(AE) | N egg substitute(AE) |
| | | no alternate entree | no alternate entree | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | 2 pat LS margarine | 2 pat LS margarine |

### DINNER

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| 3 oz smoked turkey sausage (E) | 3 oz smoked turkey sausage (E) | 3 oz smoked turkey sausage | 3 oz pulled poultry thigh (E) | 3 oz smoked poultry (E) | 3 oz pulled poultry thigh (E) |
| | (chopped) | | | | |
| ¼ c oven-browned potatoes | ¼ c oven-browned potatoes | ¼ c oven-browned potatoes | ¼ c pasta | ¼ c pasta | ¼ c rice |
| ½ c vegetable blend | ½ c vegetable blend | ½ c vegetable blend | ½ c vegetable blend | ½ c vegetable blend | ½ c mixed vegetable |
| ½ c coleslaw | ½ c green beans | ½ c diet coleslaw | ½ c coleslaw | ½ c coleslaw | ½ c coleslaw |
| 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| ¼ c canned fruit | ¼ c canned fruit | ¼ c canned fruit | ¼ c canned fruit | ¼ c canned fruit | ¼ c canned fruit |
| 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 2 pat LS margarine | 2 pat LS margarine | 2 pat LS margarine |
| 1 t tsp mustard | 1 t tsp mustard | 1 t tsp mustard | 3 pat LS margarine | N egg substitute(AE) | N egg substitute(AE) |
| 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | N egg substitute(AE) | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | pat LS Margarine | pat LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU

MONTH OF OPERATION _____

WEEK 1 • Thursday

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

FACILITY OR INSTITUTION NAME _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE does not require ketchup or shredded cheese)
• Weight before heating

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director _____

FL Department of Corrections Approved
Shane Phillips, Operations Manager _____

Doug McCormick, MS, RD, LDN
Public Health Nutrition Program Manager _____

| | Regular | | Mech/Dental | | Fat Intolerance | | Low Residual | | Pre-Dialysis | | Dialysis | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | |
| ½ c | diet poultry patty (E) | ½ c | diet poultry patty (E) | ½ c | diet poultry patty (E) | ½ c | diet poultry patty (E) | 3 c | diet poultry patty (E) | 3 c | diet poultry patty (E) |
| 2 oz | breakfast meat gravy (E) | 2 oz | breakfast meat gravy (E) (chopped) | | | | | | | | |
| ½ c | grits | ½ c | grits | ½ c | grits | ¼ c | grits | 1 c | grits | 1 c | grits |
| ½ c | lyonnaise potatoes | ½ c | lyonnaise potatoes | ½ c | lyonnaise potatoes | ½ c | lyonnaise potatoes | | | | |
| 2 ea | biscuits | 2 ea | biscuits | 2 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread |
| 4 oz | fruit juice | 4 oz | fruit juice | ½ c | fruit juice | ½ c | fruit juice | 1 c | mixed fruit juice | 1 c | mixed fruit juice |
| 1 c | coffee | 1 c | coffee | 1 c | coffee | 1 c | coffee | 1 c | coffee | 1 c | coffee |
| 1 c | breakfast beverage | 1 c | breakfast beverage | 1 c | breakfast beverage | 1 c | breakfast beverage | 1 c | breakfast beverage | 1 c | breakfast beverage |
| 1 oz | jelly (#60 dipper) | 1 oz | jelly (#60 dipper) | ½ c | jelly, regular bulk #30 | ½ c | jelly, regular bulk #30 | 2 c | jelly, regular bulk #30 | 2 c | jelly, regular bulk #30 |
| ½ c | sugar pk | ½ c | sugar pk | ½ c | sugar pk | ½ c | sugar pk | 2 c | sugar pk | 2 c | sugar pk |
| ½ oz | margarine (#60 dipper) | ½ oz | margarine (#60 dipper) | ½ oz | margarine (#60 dipper) | ½ oz | margarine (#60 dipper) | 3 pat | LS margarine | 3 pat | LS margarine |
| | | 2 oz | cheese (AE) | 2 oz | egg sub (AE) top | 2 oz | egg sub (AE) | 2 c | egg sub (AE) | 2 c | egg sub (AE) |
| | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** |
| 1 c | yakisoba (E) | 1 c | yakisoba (E) | 1 c | yakisoba (E) | 1 c | LR yakisoba (E) | 1 c | yakisoba (E) | 1 c | yakisoba (E) |
| ½ c | dried beans | ½ c | dried beans | ½ c | dried beans | ½ c | carrots | ½ c | pasta | ½ c | pasta |
| ½ c | coleslaw | ½ c | carrots | ½ c | coleslaw | | | ½ c | carrots | ½ c | carrots |
| | | | | | | ½ c | coleslaw | ½ c | coleslaw | ½ c | coleslaw |
| 2 sl | bread or | 2 sl | bread or | 3 sl | bread | ½ c | carrots | 2 sl | bread | 2 sl | bread |
| 1 ea | pan biscuit | 1 ea | pan biscuit | 1 T | jelly, regular bulk #30 | ½ c | jelly, regular bulk #30 | 2 c | jelly, regular bulk #30 | 2 c | jelly, regular bulk #30 |
| 1 ea | cookie | 1 ea | cookie | ½ c | canned fruit | ½ c | canned fruit | ½ c | canned fruit | ½ c | canned fruit |
| 1 c | fortified tea | 1 c | fortified tea | 1 c | fortified tea | 3 c | fortified tea | 3 c | fortified tea | 3 c | fortified tea |
| ½ c | dried beans (AE) | ½ c | dried beans (AE) | 3 c | egg sub (AE) | 2 c | egg substitute(AE) | 2 c | egg substitute(AE) | 2 c | egg substitute(AE) |
| ½ c | pasta | ½ c | pasta | ½ c | pasta | 1 pat | LS margarine | 1 pat | LS margarine | 1 pat | LS margarine |
| | | | | | | | | 1 sl | bread, 1 T jelly, reg | 1 sl | bread, 1 T jelly, reg |
| | | | | | | | | 1 pat | LS Margarine | 1 pat | LS Margarine |
| | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** |
| 1 ea | beef patty (E) | 1 ea | beef patty (E) (chopped) | 1 ea | beef patty (E) | 1 ea | beef patty (E) | 1 ea | beef patty (E) | 1 ea | beef patty (E) |
| ½ c | mashed potatoes | ½ c | mashed potatoes | ½ c | mashed potatoes | 1 1/2 c | rice | ½ c | rice | ½ c | rice |
| ½ c | cabbage | ½ c | cabbage | ½ c | cabbage | ½ c | green beans | ½ c | cabbage | ½ c | cabbage |
| 2 sl | marinated vegetable medley | ½ c | marinated vegetable medley | ½ c | marinated vegetable medley | | | | | | |
| 2 sl | bread | 2 sl | bread | 3 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread |
| | | 3 T | jelly, regular bulk #30 | ½ c | jelly, regular bulk #30 | ½ c | canned fruit | ½ c | canned fruit | ½ c | canned fruit |
| ½ c | pudding | ½ c | pudding | ½ c | canned fruit | | | | | | |
| 1 ea | top mustard | 1 ea | top mustard | 1 ea | top mustard | 1 ea | top mustard | 2 ea | top mustard | 2 ea | top mustard |
| 1 ea | top ketchup | 1 ea | top ketchup | 1 ea | top ketchup | 1 ea | top ketchup | 2 ea | top ketchup | 2 ea | top ketchup |
| 1 c | fortified beverage | 1 c | fortified beverage | 1 c | fortified beverage | 1 c | fortified beverage | 3 c | fortified beverage | 3 c | fortified beverage |
| | | | | | | | | 2 pat | LS margarine | 2 pat | LS margarine |
| 1 oz | peanut butter (# 20 dipper) (AE) | 1 oz | peanut butter (# 20 dipper) (AE) | 4 | dried beans (AE) | 2 oz | LS peanut butter | 2 c | egg substitute(AE) | 2 c | egg substitute(AE) |
| | | | | | | | | 1 sl | bread, 1 T jelly, reg | 1 sl | bread, 1 T jelly, reg |
| | | | | | | | | 1 pat | LS Margarine | 1 pat | LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 1 - Wednesday

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Doug McCormick, RD, R.D., LDN
Public Health Nutrition Program Manager

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted.
(E) Denotes Entree
(Alt) Denotes Alternate Entree
(All) dry to name any product (catsup or shredded cheese)
• Weight before heating

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | ¾ c egg sub (E) | ¾ c egg sub (E) | 2 ea egg sub (E) | ¾ c egg sub (E) | ¾ c egg sub (E) | ¾ c egg sub (E) |
| | 1 c oatmeal | 1 c oatmeal | 1 1/2 c oatmeal | 1 c oatmeal | 1 c oatmeal | ¾ c oatmeal |
| | 2 ea coffee cake (E) | 2 ea coffee cake (E) | 1 ea bread | 2 ea coffee cake (E) | 1 ea coffee cake | 1 ea coffee cake |
| | 1 ea fresh fruit | 1 ea fruit juice | ½ ea fresh fruit | ½ c fruit juice | ¾ c apple juice | ¾ c apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 3 ea sugar pk | 3 ea sugar pk |
| | ½ oz margarine (# 60 dipper) | ½ oz margarine (# 60 dipper) | no alternate entree | ½ oz margarine #60 cup | 2 ea pat LS margarine | 2 ea pat LS margarine |
| | no alternate entree | no alternate entree | | no alternate entree | no alternate entree | no alternate entree |
| **LUNCH** | | | | | | |
| | ½ c sloppy joe (E) | ½ c sloppy joe (E) | ½ c sloppy joe (E) | ½ c LR sloppy joe (E) | ½ c diet braised poultry (E) | ¾ c diet braised poultry (E) |
| | ¾ c oven stripped potatoes | ¾ c oven stripped potatoes | ¾ c oven stripped potatoes | ¾ c oven stripped potatoes | ¾ c rice | ¾ c rice |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | | | |
| | ½ c squash | ½ c squash | ½ c squash | ½ c squash | ½ c squash | ½ c squash |
| | 2 sl bread | 2 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | 3 T jelly, regular bulk #20 | | | |
| | 1 ea cookie | 1 ea cookie | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | ½ c dried beans(Alt) | ½ c dried beans(Alt) | ½ c dried beans(Alt) | ¾ c egg substitute(Alt) | 2 ea pat LS margarine | 2 ea pat LS margarine |
| | | | | | 1 ea bread, 1 T jelly, reg | 1 ea bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |
| **DINNER** | | | | | | |
| | 4 oz country patty (E) | 4 oz country patty (E) (chopped) | 4 oz country patty (E) | 4 oz country patty (E) | 4 oz country patty (E) | 4 oz country patty (E) |
| | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice |
| | ½ c vegetable blend | ½ c vegetable blend | ½ c vegetable blend | ½ c vegetable blend | ½ c vegetable blend | ½ c vegetable blend |
| | ½ c carrot corns | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrot corns | ½ c carrot corns |
| | 2 ea bread | 2 ea bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | 3 T jelly, regular bulk #20 | 3 T jelly, regular bulk #20 | | |
| | 1 ea cake w/ icing | 1 ea cake w/ icing | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 2 ea pat LS margarine | 2 ea pat LS margarine |
| | ½ c dried beans (Alt) | ½ c dried beans (Alt) | ½ c dried beans (Alt) | ¾ c egg substitute(Alt) | 1 c fortified beverage | 1 c fortified beverage |
| | 1 ea margarine #100 cup | 1 ea margarine #100 cup | | | ¾ c egg substitute(Alt) | ¾ c egg substitute(Alt) |
| | | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 1 - Tuesday**

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

Revised 08/10/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE) do not serve pork products (reduced or smoked cheese)
• Weight before heating

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted

_____
Food Service Director

FL Department of Corrections Approval
Shane Phillips, Operations Manager

_____
Edyg McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 2 oz breakfast sausage pty (E) | 2 oz breakfast sausage pty (E) (chopped) | 2 oz egg sub (E) | 2 oz egg sub (E) | 1 oz egg sub (E) | 3 oz egg sub (E) |
| | 1 c grits | 1 c grits | ¾ c grits | 1 c grits | 1 c grits | 1 c grits |
| | 1 c hash brown potatoes | ¾ c hash brown potatoes | ½ c UR hashbrowns | | | |
| | 2 ea biscuits or bread | 2 ea biscuits or bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 4 fruit juice | 4 fruit juice | 4 fruit juice | 4 mixed fruit juice | ½ c mixed fruit juice | ½ c mixed fruit juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 1 jelly (#60 dish) | 1 jelly (#60 dish) | 1 jelly (#60 dish) | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 |
| | ½ c sugar pk | ½ c sugar pk | ½ c sugar pk | ½ c sugar pk | ½ c sugar pk | ½ c sugar pk |
| | 2 oz margarine pk (#60 dish) | 2 oz margarine pk (#60 dish) | 2 oz margarine #60 cup | 2 oz margarine #60 cup | 1 pat LS margarine | 1 pat LS margarine |
| **LUNCH** | | | | | | |
| | No alternate entree | No alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree |
| | 2 oz cheese (AE) | 2 oz cheese (AE) | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | 4 oz peanut butter & jelly (E) (#20 scoop) | 4 oz peanut butter & jelly (E) (#20 scoop) | 3 oz pulled poultry high (E) | 1 oz peanut butter & jelly (E) | 1 oz diet roasted poultry (E) | 1 oz diet braised poultry (E) |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | | | 1 c pasta |
| | ½ c marinated vegetable medley | ½ c green beans | ½ c marinated vegetable medley | ½ c green beans | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | ½ c pudding | ½ c pudding | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | 1 c fortified tea | 1 c fortified tea | fortified tea | fortified tea | 1 pat LS margarine | 1 pat LS margarine |
| | | | | | egg substitute(AE) | egg substitute(AE) |
| | | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| **DINNER** | | | | | | |
| | 1 ea oven fried chicken leg ¼ (E) | 1 ea oven fried chicken leg ¼ (E) | 1 ea chicken ¼, skinless (E) | 1 ea UR baked chicken leg ¼ (E) | 3 oz pulled poultry high (E) | 3 oz pulled poultry high (E) |
| | ½ c rice | ½ c rice | ½ c rice | ½ c rice | ½ c rice | 1 c pasta |
| | ¾ c carrots | ¾ c carrots | ¾ c carrots | ¾ c carrots | ¾ c carrots | ¾ c carrots |
| | 2 sl bread | 2 sl bread | 2 sl bread or | 2 sl bread or | 2 sl bread or | 2 sl bread or |
| | | | | | ¾ c canned fruit | ¾ c canned fruit |
| | ¾ c bread pudding | ¾ c bread pudding | ¾ c canned fruit | ¾ c canned fruit | 1 pat LS margarine | 1 pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | fortified beverage | 1 c fortified beverage | fortified beverage | fortified beverage |
| | 1 oz peanut butter (# 10 dish) (AE) | 1 oz peanut butter (# 10 dish) (AE) | ¾ c dried beans (AE) | 1 c LS peanut butter | egg substitute(AE) | egg substitute(AE) |
| | | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |

**STATE OF FLORIDA DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 1 - Monday**

MONTH OF OPERATION

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

FACILITY OR INSTITUTION NAME: _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted.
(E) Denotes Entrée
(AE) Denotes Alternate Entrée
(AE do not represent equal protein/catsup or shredded cheese)
• Weight before heating

This is to certify that the menu as reviewed monthly and is served as written, unless otherwise noted.

Food Service Director

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Edie McCormick, MS, RD, LDN
Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 1 c oatmeal | 1 c oatmeal | ½ c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal |
| | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) |
| | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz apple juice | 4 oz apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 1 ea syrup | 1 ea syrup | 1 ea syrup | 1 ea syrup | 1 ea syrup | 1 ea syrup |
| | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk |
| | ½ oz margarine pk (60 dishes) | ½ oz margarine pk (60 dishes) | ½ oz margarine #60 cup | ½ oz margarine #60 cup | ½ pat LS margarine | ½ pat LS margarine |
| | no alternate entrée | no alternate entrée | no alternate entrée | no alternate entrée | 1 oz egg sub (AE) | 1 oz egg sub (AE) |
| **LUNCH** | | | | | | |
| | ½ c zesty patty (E) | ½ c zesty patty (E) | ½ c zesty patty (E) | 2 oz diet braised poultry (E) | ½ c zesty patty (E) | 4 oz zesty patty (E) |
| | ½ c carrot slaw | ½ c green beans | ½ c diet carrot slaw | ½ c LS parsley potatoes | 1 c pasta | 1 c pasta |
| | ½ c potato salad | ½ c stewed tomatoes | ½ c parsley potatoes | ½ c green beans | ½ c canned fruit | ½ c canned fruit |
| | ½ c stewed tomatoes | | ½ c stewed tomatoes | | 2 sl bread | 2 sl bread |
| | 2 sl bread | 2 sl bread | 2 sl bread | ½ c carrot slaw | ½ c carrot slaw | ½ c carrot slaw |
| | 1 ea cake w/ icing | 1 ea cake w/ icing | 1 ea jelly, regular bulk #20 | 2 sl bread | ½ c canned fruit | ½ c canned fruit |
| | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 ea brownie | 2 tsp mus 1 tsp/ketchup 1 tsp | 2 tsp mus 1 tsp/ketchup 1 tsp |
| | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp mustard | ½ pat LS margarine | ½ pat LS margarine |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 tsp ketchup | 1 c fortified tea | 1 c fortified tea |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c egg substitute(AE) | 1 c egg substitute(AE) | 1 c egg substitute(AE) |
| **DINNER** | | | | | | |
| | 2 oz poultry hot dogs (E) | 2 oz poultry hot dogs (E) (chopped) | 3 oz pulled poultry thigh (E) | 3 oz pulled poultry thigh (E) | 3 oz pulled poultry thigh (E) | 3 oz pulled poultry thigh (E) |
| | 2 oz oven browned potatoes | 2 oz oven browned potatoes | 2 oz overbrown potatoes | 1 ½ oz overbrown potatoes | ½ c pasta | ½ c rice |
| | ½ c baked beans | ½ c baked beans | ½ c baked beans | ½ c carrots | ½ c carrots | ½ c carrots |
| | ½ c coleslaw | ½ c carrots | ½ c carrots | 2 sl bread | 2 sl bread | 2 sl bread |
| | 2 sl bread | 2 sl bread | 2 sl bread | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | 1 ea brownie | 1 ea brownie | 1 T jelly, regular bulk #20 | | | |
| | 1 tsp mustard | 1 tsp mustard | ½ c canned fruit | 1 tsp mustard | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | 2 tsp ketchup | 2 tsp ketchup | 1 tsp mustard | 2 tsp ketchup | ½ pat LS margarine | ½ pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | 1 tsp ketchup | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c fortified tea | ½ c egg substitute(AE) | ½ c egg substitute(AE) | ½ c egg substitute(AE) |
| | | | 1 c dried beans (AE) | | | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 1 - SUNDAY

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not mean any menu instead ketchup or shredded cheese)
- Weigh before heating

This is to certify that the menu as reviewed monthly and is served as written unless otherwise noted.

Food Service Director _____

Ft. Department of Corrections Approval _____
Shane Phillips, Operations Manager

_____
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 3 oz eggs (E) | 3 oz eggs (E) | 4 oz eggs sub (E) | 3 oz egg sub (E) | 3 oz egg sub (E) | 2 oz egg sub (E) |
| | 1 c grits | 1 c grits | 1 c grits | 1 c grits | 1 c grits | ½ c grits |
| | 1 c lyonnaise potatoes | 1 c lyonnaise potatoes | 1 c lyonnaise potatoes | | | |
| | ½ c biscuits or bread | 2 ea biscuits or bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea fresh fruit | 1 c fruit juice | 1 ea fresh fruit | 1 c fruit juice | 1 c mixed fruit juice | 1 c mixed fruit juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | ¼ c jelly #60 scp | ¼ c jelly #60 scp | ¼ c jelly, regular bulk #20 scp | ¼ c jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | 1 oz sugar pk | 1 oz sugar pk | 1 oz sugar pk | 1 oz sugar pk | | |
| | ½ oz margarine (E 60 dishes) | ½ oz margarine (E 60 dishes) | ½ oz margarine #60 scp | ½ oz margarine #60 scp | 1 ea pat LS margarine | 1 ea pat LS margarine |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | | |
| **LUNCH** | | | | | | |
| | ¾ c torta meat (E) | ¾ c torta meat (E) | ¾ c torta meat (E) | 3 oz diet braised poultry (E) | 1 oz diet braised poultry (E) | 1 oz diet braised poultry (E) |
| | 1 c shredded cheese (#16) | 1 c shredded cheese (#16) | 1 1/2 c rice | 1 1/2 c rice | ¾ c | ¾ c |
| | ½ c rice | 1 c rice | ½ c rice | ¾ c rice | | |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | | | |
| | ½ c marinated vegetable medley | ½ c marinated vegetable medley | ½ c marinated vegetable medley | ½ c marinated vegetable medley | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) |
| | | | | | 1 c bread | 1 c bread |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | | | ¾ c jelly, regular bulk #30 | ¾ c jelly, regular bulk #30 |
| | ½ c green beans | ½ c green beans | ½ c green beans | ½ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 ea pat LS margarine | 1 ea pat LS margarine |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans(AE) | 1 c egg substitute(AE) | 1 c fortified tea | 1 c fortified tea |
| | | | | | 1 c egg substitute(AE) | 1 c egg substitute(AE) |
| **DINNER** | | | | | | |
| | 2 oz turkey ham (E) | 2 oz turkey ham (E) (chopped) | 2 oz turkey ham (E) | 2 oz turkey ham (E) | 3 oz pulled poultry thigh (E) | 3 oz pulled poultry thigh (E) |
| | ¾ c cheesy grits | ¾ c cheesy grits | ¾ c grits | ¾ c grits | 1 c grits | 1 c grits |
| | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c carrots | ¾ c carrots | ¾ c vegetable blend | ¾ c vegetable blend |
| | ¾ c marinated vegetable medley | ¾ c carrots | ¾ c marinated vegetable medley | | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) |
| | 1 ea bread or | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea part biscuit | 1 ea part biscuit | 3 T jelly, regular bulk #20 scp | 2 T jelly, regular bulk #30 | 1 ea pat LS margarine | 1 ea pat LS margarine |
| | | | | | ¾ c canned fruit | ¾ c canned fruit |
| | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | 1 ea pat LS margarine | 1 ea pat LS margarine |
| | 1 c margarine #100 scp | 1 c margarine #100 scp | 1 c fortified beverage | 1 c fortified beverage | 1 ea pat LS margarine | 1 ea pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c dried beans (AE) | 1 c egg substitute(AE) | 1 c fortified beverage | 1 c fortified beverage |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | | | 1 c egg substitute(AE) | 1 c egg substitute(AE) |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 4 = Saturday

FACILITY OR INSTITUTION NAME:

MONTH OF OPERATION:

Revised 08/16/2015

Menu represents edible portion unless other wise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE, do not overpay mustard, ketchup or smoked cheese)
• Weigh before heating

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

Food Service Director

FL Department of Corrections Approval
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

Dana McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

## Regular

### BREAKFAST
- 1 c oatmeal
- 1 ea coffee cake (E)
- 1 fresh fruit
- 1 c coffee
- 1 c breakfast beverage
- 2 ea sugar pk
- ¾ oz margarine #60 scp
- no alternate entree

### LUNCH
- 1 c cheesy meat casserole (E)
- 2 c green beans
- 1 sl bread or
- 1 ea pan biscuit
- ½ c fortified tea
- 1 c dried beans (AE)
- ½ c pasta

### DINNER
- 2 ea poultry hotdogs (E)
- ¾ c parsley potatoes
- ¾ c baked beans
- 2 ea marinated vegetable medley
- 2 sl bread
- 1 tsp mustard
- 2 tsp ketchup
- 1 c fortified beverage
- 1 c dried beans (AE)

## Mech/Dental

### BREAKFAST
- 1 c oatmeal
- 1 ea coffee cake (E)
- 1 fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 2 ea sugar pk
- ¾ oz margarine #60 scp
- no alternate entree

### LUNCH
- 1 c cheesy meat casserole (E)
- 2 c green beans
- 1 sl bread or
- 1 ea pan biscuit
- ½ c fortified tea
- 1 c dried beans (AE)
- ½ c pasta

### DINNER
- 2 ea poultry hotdogs (E) (chopped)
- ¾ c parsley potatoes
- ¾ c baked beans
- 2 ea marinated vegetable medley
- 2 sl bread
- 1 tsp mustard
- 2 tsp ketchup
- 1 c fortified beverage
- 1 c dried beans (AE)

## Fat Intolerance

### BREAKFAST
- 4 oz egg sub (E)
- 1 c oatmeal
- 2 sl bread
- 1 fresh fruit
- 1 c coffee
- 1 c breakfast beverage
- 1 ea jelly, regular bulk #20
- 2 ea sugar pk
- no alternate entree

### LUNCH
- oz diet braised poultry (E)
- 1½/2 c rice
- ¾ c pasta
- ¾ c green beans
- ¾ c cole slaw
- 3 sl bread

### DINNER
- 4 oz pulled poultry (high) (E)
- ¾ c parsley potatoes
- ¾ c carrots
- ¾ c marinated vegetable medley
- 3 T jelly, regular bulk #20
- 3 sl bread
- 1 tsp mustard
- 2 tsp ketchup
- 1 c fortified beverage
- 1 c dried beans (AE)

## Low Residue

### BREAKFAST
- 4 oz egg sub (E)
- 1 c oatmeal
- 1 ea coffee cake (E)
- 1 fruit juice
- 1 c apple juice
- 1 c coffee
- 1 c breakfast beverage
- 2 ea sugar pk
- no alternate entree

### LUNCH
- oz diet braised poultry (E)
- ¾ c green beans
- ¾ c carrots
- 3 sl bread

### DINNER
- 4 oz smoked poultry (E)
- ¾ c LR parsley potatoes
- ¾ c carrots
- 2 sl bread

## Pre-Dialysis

### BREAKFAST
- 4 oz egg sub (E)
- 1 c oatmeal
- 1 ea coffee cake
- 1 c apple juice
- 1 c coffee
- 1 c breakfast beverage
- 2 ea sugar pk
- 3 pat LS margarine
- no alternate entree
- 1 sl bread, 1 T jelly, reg
- 1 pat LS Margarine

### LUNCH
- oz diet braised poultry (E)
- ¾ c pasta
- ¾ c green beans
- ¾ c cole slaw
- 3 oz egg substitute (AE)
- 2 sl bread
- 1 sl bread, 1 T jelly, reg
- 1 pat LS Margarine

### DINNER
- 4 oz pulled poultry (high) (E)
- ¾ c rice
- ¾ c mixed vegetables
- ¾ c marinated vegetable medley (no tomatoes)
- 2 sl bread
- ¾ c canned fruit
- 3 pat LS margarine
- ½ c fortified tea
- 3 oz egg substitute (AE)
- 1 sl bread, 1 T jelly, reg
- 1 pat LS Margarine

## Dialysis

### BREAKFAST
- 4 oz egg sub (E)
- 1 c oatmeal
- 1 ea coffee cake
- 1 c apple juice
- 1 c coffee
- 1 c breakfast beverage
- 2 ea sugar pk
- 3 pat LS margarine
- no alternate entree
- 1 sl bread, 1 T jelly, reg
- 1 pat LS Margarine

### LUNCH
- oz diet braised poultry (E)
- ¾ c pasta
- ¾ c green beans
- ¾ c cole slaw
- 3 oz egg substitute (AE)
- 2 sl bread
- 1 sl bread, 1 T jelly, reg
- 1 pat LS Margarine

### DINNER
- 4 oz pulled poultry (high) (E)
- ¾ c rice
- ¾ c mixed vegetables
- ¾ c marinated vegetable medley (no tomatoes)
- 2 sl bread
- ¾ c canned fruit
- 3 pat LS margarine
- ½ c fortified tea
- 3 oz egg substitute (AE)
- 1 sl bread, 1 T jelly, reg
- 1 pat LS Margarine

FACILITY OR INSTITUTION NAME:

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Alternate Entree
(AE) denotes whey modified cracklins or shredded cheese
• Weight before heating

MONTH OF OPERATION:

This is to certify that the menu is reviewed monthly and is served as within unless otherwise noted

_____
Food Service Director

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 4 - Friday**

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

---

## Regular

**BREAKFAST**
- 2 oz breakfast sausage pty (E) (chopped)
- 1 c grits
- 1 c hash brown potatoes
- 2 ea biscuits or bread
- 4 oz fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 1 oz jelly (4 60 dicher)
- oz sugar pk
- oz margarine #60 scp
- 2 oz cheese (AE)

**LUNCH**
- 1 c Tuscan stew (E)
- ¾ c rice
- ¾ c dried beans
- ¾ c marinated vegetable medley
- 2 sl bread or 1 ea pan biscuit
- 1 ea cake w/ icing
- 1 c fortified tea
- 1 c dried beans (AE)

**DINNER**
- 4 oz salisbury patty (E) (chopped)
- ¾ c mashed potatoes
- ¾ c dried beans
- ¾ c cabbage
- 2 sl bread or 1 ea pan biscuit
- 1 ea cookie
- ¼ c margarine # 100 (dicher)
- 1 c fortified beverage
- 1 c dried beans (AE)

## Mech/Dental

**BREAKFAST**
- 2 oz breakfast sausage pty (E) (chopped)
- 1 c grits
- 1 c hash brown potatoes
- 2 sl bread
- 4 oz fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 1 oz jelly (4 60 dicher)
- oz sugar pk
- oz margarine #60 scp
- 2 oz cheese (AE)

**LUNCH**
- 1 c Tuscan stew (E)
- ¾ c rice
- ¾ c dried beans
- ¾ c marinated vegetable medley
- 2 sl bread or 1 ea pan biscuit
- 1 ea cake w/ icing
- 1 c fortified tea
- 1 c dried beans (AE)

**DINNER**
- 4 oz salisbury patty (E) (chopped)
- ¾ c mashed potatoes
- ¾ c dried beans
- ¾ c cabbage
- 3 sl bread
- 1 ea cookie
- ¼ c margarine # 100 (dicher)
- 1 c fortified beverage
- 1 c dried beans (AE)

## Fat Intolerance

**BREAKFAST**
- 4 oz egg sub (E)
- 1 c grits
- 1 c hashbrowns
- 1 sl bread
- 4 oz fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 1 oz jelly, regular bulk #30
- oz sugar pk
- oz margarine #60 scp

**LUNCH**
- no alternate entree
- 1 c Tuscan stew (E)
- ¾ c rice
- ¾ c dried beans
- ¾ c marinated vegetable medley
- 2 sl bread
- ¼ c canned fruit
- 1 c fortified tea
- 1 c dried beans (AE)

**DINNER**
- 4 oz salisbury patty (E)
- ¾ c mashed potatoes
- ¾ c dried beans
- ¾ c cabbage
- 2 sl bread
- 1 ea cookie
- 1 tsp mustard
- 1 tsp ketchup
- 1 c fortified beverage
- 1 c dried beans (AE)

## Low Residue

**BREAKFAST**
- 4 oz egg sub (E)
- 1 c grits
- 1/2 c hashbrowns
- 1 sl bread
- 4 oz apple juice
- 1 c coffee
- 1 c breakfast beverage
- 1 T jelly, regular bulk #30
- oz sugar pk
- pat LS margarine

**LUNCH**
- no alternate entree
- 3 oz diet baked poultry (E)
- 1 c rice
- ¾ c carrots
- 2 sl bread
- 1 ea cake w/ icing
- 1 c fortified tea

**DINNER**
- 4 oz smoked patty (E)
- ¾ c pasta
- ¾ c green beans
- ¾ c cabbage
- 2 sl bread
- 1 ea cookie
- ¼ c canned fruit
- 1 c fortified beverage

## Pre-Dialysis

**BREAKFAST**
- 4 oz egg sub (E)
- 1 c grits
- 2 sl bread
- 4 oz apple juice
- 1 c coffee
- 1 c breakfast beverage
- 1 T jelly, regular bulk #30
- oz sugar pk
- pat LS margarine

**LUNCH**
- no alternate entree
- 3 oz diet baked poultry (E)
- 1 c rice
- ¾ c mixed vegetables
- ¾ c marinated vegetable medley (no tomatoes)
- 2 sl bread
- ¼ c canned fruit
- pat LS margarine
- 1 c fortified tea

**DINNER**
- 4 oz salisbury patty
- ¾ c pasta
- ¾ c carrots
- ¾ c cabbage
- 2 sl bread
- ¼ c canned fruit
- pat LS margarine
- 1 sl bread, 1 T jelly, reg
- pat LS margarine

## Dialysis

**BREAKFAST**
- 4 oz egg sub (E)
- 1 c grits
- 2 sl bread
- 4 oz apple juice
- 1 c coffee
- 1 c breakfast beverage
- 1 T jelly, regular bulk #30
- oz sugar pk
- pat LS margarine

**LUNCH**
- 3 oz diet baked poultry (E)
- 1 c rice
- ¾ c mixed vegetables
- ¾ c marinated vegetable medley (no tomatoes)
- 2 sl bread
- ¼ c canned fruit
- pat LS margarine
- 1 sl bread, 1 T jelly, reg
- pat LS margarine

**DINNER**
- 4 oz smoked patty (E)
- ¾ c pasta
- ¾ c carrots
- ¾ c cabbage
- 2 sl bread
- ¼ c canned fruit
- pat LS margarine
- 1 sl bread, 1 T jelly, reg
- pat LS margarine

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### MASTER MENU
### WEEK 4 – Thursday

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

Revised 08/16/2015

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted.

_____ Food Service Director

_____ FL Department of Corrections Approval
Shane Phillips, Operations Manager

_____ Craig McCormick, MS, RD, LDN
Public Health Nutrition Program Manager

Menu represents edible portion unless otherwise noted.
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE) do not weigh dry, mixed ketchup or shredded cheese)
* Weigh before holding

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| ¾ c breakfast meat gravy (E) | ¾ c breakfast meat gravy (E) | 1 oz diet poultry patty (E) | 1 oz diet poultry patty (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) |
| | ¾ c grits | 1 c grits | 1½ c grits | ¾ c grits | ¾ c grits |
| | ½ c homestyle potatoes | ½ c homestyle potatoes | | | |
| | 2 ea biscuits | 2 ea biscuits | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 4 oz fruit juice | 4 oz fruit juice | ½ c fruit juice | ½ c mixed fruit juice | ½ c mixed fruit juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 2 oz jelly (# 40 disher) | 2 oz jelly (# 40 disher) | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| | 1 oz margarine #60 scp | 1 oz margarine #60 scp | 1 oz margarine #60 scp | 1 pat LS margarine | 1 pat LS margarine |
| | 2 oz cheese (AE) | 2 oz cheese (AE) | 2 oz egg sub (AE) | 1 egg sub (AE) | 1 egg sub (AE) |
| | | | | 1 bread, 1 T jelly, reg | 1 bread, 1 T jelly, reg |
| | | | | 1 pat LS margarine | 1 pat LS margarine |
| **LUNCH** | | | | | | |
| ¾ c sloppy joe (E) | ¾ c sloppy joe (E) | ¾ c sloppy joe (E) | 1 oz diet poultry patty (E) | 1 oz diet braised poultry (E) | 1 oz diet braised poultry (E) |
| | | | | | |
| | 2 sl bread | 2 sl bread | 1 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| ½ c pasta salad | ½ c pasta salad | ½ c pasta salad | ½ c pasta salad | ½ c pasta salad | ½ c pasta salad |
| ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots |
| ½ c green beans | ½ c green beans | ½ c green beans | | ½ c green beans | ½ c green beans |
| 2 ea bread | 2 ea bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| ½ c pudding | ½ c pudding | ½ c canned fruit | ½ c pudding | ½ c canned fruit | ½ c canned fruit |
| | | | | 2 pat LS margarine | 2 pat LS margarine |
| 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) |
| ½ c pasta | ½ c pasta | | | | |
| **DINNER** | | | | | | |
| 3 ea beef patty (E) | 3 ea beef patty (E) (chopped) | 3 ea beef patty (E) | 3 ea diet poultry patty (E) | 3 ea beef patty (E) | 3 ea beef patty (E) |
| | ¾ c rice | ¾ c rice | 1½ c rice | ¾ c rice | ¾ c rice |
| ¾ c rice | | ½ c dried beans | | | |
| ½ c dried beans | ½ c corn | ½ c corn | ½ c green beans | ½ c corn | ½ c corn |
| 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 2 T jelly, regular bulk #30 | | | | |
| ½ c fresh fruit | ½ c fresh fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard |
| 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup |
| | | | | 1 pat LS margarine | 1 pat LS margarine |
| 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| 4 oz peanut butter (# 16 disher) (AE) | 4 oz peanut butter (# 16 disher) (AE) | 1 c dried beans (AE) | 1 c egg substitute (AE) | 4 oz peanut butter (AE) | 1 c egg substitute (AE) |
| | | | | 1 bread, 1 T jelly, reg | 1 bread, 1 T jelly, reg |
| | | | | 1 pat LS margarine | 1 pat LS margarine |

**FACILITY OR INSTITUTION NAME:** _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted.
(E) Denotes Entree
(AE) Denotes Alternate Entree
(All entrees may contain catsup or shredded cheese)
• Weight before heating

**MONTH OF OPERATION:** _____

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

_____
Food Service Director

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 4 - Wednesday**

FL Department of Corrections Approval
Shane Phillips, Operations Manager

**MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES**

Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | 1 c oatmeal | 1 c oatmeal | 2 oz egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) |
| | 1 ea coffee cake (E) | 1 ea coffee cake (E) | 2 sl bread | 1 ea coffee cake | 1 c oatmeal | 1 c oatmeal |
| | ½ c fresh fruit | ½ c fruit juice | ½ c fresh fruit | ½ c fruit juice | 1 ea coffee cake | 1 ea coffee cake |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | ½ c apple juice | ½ c apple juice |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c coffee | 1 c coffee |
| | | | jelly, regular bulk #20 | 1 oz syrup | 1 c breakfast beverage | 1 c breakfast beverage |
| | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| | ½ oz margarine #60 scp | ½ oz margarine #60 scp | | ½ oz margarine #60 scp | 1 oz syrup | 1 oz syrup |
| | | | | | 3 pat LS margarine | 3 pat LS margarine |
| **LUNCH** | 4 oz country patty (E) | 4 oz country patty (E) (chopped) | 4 oz country patty (E) | 4 oz country patty (E) | 4 oz country patty (E) | 4 oz country patty (E) |
| | ½ c oven browned potatoes | ½ c oven browned potatoes | ½ c oven browned potatoes | 1 1/2 c rice | ½ c rice | ½ c rice |
| | ½ c dried beans | ½ c dried beans | ½ c dried beans | ½ c green beans | ½ c carrot coins | ½ c carrot coins |
| | ½ c carrot coins | ½ c carrots | ½ c carrot coins | | | |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 3 pat LS margarine | 3 pat LS margarine |
| | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | | |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 2 oz egg substitute (AE) | 2 oz egg substitute (AE) | 2 oz egg substitute (AE) |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree | bread, 1 T jelly, reg |
| | | | | | bread, 1 T jelly, reg | 1 pat LS Margarine |
| | | | | | 1 pat LS Margarine | |
| **DINNER** | 3 oz Italian meat sauce (E) | 3 oz Italian meat sauce (E) | 3 oz Italian meat sauce (E) | 3 oz pulled poultry high (E) | 3 oz pulled poultry high (E) | 3 oz pulled poultry high (E) |
| | 1 c pasta | 1 c pasta | 1 c pasta | 1 c pasta | ½ c rice | ½ c rice |
| | ½ c vegetable blend | ½ c vegetable blend | ½ c carrots | ½ c carrots | ½ c vegetable blend | ½ c vegetable blend |
| | ½ c marinated vegetable medley | ½ c green beans | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea garlic biscuit | 1 ea garlic biscuit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | | | jelly, regular bulk #20 | | 3 pat LS margarine | 3 pat LS margarine |
| | ½ c pudding | ½ c pudding | ½ c pudding | ½ c pudding | | |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 2 oz egg substitute (AE) | 2 oz egg substitute (AE) | 2 oz egg substitute (AE) |
| | | | | | bread, 1 T jelly, reg | bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 4 - Tuesday**

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

Revised 08/19/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(Alt) Denotes Alternate Entree
(All diets receive margarine, ketchup or shredded cheese)
* Weight before heating

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

Food Service Director _____

FL Department of Corrections Approval

Shane Phillips, Operations Manager _____

Doug McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager _____

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

## Regular

**BREAKFAST**
| 2 | oz | breakfast sausage ptty (E) |
| ¾ | c | grits |
| ½ | c | hash brown potatoes |
| 2 | ea | biscuits or bread |
| 4 | oz | fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 2 | T | jelly (# 60 dither) |
| ¾ | c | sugar pk |
| ½ | oz | margarine #60 scp |
| 2 | oz | cheese (Alt) |

**LUNCH**
| 1 | ea | cookie |
| 1 | ea | combread |
| ¾ | c | vegetable blend |
| ¾ | c | coleslaw |
| 1 | c | dried beans (Alt) |
| ½ | c | pasta |

**DINNER**
| 2 | ea | oven fried chicken leg ¼ (E) |
| ¾ | c | rice |
| ¾ | c | coleslaw |
| 2 | sl | bread |
| 1 | ea | cookie |
| 1 | c | fortified beverage |
| 4 | oz | peanut butter (# 10 dither) (Alt) |

## Mech/Dental

**BREAKFAST**
| 2 | oz | breakfast sausage ptty (E) (chopped) |
| ¾ | c | grits |
| ½ | c | hash brown potatoes |
| 2 | ea | biscuits or bread |
| 4 | oz | fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 2 | T | jelly (# 60 dither) |
| ¾ | c | sugar pk |
| ½ | oz | margarine #60 scp |
| 2 | oz | cheese (Alt) |

**LUNCH**
| 1 | ea | cookie |
| 1 | ea | combread |
| ¾ | c | vegetable blend |
| ¾ | c | green beans |
| 1 | c | dried beans (Alt) |
| ½ | c | pasta |

**DINNER**
| 2 | ea | oven fried chicken leg ¼ (E) (chopped) |
| ¾ | c | rice |
| ¾ | c | carrots |
| 2 | sl | bread |
| 1 | ea | cookie |
| 1 | c | fortified beverage |
| 4 | oz | peanut butter (# 10 dither) (Alt) |

## Fat Intolerance

**BREAKFAST**
| 2 | oz | egg sub (E) |
| ¾ | c | grits |
| ¾ | c | LR hashbrowns |
| 2 | sl | bread |
| 4 | oz | fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 2 | T | jelly, regular bulk #20 |
| ¾ | c | sugar pk |
| ½ | oz | margarine #60 scp |
| | | no alternate entrée |

**LUNCH**
| 1 | ea | yakisoba (E) |
| 1 | ea | canned fruit |
| ¾ | c | vegetable blend |
| ¾ | c | diet coleslaw |
| 1 | c | dried beans (Alt) |
| ½ | c | pasta |

**DINNER**
| 2 | ea | chicken ¼ #, skinless (E) |
| ¾ | c | rice |
| ¾ | c | diet coleslaw |
| 2 | sl | bread |
| 1 | ea | cookie |
| 1 | c | fortified beverage |
| 4 | oz | dried beans (Alt) |

## Low Residue

**BREAKFAST**
| 2 | oz | egg sub (E) |
| ¾ | c | grits |
| 2 | sl | bread |
| 4 | oz | fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 2 | T | jelly, regular bulk #30 |
| ¾ | c | sugar pk |
| ½ | oz | margarine #60 scp |
| | | no alternate entrée |

**LUNCH**
| 1 | ea | LR yakisoba (E) |
| 1 | ea | canned fruit |
| ¾ | c | green beans |
| 2 | sl | bread |
| 1 | c | egg substitute (Alt) |
| ½ | c | pasta |

**DINNER**
| 2 | ea | baked chicken leg ¼ # (E) |
| ¾ | c | rice |
| ¾ | c | carrots |
| 2 | sl | bread |
| 1 | ea | cookie |
| 1 | c | fortified beverage |
| 4 | oz | LR peanut butter |

## Pre-Dialysis

**BREAKFAST**
| 3 | oz | egg sub (E) |
| ¾ | c | grits |
| 2 | sl | bread |
| 4 | oz | fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 2 | T | jelly, regular bulk #30 |
| ¾ | c | sugar pk |
| 2 | sl | bread |
| 1 | | bread, 1 T jelly, reg |
| 1 | | pat LS Margarine |
| | | no alternate entrée |

**LUNCH**
| 1 | ea | yakisoba (E) |
| 2 | c | vegetable blend |
| ¾ | c | fortified tea |
| ¾ | c | egg substitute (Alt) |
| ½ | c | pasta |
| 1 | | bread, 1 T jelly, reg |
| 1 | | pat LS Margarine |

**DINNER**
| 3 | oz | pulled poultry (high) (E) |
| ¾ | c | rice |
| ¾ | c | corn |
| ¾ | c | coleslaw |
| 2 | sl | bread |
| 1 | ea | canned fruit |
| ¾ | c | egg substitute (Alt) |
| ½ | c | pasta |
| 1 | | bread, 1 T jelly, reg |
| 1 | | pat LS Margarine |

## Dialysis

**BREAKFAST**
| 3 | oz | egg sub (E) |
| ¾ | c | grits |
| 2 | sl | bread |
| 4 | oz | fruit juice |
| 1 | c | coffee |
| 1 | c | breakfast beverage |
| 2 | T | jelly, regular bulk #30 |
| ¾ | c | sugar pk |
| 2 | sl | bread |
| 1 | | bread, 1 T jelly, reg |
| 1 | | pat LS Margarine |

**LUNCH**
| 1 | ea | yakisoba (E) |
| ¾ | c | vegetable blend |
| ¾ | c | coleslaw |
| 2 | sl | bread |
| 1 | ea | canned fruit |
| ¾ | c | egg substitute (Alt) |
| ½ | c | pasta |
| 1 | | bread, 1 T jelly, reg |
| 1 | | pat LS Margarine |

**DINNER**
| 3 | oz | pulled poultry (high) (E) |
| ¾ | c | rice |
| ¾ | c | corn |
| ¾ | c | coleslaw |
| 2 | sl | bread |
| 1 | ea | canned fruit |
| ¾ | c | egg substitute (Alt) |
| ½ | c | pasta |
| 1 | | bread, 1 T jelly, reg |
| 1 | | pat LS Margarine |

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 4 • Monday**

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

FACILITY OR INSTITUTION NAME:

Revised 08/19/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not contain pork, mustard, catsup or shredded cheese)
* Weigh before heating

MONTH OF OPERATION:

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

_____
Food Service Director

_____
FL Department of Corrections Approval
Shane Phillips, Operations Manager

_____
Edna McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 1 c oatmeal | 1 c oatmeal | 1 1/2 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal |
| | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) |
| | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz apple juice | 4 oz apple juice | 4 oz apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 2 oz syrup | 2 oz syrup | 2 oz syrup | 2 oz syrup | 2 oz syrup | 2 oz syrup |
| | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk |
| | ¼ oz margarine #60 scp | ¼ oz margarine #60 scp | ¼ oz margarine #60 scp | ¼ oz margarine #60 scp | 3 pat LS margarine | 3 pat LS margarine |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | 1 oz egg sub (AE) | 1 oz egg sub (AE) |
| | | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |
| **LUNCH** | | | | | | |
| | ¾ c southern BBQ (E) | ¾ c southern BBQ (E) | ¾ c southern BBQ (E) | 1 c diet braised poultry (E) | 1 c diet braised poultry (E) | 1 c diet braised poultry (E) |
| | ¾ c parsley potatoes | ¾ c parsley potatoes | ¾ c parsley potatoes | ¾ c LS parsley potatoes | ¾ c pasta | ¾ c pasta |
| | ¾ c chili beans | ¾ c chili beans | ¾ c chili beans | ¾ c greens | ¾ c greens | ¾ c greens |
| | ¾ c carrot coins | ¾ c carrots | ¾ c carrots | ¾ c carrot coins | ¾ c carrot coins | ¾ c carrot coins |
| | 1 ea cake w/ icing | 1 ea cake w/ icing | 1 ea cake w/ icing | 1 ea cake w/ icing | ¾ c canned fruit | ¾ c canned fruit |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c pasta | 1 c pasta | 1 c pasta |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) |
| | 2 sl bread | 2 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | 3 T jelly, regular bulk #20 | | | |
| **DINNER** | | | | | | |
| | 1 ea cheesy meat casserole (E) | 1 ea cheesy meat casserole (E) | 1 ea cheesy meat casserole (E) | 1 ea cheesy meat casserole (E) | 3 oz pulled poultry high (E) | 3 oz pulled poultry high (E) |
| | ¾ c greens | ¾ c greens | ¾ c greens | 1 1/2 c pasta | 1 c pasta | 1 c pasta |
| | ¾ c squash w/onions | ¾ c squash w/onions | ¾ c dried beans | ¾ c greens | ¾ c greens | ¾ c greens |
| | 2 sl bread or | 2 sl bread or | 3 sl bread | ¾ c squash w/onions (no onions) | ¾ c squash w/onions | ¾ c squash w/onions |
| | 1 pan biscuit | 1 pan biscuit | ½ jelly, regular bulk #20 | 2 sl bread | 2 sl bread | 2 sl bread |
| | ¼ c bread pudding | ¼ c bread pudding | ¼ c canned fruit | 1 ea cookie | ¾ c canned fruit | ¾ c canned fruit |
| | ¼ oz margarine (# 100 dsher) | ¼ oz margarine (# 100 dsher) | 1 c fortified tea | 1 oz egg substitute (AE) | 2 pat LS margarine | 2 pat LS margarine |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | ¾ c pasta | ¾ c pasta | ¾ c pasta | 1 oz egg substitute (AE) | 1 oz egg substitute (AE) | 1 oz egg substitute (AE) |
| | | | | 2 sl bread | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 4 SUNDAY

FACILITY OR INSTITUTION NAME: _____

Revised 08/16/2015

Menu represents edible portion (unless otherwise noted)
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE denotes no main entree, substitute as or shredded beans)
* Weight before heating

MONTH OF OPERATION _____

This is to verify that this menu is reviewed monthly and is served as written unless otherwise noted.

_____
Food Service Director

FL Department of Corrections Approval
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

King McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 3 oz eggs (E) | 3 oz eggs (E) | 1 c egg sub (E) | 3 oz eggs (E) | 3 oz eggs (E) | 3 oz eggs (E) |
| | ¾ c grits | ¾ c grits | 1½ c grits | 1½ c grits | ¾ c grits | ¾ c grits |
| | 1 c seasoned potatoes | 1 c seasoned potatoes | 1 c seasoned potatoes | | | |
| | 2 ea biscuits or bread | 2 ea biscuits or bread | 2 ea bread | 2 ea bread | 2 ea bread | 2 ea bread |
| | 1 ea fresh fruit | 1 c fruit juice | 1 ea fresh fruit | 1 c mixed fruit juice | 1 c mixed fruit juice | 1 c mixed fruit juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 2 oz jelly (# 60 dishes) | 2 oz jelly (# 60 dishes) | 2 oz jelly (# 60 dishes) | 2 oz jelly, regular bulk #30 | 2 oz jelly, regular bulk #30 | 2 oz jelly, regular bulk #30 |
| | 2 oz sugar pk | 3 oz sugar pk | 3 oz sugar pk | 3 oz sugar pk | 2 oz sugar pk | 2 oz sugar pk |
| | 2 oz margarine #60 scp | 2 oz margarine #60 scp | 2 oz margarine #60 scp | 2 oz margarine #60 scp | 1 pat LS margarine | 2 pat LS margarine |
| **LUNCH** | | | | | | |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree |
| | 1 ea chili mac (E) | 1 ea chili mac (E) | 1 ea chili mac (E) | 1 c diet shredded cheese (Hi E) | 1 ea diet braised poultry (E) | 1 ea diet braised poultry (E) |
| | ¾ c marinated vegetable medley | ¾ c marinated vegetable medley | ¾ c marinated vegetable medley | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) |
| | | ¾ c carrots | ¾ c carrots | ¾ c carrots | | |
| | 1 ea cornbread | 1 ea cornbread | 1 ea cornbread | 1 ea bread | 1 ea bread | 1 ea bread |
| | | | | 3 T jelly, regular bulk #30 | | |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) |
| | ¾ c pasta | ¾ c pasta | ¾ c pasta | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |
| **DINNER** | | | | | | |
| | 1 c chili con queso (E) | 1 c chili con queso (E) | 1 c chili con queso (E) | 1 c diet braised poultry (high E) | 1 c pulled poultry (high E) | 1 c pulled poultry (high E) |
| | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c rice |
| | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c vegetable blend |
| | ¾ c green beans | ¾ c carrots | ¾ c green beans | ¾ c green beans | ¾ c coleslaw | ¾ c coleslaw |
| | 1 ea bread or | 1 ea bread | 1 ea bread | 1 ea bread | 1 ea bread | 1 ea bread |
| | 1 ea pan biscuit | | | | | |
| | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | | | | | 2 pat LS margarine | 2 pat LS margarine |
| | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | 1 sl bread, 1 T jelly, reg | 2 pat LS margarine | 2 pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 pat LS margarine | 1 c fortified beverage | 1 c fortified beverage |
| | | | | | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) |
| | | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - Saturday

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

FACILITY OR INSTITUTION NAME:

MONTH OF OPERATION:

Revised 08/19/2015

This is to certify that this menu is reviewed monthly and is served as within unless otherwise noted

_____
Food Service Director

_____
FL Department of Corrections Approval
Shane Phillips, Operations Manager

_____
Craig McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) denotes Alternate Entree
(All do not have gravy, mixed method or shredded items)
* Weight bearing meeting

| | Regular | | Mech/Dental | | Fat Intolerance | | Low Residue | | Pre-Dialysis | | Dialysis | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | | | | | | | |
| | 1 ea | fresh fruit | 1 c | fruit juice | 4 oz | egg sub (E) | 4 oz | egg sub (E) | 4 oz | egg sub (E) | 4 oz | egg sub (E) |
| | 1 c | oatmeal | 1 c | oatmeal | 1 1/2 c | oatmeal | 1 c | oatmeal | 1 c | oatmeal | 1 c | oatmeal |
| | 1 c | coffee | 1 c | coffee | 1 c | coffee | | | | | | |
| | 1 c | breakfast beverage | 1 c | breakfast beverage | 1 c | breakfast beverage | 1 c | breakfast beverage | 1 c | breakfast beverage | 1 c | breakfast beverage |
| | 2 ea | coffee cake (E) | 2 ea | coffee cake (E) | 2 sl | bread | 1 c | coffee cake | 1 ea | coffee cake | 1 ea | coffee cake |
| | | | | | | | 1 c | apple juice | 1 c | apple juice | 1 c | apple juice |
| | ¾ oz | sugar pk | ¾ oz | sugar pk | ¾ oz | sugar pk | ¾ oz | sugar pk | ¾ oz | sugar pk | ¾ oz | sugar pk |
| | ¾ oz | margarine #60 cp | ¾ oz | margarine #60 cp | ¾ oz | margarine #60 cp | ¾ oz | margarine pk | 1 pat | LS margarine | 1 pat | LS margarine |
| **LUNCH** | | | | | | | | | | | | |
| | 4 oz | entry patty (E) | 4 oz | entry patty (E) | 4 oz | entry patty (E) | 4 oz | diet braised poultry (E) | 4 oz | entry patty (E) | 4 oz | entry patty (E) |
| | ¾ c | oven stripped potatoes | ¾ c | oven stripped potatoes | ¾ c | oven stripped potatoes | ¾ c | LS oven stripped potatoes | ¾ c | rice | ¾ c | rice |
| | ¾ c | dried beans | ¾ c | dried beans | ¾ c | dried beans | | | | | | |
| | ¾ c | cole slaw | ¾ c | green beans | ¾ c | cole slaw | ¾ c | green beans | ¾ c | cole slaw | ¾ c | cole slaw |
| | 2 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread |
| | 1 tsp | mustard | 1 tsp | mustard | | | | | | | | |
| | 1 tsp | ketchup | 1 tsp | ketchup | 1 tsp | ketchup | | | | | | |
| | | | | | 1 c | diet cole slaw | 3 oz | canned fruit | ½ c | canned fruit | ½ c | canned fruit |
| | 1 c | fortified tea | 1 c | fortified tea | 1 c | canned fruit | 1 c | fortified tea | 1 pat | LS margarine | 1 pat | LS margarine |
| | | no alternate entree | | no alternate entree | | no alternate entree | | no alternate entree | 1 c | fortified tea | 1 c | fortified tea |
| | | | | | | | | | 1 pat | LS margarine | 1 pat | LS margarine |
| **DINNER** | | | | | | | | | | | | |
| | 4 oz | country patty (E) | 4 oz | country patty (E) (chopped) | 4 oz | country patty (E) | 2 oz | pulled poultry magic (E) | 2 oz | entry patty (E) | 2 oz | country patty (E) |
| | | (chopped) | | | | | 1 1/2 c | pasta | 1 1/2 c | pasta | 1 1/2 c | pasta |
| | ¾ c | baked potato | ¾ c | baked potato | | | | | | | | |
| | ¾ c | carrots | ¾ c | carrots | ¾ c | carrots | ¾ c | carrots | ¾ c | carrots | ¾ c | carrots |
| | ¾ c | marinated vegetable medley | ¾ c | marinated vegetable medley | ¾ c | marinated vegetable medley | ¾ c | marinated vegetable medley (no tomatoes) | ¾ c | marinated vegetable medley (no tomatoes) | ¾ c | marinated vegetable medley (no tomatoes) |
| | 2 sl | bread or | 2 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread | 2 sl | bread |
| | 1 ea | pan biscuit | 1 ea | pan biscuit | | | | | | | | |
| | | | | | 1 T | jelly, regular bulk #20 | | | 2 T | jelly, regular | 2 T | jelly, regular |
| | | | | | 3 oz | canned fruit | 3 oz | canned fruit | ½ c | canned fruit | ½ c | canned fruit |
| | ¾ c | dried beans (AE) | ¾ c | dried beans (AE) | ¾ c | dried beans (AE) | ¾ c | egg substitute (AE) | ¾ c | egg substitute (AE) | ¾ c | egg substitute (AE) |
| | ¾ oz | margarine pk (100 dollar) | ¾ oz | margarine pk (100 dollar) | ¾ c | fortified beverage | 1 c | fortified beverage | 2 pat | LS margarine | 3 pat | LS margarine |
| | 1 c | fortified beverage | 1 c | fortified beverage | | | | | 1 c | fortified beverage | 1 c | fortified beverage |
| | | | | | | | | | 1 pat | LS margarine | 1 pat | LS margarine |

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## MASTER MENU
### WEEK 3 -Friday

**FACILITY OR INSTITUTION NAME:** _____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not receive gravy, mustard, ketchup or shredded cheese)
* Weight before heating

**MONTH OF OPERATION:** _____

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director _____

FL Department of Corrections Approved
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

Craig McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

| | Regular | Med/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 2 oz breakfast sausage pty (E) | 2 oz breakfast sausage pty (E) (chopped) | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) |
| | 2 c grits | 2 c grits | 1 c grits | 1 c grits | ½ c grits | ½ c grits |
| | ½ c hash brown potatoes | ½ c hash brown potatoes | 1 R hashbrowns | | | |
| | ea biscuits or bread | ea biscuits or bread | 1 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | ¾ oz fruit juice | ¾ oz fruit juice | ¾ oz fruit juice | ¾ c apple juice | ¾ c apple juice | ¾ c apple juice |
| | oz coffee | oz coffee | ½ c coffee | ½ c coffee | ½ c coffee | ½ c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | oz jelly (#60 disher) | oz jelly (#60 disher) | T jelly, regular bulk #20 | jelly, regular bulk #30 | jelly, regular bulk #30 | jelly, regular bulk #30 |
| | oz sugar pk | oz sugar pk | ea sugar pk | ea sugar pk | ea sugar pk | ea sugar pk |
| | oz margarine #60 scp | oz margarine #60 scp | pat LS margarine | pat LS margarine | pat LS margarine | pat LS margarine |
| | 2 oz cheese (AE) | 2 oz cheese (AE) | no alternate entree | no alternate entree | no alternate entree | no alternate entree |
| **LUNCH** | | | | | | |
| | 2 oz turkey ham (E) | 2 oz turkey ham (E) | 2 oz turkey ham (E) | 2 oz smoked patty (E) | 2 oz smoked patty (E) | 2 oz smoked patty (E) |
| | ¾ c cheese grits | ¾ c cheese grits | ¾ c grits | ¾ c cheese grits | ¾ c grits | ¾ c grits |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | ¾ c carrots | ¾ c broccoli | ¾ c broccoli |
| | | | ¾ c broccoli | | | |
| | | | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea cake w/ icing | 1 ea cake w/ icing | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard |
| | | | 1 ea cake w/ icing | 1 ea cake w/ icing | ¾ c canned fruit | ¾ c canned fruit |
| | ¾ c fortified tea | ¾ c fortified tea | ¾ c fortified tea | ¾ c fortified tea | ¾ c fortified tea | ¾ c fortified tea |
| | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c dried beans (AE) | egg substitute (AE) | 1 pat LS margarine | 1 pat LS margarine |
| | ¾ c pasta (AE) | ¾ c pasta (AE) | ¾ c dried beans (AE) | no alternate entree | egg substitute (AE) | egg substitute (AE) |
| **DINNER** | | | | | | |
| | 3 oz smoked turkey sausage (E) | 3 oz smoked turkey sausage (E) (chopped) | 3 oz smoked turkey sausage (E) | oz diet poultry salad (E) | oz diet poultry salad (E) | oz diet poultry salad (E) |
| | ¾ c oven browned potatoes | ¾ c oven browned potatoes | ¾ c oven browned potatoes | ¾ c rice | ¾ c rice | ¾ c rice |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | ¾ c green beans | ¾ c vegetable blend | ¾ c vegetable blend |
| | ¾ c green beans | ¾ c green beans | ¾ c green beans | ¾ c cole slaw | ¾ c cole slaw | ¾ c cole slaw |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea cookie | 1 ea cookie | 1 ea cookie | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | 2 tsp mustard | 2 tsp mustard | 2 tsp mustard | | | |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | oz fortified beverage | oz fortified beverage | oz fortified beverage |
| | ¾ c fortified beverage | ¾ c fortified beverage | ¾ c fortified beverage | ½ c egg substitute (AE) | ½ c egg substitute (AE) | ½ c egg substitute (AE) |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | sl bread, 1 T jelly, reg | sl bread, 1 T jelly, reg | sl bread, 1 T jelly, reg |
| | | | | 1 pat LS margarine | 1 pat LS margarine | 1 pat LS margarine |

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## MASTER MENU
### WEEK 3 - Thursday

Revised 08/16/2015

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted.

_____
Food Service Director

FL Department of Corrections Approval

_____
Shane Phillips, Operations Manager

_____
Katie McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

Menu represents edible portion unless otherwise noted
(EI) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not review gravy, mustard ketchup or shredded cheese)
* Weight before heating

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | ¾ c breakfast meat gravy (EI) | ¾ c breakfast meat gravy (EI) | 2 oz diet poultry patty (EI) | 2 oz diet poultry patty (EI) | 3 oz diet poultry patty (EI) | 3 oz diet poultry patty (EI) |
| | 1 c grits | 1 c grits | 1 1/2 c grits | 1 1/2 c grits | ½ c grits | ½ c grits |
| | ¾ c tornados potatoes | ¾ c tornados potatoes | ¾ c tornados potatoes | | | |
| | 2 ea biscuits | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 4 oz fruit juice | 4 oz fruit juice | ¼ c fruit juice | ¾ c mixed fruit juice | ¾ c mixed fruit juice | ¾ c mixed fruit juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 1 c jelly (# 60 dishes) | 1 c jelly (# 60 dishes) | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #20 | 1 T jelly, regular bulk #30 | 1 T jelly, regular bulk #30 |
| | 4 oz sugar pk | ¾ T sugar pk | ½ ea sugar pk | ½ ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| | ¼ c margarine #60 scp | ¼ c margarine #60 scp | ¼ c margarine #60 scp | ¼ c margarine #60 scp | ¼ c margarine #60 scp | ¼ c margarine #60 scp |
| | 2 oz cheese (AE) | 2 oz cheese (AE) | 2 oz egg sub (AE) | 2 oz egg sub (AE) | 2 oz egg sub (AE) | 2 oz egg sub (AE) |
| | | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |
| **LUNCH** | | | | | | |
| | 1 meat fried rice (EI) | 1 meat fried rice (EI) | 1 oz meat fried rice (EI) | 3 oz diet braised poultry (EI) | 3 oz diet braised poultry (EI) | 3 oz diet braised poultry (EI) |
| | | | | | ½ c rice | ½ c rice |
| | | | | ¾ c rice | ¾ c corn | ¾ c corn |
| | | | ¾ c dried beans | ¾ c carrots | ¾ c vegetable blend | ¾ c vegetable blend |
| | | | ¾ c vegetable blend | | | |
| | ¾ c pudding | ¾ c pudding | ¾ c canned fruit | ¾ c pudding | 2 sl bread | 2 sl bread |
| | | | | | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | 2 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | ¾ c canned fruit | ¾ c canned fruit |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | | 1 pat LS margarine | 1 pat LS margarine |
| | ¾ c dried beans (AE) | ¾ c dried beans (AE) | ¾ c egg sub (AE) | ¾ c egg sub (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) |
| | ¾ c rice | ¾ c rice | ¾ c rice | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |
| **DINNER** | | | | | | |
| | 1 ea beef patty (EI) | 1 ea beef patty (EI) (chopped) | 1 ea beef patty (EI) | 1 ea beef patty (EI) | 1 ea beef patty | 1 ea beef patty (EI) |
| | | | | 1 1/2 c rice | ½ c rice | ½ c rice |
| | ¾ c cornbread | ¾ c cornbread | ¾ c dried beans | ¾ c rice | ¾ c rice | ¾ c rice |
| | ¾ c corn | ¾ c corn | ¾ c cabbage | ½ c cabbage | ¾ c cabbage | ¾ c cabbage |
| | ¾ c cabbage | ¾ c cabbage | ¾ c green beans | | ¾ c green beans | ¾ c green beans |
| | ¾ c vegetable blend | ¾ c green beans | | | | |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | ¾ c bread pudding | ¾ c bread pudding | ¾ c bread pudding | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard |
| | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup |
| | | 1 garlic & herb pasta | | | 2 pat LS margarine | 2 pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | 4 oz peanut butter (# 10 dishes) | 4 oz peanut butter (# 10 dishes) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) |
| | | | | 4 oz LS peanut butter | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS Margarine | 1 pat LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 2 - Wednesday

FL Department of Corrections Approved
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR
SECURITY ISSUES

Dan McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

FACILITY OR
INSTITUTION NAME: _____

MONTH OF
OPERATION: _____

This is to certify that this menu is
reviewed monthly and is served as
written unless otherwise noted.

Food Service Director _____

Revised 08/19/2015
Menu represents edible portion unless other wise noted.
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not waive gravy, instant ketchup or shredded cheese)
* Weight before loading

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | BREAKFAST | BREAKFAST | BREAKFAST | BREAKFAST | BREAKFAST | BREAKFAST |
| | | | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) |
| 1 c oatmeal | 1 c oatmeal | 1 c oatmeal | ½ c oatmeal | ½ c oatmeal | ½ c oatmeal |
| 2 ea coffee cake (E) | 2 ea coffee cake (E) | 2 ea bread | 1 ea coffee cake | 1 ea coffee cake | 1 ea coffee cake |
| **LUNCH** | | | | | | |
| 1 ea fresh fruit | 1 ea fruit juice | 1 ea fresh fruit | 1 ea apple juice | 1 ea apple juice | ¾ c apple juice |
| ¾ c coffee | ¾ c coffee | ¾ c coffee | ¾ c coffee | ¾ c coffee | ¾ c coffee |
| 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| ½ oz margarine #60 cup | ½ oz margarine #60 cup | ½ oz margarine #60 cup | ½ oz margarine #60 cup | 1 sl pat LS margarine | 1 sl pat LS margarine |
| no alternate entrée | no alternate entrée | no alternate entrée | no alternate entrée | no alternate entrée | no alternate entrée |
| | | | | 1 ea bread, 1 T jelly, reg | 1 ea bread, 1 T jelly, reg |
| | | | | 1 sl pat LS Margarine | 1 sl pat LS Margarine |
| **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** | **LUNCH** |
| 1 c cabbage roll casserole (E) | 1 c cabbage roll casserole (E) | 1 c cabbage casserole (E) | 4 oz diet braised poultry (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) |
| | | | | | ¾ c rice |
| ½ c dried beans | ½ c dried bean | ½ c carrots | 1 1/2 c rice | ¾ c pasta | ¾ c pasta |
| ¾ c carrots | ¾ c carrots | ½ c carrots | ½ c carrots | ¾ c carrots | ¾ c carrots |
| ½ c marinated vegetable medley | | ½ c marinated vegetable medley | | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) |
| 1 ea cornbread | 1 ea cornbread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | 2 T jelly, regular bulk #30 | | | |
| ½ c pudding | ½ c pudding | ½ c pudding | ½ c pudding | ½ c canned fruit | ½ c canned fruit |
| ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| 1 c fortified beverage | 1 c fortified tea | 1 c fortified tea | | 2 ea pat LS margarine | 2 ea pat LS margarine |
| 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 4 oz egg substitute (AE) | 4 oz egg substitute (AE) |
| ½ c rice | ½ c rice | ½ c rice | | 1 ea bread, 1 T jelly, reg | 1 ea bread, 1 T jelly, reg |
| | | | | 1 sl pat LS Margarine | 1 sl pat LS Margarine |
| **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** | **DINNER** |
| 2 ea hot dogs (E) w/ | 2 ea hot dogs (E) w/ | 3 oz pulled poultry High (E) | 3 oz pulled poultry High (E) | 3 oz pulled poultry High (E) | 3 oz pulled poultry High (E) |
| 2 oz chili | 2 oz chili (chopped) | | | | |
| ¾ c pasta | ¾ c pasta | ¾ c pasta | 1 1/2 c rice | ¾ c pasta | ¾ c pasta |
| ¾ c greens | ¾ c greens | ¾ c greens | ¾ c green beans | ¾ c greens | ¾ c greens |
| 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | 2 T jelly, regular bulk #30 | | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 2 ea pat LS margarine | 2 ea pat LS margarine |
| 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 4 oz egg substitute (AE) | 4 oz egg substitute (AE) |
| | | | | 1 ea bread, 1 T jelly, reg | 1 ea bread, 1 T jelly, reg |
| | | | | 1 sl pat LS Margarine | 1 sl pat LS Margarine |

FACILITY OR
INSTITUTION NAME: _____

Revised 08/16/2015

MONTH OF
OPERATION: _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - Tuesday

Menu represents edible portion unless other wise noted.
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not receive gravy, mustard, ketchup or shredded cheese)
• Weigh before batting

This is to certify that this menu is
reviewed monthly and is served as
written unless otherwise noted.

Food Service Director _____

FL Department of Corrections Approved
Shane Philips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR
SECURITY ISSUES

Dora McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

| | Regular | | Mech/Dental | | Fat Intolerance | | Low Residue | | Pre-Dialysis | | Dialysis | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | | | | | | | |
| 2 | oz | breakfast sausage ptty (E) | oz | breakfast sausage ptty (E) | oz | egg sub (E) | oz | egg sub (E) | oz | egg sub (E) | oz | egg sub (E) | |
| | | | | (chopped) | | | | | | | | | |
| 1 | c | grits | c | grits | c | grits | c | grits | c | grits | c | grits | |
| ¾ | c | hash brown potatoes | c | hash brown potatoes | c | hashbrowns | c | LR hashbrowns | | | | | |
| 2 | ea | biscuits or bread | ea | biscuits or bread | sl | bread | sl | bread | sl | bread | sl | bread | |
| 4 | oz | fruit juice | oz | fruit juice | oz | fruit juice | oz | fruit juice | oz | mixed fruit juice | oz | mixed fruit juice | |
| 1 | c | coffee | c | coffee | c | coffee | c | coffee | c | coffee | c | coffee | |
| 1 | c | breakfast beverage | c | breakfast beverage | c | breakfast beverage | c | breakfast beverage | c | breakfast beverage | c | breakfast beverage | |
| ½ | oz | jelly (# 60 disher) | oz | jelly (# 60 disher) | oz | jelly, regular bulk #30 | oz | jelly, regular bulk #30 | oz | jelly, regular bulk #30 | oz | jelly, regular bulk #30 | |
| 2 | ea | sugar pk | ea | sugar pk | ea | sugar pk | ea | sugar pk | ea | sugar pk | ea | sugar pk | |
| ½ | oz | margarine #60 scp | oz | margarine #60 scp | oz | margarine #60 scp | oz | margarine #60 scp | oz | pat LS margarine | oz | pat LS margarine | |
| 2 | oz | cheese (AE) | oz | cheese (AE) | | no alternate entree | | no alternate entree | | | | | |
| **LUNCH** | | | | | | | | | | | | |
| 1 | c | western chili (E) | c | western chili (E) | c | western chili (E) | c | diet braised poultry (E) | c | diet braised poultry (E) | c | diet braised poultry (E) | |
| ¾ | c | rice | c | rice | c | rice | c | rice | c | rice | c | rice | |
| ¾ | c | squash w/ onions | c | squash w/ onions | c | squash w/ onions | c | squash w/ onions | c | squash w/ onions | c | squash w/ onions | |
| ¾ | c | marinated vegetable medley | c | marinated vegetable medley | c | marinated vegetable medley | c | marinated vegetable medley (no tomatoes) | c | marinated vegetable medley (no tomatoes) | c | marinated vegetable medley (no tomatoes) | |
| 1 | ea | combread | ea | combread | sl | bread | sl | bread | sl | bread | sl | bread | |
| | | | | | ½ | c | jelly, regular bulk #30 | T | jelly, regular bulk #30 | T | jelly, regular bulk #30 | T | jelly, regular bulk #30 | |
| 1 | c | canned fruit | c | canned fruit | c | canned fruit | c | canned fruit | c | canned fruit | c | canned fruit | |
| 1 | c | fortified tea | c | fortified tea | c | fortified tea | ¾ | c | fortified tea | c | fortified tea | c | fortified tea | |
| | | | | | ¼ | c | egg substitute (AE) | c | egg substitute (AE) | c | egg substitute (AE) | c | egg substitute (AE) | |
| 1 | c | dried beans (AE) | c | dried beans (AE) | c | dried beans (AE) | | no alternate entree | | | | | |
| | | | | | | | | ½ | sl | bread, 1 T jelly, reg | sl | bread, 1 T jelly, reg | sl | bread, 1 T jelly, reg | |
| | | | | | | | | 1 | pat LS margarine | pat LS margarine | pat LS margarine | |
| **DINNER** | | | | | | | | | | | | |
| 1 | oz | oven fried chicken leg ¼ (E) | oz | oven fried chicken leg ¼ (E) | oz | chicken ¼ PL skinless (E) | oz | baked chicken leg ¼ (E) | oz | pulled poultry thigh (E) | oz | pulled poultry thigh (E) | |
| | | | | (chopped) | | | | | | | | | |
| ¾ | c | dried beans | c | dried beans | c | dried beans | c | pasta | c | rice | c | rice | |
| ¾ | c | stewed tomatoes | c | stewed tomatoes | c | carrots | c | carrots | c | coleslaw | c | coleslaw | |
| 2 | c | carrots | c | carrots | c | diet coleslaw | | | | | | | |
| 2 | sl | bread | sl | bread | sl | bread | sl | bread | sl | bread | sl | bread | |
| | | | | | | | jelly, regular bulk #30 | T | jelly, regular bulk #30 | T | jelly, regular bulk #30 | | |
| 1 | ea | cookie | ea | cookie | ea | canned fruit | c | cookie | c | canned fruit | c | canned fruit | |
| 1 | c | fortified beverage | c | fortified beverage | c | fortified beverage | ½ | oz | LS peanut butter | ¾ | T | fortified beverage | T | fortified beverage | |
| 4 | oz | peanut butter (# 10 disher) (AE) | oz | peanut butter (# 10 disher) (AE) | c | dried beans (AE) | oz | egg substitute (AE) | c | egg substitute (AE) | c | egg substitute (AE) | |
| | | | | | | | | | ½ | sl | bread, 1 T jelly, reg | sl | bread, 1 T jelly, reg | |
| | | | | | | | | | pat LS margarine | pat LS margarine | | |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - Monday

FACILITY OR
INSTITUTION NAME: _____

Revised 09/15/2015

Menu represents edible portion other wise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not receive gravy, mustard, ketchup or shredded cheese)
* Weight before heating

MONTH OF
OPERATION: _____

This is to certify that this menu is
reviewed monthly and is served as
written unless otherwise noted

_____
Food Service Director

_____
FL Department of Corrections Approval
Shane Phillips, Operations Manager

_____
Dana McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR
SECURITY ISSUES

| Regular | | Mech/Dental | | Fat Intolerance | | Low Residue | | Pre-Dialysis | | Dialysis | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | |
| 1 | c oatmeal | 1 | c oatmeal | 1 1/2 | c oatmeal | 1 | c oatmeal | 3 | oz diet poultry patty (E) | 3 | oz diet poultry patty (E) |
| 2 | ea pancakes (E) | 2 | ea pancakes (E) | 4 | ea pancakes (E) | 4 | ea pancakes (E) | 2 | ea pancakes (E) | 2 | ea pancakes (E) |
| 4 | oz fruit juice | 4 | oz fruit juice | | | 4 | oz fruit juice | 4 | oz apple juice | ½ | c apple juice |
| 1 | c coffee | 1 | c coffee | | | 1 | c coffee | 1 | c coffee | 1 | c coffee |
| 1 | c breakfast beverage | 1 | c breakfast beverage | | | 1 | c breakfast beverage | 1 | c breakfast beverage | 1 | c breakfast beverage |
| 1 | oz syrup | 1 | oz syrup | | | 1 | oz syrup | 1 | oz syrup | 1 | oz syrup |
| 2 | oz sugar pk | 2 | oz sugar pk | | | 2 | oz sugar pk | 2 | oz sugar pk | 2 | oz sugar pk |
| ½ | oz margarine 80G cup | ½ | oz margarine 80G cup | | | ½ | oz margarine 80G cup | ½ | oz margarine LS margarine | ½ | oz margarine LS margarine |
| | no alternate entree | | no alternate entree | | no alternate entree | | No Alternate Entree | | No Alternate Entree | | No Alternate Entree |
| **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | |
| 4 | oz peanut butter & jelly (E) (#10 didier) | 4 | oz peanut butter & jelly (E) (#10 didier) | 4 | oz braised poultry (E) | 2 | oz peanut butter & jelly (E) (#20 scoop) | 2 | oz peanut butter & jelly (E) (#10 scoop) | 3 | oz diet braised poultry (E) |
| 1 | c dried beans | 1 | c dried beans | 1 | c dried beans | 1 | c pasta | 1 | c pasta | 1 | c pasta |
| ¾ | c marinated vegetable medley | ¾ | c squash | ¾ | c marinated vegetable medley | ¾ | c squash (no onions) | ¾ | c marinated vegetable medley (no tomatoes) | ¾ | c marinated vegetable medley (no tomatoes) |
| 2 | sl bread | 2 | sl bread | 2 | sl bread | 2 | sl bread | 2 | sl bread | 2 | sl bread |
| 1 | ea cookie | 1 | ea cookie | 1 | ea cookie | 1 | ea cookie | ½ | c canned fruit | ½ | c canned fruit |
| 1 | c fortified tea | 1 | c fortified tea | 1 | c fortified tea | 1 | c fortified tea | 1 | bread, 1 T jelly, reg | 1 | bread, 1 T jelly, reg |
| | No Alternate Entree | | No Alternate Entree | | No Alternate Entree | | No Alternate Entree | 1 | egg sub (AE) | 1 | egg sub (AE) |
| | | | | | | | | 1 | pat LS Margarine | 1 | pat LS Margarine |
| **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | |
| 4 | oz southwestern party (E) | 4 | oz southwestern party (E) (chopped) | 4 | oz southwestern party (E) | 2 | oz pulled poultry high (E) | 2 | oz smoked party (E) | 4 | oz smoked party (E) |
| ¾ | c potato salad | ¾ | c potato salad | 1 1/2 | c rice | 1 1/2 | c rice | 1 | c rice | 1 | c rice |
| ½ | c cole slaw | ¾ | c carrots | ¾ | c carrots | ¾ | c carrots | ¾ | c carrots | ¾ | c carrots |
| | | ½ | c diet cole slaw | ¾ | c carrots | | | 2 | pat LS margarine | 2 | pat LS margarine |
| 2 | sl bread | 2 | sl bread | 3 | T jelly, regular bulk #20 | 1 | ea cookie | 3 | pat LS margarine | 3 | pat LS margarine |
| 1 | ea cookie | 1 | ea cookie | 1 | ea cookie | 2 | sl bread | 1 | c fortified beverage | 1 | c fortified beverage |
| 1 | tsp mustard | 1 | tsp mustard | 1 | tsp mustard | | | 2 | sl bread | 2 | sl bread |
| 1 | tsp ketchup | 1 | tsp ketchup | 1 | tsp ketchup | | | ½ | c canned fruit | ½ | c canned fruit |
| 1 | c fortified beverage | 1 | c fortified beverage | 1 | c fortified beverage | 1 | c fortified beverage | 1 | bread, 1 T jelly, reg | 1 | bread, 1 T jelly, reg |
| 1 | c dried beans (AE) | 1 | c dried beans (AE) | 1 | c dried beans (AE) | ¾ | c egg substitute (AE) | ½ | c egg substitute (AE) | ½ | c egg substitute (AE) |
| | | | | | | | | 1 | pat LS Margarine | 1 | pat LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 3 - SUNDAY

MONTH OF OPERATION: _____

FACILITY OR INSTITUTION NAME: _____

Revised 08/19/2015

Menu represents entire portion unless other wise noted
(E) Denotes Entree
(All) Denotes Alternate Entree
(At do not serve gravy, mustard, ketchup or shredded cheese)
* Weight before heating

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted

_____
Food Service Director

FL Department of Corrections Approved
Shawn Phillips, Operations Manager

FL Department of Corrections Approved
_____
Carla McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

| Regular | | | Mech/Dental | | | Fat Intolerance | | | Low Residue | | | Pre-Dialysis | | | Dialysis | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BREAKFAST** | | | **BREAKFAST** | | | **BREAKFAST** | | | **BREAKFAST** | | | **BREAKFAST** | | | **BREAKFAST** | | |
| 3 | oz | eggs (E) | 3 | oz | eggs (E) | 4 | oz | egg sub (E) | 3 | oz | egg sub (E) | 2 | oz | egg sub (E) | 2 | oz | egg sub (E) |
| 1 | c | grits | 1 | c | grits | 1 | c | grits | 1 | c | grits | 1 | c | grits | 1 | c | grits |
| ¾ | c | Lyonnais potatoes | ¾ | c | Lyonnais potatoes | | | | 1 1/2 | c | LR Lyonnais potatoes | | | | | | |
| 2 | ea | biscuits or bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread |
| 1 | ea | fresh fruit | 1 | c | fruit juice | 1 | ea | fresh fruit | 1 | c | fruit juice | 1 | c | mixed fruit juice | 1 | c | mixed fruit juice |
| 1 | c | coffee | 1 | c | coffee | 1 | c | coffee | 1 | c | coffee | 1 | c | coffee | 1 | c | coffee |
| 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage |
| ¾ | c | jelly (if 60 dr/wk) | ¾ | c | jelly (if 60 dr/wk) | 1 | c | jelly, regular bulk #20 | 1 | T | jelly, regular bulk #20 | 1 | T | jelly, regular bulk #20 | 1 | T | jelly, regular bulk #20 |
| 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk |
| ¾ | oz | margarine #60 scp | ¾ | oz | margarine #60 scp | ½ | c | margarine #60 scp | ½ | c | margarine #60 scp | 2 | pat | LS margarine | 2 | pat | LS margarine |
| | | no alternate entree | | | no alternate entree | | | no alternate entree | | | no alternate entree | | | no alternate entree | | | no alternate entree |
| **LUNCH** | | | **LUNCH** | | | **LUNCH** | | | **LUNCH** | | | **LUNCH** | | | **LUNCH** | | |
| ¾ | c | tuna meat (E) | ¾ | c | tuna meat (E) | ¾ | c | tuna meat (E) | 3 | oz | diet braised poultry (E) | 3 | oz | diet braised poultry (E) | 3 | oz | diet braised poultry (E) |
| ¾ | c | rice | ¾ | c | rice | ½ | c | rice | 1 1/2 | c | rice | 1 1/2 | c | rice | 1 1/2 | c | rice |
| ¾ | c | marinated vegetable medley | ½ | c | green beans | ¾ | c | marinated vegetable medley | ½ | c | green beans | ½ | c | marinated vegetable medley (no tomatoes) | ½ | c | marinated vegetable medley (no tomatoes) |
| 2 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread |
| | | | | | | | | | 1 | c | jelly, regular bulk #20 | 1 | T | jelly, regular bulk #20 | 1 | T | jelly, regular bulk #20 |
| 1 | oz | shredded cheese (#16) | 1 | oz | shredded cheese (#16) | ¾ | c | canned fruit | ¾ | c | canned fruit | ¾ | c | canned fruit | ¾ | c | canned fruit |
| ¾ | c | fortified tea | ¾ | c | fortified tea | ¾ | c | fortified tea | ¾ | c | fortified tea | ¾ | c | LS margarine | ¾ | c | LS margarine |
| 1 | c | dried beans (Alt) | 1 | c | dried beans (Alt) | 1 | c | dried beans (Alt) | ¾ | c | egg substitute (Alt) | ¾ | c | fortified tea | ¾ | c | fortified tea |
| | | | | | | | | | | | | ½ | | bread, 1 T jelly, reg | ½ | | bread, 1 T jelly, reg |
| | | | | | | | | | | | | 1 | pat | LS Margarine | 1 | pat | LS Margarine |
| **DINNER** | | | **DINNER** | | | **DINNER** | | | **DINNER** | | | **DINNER** | | | **DINNER** | | |
| 2 | ea | poultry hot dogs (E) | 2 | ea | poultry hot dog (E) | 3 | oz | pulled poultry high (E) | 3 | oz | pulled poultry high (E) | 3 | oz | pulled poultry high (E) | 3 | oz | pulled poultry high (E) |
| | | | | | (chopped) | | | | | | | | | | | | |
| ¾ | c | garlic & herb pasta | ¾ | c | garlic & herb pasta | ½ | c | pasta | ¾ | c | pasta | ¾ | c | garlic & herb pasta | ¾ | c | garlic & herb pasta |
| ¾ | c | baked beans | ¾ | c | baked beans | ¾ | c | carrots | ¾ | c | carrots | ¾ | c | vegetable blend | ¾ | c | vegetable blend |
| ¾ | c | marinated vegetable medley | ¾ | c | carrots | ¾ | c | marinated vegetable medley | | | | ¾ | c | marinated vegetable medley (no tomatoes) | ¾ | c | marinated vegetable medley (no tomatoes) |
| 2 | sl | bread | 2 | sl | bread | 3 | T | jelly, regular bulk #20 | 2 | T | jelly, regular bulk #20 | 2 | sl | bread | 2 | sl | bread |
| | | | | | | 2 | sl | bread | 2 | sl | bread | | | | | | |
| 2 | tsp | mustard | 2 | tsp | mustard | | | | | | | ¾ | c | canned fruit | ¾ | c | canned fruit |
| 2 | tsp | ketchup | 2 | tsp | ketchup | ¾ | c | canned fruit | ¾ | c | canned fruit | | | | | | |
| 1 | c | dried beans (Alt) | 1 | c | dried beans (Alt) | ¾ | c | fortified tea | ¾ | c | fortified tea | ¾ | c | fortified tea | ¾ | c | fortified tea |
| 1 | c | fortified beverage | 1 | c | fortified beverage | 1 | c | fortified beverage | 1 | c | fortified beverage | 1 | c | fortified beverage | 1 | c | fortified beverage |
| 1 | c | dried beans (Alt) | 1 | c | dried beans (Alt) | 1 | c | dried beans (Alt) | ¾ | c | egg substitute (Alt) | ¾ | c | egg substitute (Alt) | ¾ | c | egg substitute (Alt) |
| | | | | | | | | | | | | 1 | pat | LS margarine | 1 | pat | LS margarine |

**FACILITY OR INSTITUTION NAME:**

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not receive gravy, mashed ketchup or shredded cheese)
* Weight before heading

**MONTH OF OPERATION:**

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted

_____
Food Service Director

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 2 - Saturday**

FL Department of Corrections Approval
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR
SECURITY ISSUES

Craig McCormick, MS, RD, LD/TN
Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 1 ea fresh fruit | 1 ea fruit juice | 4 oz egg sub (E) | 4 oz egg sub (E) | 3 oz egg sub (E) | 3 oz egg sub (E) |
| | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal |
| | 1 ea coffee cake (E) | 1 ea coffee cake (E) | 1 ea coffee cake (E) | 1 ea coffee cake | 1 ea coffee cake | 1 ea coffee cake |
| | | | 2 ea fresh fruit | 2 ea fruit juice | 1 ea apple juice | 1 ea apple juice |
| | ¾ c coffee | ¾ c coffee | ¾ c coffee | ¾ c coffee | ¾ c coffee | ¾ c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | | | | 2 oz syrup | 2 oz syrup | 2 oz syrup |
| | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| | ½ oz margarine #60 cup | ½ oz margarine #60 cup | ½ oz margarine #60 cup | ½ oz margarine #60 cup | ½ oz margarine #60 cup | ½ oz margarine #60 cup |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree |
| **LUNCH** | | | | | | |
| | ¾ c sloppy joe (E) | ¾ c sloppy joe (E) | ¾ c sloppy joe (E) | 3 oz diet baked poultry (E) | 3 oz diet baked poultry (E) | 3 oz diet baked poultry (E) |
| | | | | | ¾ c rice | ¾ c rice |
| | ¾ c oven browned potatoes | ¾ c oven browned potatoes | ¾ c oven browned potatoes | ¾ c LR oven brown potatoes | | |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | | | |
| | ¾ c carrots | ¾ c carrots | ¾ c carrots | ¾ c carrots | ¾ c carrots | ¾ c carrots |
| | ¾ c squash | ¾ c squash | ¾ c squash | | ¾ c squash | ¾ c squash |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | | |
| | | | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | | | | | ½ sl bread, 1 T jelly, reg | ½ sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c LR margarine | | |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) |
| **DINNER** | | | | | | |
| | ¾ c Italian meat sauce (E) | ¾ c Italian meat sauce (E) | ¾ c Italian meat sauce | 2 oz pulled poultry (high) (E) | 2 oz pulled poultry (high) (E) | 2 oz pulled poultry (high) (E) |
| | ¾ c pasta | ¾ c pasta | ¾ c pasta | ¾ c pasta | ¾ c pasta | ¾ c pasta |
| | ¾ c corn | ¾ c corn | ¾ c corn | ¾ c corn | ¾ c corn | ¾ c corn |
| | ¾ c green beans | ¾ c green beans | ¾ c green beans | | | |
| | ¾ c marinated vegetable medley | ¾ c marinated vegetable medley | ¾ c marinated vegetable medley | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) |
| | 1 ea garlic biscuit | 1 ea garlic biscuit | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | | |
| | | | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | | | | | ½ sl bread, 1 T jelly, reg | ½ sl bread, 1 T jelly, reg |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | ¾ c fortified beverage | 3 pat LS margarine | 3 pat LS margarine |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) |

FACILITY OR INSTITUTION NAME: _____

Revised 08/19/2015

Menu represents edible portion of/or wide noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not receive gram, mustard ketchup or shredded cheese)
* Weigh before heating

MONTH OF OPERATION: _____

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 2 - Friday**

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted.

_____
Food Service Director

_____
FL Department of Corrections Approval
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

_____
Craig McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 2 oz breakfast sausage pty (E) | 2 oz breakfast sausage pty (E) (chopped) | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) |
| | 1 c grits | 1 c grits | 1 1/2 c grits | 1 c grits | 1 c grits | 1 c grits |
| | 1 c hash brown potatoes | 1 c hash brown potatoes | 1 c hashbrowns | 1 c LR hashbrowns | | |
| | 2 ea biscuits or bread | 3 ea biscuits or bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz apple juice | 4 oz apple juice | 4 oz apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | ¼ oz jelly (if 60 dishes) | ¼ oz jelly (if 60 dishes) | ¼ oz jelly (if 60 dishes) | ¼ oz jelly, regular bulk #20 | ¼ oz jelly, regular bulk #30 | ¼ oz jelly, regular bulk #30 |
| | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk | ½ oz sugar pk |
| | margarine #60 rcp | margarine #60 rcp | margarine #60 rcp | margarine #60 rcp | 1 pat LS margarine | 1 pat LS margarine |
| | ½ oz cheese (AE) | ½ oz cheese (AE) | no alternate entree | no alternate entree | no alternate entree | no alternate entree |
| **LUNCH** | | | | | | |
| | 2 oz poultry hot dogs (E) | 2 oz poultry hot dogs (E) (chopped) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) |
| | ¼ c garlic & herb pasta | ¼ c garlic & herb pasta | ¼ c garlic & herb pasta | ¼ c garlic & herb pasta | ¼ c garlic & herb pasta | ¼ c garlic & herb pasta |
| | ½ c dried beans | ½ c dried beans | ½ c dried beans | ½ c green beans | ½ c green beans | ½ c coleslaw |
| | ½ c coleslaw | ½ c green beans | ½ c diet coleslaw | | | |
| | 2 sl bread | 3 sl bread | 3 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 ea cookie | ¼ c cookie | 1 c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 bread, 1 T jelly, reg | 1 bread, 1 T jelly, reg |
| | 2 tsp ketchup | 2 tsp ketchup | 2 tsp ketchup | 2 tsp ketchup | 1 pat LS margarine | 1 pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified tea | egg substitute (AE) | egg substitute (AE) | egg substitute (AE) |
| | | | no alternate entree | | | |
| **DINNER** | | | | | | |
| | 4 oz southwestern patty (E) | 4 oz southwestern patty (E) (chopped) | 4 oz southwestern patty (E) | 4 oz diet poultry salad (E) | 4 oz diet poultry salad (E) | 4 oz diet poultry salad (E) |
| | ¼ c rice | ¼ c rice | ¼ c rice | ¼ c rice | ¼ c rice | ¼ c rice |
| | ½ c greens | ½ c greens | ½ c greens | ½ c carrots | ½ c greens | ½ c greens |
| | ½ c marinated vegetable medley | ½ c carrots | ½ c marinated vegetable medley | 3 c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) |
| | 1 ea cake w/ icing | 1 ea cake w/ icing | 1 ea cake w/ icing | 2 sl bread | 2 sl bread | 2 sl bread |
| | 2 sl bread | 2 sl bread | 2 sl bread | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | | | | 1 pat LS margarine | 1 pat LS margarine | 1 pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 fortified beverage | 1 fortified beverage |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | egg substitute (AE) | egg substitute (AE) | egg substitute (AE) |

FACILITY OR INSTITUTION NAME: _____

Revised 08/19/2015

Menu represents edible portion unless otherwise noted
(EE) Denotes Entree
(All) Denotes Alternate Entree
(AE do not waste gravy, mustard ketchup or shredded cheese)
* Weight before heating

MONTH OF OPERATION: _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 2 - Thursday

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

_____
Food Service Director

_____
FL Department of Corrections Approval
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

_____
Erika McCormick, MS, MS, LD/N
Public Health Nutrition Program Manager

### BREAKFAST

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| | ¾ c fruit juice | ¾ c fruit juice | 1 oz diet poultry patty (E) | 1 oz diet poultry patty (E) | 1 oz diet poultry patty (E) | 1 oz diet poultry patty (E) |
| | 1 c breakfast meat gravy (E) | 1 c breakfast meat gravy (E) (chopped) | ¾ c grits | ¾ c LS tyomaole potatoes | ¾ c grits | ¾ c grits |
| | ¾ c grits | ¾ c grits | 1 1/2 c grits | | | |
| | ¾ c tyomole potatoes | ¾ c tyomole potatoes | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 2 ea biscuits | 2 ea biscuits | | | | |

### LUNCH

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| | 1 c yakisoba (E) | 1 c yakisoba (E) | 1 c yakisoba (E) | 1 c yakisoba (E) | 1 c yakisoba (E) | 1 c yakisoba (E) |
| | ¾ c mixed vegetables | ¾ c mixed vegetables | | | ¾ c rice | ¾ c rice |
| | ¾ c coleslaw | ¾ c green beans | ¾ c mixed vegetables | ¾ c green beans | ¾ c mixed vegetables | ¾ c mixed vegetables |
| | | ¾ c diet coleslaw | ¾ c diet coleslaw | | ¾ c coleslaw | ¾ c coleslaw |
| | ¾ c pudding | ¾ c pudding | | | | |
| | 1 ea bread or pan biscuit | 1 ea bread or pan biscuit | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 3 T jelly, regular bulk #20 | 3 T jelly, regular bulk #20 | 2 T jelly, regular bulk #20 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | ¾ c sugar pk | ¾ c sugar pk | ¾ c sugar pk | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | ¾ c margarine #60 cup | ¾ c margarine #60 cup | 1 c margarine #60 cup | 1 pat LS margarine | 1 pat LS margarine | 1 pat LS margarine |
| | 2 oz cheese (AE) | 2 oz cheese (AE) | 3 oz egg sub (AE) | 1 ea egg sub (AE) | 1 ea egg substitute (AE) | 1 ea egg substitute (AE) |
| | | | | 1 c bread, 1 T jelly, reg | 1 c bread, 1 T jelly, reg | 1 c bread, 1 T jelly, reg |
| | | | | 1 pat LS Margarine | 1 pat LS Margarine | 1 pat LS Margarine |

### DINNER

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| | 1 ea beef patty (E) | 1 ea beef patty (E) (chopped) | 1 ea beef patty (E) | 1 ea beef patty (E) | 1 ea beef patty | 1 ea beef patty (E) |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | ¾ c rice | ¾ c rice | ¾ c rice |
| | ¾ c rice | ¾ c rice | | | | |
| | ¾ c carrot coins | ¾ c carrots | ¾ c carrot coins | ¾ c carrot coins | ¾ c carrot coins | ¾ c carrot coins |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | ¼ c pudding | ¼ c pudding | ¼ c pudding | ¼ c canned fruit | ¼ c canned fruit | ¼ c canned fruit |
| | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard | 1 tsp mustard |
| | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup | 1 tsp ketchup |
| | | | | 1 pat LS margarine | 1 pat LS margarine | 1 pat LS margarine |
| | | | | 2 pat LS margarine | 2 pat LS margarine | 2 pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | 4 oz peanut butter (# 10 disher) (AE) | 4 oz peanut butter (# 10 disher) (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) | ¾ c egg substitute (AE) |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | | 1 c bread, 1 T jelly, reg | 1 c bread, 1 T jelly, reg | 1 c bread, 1 T jelly, reg |
| | | | | 1 pat LS Margarine | 1 pat LS Margarine | 1 pat LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 2 - Wednesday

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

FACILITY OR
INSTITUTION NAME: _____

Revised 08/19/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not receive gravy, mashed ketchup or shredded cheese)
* Weight before feeding

MONTH OF
OPERATION: _____

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted

_____
Food Service Director

_____
FL Department of Corrections Approval
Shane Phillips, Operations Manager

_____
Doug McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

## BREAKFAST

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| | | 2 oz egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) | 2 oz egg sub (E) |
| 1 c oatmeal | 1 c oatmeal | 1 1/2 c oatmeal | 1 c oatmeal | 1 c oatmeal | ½ c oatmeal |
| 2 ea coffee cake (E) | 2 ea coffee cake (E) | 2 ea coffee cake | 1 ea coffee cake | 1 ea coffee cake | 1 ea coffee cake |
| 1 ea fresh fruit | 1 ea fruit juice | 1 ea fresh fruit | 1 ea apple juice | 1 ea apple juice | 1 ea apple juice |
| 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| ½ oz margarine #60 sqz | ½ oz margarine #60 sqz | ½ oz margarine #60 sqz | ½ oz margarine #60 sqz | ½ pat LS margarine | ½ pat LS margarine |
| no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree | |
| | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | 1 pat LS Margarine | 1 pat LS Margarine |

## LUNCH

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| 4 oz entry patty (E) | 4 oz entry patty (E) | 4 oz entry patty (E) | 1 oz diet braised poultry (E) | 1 oz diet braised poultry (E) | 3 oz diet braised poultry (E) |
| ½ c oven brown potatoes | ½ c oven brown potatoes | ½ c oven brown potatoes | ½ c LS oven-brown potatoes | | |
| ½ c carrot slaw | ½ c carrots | ½ c diet carrot slaw | ½ c carrots | 2 pasta | 2 pasta |
| | | | | ½ c carrot slaw | ½ c carrot slaw |
| 1 ea cookie | 1 ea cookie | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| 1 top mustard | 1 top mustard | 1 top mustard | | | |
| 1 top ketchup | 1 top ketchup | 1 top ketchup | | | |
| 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | | | |
| 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) |
| 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |

## DINNER

| Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|
| 3 ea tamale pizza (E) | 3 ea tamale pizza (E) | 3 oz pulled poultry (rngr E) | 3 oz pulled poultry (rngr E) | 1 oz pulled poultry (rngr E) | 3 oz pulled poultry (rngr E) |
| ½ c rice | ½ c rice | ½ c rice | ½ c green beans | 1 1/2 c rice | ½ c rice |
| ½ c dried beans | ½ c dried beans | ½ c green beans | | ½ c rice | ½ c rice |
| ½ c marinated vegetable medley | ½ c marinated vegetable medley | ½ c marinated vegetable medley | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) |
| 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | | | | 2 sl bread | 2 sl bread |
| ½ c bread pudding | ½ c bread pudding | ½ c bread pudding | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 2 pat LS margarine | 2 pat LS margarine |
| | | | | 1 c fortified beverage | 1 c fortified beverage |
| 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) | 1 c egg substitute (AE) |
| | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | 1 pat LS Margarine | 1 pat LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 2 - Tuesday

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

FACILITY OR INSTITUTION NAME:

MONTH OF OPERATION:

Revised 08/15/2015

Menu represents edible portion unless otherwise noted.
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not review gravy, mustard/ketchup or shredded cheese)
* Weigh before heating

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

_____
Food Service Director

FL Department of Corrections Approval
Shane Phillips, Operations Manager

Public Health Nutrition Program Manager

### Regular

**BREAKFAST**
- 2 oz breakfast sausage pty (E)
- 1 c grits
- ½ c hash brown potatoes
- 2 ea biscuits or bread
- 4 oz fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 1 T jelly (60 disher)
- 1 oz sugar pk
- ½ oz margarine #60 scp

**LUNCH**
- 1 ea chili mac (E)
- ¾ c dried beans
- ¾ c marinated vegetable medley
- 1 ea cake w/ icing
- 1 c fortified tea
- 1 c dried beans
- ¾ c pasta
- 2 oz cheese (AE)

**DINNER**
- 1 ea oven fried chicken leg ¼ (E)
- ¾ c pasta
- ¾ c dried beans
- ½ c carrots
- 2 sl bread
- 1 ea pudding
- 1 c fortified beverage
- 1 oz peanut butter (# 30 disher) (AE)
- 4 ea dried beans

### Mech/Dental

**BREAKFAST**
- 2 oz breakfast sausage pty (E) (chopped)
- 1 c grits
- ½ c hash brown potatoes
- 2 sl bread
- 4 oz fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 1 T jelly (# 60 disher)
- 1 oz sugar pk
- ½ oz margarine #60 scp

**LUNCH**
- 1 ea chili mac (E)
- ¾ c dried beans
- ¾ c green beans
- 1 ea cake w/ icing
- 1 c fortified tea
- 1 c dried beans
- ¾ c pasta
- 2 oz cheese (AE)

**DINNER**
- 1 ea oven fried chicken leg ¼ (E) (chopped)
- ¾ c pasta
- ¾ c dried beans
- ½ c carrots
- 2 sl bread
- 1 ea pudding
- 1 c fortified beverage
- 1 oz peanut butter (# 30 disher) (AE)
- 4 ea dried beans

### Fat Intolerance

**BREAKFAST**
- 1 ea egg sub (E)
- 1 c grits
- 2 sl bread
- 4 oz fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 1 T jelly, regular bulk #30
- 1 oz sugar pk

**LUNCH**
- 1 ea chili mac (E)
- ¾ c dried beans
- ¾ c marinated vegetable medley
- 2 sl bread
- 1 ea canned fruit
- 1 c fortified tea
- 1 c dried beans (AE)
- ¾ c pasta
- no alternate entree

**DINNER**
- 1 ea chicken ¼ (E, skinless)
- ¾ c pasta
- ¾ c dried beans
- ½ c carrots
- 2 sl bread
- 1 T jelly, regular bulk #30
- 1 ea canned fruit
- 1 c fortified beverage
- 4 c dried beans (AE)

### Low Residue

**BREAKFAST**
- 2 oz egg sub (E)
- 1 c grits
- 2 sl bread
- 4 oz fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 1 T jelly, regular bulk #30
- 1 oz sugar pk
- ½ oz margarine #60 scp

**LUNCH**
- 3 oz diet braised poultry (E)
- ¾ c pasta
- ¾ c green beans
- 2 sl bread
- 1 ea cake w/ icing
- 1 c fortified tea
- 1 c egg substitute (AE)
- ¾ c pasta
- no alternate entree

**DINNER**
- 1 ea baked chicken leg ¼ (E)
- ¾ c pasta
- ½ c carrots
- 2 sl bread
- 1 ea pudding
- 1 ea canned fruit
- 1 c fortified beverage
- 1 oz LS peanut butter

### Pre-Dialysis

**BREAKFAST**
- 3 oz egg sub (E)
- 1 c grits
- 2 sl bread
- 4 oz mixed fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 1 T jelly, regular bulk #30
- 1 oz sugar pk
- 1 pat LS margarine

**LUNCH**
- 3 oz diet braised poultry (E)
- ¾ c pasta
- ¾ c marinated vegetable medley (no tomatoes)
- 2 sl bread
- 1 ea cake w/ icing
- 1 c fortified tea
- 1 c egg substitute (AE)
- ¾ c pasta
- 1 pat LS margarine
- no alternate entree
- 1 bread, 1 T jelly, reg
- 1 pat LS margarine

**DINNER**
- 3 oz pulled poultry (high) (E)
- ¾ c pasta
- ½ c carrots
- 2 sl bread
- 1 ea canned fruit
- 2 pat LS margarine
- 1 c fortified beverage
- ½ c egg substitute (AE)
- 1 bread, 1 T jelly, reg
- 1 pat LS margarine

### Dialysis

**BREAKFAST**
- 3 oz egg sub (E)
- 1 c grits
- 2 sl bread
- 4 oz mixed fruit juice
- 1 c coffee
- 1 c breakfast beverage
- 1 T jelly, regular bulk #30
- 1 oz sugar pk
- 1 pat LS margarine

**LUNCH**
- 3 oz diet braised poultry (E)
- ¾ c pasta
- ¾ c marinated vegetable medley (no tomatoes)
- 2 sl bread
- 1 ea cake w/ icing
- 1 c fortified tea
- 1 c egg substitute (AE)
- ¾ c pasta
- 1 pat LS margarine
- no alternate entree
- 1 bread, 1 T jelly, reg
- 1 pat LS margarine

**DINNER**
- 3 oz pulled poultry (high) (E)
- ¾ c pasta
- ½ c carrots
- 2 sl bread
- 1 ea canned fruit
- 2 pat LS margarine
- 1 c fortified beverage
- ½ c egg substitute (AE)
- 1 bread, 1 T jelly, reg
- 1 pat LS margarine

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 2 - Monday**

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

Revised 08/19/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) denotes Alternate Entree
(AE do not waste pork, mixed ketchup or shredded cheese)
* Weigh before heating

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted

_____ Food Service Director

_____ FL Department of Corrections Approved
Shane Phillips, Operations Manager

_____ Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal | oz diet poultry patty (E) | oz diet poultry patty (E) |
| | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) | 2 ea pancakes (E) |
| | 4 oz fruit juice | 4 oz fruit juice | 4 oz fruit juice | 4 oz apple juice | 4 oz apple juice | 4 oz apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | oz syrup | oz syrup | oz syrup | oz syrup | oz syrup | oz syrup |
| | oz sugar pk | oz sugar pk | oz sugar pk | oz sugar pk | oz sugar pk | oz sugar pk |
| | oz margarine #60 cup | oz margarine #60 cup | oz margarine #60 cup | oz margarine #60 cup | pat LS margarine | pat LS margarine |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | bread, 1 T jelly, reg | bread, 1 T jelly, reg |
| | | | | | egg sub (AE) | egg sub (AE) |
| | | | | | pat LS Margarine | pat LS Margarine |
| **LUNCH** | | | | | | |
| | southern BBQ (E) | southern BBQ (E) | southern BBQ (E) | diet braised poultry (E) | diet braised poultry (E) | diet braised poultry (E) |
| | parsley potatoes | parsley potatoes | parsley potatoes | LR parsley potatoes | pasta | pasta |
| | squash | squash | squash | squash | squash | squash |
| | cole slaw | | diet coleslaw | | cole slaw | cole slaw |
| | bread | bread | bread | bread | bread | bread |
| | 1 ea cookie | 1 ea cookie | canned fruit | 1 ea cookie | canned fruit | canned fruit |
| **DINNER** | | | | | | |
| | country meat gravy (E) | country meat gravy (E) | country meat gravy (E) | LR country meat gravy (E) | pulled poultry (high) (E) | pulled poultry (high) (E) |
| | rice | rice | rice | rice | pasta | pasta |
| | cabbage | cabbage | cabbage | carrots | cabbage | cabbage |
| | marinated vegetable medley | marinated vegetable medley | marinated vegetable medley | | marinated vegetable medley (no tomatoes) | marinated vegetable medley (no tomatoes) |
| | bread or pan biscuit | bread or pan biscuit | bread, jelly/regular bulk #20 | bread | bread | bread |
| | dried beans (AE) | dried beans (AE) | canned fruit | cookie | canned fruit | canned fruit |
| | fortified beverage | fortified beverage | dried beans (AE) | fortified beverage | pat LS margarine | pat LS margarine |
| | | | fortified beverage | egg substitute (AE) | fortified beverage | fortified beverage |
| | | | | | egg substitute (AE) | egg substitute (AE) |
| | | | | | bread, 1 T jelly, reg | bread, 1 T jelly, reg |
| | | | | | pat LS Margarine | pat LS Margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 2 - SUNDAY

MONTH OF
OPERATION:_____

This is to certify that the menu is
reviewed monthly and is served as
written unless otherwise noted.

MENU SUBJECT TO CHANGE DUE TO
PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR
SECURITY ISSUES

FACILITY OR
INSTITUTION NAME:_____

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not receive gravy, mustard, ketchup or shredded cheese)
• Weight before heating

Food Service Director _____

Shane Phillips, Operations Manager
FL Department of Corrections Approval

Edna McCormick, M.S., R.D., L.D/N
Public Health Nutrition Program Manager

| | Regular | | Mech/Dental | | Fat Intolerance | | Low Residue | | Pre-Dialysis | | Dialysis | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | |
| 3 | oz | egg (E) | 3 | oz | egg (E) | 3 | oz | egg sub (E) | 3 | oz | egg sub (E) | 2 | oz | egg sub (E) | 2 | oz | egg sub (E) |
| ½ | c | grits | ½ | c | grits | 1 1/2 | c | grits | | | | ½ | c | grits | ½ | c | grits |
| ½ | c | ½ peanuts potatoes | ½ | c | ½ peanuts potatoes | ½ | c | ½ peanuts potatoes | | | | | | | | | |
| 2 | c | biscuits or bread | 2 | c | biscuits or bread | 3 | sl | bread | 3 | sl | bread | 2 | sl | bread | 2 | sl | bread |
| | | | | | | | | | | | | | | | | | |
| ½ | ea | fresh fruit | ½ | ea | fruit juice | ½ | c | fresh fruit | ½ | c | mixed fruit juice | ½ | c | mixed fruit juice | ½ | c | mixed fruit juice |
| ½ | c | coffee | ½ | c | coffee | ½ | c | coffee | ½ | c | coffee | ½ | c | coffee | ½ | c | coffee |
| 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage | 1 | c | breakfast beverage |
| ½ | oz | jelly (#60 dipher) | ½ | oz | jelly (#60 dipher) | 2 | T | jelly, regular bulk #30 | 2 | T | jelly, regular bulk #30 | 2 | T | jelly, regular bulk #30 | 2 | T | jelly, regular bulk #30 |
| 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk | 2 | ea | sugar pk |
| ½ | oz | margarine #60 scp | ½ | oz | margarine #60 scp | ½ | oz | margarine #60 scp | ½ | | margarine #60 scp | 1 | pat | LS margarine | 1 | pat | LS margarine |
| | | no alternate entree | | | no alternate entree | | | no alternate entree | | | no alternate entree | | | | | | |
| | | | | | | | | | | | | | | no alternate entree | | | no alternate entree |
| | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | |
| 1 | c | cabbage roll casserole (E) | 1 | c | cabbage roll casserole (E) | 1 | c | cabbage roll casserole (E) | 1 | c | cabbage roll casserole (E) | 1 | oz | diet braised poultry (E) | 1 | oz | diet braised poultry (E) |
| | | | | | | | | | | | | ½ | c | rice | ½ | c | rice |
| ½ | c | dried beans | ½ | c | carrots | 1 1/2 | c | rice | ½ | c | rice | ½ | c | carrots | ½ | c | carrots |
| ½ | c | marinated vegetable medley | ½ | c | carrots | ½ | c | dried beans | ½ | c | carrots | ½ | c | marinated vegetable medley | ½ | c | marinated vegetable medley |
| | | | | | | ½ | c | marinated vegetable medley | | | | | | (no tomatoes) | | | (no tomatoes) |
| | | | | | | | | | | | | | | | | | |
| 1 | ea | cornbread | 1 | ea | cornbread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread |
| | | | | | | 3 | T | jelly, regular bulk #30 | 3 | T | jelly, regular bulk #30 | 2 | T | jelly, regular bulk #30 | 2 | T | jelly, regular bulk #30 |
| | | | | | | ½ | c | canned fruit | ½ | c | canned fruit | ½ | c | canned fruit | ½ | c | canned fruit |
| 1 | c | fortified tea | 1 | c | fortified tea | 1 | c | canned fruit | 1 | c | fortified tea | 1 | c | fortified tea | 1 | c | fortified tea |
| | | | | | | | | fortified tea | | | | | | | | | |
| ½ | c | dried beans (AE) | ½ | c | dried beans (AE) | ½ | c | dried beans (AE) | ½ | c | egg substitute (AE) | ½ | c | egg substitute (AE) | ½ | c | egg substitute (AE) |
| ½ | c | rice | ½ | c | rice | | | | | | | 1 | pat | LS margarine | 1 | pat | LS margarine |
| | | | | | | | | | | | | 1 | sl | bread, 1 T jelly, reg | 1 | sl | bread, 1 T jelly, reg |
| | | | | | | | | | | | | 1 | pat | LS Margarine | 1 | pat | LS Margarine |
| | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | |
| 4 | oz | salisbury patty (E) | 4 | oz | salisbury patty (E) (chopped) | 4 | oz | salisbury patty (E) | 4 | oz | pulled poultry (high) (E) | 4 | oz | pulled poultry (high) (E) | 4 | oz | pulled poultry (high) (E) |
| ½ | c | mashed potatoes | ½ | c | mashed potatoes | ½ | c | mashed potatoes | ½ | c | mashed potatoes | ½ | c | pasta | ½ | c | pasta |
| ½ | c | broccoli | ½ | c | broccoli | ½ | c | broccoli | ½ | c | green beans | ½ | c | broccoli | ½ | c | broccoli |
| ½ | c | coleslaw | ½ | c | diet coleslaw | ½ | c | diet coleslaw | ½ | c | diet coleslaw | ½ | c | coleslaw | ½ | c | coleslaw |
| 2 | sl | bread or | 2 | sl | bread or | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread | 2 | sl | bread |
| 1 | ea | pan biscuit | 1 | ea | pan biscuit | 2 | T | jelly, regular, reg | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| ½ | c | margarine #100 scp | ½ | oz | margarine #100 scp | ½ | c | canned fruit | ½ | c | canned fruit | ½ | c | canned fruit | ½ | c | canned fruit |
| 1 | c | fortified beverage | 1 | c | fortified beverage | 1 | c | fortified beverage | 3 | c | pulled poultry (AE) | 2 | pat | LS margarine | 2 | pat | LS margarine |
| | | | | | | | | | | | | 1 | c | fortified beverage | 1 | c | fortified beverage |
| ½ | c | dried beans (AE) | ½ | c | dried beans (AE) | ½ | c | dried beans (AE) | ½ | c | egg substitute (AE) | ½ | c | egg substitute (AE) | ½ | c | egg substitute (AE) |
| | | | | | | | | | | | | 1 | sl | bread, 1 T jelly, reg | 1 | sl | bread, 1 T jelly, reg |
| | | | | | | | | | | | | 1 | pat | LS Margarine | 1 | pat | LS Margarine |

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## MASTER MENU
### WEEK 1 - Saturday

Revised 06/16/2015

FACILITY OR INSTITUTION NAME: _____

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not receive perm, nutrient batches or shredded cheese)
• Weight before holding

MONTH OF OPERATION: _____

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

_____ Food Service Director

Fl. Department of Corrections Approval
Shane Phillips, Operations Manager

Doug Ake-Commons, MS, RD, LD/N
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCT/PRODUCTION PROBLEMS, PRODUCT AVAILABILITY OR SECURITY ISSUES

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 1 c oatmeal | 1 c oatmeal | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) | 4 oz egg sub (E) |
| | 2 ea coffee cake (E) | 2 ea coffee cake (E) | 1 1/2 c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal |
| | | | sl bread | 2 ea coffee cake | 3 ea coffee cake | 3 ea coffee cake |
| | ea fresh fruit | ea fruit juice | ea fresh fruit | ea apple juice | ea apple juice | ea apple juice |
| | c coffee | c coffee | c coffee | c coffee | c coffee | c coffee |
| | c breakfast beverage | c breakfast beverage | c breakfast beverage | c breakfast beverage | c breakfast beverage | c breakfast beverage |
| | | | | oz syrup | oz syrup | oz syrup |
| | ea sugar pk | ea sugar pk | ea sugar pk | ea sugar pk | ea sugar pk | ea sugar pk |
| | ea margarine pk (0-dinner) | ea margarine pk (0-dinner) | ea margarine pk (0-dinner) | pat LS margarine | pat LS margarine | pat LS margarine |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree |
| **LUNCH** | | | | | | |
| | ½ c southern BBQ (E) | ½ c southern BBQ (E) | ½ c southern BBQ (E) | 1 c diet braised poultry (E) | 1 c diet braised poultry (E) | 1 c diet braised poultry (E) |
| | ½ c pasta salad | ½ c pasta salad | ½ c pasta | ½ c pasta | ½ c pasta | ½ c pasta |
| | ½ c dried beans | ½ c dried beans | ½ c dried beans | | | |
| | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots | ½ c carrots |
| | ½ c marinated vegetable medley | ½ c marinated vegetable medley | ½ c marinated vegetable medley | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | ½ c jelly, regular bulk #20 | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | ½ c fortified tea | ½ c fortified tea | ½ c fortified tea |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 ea egg substitute (AE) | 1 ea egg substitute (AE) | 1 ea egg substitute (AE) |
| | | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | pat LS margarine | pat LS margarine |
| **DINNER** | | | | | | |
| | 2 ea hot dogs (E) w/ | 2 ea hot dogs (E) w/ | 3 oz pulled poultry (E) | 4 oz pulled poultry (high) (E) | 4 oz pulled poultry (high) (E) | 4 oz pulled poultry (high) (E) |
| | 2 ea chili | 2 ea chili (chopped) | | | | |
| | ½ c rice | ½ c rice | ½ c rice | ½ c rice | ½ c rice | ½ c rice |
| | ½ c mixed vegetables | ½ c mixed vegetables | ½ c mixed vegetables | ½ c mixed vegetables | ½ c mixed vegetables | ½ c mixed vegetables |
| | | ½ c green beans | ½ c green beans | ½ c marinated vegetable medley | ½ c marinated vegetable medley (no tomatoes) | ½ c marinated vegetable medley (no tomatoes) |
| | ½ c marinated vegetable medley | ½ c marinated vegetable medley | ½ c marinated vegetable medley | | | |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | | | ½ c jelly, regular bulk #20 | ½ c canned fruit | ½ c canned fruit | ½ c canned fruit |
| | | | | | pat LS margarine | pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | ½ c fortified beverage | ½ c fortified beverage | ½ c fortified beverage |
| | 1 c dried beans (AE) | 1 c dried beans (AE) | 1 c canned fruit | ½ c egg substitute (AE) | ½ c egg substitute (AE) | ½ c egg substitute (AE) |
| | | | | | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | pat LS margarine | pat LS margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 4 of 4 Weeks

MONTH OF _____
OPERATION _____

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted.

_____
Food Service Director

FL Department of Corrections Approved
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEM, PRODUCT AVAILABILITY, OR SECURITY ISSUES

FL Department of Corrections Approved
Craig H. Cummings, MS, RD, LD/N
Public Health Nutrition Program Manager

Revised 08/16/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(All do not receive gravy, instant 6 ashley or smoked cheese)
* Weight before heating

**Regular**

BREAKFAST
- oz breakfast sausage pry (E)
- oz (chopped)
- c grits
- c hash brown potatoes
- ea biscuits or bread

- oz fruit juice
- c coffee
- c breakfast beverage
- T jelly (#60 disher)
- ea sugar pk
- ea margarine (# 60 disher)
- oz cheese (AE)

LUNCH
- c cheesy meat casserole (E)
- c greens
- c marinated vegetable medley
- sl bread or
- ea pan biscuit
- c pudding
- c fortified tea
- c diced beans (AE)
- c pasta

DINNER
- oz smoked turkey sausage (E)
- c oven browned potatoes
- c vegetable blend
- c coleslaw
- sl bread
- c canned fruit
- tsp mustard
- c fortified beverage
- c diced beans (AE)

**Mech/Dental**

BREAKFAST
- oz breakfast sausage pry (E)
- c grits
- c hash brown potatoes
- ea biscuits or bread

- oz fruit juice
- c coffee
- c breakfast beverage
- T jelly (#60 disher)
- ea sugar pk
- ea margarine (# 60 disher)
- oz cheese (AE)

LUNCH
- c cheesy meat casserole (E)
- c greens
- c carrots
- sl bread or
- ea pan biscuit
- c pudding
- c fortified tea
- c diced beans (AE)
- c pasta

DINNER
- oz smoked turkey sausage (E)
- c oven browned potatoes
- c vegetable blend
- c green beans
- sl bread
- c canned fruit
- tsp mustard
- c fortified beverage
- c diced beans (AE)

**Fat Intolerance**

BREAKFAST
- oz egg sub (E)
- c grits
- sl bread

- oz fruit juice
- c coffee
- c breakfast beverage
- T jelly (#60 disher)
- ea sugar pk
- no alternate entree

LUNCH
- c cheesy meat casserole (E)
- c diced beans
- c greens
- c marinated vegetable medley
- sl bread
- T jelly, regular bulk #20
- c pudding
- c fortified tea
- c pasta
- no alternate entree

DINNER
- oz smoked turkey sausage
- c oven browned potatoes
- c vegetable blend
- c diet coleslaw
- sl bread
- c canned fruit
- tsp mustard
- c fortified beverage
- egg substitute(AE)

**Low Residue**

BREAKFAST
- oz egg sub (E)
- c grits
- c LR hashbrowns
- sl bread

- oz fruit juice
- c coffee
- c breakfast beverage
- T jelly, regular bulk #30
- ea sugar pk
- ea margarine #60 scp
- no alternate entree

LUNCH
- c diet braised poultry (E)
- c pasta
- c carrots
- sl bread
- T jelly, regular bulk #30
- c pudding
- c fortified tea
- egg substitute(AE)
- no alternate entree

DINNER
- oz pulled poultry thigh (E)
- c oven browned potatoes
- c green beans
- c coleslaw
- sl bread
- c canned fruit
- pat LS margarine
- c fortified beverage
- egg substitute(AE)
- pat LS Margarine

**Pre-Dialysis**

BREAKFAST
- oz egg sub (E)
- c grits
- sl bread

- oz apple juice
- c coffee
- c breakfast beverage
- T jelly, regular bulk #30
- ea sugar pk
- pat LS margarine
- no alternate entree

LUNCH
- c diet braised poultry (E)
- c greens
- c marinated vegetable medley
  (no tomatoes)
- sl bread
- c canned fruit
- pat LS margarine
- c fortified tea
- bread, 1 T jelly, reg
- pat LS Margarine

DINNER
- oz pulled poultry thigh (E)
- c rice
- c mixed vegetable
- c coleslaw
- sl bread
- c canned fruit
- pat LS margarine
- c fortified beverage
- bread, 1 T jelly, reg
- pat LS Margarine

**Dialysis**

BREAKFAST
- oz egg sub (E)
- c grits
- sl bread

- oz apple juice
- c coffee
- c breakfast beverage
- T jelly, regular bulk #30
- ea sugar pk
- pat LS margarine
- no alternate entree

LUNCH
- c diet braised poultry (E)
- c greens
- c marinated vegetable medley
  (no tomatoes)
- sl bread
- c canned fruit
- pat LS margarine
- c fortified tea
- bread, 1 T jelly, reg
- pat LS Margarine

DINNER
- oz pulled poultry thigh (E)
- c rice
- c mixed vegetable
- c coleslaw
- sl bread
- c canned fruit
- pat LS margarine
- c fortified beverage
- egg substitute(AE)
- bread, 1 T jelly, reg
- pat LS Margarine

FACILITY OR
INSTITUTION NAME _____

**FACILITY OR INSTITUTION NAME:** _____

Revised 09/15/2015

Menu represents edible portion unless otherwise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(All do not receive gravy, mashed backup or shredded cheese)
* Weigh before heating

**MONTH OF OPERATION:** _____

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

Food Service Director _____

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 1 - Thursday**

FL Department of Corrections Approval
Shane Phillips, Operations Manager

FL Department of Corrections Approval
Craig VanSandt, MS, RD, LDN
Public Health Nutrition Program Manager

**MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES**

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | ¾ c breakfast meat gravy (E)<br>¾ c grits<br>¾ c Lyonnais potatoes<br>2 ea biscuits<br>4 oz fruit juice<br>c coffee<br>c breakfast beverage<br>1 ea jelly (# 60 disher)<br>2 ea sugar pk<br>¾ oz margarine (at 60 dishes)<br>oz cheese (AE) | ¾ c breakfast meat gravy (E) (chopped)<br>¾ c grits<br>¾ c Lyonnais potatoes<br>2 ea biscuits<br>4 oz fruit juice<br>c coffee<br>c breakfast beverage<br>1 ea jelly (# 60 disher)<br>2 ea sugar pk<br>¾ oz margarine (at 60 dishes)<br>oz cheese (AE) | 2 oz diet poultry patty (E)<br>¾ c grits<br>¾ c Lyonnaise potatoes<br>2 sl bread<br>½ c fruit juice<br>c coffee<br>c breakfast beverage<br>1 T jelly, regular bulk #20<br>1 ea cookie<br>2 ea sugar pk<br>oz egg sub (AE) | 2 oz diet poultry patty (E)<br>¾ c grits<br>¾ c Lyonnaise potatoes<br>2 sl bread<br>½ c fruit juice<br>c coffee<br>c breakfast beverage<br>1 T jelly, regular bulk #30<br>1 ea canned fruit<br>2 ea sugar pk<br>¾ oz margarine #60 cup | ¾ c mixed fruit juice<br>c coffee<br>c breakfast beverage<br>1 T jelly, regular bulk #30<br>1 ea canned fruit<br>¾ c sugar pk<br>pat LS margarine<br>1 fortified beverage | ¾ c mixed fruit juice<br>c coffee<br>c breakfast beverage<br>1 T jelly, regular bulk #30<br>1 ea canned fruit<br>¾ c sugar pk<br>pat LS margarine<br>1 fortified beverage |
| **LUNCH** | 1 ea yakisoba (E)<br>¾ c dried beans<br>¾ c coleslaw<br>pasta<br>oz cheese (AE) | 1 ea yakisoba (E)<br>¾ c dried beans<br>¾ c carrots<br>pasta<br>oz cheese (AE) | 1 c yakisoba (E)<br>¾ c dried beans<br>¾ c diet coleslaw<br>pasta<br>2 oz egg sub (AE) | 1 ea yakisoba (E)<br>¾ c carrots<br>pasta<br>2 oz egg substitute (AE) | 1 LS yakisoba (E)<br>¾ c carrots<br>¾ c coleslaw<br>2 pat LS margarine<br>egg substitute (AE) | 1 c yakisoba (E)<br>¾ c pasta<br>¾ c carrots<br>¾ c coleslaw<br>2 pat LS margarine<br>egg substitute (AE) |
| **DINNER** | 1 ea beef patty (E)<br>¾ c mashed potatoes<br>¾ c cabbage<br>2 sl bread<br>½ c marinated vegetable medley<br>¾ c jelly, regular bulk #20<br>¾ c pudding<br>1 tsp mustard<br>1 tsp ketchup<br>1 c fortified beverage<br>oz peanut butter (# 10 disher) (AE) | 1 ea beef patty (E)<br>¾ c mashed potatoes<br>¾ c cabbage<br>2 sl bread<br>½ c marinated vegetable medley<br>¾ c green beans<br>¾ c jelly, regular bulk #20<br>¾ c pudding<br>1 tsp mustard<br>1 tsp ketchup<br>1 c fortified beverage<br>oz peanut butter (# 10 disher) (AE) | 1 ea beef patty (E)<br>¾ c mashed potatoes<br>¾ c cabbage<br>2 sl bread<br>½ c marinated vegetable medley<br>¾ c green beans<br>¾ c jelly, regular bulk #20<br>¾ c pudding<br>1 tsp mustard<br>1 tsp ketchup<br>1 c fortified beverage<br>oz peanut butter (# 10 disher) (AE) | 1 ea beef patty (E)<br>1 1/2 c rice<br>¾ c cabbage<br>2 sl bread<br>½ c green beans<br>¾ c jelly, regular bulk #30<br>¾ c pudding<br>1 tsp mustard<br>1 tsp ketchup<br>pat LS margarine<br>1 c fortified beverage<br>oz LS peanut butter | 1 ea beef patty (E)<br>c rice<br>¾ c cabbage<br>2 sl bread<br>pat LS margarine<br>¾ c canned fruit<br>1 tsp mustard<br>1 tsp ketchup<br>pat LS margarine<br>1 c fortified beverage<br>sl bread, 1 T jelly, reg<br>pat LS margarine | 1 ea beef patty (E)<br>c rice<br>¾ c cabbage<br>2 sl bread<br>pat LS margarine<br>¾ c canned fruit<br>1 tsp mustard<br>1 tsp ketchup<br>pat LS margarine<br>1 c fortified beverage<br>sl bread, 1 T jelly, reg<br>pat LS margarine |

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**MASTER MENU**
**WEEK 1 - Wednesday**

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

Revised 08/15/2015

Menu represents whole portion unless other wise noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not receive gravy, mustard, ketchup or shredded cheese)
• Weigh before heating

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted

Food Service Director _____

FL Department of Corrections Approver
Shara Phillips, Operations Manager

Craig McCrimmon, MS, RD, LD/N
Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 1 c oatmeal | 1 c oatmeal | 1½ c oatmeal | 1 c oatmeal | 1 c oatmeal | 1 c oatmeal |
| | 2 c coffee cake (E) | 2 c coffee cake (E) | 2 ea egg sub (E) | 2 ea egg sub (E) | 2 ea egg sub (E) | 2 ea egg sub (E) |
| | | | 2 sl bread | 2 ea coffee cake (E) | 2 ea coffee cake | 2 ea coffee cake |
| | 1 ea fresh fruit | 1 ea fruit juice | 1 ea fresh fruit | 1 ea fruit juice | 1 ea apple juice | 1 ea apple juice |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk | 2 ea sugar pk |
| | ½ oz margarine (6.0 dishr) | ½ oz margarine (6.0 dishr) | | | 3 ea pat LS margarine | 3 ea pat LS margarine |
| | no alternate entrée | no alternate entrée | no alternate entrée | no alternate entrée | no alternate entrée | no alternate entrée |
| **LUNCH** | | | | | | |
| | ¾ c sloppy joe (E) | ¾ c sloppy joe (E) | ¾ c sloppy joe (E) | ¾ c LR sloppy joe (E) | 1 ea diet sloppy joe (E) | 1 ea diet sloppy joe (E) |
| | ¾ c oven stripped potatoes | ¾ c oven stripped potatoes | ¾ c oven stripped potatoes | ¾ c oven stripped potatoes | ½ c rice | ½ c rice |
| | ¾ c dried beans | ¾ c dried beans | ¾ c dried beans | | | |
| | ¾ c squash | ¾ c squash | ¾ c squash | ¾ c squash | ¾ c squash | ¾ c squash |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 c cookie | 1 c cookie | 1 c cookie | 1 c cookie | ¾ c canned fruit | ¾ c canned fruit |
| | | | | | 3 ea pat LS margarine | 3 ea pat LS margarine |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea |
| | 1 c dried beans(AI) | 1 c dried beans(AI) | 1 c dried beans(AI) | 1 c egg substitute(AI) | 1 c egg substitute(AI) | 1 c egg substitute(AI) |
| **DINNER** | | | | | | |
| | 4 oz country patty (E) | 4 oz country patty (chopped) | 4 oz country patty (E) | 4 oz country patty (E) | 4 oz country patty (E) | 4 oz diet braised poultry (E) |
| | ½ c rice | ½ c rice | ½ c rice | ½ c rice | ½ c rice | ½ c rice |
| | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c vegetable blend |
| | ¾ c carrot corns | ¾ c carrot corns | ¾ c carrot corns | ¾ c carrots | ¾ c carrot corns | ¾ c carrot corns |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | ½ c cake w/ icing | ½ c cake w/ icing | ½ c jelly, regular bulk #20 | ½ c jelly, regular bulk #20 | ½ c jelly, regular bulk #20 | ½ c jelly, regular bulk #20 |
| | | | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit | ¾ c canned fruit |
| | ½ c margarine #100 scp | ½ c margarine #100 scp | | | 3 ea pat LS margarine | 3 ea pat LS margarine |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified beverage |
| | 1 c dried beans (AI) | 1 c dried beans (AI) | 1 c dried beans(AI) | 1 c egg substitute(AI) | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | | | | | 1 ea pat LS margarine | 1 ea pat LS margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 1 (Tuesday)

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

Revised 08/10/2015

Menu represents edible portion unless other wise noted.
(E) Denotes Entree
(All Denotes Alternate Entree
(All do not receive gravy, marinade/ketchup or shredded cheese)
• Weigh before heating

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted.

Food Service Director _____

FL Department of Corrections Approval
Shane Phillips, Operations Manager

FL Department of Corrections Approval
Public Health Nutrition Program Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

| Regular | | Mech/Dental | | Fat Intolerance | | Low Residue | | Pre-Dialysis | | Dialysis | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | | **BREAKFAST** | |
| 2 | oz breakfast sausage pty (E) | 2 | oz breakfast sausage pty (E) | 2 | oz egg sub (E) | 1 | oz egg sub (E) | 1 | oz egg sub (E) | ½ | c egg sub (E) |
| | (chopped) | | (chopped) | | | | | | | | |
| ¾ | c grits | ¾ | c grits | ¾ | c grits | ¾ | c grits | ¾ | c grits | ¾ | c grits |
| 1 | c hash brown potatoes | 1 | c hash brown potatoes | 1 | c LR hashbrowns | | | | | | |
| 2 | ea biscuits or bread | 2 | ea biscuits or bread | 2 | sl bread | 2 | sl bread | 2 | sl bread | 2 | sl bread |
| 4 | oz fruit juice | 4 | oz fruit juice | 4 | oz fruit juice | ½ | c mixed fruit juice | ½ | c mixed fruit juice | ½ | c mixed fruit juice |
| ¾ | c coffee | ¾ | c coffee | ¾ | c coffee | ¾ | c coffee | ¾ | c coffee | ¾ | c coffee |
| 1 | c breakfast beverage | 1 | c breakfast beverage | 1 | c breakfast beverage | 1 | c breakfast beverage | 1 | c breakfast beverage | 1 | c breakfast beverage |
| 2 | oz jelly (# 60 disher) | 2 | oz jelly (# 60 disher) | 1 | T jelly, regular bulk #20 | 1 | T jelly, regular bulk #20 | 1 | T jelly, regular bulk #20 | 1 | T jelly, regular bulk #20 |
| 2 | ea sugar pk | 2 | ea sugar pk | 2 | ea sugar pk | 2 | ea sugar pk | 2 | ea sugar pk | 2 | ea sugar pk |
| 2 | oz margarine (# 60 disher) | 2 | oz margarine (# 60 disher) | 2 | oz margarine #60 cup | | | 3 | pat LS margarine | 3 | pat LS margarine |
| 2 | oz cheese (Alt) | 2 | oz cheese (Alt) | | no alternate entree | | no alternate entree | | egg substitute (Alt) | | egg substitute (Alt) |
| **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | | **LUNCH** | |
| 4 | oz peanut butter & jelly (E) | 4 | oz peanut butter & jelly (E) | 4 | oz pulled poultry thigh (E) | 4 | oz peanut butter & jelly (E) | 3 | oz diet breaded poultry (E) | 3 | oz diet breaded poultry (E) |
| | (#10 scoop) | | (#10 scoop) | | | | (#10 scoop) | | | | |
| ¾ | c dried beans | ¾ | c dried beans | ¾ | c dried beans | ¾ | c dried beans | ½ | c pasta | ½ | c pasta |
| ¾ | c marinated vegetable medley | ¾ | c marinated vegetable medley | ¾ | c marinated vegetable medley | ¾ | c green beans | ¾ | c marinated vegetable medley | ¾ | c marinated vegetable medley |
| | | | | | | | | | (no tomatoes) | | (no tomatoes) |
| 2 | sl bread | 2 | sl bread | 2 | sl bread | 2 | sl bread | 2 | sl bread | 2 | sl bread |
| | | | | | | | | 1 | T jelly, regular bulk #20 | 1 | T jelly, regular bulk #20 |
| ¾ | c pudding | ¾ | c pudding | ¾ | c canned fruit | ¾ | c pudding | ¾ | c canned fruit | ¾ | c canned fruit |
| | | | | | | | | 3 | pat LS margarine | 3 | pat LS margarine |
| 1 | c fortified tea | 1 | c fortified tea | 1 | c fortified tea | 1 | c fortified tea | | fortified tea | | fortified tea |
| | No Alternate Entree | | No Alternate Entree | | no alternate entree | | no alternate entree | | egg substitute (Alt) | | egg substitute (Alt) |
| **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | | **DINNER** | |
| 1 | ea oven fried chicken leg ¼ (E) | 1 | ea oven fried chicken leg ¼ (E) | 1 | ea chicken ¼ (skinless) (E) | 1 | ea LR baked chicken leg ¼ (E) | 3 | oz pulled poultry thigh (E) | 3 | oz pulled poultry high (E) |
| ¾ | c rice | ¾ | c rice | ¾ | c rice | ¾ | c rice | ½ | c rice | ½ | c rice |
| ¾ | c carrots | ¾ | c carrots | ¾ | c carrots | ¾ | c carrots | ¾ | c carrots | ¾ | c carrots |
| 2 | sl bread | 2 | sl bread | 2 | sl bread or | 2 | sl bread or | 2 | sl bread or | 2 | sl bread or |
| | | | | 3 | T jelly, regular bulk #20 | | | | | | |
| ¾ | c bread pudding | ¾ | c bread pudding | ¾ | c canned fruit | ¾ | c canned fruit | ¾ | c canned fruit | ¾ | c canned fruit |
| | | | | | | | | 2 | pat LS margarine | 2 | pat LS margarine |
| 1 | c fortified beverage | 1 | c fortified beverage | 1 | c fortified beverage | 1 | c fortified beverage | | fortified beverage | | fortified beverage |
| 4 | oz peanut butter (# 20 disher) (Alt) | 4 | oz peanut butter (# 20 disher) (Alt) | 4 | oz dried beans (Alt) | 4 | oz LS peanut butter | ½ | c bread, 1 T jelly, reg | ½ | c bread, 1 T jelly, reg |
| | | | | | | | | | pat LS margarine | | pat LS margarine |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 1 - Monday

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

Revised 08/16/2015

FACILITY OR INSTITUTION NAME: _____

MONTH OF OPERATION: _____

Menu represents daily edible portion unless otherwise note noted
(E) Denotes Entree
(Alt) Denotes Alternate Entree
(All do not receive gravy, mustard ketchup or shredded cheese)
• Weigh before making

This is to certify that the menu is reviewed monthly and is served as written unless otherwise noted.

_____ Food Service Director

_____ FL Department of Corrections Approved
Shane Phillips, Operations Manager

_____ FL Department of Corrections Approved
Craig McCormick, MS, RD, LD/N
Public Health Nutrition Program Manager

| | Regular | Meds/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | oatmeal | oatmeal | oatmeal | diet poultry patty (E) | diet poultry patty (E) | diet poultry patty (E) |
| | pancakes (E) | pancakes (E) | pancakes (E) | oatmeal | oatmeal | oatmeal |
| | fruit juice | fruit juice | fruit juice | pancakes (E) | pancakes (E) | pancakes (E) |
| | coffee | coffee | coffee | apple juice | apple juice | apple juice |
| | coffee | coffee | coffee | coffee | coffee | coffee |
| | breakfast beverage | breakfast beverage | breakfast beverage | breakfast beverage | breakfast beverage | breakfast beverage |
| | syrup | syrup | syrup | syrup | syrup | syrup |
| | syrup | syrup | syrup | syrup | syrup | syrup |
| | sugar pk | sugar pk | sugar pk | sugar pk | sugar pk | sugar pk |
| | margarine (60 dish) | margarine (60 dish) | margarine #60 sg | pat LS margarine | pat LS margarine | pat LS margarine |
| | no alternate entree | no alternate entree | no alternate entree | egg sub (Alt) | egg sub (Alt) | egg sub (Alt) |
| **LUNCH** | | | | | | |
| | entry patty (E) | entry patty (E) | entry patty (E) | diet braised poultry (E) | entry patty (E) | entry patty (E) |
| | potato salad | potato salad | parsley potatoes | LS parsley potatoes | bread | bread |
| | stewed tomatoes | stewed tomatoes | stewed tomatoes | green beans | rice | rice |
| | carrot slaw | green beans | diet carrot slaw | carrot slaw | carrots | carrots |
| | bread | bread | bread | bread | carrot slaw | carrot slaw |
| | cake w/ icing | cake w/ icing | jelly, regular bulk #20 | canned fruit | pasta | pasta |
| | mustard | mustard | canned fruit | mustard 1 tsp/ketchup 1 tsp | canned fruit | canned fruit |
| | ketchup | ketchup | mustard | pat LS margarine | bread, 1 T jelly, reg | bread, 1 T jelly, reg |
| | fortified tea | fortified tea | ketchup | fortified tea | pat LS margarine | pat LS margarine |
| | fortified tea | fortified tea | fortified tea | egg substitute(Alt) | egg substitute(Alt) | egg substitute(Alt) |
| | dried beans (Alt) | dried beans (Alt) | dried beans (Alt) | | | |
| **DINNER** | | | | | | |
| | poultry hot dogs (E) | poultry hot dogs (E) (chopped) | pulled poultry high (E) | pulled poultry high (E) | pulled poultry high (E) | pulled poultry high (E) |
| | oven browned potatoes | oven browned potatoes | overblown potatoes | LS overblown potatoes | bread | bread |
| | baked beans | baked beans | baked beans | rice | rice | rice |
| | coleslaw | carrots | carrots | carrots | carrots | carrots |
| | bread | bread | bread | bread | canned fruit | canned fruit |
| | brownie | brownie | brownie | brownie | pat LS margarine | pat LS margarine |
| | mustard | mustard | jelly, regular bulk #20 | canned fruit | fortified beverage | fortified beverage |
| | ketchup | ketchup | mustard | mustard 1 tsp/ketchup 1 tsp | egg substitute(Alt) | egg substitute(Alt) |
| | fortified beverage | fortified beverage | ketchup | pat LS margarine | bread, 1 T jelly, reg | bread, 1 T jelly, reg |
| | dried beans (Alt) | dried beans (Alt) | fortified beverage | fortified beverage | pat LS margarine | pat LS margarine |
| | | | dried beans (Alt) | egg substitute(Alt) | | |

**FACILITY OR INSTITUTION NAME:** _____

Revised 08/16/2015

Menu represents white portion other side color noted
(E) Denotes Entree
(AE) Denotes Alternate Entree
(AE do not review gravy, mustard turkey or shredded cheese)
• Weigh before heating

**MONTH OF OPERATION:** _____

This is to certify that this menu is reviewed monthly and is served as written unless otherwise noted.

_____
Food Service Director

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MASTER MENU
WEEK 1 - SUNDAY

FL Department of Corrections Approval
Shane Phillips, Operations Manager

MENU SUBJECT TO CHANGE DUE TO PRODUCTION PROBLEMS, PRODUCT AVAILABILITY, OR SECURITY ISSUES

(Craig McCormick, MS, RD, LDN)
Public Health Nutrition Program Manager

| | Regular | Mech/Dental | Fat Intolerance | Low Residue | Pre-Dialysis | Dialysis |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| | 3 oz eggs (E) | 3 oz eggs (E) | 3 oz egg sub (E) | 3 oz egg sub (E) | | 2 oz egg sub (E) |
| | 1 c grits | 1 c grits | 1 c grits | 1 c grits | 1 c mixed fruit juice | 1 c mixed fruit juice |
| | ¾ c lyonnaise potatoes | ¾ c lyonnaise potatoes | ¾ c lyonnaise potatoes | 1 c lyonnaise potatoes | 2 sl bread | 1 c grits |
| | ea biscuits or bread | ea biscuits or bread | 2 sl bread | 1 c tomato potatoes | | 2 sl bread |
| | 1 ea fresh fruit | 1 ea fruit juice | 1 ea fresh fruit | | | |
| | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee | 1 c coffee |
| | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage | 1 c breakfast beverage |
| | 2 T jelly #60 scp | 2 T jelly #60 scp | 2 T jelly, regular bulk #20 scp | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 | 2 T jelly, regular bulk #30 |
| | ea sugar pk | ea sugar pk | ea sugar pk | ea sugar pk | ea sugar pk | ea sugar pk |
| | ea margarine (# 60 dished) | ea margarine (# 60 dished) | ea margarine #60 scp | ea margarine #60 scp | 1 pat LS margarine | 1 pat LS margarine |
| **LUNCH** | | | | | | |
| | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree | no alternate entree |
| | ¾ c tuna meat (E) | ¾ c shredded cheese (#16) | ¾ c tuna meat (E) | ¾ c diet braised poultry (E) | 3 oz diet braised poultry (E) | 3 oz diet braised poultry (E) |
| | ¾ c rice | ¾ c rice | ¾ c rice | ¾ c shredded cheese (#16) | ¾ c rice | ¾ c rice |
| | ¾ c dired beans | ¾ c dired beans | ¾ c dired beans | 1 1/2 c rice | | |
| | 2 sl marinated vegetable medley | 2 sl green beans | 3 sl marinated vegetable medley | 2 sl green beans | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) |
| | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | 1 c fortified tea | ¾ c canned fruit | ¾ c canned fruit |
| | ¾ c dired beans(AE) | ¾ c dired beans(AE) | ¾ c canned fruit | ¾ c canned fruit | 1 pat LS margarine | 1 pat LS margarine |
| | | | | | 1 c fortified tea | 1 c fortified tea |
| | | | | 1 egg substitute (AE) | 1 egg substitute (AE) | 1 egg substitute (AE) |
| | | | | 1 pat LS margarine | 1 pat LS margarine | 1 pat LS margarine |
| **DINNER** | | | | | | |
| | 2 oz turkey ham (E) | 2 oz turkey ham (E) (chopped) | 2 oz turkey ham (E) | 2 oz turkey ham (E) | 3 oz pulled poultry thigh (E) | 3 oz diet pulled poultry thigh (E) |
| | ¾ c cherry grits | ¾ c cherry grits | 1 1/2 c cheese grits | 1 c cheese grits | ¾ c grits | ¾ c grits |
| | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c vegetable blend | ¾ c carrots | ¾ c vegetable blend | ¾ c vegetable blend |
| | ¾ c marinated vegetable medley | ¾ c marinated vegetable medley | ¾ c carrots | | ¾ c marinated vegetable medley (no tomatoes) | ¾ c marinated vegetable medley (no tomatoes) |
| | 1 ea bread or | 1 ea bread or | 2 sl bread | 2 sl bread | 2 sl bread | 2 sl bread |
| | 2 sl pan biscuit | 2 sl pan biscuit | 2 T jelly, regular bulk #20 scp | 2 T jelly, regular bulk #30 | ¾ c canned fruit | ¾ c canned fruit |
| | ¼ c margarine #100 scp | ¼ c margarine #100 scp | ¾ c canned fruit | ¾ c canned fruit | | |
| | 1 c fortified beverage | 1 c fortified beverage | 1 c fortified tea | 1 c fortified tea | 1 sl bread, 1 T jelly, reg | 1 sl bread, 1 T jelly, reg |
| | ¾ c dired beans (AE) | ¾ c dired beans (AE) | 1 egg substitute (AE) | 1 egg substitute (AE) | 1 c fortified beverage | 1 c fortified beverage |
| | | | 1 pat LS margarine | 1 pat LS margarine | 1 egg substitute (AE) | 1 egg substitute (AE) |
| | | | | | 1 pat LS margarine | 1 pat LS margarine |

FOOD SERVICE

MAILED/FILED

APR 0 5 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 17-6-12225 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

C. Neel

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

04/03/2017
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

MAR 2 4 2017

Department of Corrections

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| C CONNOR | NYKA | | 199579 | Florida State Prison-Main Unit |
|----------|------|---|--------|-------------------------------|
| Last | First | Middle Initial | DC Number | Institution |

N.O. - 12225

---

**Part A – Inmate Grievance**

Appeal re: Denial of Videos- Audios, Formal log # 305-1702-074p, 1703-305-043

Facts: Videos **SEE**. Audios **HEAR**. Videos don't **HEAR**, Audios don't **SEE**. Audios that support videos were disregarded & fraudulently concealed. I'm not concerned with fraudulent responses by T Gibson, Wing Staff, Food Service staff or any other staff. I'm concerned about videos & audios saved over 30 days for grievance exhaustion & suit.

Relief: Videos & audios saved over 30 days for grievance exhaustion & suit per PPD 602.033. Damages. Any other relief. Adequate Meals provided. PROOF provided that adequate meals are provided.

✱ Stop tearing up the corners of submitted grievances, that I call destruction of My property.

---

| 3-17-17 | N O Connor, 199579 |
|---------|---------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**✱BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

✗ 1

# _____ Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

1703-305-043

**Receipt for Appeals Being Forwarded to Central Office**

MAR 17 2017

Submitted by the inmate on: _____     Institutional Mailing Log #: 2051703 1705 _____

(Date)                                                                                                        (Received By)

12a (205)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|---------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)              Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 1703-205-043 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. The response that you received to the attached informal grievance 205-1702-0704 is found to appropriately address the concerns you raised.

Officer Tyre is authorized to forward informal grievances to the department she determines is responsible for the area of the concern raised, not to the department you request.

In accordance with CH. 33-103.005(1)(b) After being logged, informal grievances shall be forwarded to the staff member who is responsible in the particular area of the problem, the classification team, the appropriate section head, or other institutional staff. When an informal grievance is received by the reviewing authority as defined in Rule 33-103.002, F.A.C., the reviewing authority shall respond to the grievance or refer the grievance to a staff member for response.

Audio/Video footage is kept according to the retention schedule outlined in policy. The camera does not have the clarity to determine the amount of food on a tray. Since the camera cannot support or deny your allegation there is no basis to retain the video.

In addition, Food Service staff was contacted and advised that all meals are prepared and served in accordance with the Master Menu. Food Service Staff advised that all meals are inspected prior to departing the kitchen. Wing Staff was contacted and advised that all meals are inspected for any discrepancies prior to serving the meals.

Based on the foregoing, your request for administrative remedy is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

T. Gibson

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 3/15/17 DATE |

Mailed
MAR 16 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR, NYKA | | | 199579 | FUP |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

Formal Re: denial of Audios & Videos 1-25-17 non meals served

Re: Informal Grievance log # 205-1702-0704

Facts: The Videos & audios that were available when Informal Grievance log #
205-1702-0704 was submitted 2-22-17 to Inspector but misrouted to Food Service,
said audios & videos were not saved longer than 30 days for grievance exhaustion
& civil suit. Note, Grievant has pending civil suit in US Dist. Ct. for case
styled O'Connor v Jones case # 3:15-cv-1387-J-32 JBT [crossout] about said deficient
meals, for which said audios & videos denied will be needed.

Relief: Audios & videos saved longer than 30 days for grievance exhaustion & civil
suit per PP-J 602-053. Penological Justifications disclosed warranting misrouting of Informal
Grievance to Food Service who will not save audios & videos, instead of Inspector, et al who
would save audios & videos. Damages. Any other relief. Stop ripping corner of grievances
see attached ripped grievance. Address evaded issue of deficient trays not documented
via incident report § 279 by wing staff per policy

| 3-3-17 | N. O'Connor, 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

(703-25-043)

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

120                Ø / 1

_____    #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

MAR 03 2017

Submitted by the inmate on: _____
(Date)

Institutional Mailing Log #: _____

_____
(Received By)

DISTRIBUTION:

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                Incorporated by Reference in Rule 33-103.006, F.A.C.

*Inspector*

**INMATE REQUEST**                    STATE OF FLORIDA

*Informal Grievance*          DEPARTMENT OF CORRECTIONS

|  |  |  |
|---|---|---|
| | | Mail Numb |
| | | Team Numb |
| | | Institution: |

TO: *BVM*  □ Warden      □ Classification   □ Medical      □ Dental
(Check One)  □ Asst. Warden  □ Security       □ Mental Health  □ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | E1206 | CM-1 | 2-22-17 |

**REQUEST**                    Check here if this is an informal grievance ☑

Informal Grievance Re: Denial of Videos & Audios 1-25-17 12 noon
Facts: The videos & Audios will reflect that on 1-25-17 about 12 noon, My Tray
was missing jelly needed to help with digestion, considering O'connors' Gastro issues for
which He takes Gastro Meds & awaits Gastro surgery. Serving officer Kelley witnessed
said tray without jelly, and caught an attitude about O'connor complaining "bitching"
all the time about something wrong with His Tray. where, said jelly was not provided.
Being staff does document on 229 &/or do incident reports on deficient trays, food
service sends, its like it never occurred. Thus, only evidence of same is the audios
& videos witnessing deficient trays sent on a regular basis from F/S (Food Service).
Relief: Review & Save Audios & Videos longer than 30 days for grievance exhaustion &
Civil Suit pending, & prospective, in light of Formal Grievance previously submitted on this matter see
pp.1602.033. This grievance should NOT be sent-misrouted to F/S who doesn't save videos & audios

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All
informal grievances will be responded to in writing.

| Inmate (Signature): N. O'Connor | DC#: 199579 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**        205-783-0704        DATE RECEIVED: FEB 22 2017

*PIP Grievance 030*

I have talked with both AM/PM Shift
majors. Sure we are following procedure
and doing according to master
menu.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): CWC Um | Official (Signature): C Graham | Date: 3/1/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

                    Incorporated by Reference in Rule 33-103.005, F.A.C.

Your request for administrative review is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103.014, Inmate Grievance Procedure. (f) The inmate did not provide a valid reason for by-passing the previous levels of review as required or the reason provided is acceptable and/or(g) The grievance did not have the attachments required: informal grievance and response

These rules requires that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of the informal grievance, nor have you provided a valid or acceptable reason for not following the rules.

Based on the foregoing information, your grievance is returned without action.

In order to receive administrative review of your complaint you must correct the defects and re-submit the grievance within the time frames set forth in Rule 33-103.011, F.A.C.,

T. Gibson

| | | 1-20-17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

mailed
JAN 23 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR, NYKA | 199579 | Florida State Prison-Main Unit |
|---|---|---|
| Last First Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

Reprisal by Food Service

Facts - When I just returned to FSP on 12-28-16, I noticed for the first 2 weeks FSP Food Service was serving peanut butter 4/or a lot of shredded cheese on the Alternate Trays at breakfast on Tuesdays, Thursdays & Fridays, which I did NOT have a problem with. Actually, I even wrote a request telling F/S THANKS for the peanut butter it substituted on said above days for cheese, and also asked if the eggs on Low Residue Alternate, Eggs on Fat Intolerance Alt and beans on Fat Intolerance Alternate could be substituted with peanut butter also, due to My health & religious reasons for not eating eggs, meat, fish, & beans that causes heartburn for which I take Tums for My gallstones & await surgery. In said request to Food Service (F/S) I also asked for a copy of the Master Menus for Low Residue & Fat Intolerance. In said 4/or subsequent requests, I also asked the reason why the trays had oil all over, were without salt & pepper, about #24 scoop peanut butter served on Alternate at dinner on Tues & Thurs, instead of #10 scoop peanut butter, etc.; I eventually grieved the issue of about #10 scoop peanut butter denied on Tues & Thurs dinner and denial of salt & pepper on trays. As a result & reprisal, the portions on the Alternate Trays have been getting smaller & smaller (& missing food), & on Tues 1-17-17 only 2 slices (1 oz) of cheese were served instead of 4 slices (2 oz) called for by the Master Menu, which O'Connor foresee will continue to recur. See My weight going down each week verified by 228 on wing due to deficient meals by F/S. Relief: Said reprisals for O'Connor writing requests & grievance, to Food Service cease & remedied. Adequate Portions provided. Adequate substitutions provided. Also Disclose name of Food Service supervisor, so I can know who to name as Defendant when I file suit in court about My Diet since F/S playing games. Damages.

| 1-17-17 | N O'Connor 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

NOTE: None of the Requests & Informal Grievances to Food Service by Me has been received by Me.

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

1701-205-183

| ☒ | # 1 | Signature |
|---|---|---|

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: **JAN 17 2017** _____ Institutional Mailing Log #: _____

(Date) (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13) Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1701-205-183 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

NOT ACCEPTED AS A GRIEVANCE OF REPRISAL

Your request for administrative remedy is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103.014, Inmate Grievance Procedure. (f) The inmate did not provide a valid reason for by-passing the previous levels of review as required or the reason provided is not acceptable and/or(g) The grievance did not have the attachments required: informal grievance and response.

These rules requires that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of the informal grievance, nor have you provided a valid or acceptable reason for not following the rules.

Based on the foregoing information, your grievance is returned without action.

In order to receive administrative review of your complaint you must correct the defects and re-submit the grievance within the time frames set forth in Rule 33-103.011, F.A.C.,

T. Gibson

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

mailed
JAN 23 2017

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| O'CONNOR, N Y K A | 199579 | Florida State Prison-Main Unit |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**

Reprisal by Food Service

Facts:- When I just returned to FSP on 12-28-16, I noticed for the first 2 weeks FSP Food Service was serving peanut butter &/or a lot of shredded cheese on the Alternate Trays at breakfast on Tuesdays, Thursdays & Fridays; which I did NOT have a problem with. Actually, I even wrote a Request telling F/S THANKS for the peanut butter it substituted on said above days for cheese and also asked if the eggs on Low Residue Alternate, Eggs on Fat Intolerance Alt and beans on Fat Intolerance Alternate could be substituted with peanut butter also, due to My health & religious reasons for not eating eggs, meat, fish, & beans that causes heartburns for which I take Tums for My gallstones I await surgery. In said request to Food Service (F/S) I also asked for a copy of the Master Menus for Low Residue & Fat Intolerance. In said &/or subsequent requests, I also asked the reason why the trays had oil all over, were without salt & pepper, about #20 scoop peanut butter served on Alternate at Dinner on Tues & Thurs, instead of #10 scoop peanut butter, etc., to no avail. I eventually grieved the issue of about #10 scoop peanut butter denied on Tues & Thurs dinner and denial of salt & pepper on trays. As a result & reprisal, the portions on the Alternate Trays have been getting smaller & smaller [missing food] & on Tues 1-17-17 only 2 slices (1oz) of cheese were served instead of 4 slices (2 oz) called for by the Master Menu, which O'connor foresee will continue to recur. See My weight going down each week verified by 229 on wing due to deficient meals by F/S.

Relief: Said reprisals for O'connor writing requests & grievances to Food Service cease & remedied. Adequate Portions provided. Adequate substitutions provided. Also Disclose name of Food Service supervisor, so I can know who to name as Defendant when I file suit in court about My Diet since F/S playing games. Damages.

| 1-17-17 | N O'Connor, 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

NOTE: None of the Requests & Informal Grievances to Food Service by Me has been received by Me.

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

(701-205-183

# 1  _____
      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: JAN 17 2017  Institutional Mailing Log #:_____
                (Date)

_____
(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

LAW LIBRARY

STATE OF FLORIDA
## INMATE REQUEST
### DEPARTMENT OF CORRECTIONS

*Informal Grievance*

Mail Number: _____
Team Number: _____
Institution: _FSP_

**TO:** Oça
(Check One)

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | E-1206 | CM-1 | 1-19-17 |

## REQUEST
Check here if this is an informal grievance ☑

Re: Law Library Denial of Photocopy Request log # 205-2017-101 for vs Just Jax Cb case
Facts: On 1-11-17, OConnor submitted Photocopy Request log # 205-2017-101, which had 6 different documents needing photocopy: One of the documents Exhibit of Therapeutic Diet Menu, Vegan Menu & Regular Menu did have contents on the front & back of pages. Instead of counting both sides of the = pages, OConnor counted only the individual sheet of paper & advised on the form that some pages have contents on front and back, which OConnor has done at UCI, & UCI Law Library had no problem copying same However FSP delinquent Librarian H. Williams denied O'Connors' copy request for all 6 documents simply because 1 document was not counted back & front, without showing policy authorizing denial. Said delinquency contributes to OConnors' stress, anxiety, depression, etc. OConnor takes meds for Relief. H. Williams stop frustrating OConnors' litigation efforts. stop retaliating for grievances. Damages

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): N. O'Connor. | DC#: 199579 |
|---|---|

---

## DO NOT WRITE BELOW THIS LINE

**RESPONSE**

205-1701-0673

RECEIVED
DATE RECEIVED: JAN 19 2017
FSP Grievance Office

Your copy Service request was disapproved in accordance with procedure Manual 501.302(8)(b)(2)(H).

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): H. Williams | Official (Signature): H. Will | Date: 1-20-17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.
Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

*Law Library*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: **FSP**

~~**INMATE REQUEST**~~

*Informal Grievance Och*

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other *Law Library* |
|---|---|---|---|---|

| FROM: | Inmate Name NYKA O'CONNOR | DC Number 199579 | Quarters L-1210 | Job Assignment CM-1 | Date 1-2-17 |
|---|---|---|---|---|---|

**REQUEST**                    Check here if this is an informal grievance ☑

Informal Re: Denial of Adequate Law Library Service for Deadlines, etc.
Facts: On 12-28-16, O'Connor was relocated from UCI to FSP with His Deadline
Legal Pleadings needing photocopy Regarding US Dist Ct Miami FL case O'Connor
v. Sec McNeil case # 08-060199; and US Dist Ct Pensacola FL case O'Connor v. M.L.
(in FSP Reception Room) Carnahan et al, case #3:09-cv-224-WS-EMT that fell on 1-7-17 O'Connor has written at
& FSP Property
least Two Inmate Requests to FSP Law Library informing them of of His deadlines
and requesting legal materials to formulate deadline pleadings, e.g. ink pen
(borrowed from another, that I'm using to write), writing papers (20 sheets), #10
envelops to US Dist Ct Pens. FL, US Dist Ct Miami FL, US Dist Ct Jac FL (FSI Notice of change
of address in suit O'Connor v. Jones et al), Ct App.-Notice of Change of address, AG, etc, to no avail
O'Connor also requested 5 requests, 205-Forms, photocopy requests that should be provided in 3 days for deadlines
Relief. Kindly provide deadline Law Library service IF I O'Connor misses deadline Law Library may be liable in suit.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview   All informal grievances will be responded to in writing.

Inmate (Signature): N O'Connor                    DC#: 199579

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    205-1101-0060          DATE RECEIVED: **RECEIVED**
                                                        JAN 04 2017
                                                        FSP Grievance Office

You must provide documentation of your
deadline to the library to be considered
for priority access.

To date no documentation has been received by
this office.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Denied**. (Returned, Denied or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): C Herron | Official (Signature): C H | Date: 1/6/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.006, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Law Library

**INMATE REQUEST**

Informal Grievance

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _FSP_

**TO:** UOU
**(Check One)**

- ☐ Warden
- ☐ Asst. Warden
- ☐ Classification
- ☐ Security
- ☐ Medical
- ☐ Mental Health
- ☐ Dental
- ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | NYKA O'CONNOR | 199579 | E-1206 | CM-1 | 1-19-17 |

**REQUEST** — Check here if this is an informal grievance ☑

Re: Law Library Defacing & Damaging Master Menu submitted for Photocopying.

Facts: O'Connor's Photocopy Request Therapeutic Diet & Vegan Diet Master Menu that was submitted for photocopies was without blemish, marks, imprints, coloring, etc, which was returned unprocess by Librarian H. Williams with writing imprints thereon as if someone placed a piece of paper over some of the menu pages to write pressing real hard to leave imprints on the submitted papers. Also blue & pink colors appear on a couple of the pages and ink pen mark is on one page, which weren't there when submitted.

Relief: Stop damaging & defacing O'Connor's materials submitted for photocopying. Damages Any other relief.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): N. O'Connor. | DC#: 199579 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**          205-1701-0674.          DATE RECEIVED: RECEIVED JAN 18 2017 FSP Grievance Off.

Exhibits were returned as submitted.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): H. Williams | Official (Signature): H. Williams | Date: 1-20-17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**

*Informal Grievance*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _FSP_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name NYKA O'CONNOR | DC Number 199579 | Quarters E-1206 | Job Assignment CM-I | Date 1-9-17 |
|---|---|---|---|---|---|

**REQUEST**                              Check here if this is an informal grievance ☑

Informal Re: Failure To have Law Clerk deliver Legal Materials to Wings
Facts: FSP has long had a custom that No Law Clerks come on the
Wings to provide Legal Services, which O'Connor grieved on 1-6-17
Now, due to said custom, contrary to policy 33-501 that requires Law
Clerks to visit Confinement Units said custom persist. Where O'Connors'
Legal Materials are sent via Routine handled by Wing staff who may
discard same, especially if theyre Defendants in said Suit that amounts
to conflict of Interest. Further, staff may provide wrong Inmate O'Connors' incoming
photocopy pleadings from the Law library e.g., on 1-6-17, pm, routine mail was given
to Me that belongs to another Inmate -sexual Predator who was in E-1206 before Me, & who
was in L-1210 probably got My Legal Photocopied papers See & Save Audios-Videos
Relief: Photo Copied papers, etc., be provided Damages Any other relief Save audios-videos

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): RECEIVED | DC#: 199579 |
|---|---|

JAN 10 2017
FSP LAW LIBRARY

**DO NOT WRITE BELOW THIS LINE**

RECEIVED

**RESPONSE**                    DATE RECEIVED: JAN 0 9 2017

Duplicate grievance addressed on    FSP Grievance Office
205 - 1701 - 0225

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Returned_    (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Pherron | Official (Signature): CP | Date: 1/11/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

*Law Library*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

~~INMATE REQUEST~~

*Informal Grievance (3dr*

Mail Number: ___
Team Number: ___
Institution: _FSP_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other ___ |
|---|---|---|---|---|

| FROM: | Inmate Name NYKA O'CONNOR | DC Number 199579 | Quarters L-1210 | Job Assignment CM-TCH | Date 1-5-17 |
|---|---|---|---|---|---|

**REQUEST**                    Check here if this is an informal grievance ☑

Informal Re: Law library failure to have law clerks come on wing +
Facts: FSP has a custom that No law clerks come and provide on
inmates adequate legal services, etc. Thus, O'Connor & others
have send their Photocopy requests, legal deadlines, etc.
via Routine Mail, which is subjected to loss. A writ room
doesn't substitute for policy 33.501 that requires law clerk visit wings & provide services
Relief: Adequate law library services provided; e.g. law
clerks come on wing to pick-up O'Connor's legal materials, etc, as
aforesaid per policy. Lastly, there's whole lot of politics with law library
& security in attending writ room. Any other relief

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): **RECEIVED** | DC#: 199579 |
|---|---|

**JAN 10 2017**   DO NOT WRITE BELOW THIS LINE

**RESPONSE** FSP LAW LIBRARY                    DATE RECEIVED: JAN 09 2017

205-1701-0225

At Florida State Prison Main unit, inmates requiring
research or law clerk assistance, copying or word processing services,
etc will request such on the appropriate request to the Library
Supervisor, per rule.

The following pertains to informal grievances only:

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): CPerron | Official (Signature): CP | Date: 1/11/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1701-205-141 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103.014, Inmate Grievance Procedure. (f) The inmate did not provide a valid reason for by-passing the previous levels of review as required or the reason provided is not acceptable and/or(g) The grievance did not have the attachments required: informal grievance and response.

These  rules requires that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of the informal grievance, nor have you provided a valid or acceptable reason for not following the rules.

Based on the foregoing information, your grievance is returned without action.

In order to receive administrative review of your complaint you must correct the defects and re-submit the grievance within the time frames set forth in Rule 33-103.011, F.A.C.,

T. Gibson

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

JAN 13 2017

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Warden        ☐ Assistant Warden        ☐ Secretary, Florida Department of Corrections
From: O'Connor, Nyka                           199579              FSP
_____Last_____First_____Middle Initial_____Number_____Institution_____

**Part A – Inmate Grievance**

Formal Re: Deficient Law Library service & Reprisal. (Informal bypassed - clock ticking to file in court)
Facts - O'Connors' Legal Deadlines have passed while O'Connors' property was being held in
the FSP Property Room from 12-28-16 to 1-4-17 when some personal property from FSP were
provided to O'Connor. O'Connor has since formulated Legal pleadings to the Court and has
sent photocopy requests with pleadings via Routine Mail to the Law Library, while on cell L-1210
ie, on Wed - 12-4-17 which O'Connor recieved via routine mail 12-5-17 in cell L-1210. On 12-5-17 Thursday
O'Connor submitted another Photocopy Request with Court Pleading needing photocopies, via Routine Mail, &
to date said Photocopy Request & Pleadings haven't been provided. O'Connor is of belief
that said Photocopy Request with documents were given to the occupant of cell L-1210, from which/where
O'Connor was relocated to E-1206 on 1-5-17, and was given the prior occupants' mail of E-1206, ie,
this cm papers downgrading said sexual predator from cm-1 to cm-2 by Classification officer Susan Davis
Said incorrect mail was given via routine mail 1-5-17, that's how O'Connor knows of said above info
regarding sexual predator. O'Connor fears that the Photocopy documents were lossed, &/or discarded
by wing staff as Reprisal for being a writ writer & litigating civil suits against FDOC.
Additionally, O'Connor has written grievances to FSP Law Library advising that it should have
a Law clerk visit the cm wings on a weekly basis to pick-up and drop off O'Connors'
Photocopy Pleadings per POLICY, because same sent by O'Connor thru Law Library via routine
mail may yet lossed, given to another Inmate, discarded by eg, wing security staff who
may be a Defendant in O'Connor' suit, which constitute a conflict of interest. However, out of
reprisal, the Law Library supervisor refuses to have Law clerks visit the cm wings to provide
O'Connor adequate services aforesaid per 33-501, due to O'Connor being a writ writer
& litigating against FDOC staff. Note it's also a custom that FSP practices contrary to
policy, to think that FSP writ Room substitutes for 33-501 that requires law clerks to visit cm
wings, which has being practiced for years. Now, O'Connor has legal pleadings needing photocopy
processing & no law clerk has come to pick-up same to photocopy & return like other Institutions, e.g. UCI
Relief! Adequate Law Library services provided aforesaid. O'Connor not denied court Access via

_____1-11-17_____N. O'Connor, 199579_____
DATE                                    SIGNATURE OF GRIEVANT AND D.C. #

deficient Law Library services. Reprisals cease & Remedied. Damages Any other relief. -Thank You
1701-205-141

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

06a                                                    ☒ 1
                                                      # _____ Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office.  The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: JAN 1 1 2017_____        Institutional Mailing Log #: _____
                          (Date)

                                                      (Received By)

DISTRIBUTION:      **INSTITUTION/FACILITY**              **CENTRAL OFFICE**
                   INMATE (2 Copies)                     INMATE
                   INMATE'S FILE                         INMATE'S FILE - INSTITUTION/FACILITY
                   INSTITUTIONAL GRIEVANCE FILE          CENTRAL OFFICE INMATE FILE
                                                         CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 2/05)                Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 1701-205-141 | FLORIDA STATE PRISON | E1206S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103.014, Inmate Grievance Procedure. (f) The inmate did not provide a valid reason for by-passing the previous levels of review as required or the reason provided is not acceptable and/or(g) The grievance did not have the attachments required: informal grievance and response.

These rules requires that you first submit your grievance at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of the informal grievance, nor have you provided a valid or acceptable reason for not following the rules.

Based on the foregoing information, your grievance is returned without action.

In order to receive administrative review of your complaint you must correct the defects and re-submit the grievance within the time frames set forth in Rule 33-103.011, F.A.C.,

T. Gibson

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

JAN 13 2017

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections
From: _O'CONNOR, NYKA_ _____ _199579_ _____ _FSP_ _____
     Last   First   Middle Initial     Number     Institution

**Part A – Inmate Grievance**

Formal Re: Deficient Law Library Service & Reprisal. (Informal bypassed - clock ticking to file in court.)

Facts:- O'Connor's Legal Deadlines have passed while O'Connor's property was being held in the FSP Property Room from 12-28-16 to 1-4-17 when some personal property from FSP were provided to O'Connor. O'Connor has since formulated Legal pleadings to the Court and has sent photocopy requests with pleadings via Routine Mail to the Law Library while in cell L-1210, ie, on Wed - 12-4-17 which O'Connor recieved via routine mail 12-5-17 in cell L-1210. On 12-5-17 Thursday O'Connor submitted another Photocopy Request with Court Pleading needing photocopies, via Routine Mail, & to date said ~~doc~~ - Photocopy Request & Pleadings haven't been provided. O'Connor is of belief that said Photocopy Request with Documents were given to the occupant of cell L-1210, from which/where O'Connor was relocated to E-1206 on 1-5-17; and was given the prior occupants' mail of E-1206, ie. His cm papers downgrading said sexual predator from cm-1 to cm-2 by Classification Officer Susan Davis. Said incorrect mail was given via routine mail 1-5-17, that's how O'Connor knows of said above info regarding sexual preditor. O'Connor fears that the Photocopy Documents were lossed, &/or discarded by ~~the~~ wing Staff as Reprisal for being a writ writer & litigating civil suits against FDOC. Additionally, O'Connor has written grievances to FSP Law Library advising that it should have a Law Clerk visit the cm wings on a weekly basis to pick-up and drop off O'Connor's Photocopy Pleadings per POLICY, because same sent by O'Connor &/or Law Library via routine mail may get lossed, given to another Inmate, discarded by e.g, wing security staff who may be a Defendant in O'Connor's suit, which constitute a conflict of interest. However, out of reprisal, the Law library supervisor refuses to have Law Clerks visit the cm wings to provide O'Connor adequate services aforesaid per 33-501, due to O'Connor being a writ writer & litigating against FDOC staff. Note it's also a custom that FSP practices contrary to policy, to think that FSP writ Room substitutes for 33-501 that requires law Clerks to visit cm wings, which has being practiced for years. Now, O'Connor has Legal pleadings needing photocopy processing & no law Clerk has come to pick-up same to photocopy & return like other Institutions e.g UCI.

Relief: Adequate Law Library services provided aforesaid. O'Connor not denied Court Access via deficient Law Library services. Reprisals cease & Remedied. Damages. Any other relief. Thank You.

_1-11-17_ _____
DATE

_N.O'Connor 199579_ _____
SIGNATURE OF GRIEVANT AND D.C. #

1701-205-141

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

06a

☒ / 1
#      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _JAN 1 1 2017_
     (Date)

Institutional Mailing Log #: _____

_____
(Received By)

DISTRIBUTION:

| INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|
| INMATE (2 Copies) | INMATE |
| INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 2/05)

Incorporated by Reference in Rule 33-103.006, F.A.C.

Sid Kleiner, President
Beth Tikvah JPO
10188 Winterview Drive
Naples, FL 34109-1520

E 1206



TAMPA FL 335
SAINT PETERSBURG FL
03 FEB 2017 PM 4 1

Nyka O' Connor, #199579
Florida State Prison
P.O. Box 800
Raiford, FL 32083

32083-080000



LEGAL MAIL

PRIORITY MAIL

UNITED STATES POSTAL SERVICE
Visit us at USPS.COM

USMS INSPECTED
By _____

Mailed from a State
Correctional Institution

US POSTAGE PITNEY BOWES
$ 010.05⁰
ZIP 32083
02 7N
0001734655 APR 13 2017

Clerk of Court
US District Court for the
400 N. Miami Ave. Miami F

2 of 2

Myka Clemons 19757A
For PO Box 800 Raiford FL 32083



RECEIVED
APR 1 7 2017
FLORIDA STATE PRISON
MAIL ROOM

**LEGAL MAIL**

United States District Court
Southern District of Florida

Case Number: _____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must **not** be placed in the "chron file".

☐ **NOT SCANNED**

    ☐ Due to Poor Quality

    ☐ Bound Extradition Papers

    ☐ Photographs

    ☐ Surety Bond (Original **or** Letter of Understanding)

    ☐ CD or DVD (Court Order **or** Trial Purposes only)

    ☐ Other:_____

☒ **SCANNED**

    ☒ But Poor Quality

    ☐ Habeas Cases (State Court Record/Transcript)

Date: _4/18/17_____