Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

~~Jacksonville~~ Division

|  |  |
|---|---|
| NYKA O'CONNOR _____ | Case No. 3:18-CV-01423-8JI-PIB ____ |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial Demanded Injunction Sought |
| -v- |  |
| GANZALO ESPINO, CHUANG T. LE, S. JOHNSON, BURGIN, SINGLETARY, DANLEY, CLARKSON, T. COHENS FDOC SECRETARY(s) FSP WARDEN(S) (see attached) |  |
| Defendant(s) |  |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) |  |

In Individual Capacity (Jointly & Severally,
And/or Official Capacity)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

AMENDED COMPLAINT

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

LEGAL MAIL
Provided to
Wakulla CI

MAR 1 8 2019

FOR MAILING_____

Case Style / Caption   Defendants Continued; from page 1 of 11

MICHAEL D. CREWS,
JULIE JONES,
JOHN PALMER,
BARRY REDDISH,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                         _NYKA  O'CONNOR_

All other names by which     _____

you have been known:         _____

ID Number                    _199579_

Current Institution          _Wakulla CI, (WCI)_

Address                      _110 Melaleuca Drive_

_Crawfordville_     _FL._     _32327_
City              State       Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                         _GANZALO  ESPINO (Asian Male)(or Hispanic)_

Job or Title (if known)      _Chief Health Officer (CHO) - FSP._

Shield Number                _Unknown_

Employer                     _FDOC-FSP, Centurion / Corizon_

Address                      _7819 N.W. 228th Street_

_Raiford_     _FL_     _32026_
City         State     Zip Code

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

Name                         _CHUANG T. LE (Asian Male)_

Job or Title (if known)      _Former Chief Health Officer (CHO)- FSP._

Shield Number                _Unknown_

Employer                     _FDOC-FSP, Centurion / Corizon_

Address                      _7819 N.W. 228th Street_

_Raiford_     _FL_     _32026_
City         State     Zip Code

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | S. JOHNSON (W/F) |
| Job or Title *(if known)* | Nurse |
| Shield Number | Unknown |
| Employer | F.DOC-FSP, Centurion / Corizon |
| Address | 7819 N.W. 228th St. |
| | Raiford          FL          32026 |
| | City          State          Zip Code |

☑ Individual capacity   ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | BURGIN (or Bergin) (W/F) |
| Job or Title *(if known)* | Nurse |
| Shield Number | Unknown |
| Employer | F.DOC-FSP, Centurion / Corizon |
| Address | 7819 N.W. 228th St. |
| | Raiford          FL          32026 |
| | City          State          Zip Code |

☑ Individual capacity   ☑ Official capacity

\* See attached for additional Defendants

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply):*

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Defendants via their respective ALL acts &/or omissions, violated O'Connors' Rights. $same constitute a Breach of Contract under Federal Common Laws & Fla Contract Laws per O'Connor v. M.L. Carnahan, et al, N.D. FL 2016 US Dist. Lexis 185171, citing Parrish 145 So. 848 (FL 1933). See attached

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_N/A_

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

_At all times Defendants worked &/or are working in a state system, prison, and/or required to provide services for their prisoners, via private contracts &/or otherwise, e.g. care, custody control & confinement. Additionally the Law superimposes a contractual duty to perform said services._

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_N/A_

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

_At FSP, during 2013 - 2014; 2016 - 2017. Said ONGOING issues exists at WCI. See attached._

C.  What date and approximate time did the events giving rise to your claim(s) occur?

*O'Connor can't recall exact dates & times for every incident due to ongoing denial (or loss) of His personal property encompassing same by WCI Property Room, absent valid penological justifications. Thus, the respective dates & times from His initial complaint are incorporated herein by reference. See attached.*

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*see attached.*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*see attached.*

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. *Order to US & FL Att Gen; to file criminal charges on Defendants per 28 USC 241-242, etc; and other applicable Laws. Preliminary & Permanent Injunction to: invalidate the unlawful policies, customs, policies & practices, & employ adequate policies, customs & practices which facilitate adequate care, custody, control & confinement of Inmates including O'Connor; provide adequate care for O'Connors' Health Needs & Reasonable Accommodations for O'Connors' Disabilities; provide adequate Diet that complies with O'Connors' Health AND Religious Belief & USDA; adequate procedures & surgeries provided ASAP, with inquiries to adequately diagnose & treat; adequate meds provided; adequate restraints used; adequate items provided for Holy Days, e.g. Passover to indigent Inmates &/or allow able inmates to have family/friend/etc. in society order said items directly from vendor to Inmate; Injunction to all liable parties; Declatory Judgment that Defendants acts &/or omissions violate the Laws. Damages (Punitive, Compensatory, Nominal, Mental) Counsel appointed. Other Relief. Thanks* Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_FSP (Florida State Prison)_

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_ALL. Grievances from Initial Complaint are incorporated herein by reference._

Case 3:18-cv-01423-BJD-PDB Document 57 Filed 03/21/19 Page 8 of 77 PageID 649

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

FSP, UCI (Union CI), SCI (Suwannee CI), LCI (Lake CI), NRCI (New River CI) and WCI, between 2013-2017. Also CCI (Charlotte CI) in 2010

2. What did you claim in your grievance?

That Defendants Denied O'Connor adequate care & reasonable accommodations for the herein issues, ONGOING for YEARS TO DATE. concerning Health, Diet, Religious Belief, Conditions of Confinement, etc. & that Defendants KNEW about said issues via NUMEROUS grievances, requests, sick-calls, etc, but failed to correct. See other civil suits, notifying Sec FDOC & FSP Warden of said violations.

3. What was the result, if any?

Denied, Return Without Action, Approval.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Informal, Formal, Appeal Grievances; & Petitions For Rule Change.

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   *Filed NUMEROUS GRIEVANCES, probably more than any Inmate at FSP./FDOC.*

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *Officials informed via phone calls, E-Mails, etc; from friends & family; Court Pleadings in other Civil Suits. e.g. Imminent Danger Notice to Wardens at various FDOC Inst.*

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *See Petition For Rule Change #JC 2018-154 about deficient grievance procedure e.g. Staff discarding O'Connor's (& other Inmates) grievances submitted, not returning grievances in timely fashion, pages missing after submitted & upon return, etc..*

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits  *-See Case History*

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). *Imminent Danger already decided 8-3-18, decided by US Court of Appeals 11th circuit case #17-12882, O'Connor v. Backman et al.*
To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[ ] No

*See Case history list of cases not exhaustive,§ Court dockets incorporated herein by reference, due to FDOC staff discarding personal property with cases information.*
If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*Too many to list as jeered by Nurses Johnson & Burgin on 5-4-17, that O'Connor has never won & will not win any Court case, as stated in US Dist Ct MD Jax FL, case O'Connor v. Reddish et al case # 3:17-cv-01007-TJC-JBT Doc 1-1 page 8 of 65 Facts #57. incorporated herein by reference. See attached*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? *See Case History*

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)* *See Case history*

1.  Parties to the previous lawsuit
    Plaintiff(s)  *NYKA O'CONNOR*
    Defendant(s)  *JULIE JONES, et al.*

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    *U.S. Dist. M.D. Jax FL.*

3.  Docket or index number
    *3:15-cv-1387-J-32JBT*

4.  Name of Judge assigned to your case
    *Timothy Corrigan*

5.  Approximate date of filing lawsuit
    *11-17-15*

6.  Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition.  *pending.*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* – *pending*

    *Doing Discovery.*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? *Yes, See Case history*

☑ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  *NYKA O'CONNOR*

    Defendant(s)  *BARRY REDDISH, et al*

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    *US Dist. M.D. Jax FL*

3.  Docket or index number

    *3:17-CV-01007-J-32 JBT*

4.  Name of Judge assigned to your case

    *Timothy Corrigan*

5.  Approximate date of filing lawsuit

    *8-24-17*

6.  Is the case still pending? – *pending appeal in US Ct App. 11ᵗʰ Cir case # 17-12882*

    ☑ Yes – *in US Ct App. 11ᵗʰ Cir*

    ☑ No – *in US Dist M.D Jax FL.*

    If no, give the approximate date of disposition  *about 9-20-17 (not sure) in US Dist.*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    *Erroneously dismissed as duplicative of prior case. No Imminent Danger Finding by LT; but Imminent Danger found by Appellate Court and pending review, which is likely to be reversed & remanded like this case.*

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      3-18-19

| | |
|---|---|
| Signature of Plaintiff | *NYKA O'CONNOR (UCC 1-207)* |
| Printed Name of Plaintiff | *NYKA O'CONNOR (UCC 1-207)* |
| Prison Identification # | *199579* |
| Prison Address | *Wakulla CI, 110 Melaleuca Drive, Crawfordville FL. 32327* |
| | *Crawfordville*     *FL*     *32327* |
| | City     State     Zip Code |

### B.   For Attorneys

Date of signing:      *N/A*

| | |
|---|---|
| Signature of Attorney | *N/A* |
| Printed Name of Attorney | *N/A* |
| Bar Number | *N/A* |
| Name of Law Firm | *N/A* |
| Address | *N/A* |
| | *N/A*     *N/A*     *N/A* |
| | City     State     Zip Code |
| Telephone Number | *N/A* |
| E-mail Address | *N/A* |

Facts; <u>Health Care</u> :-

1. In 2001 & 2004, when O'Connor was committed & re-committed to FDOC, He had personal prescription reading glasses for close vision problems.

2. In 2005, said glasses were confiscated & sent home for repair, but FDOC Secretary via policy, practice and custom, denied same after repair.

3. Where, since to date, sec FDOC has been the moving force behind said widespread & persistent policy, practice and custom to deny Inmates repaired prescription glasses after sent to society for repair.

4. On 6-18-06, O'Connor saw RMC Eye Doctor, who denied O'Connor needed prescription reading glasses for His close vision problems due to His good far vision, despite blurry vision, watery eyes, black spots, etc, in close vision.

5. Said Eye Doctor advised O'Connor that only people over 40 need glasses, though O'Connor advised said Doctor of the above, eye strain, difficulting seeing close up, etc, to no avail; denied via policy, practice & custom, disregarding hyperopia.

6. FDOC Sec. then & to date has a policy, practice & custom, to not treat hyperopia (close vision problems due to good far vision), which was & is widespread, & persistent, who was & is the driving force behind said delinquency.

~~Facts at said sign. then & to date has. at said sign. custom. and as a persistent at said persistent as said custom~~

7. In Aug. 2006, O'Connor saw FSP Dr E. Madan who advised O'Connor that He can't override RMC Eye Doctors' decision in denying said needed prescription glasses, in light of O'Connor's above complaints about difficulty to see close up, etc...

8. Specifically, O'Connor complained about His difficulty seeing to do Legal work, write letters to family, etc, do religious studies, etc, due to straining eyes, black spots in vision, pin sticking feeling in eyes watering, etc...

9. Both RMC Doctor & FSP Dr Madan advised O'Connor that FDOC doesn't treat Hyperopia that O'Connor allegedly has; per policy, practice & custom, aforesaid by FDOC Secretary, which is ONGOING to date.

10. O'Connor kept getting transferred back and forth between FSP, SRCI, UCI, Charlotte CI, RMC, Lake CI, etc, for various health related issues.

11. Then on 9-23-13, O'Connor was on the RDP Program (Religious Diet Program), then was transferred from UCI to FSP where No RDP was.

12. On 9-26-13, FSP's intake Nurse Jane Doe, falsified O'Connors'

Facts Continued

weigt to be 170 lbs, though O'Connor weighed less, and did no weight
check due to no scale in the intake area per policy, practice & custom.

13. FDOC Sec & FSP Warden had a policy, practice & custom to do said
falsified weight check, which was widespread & persistent, and were
the driving force behind same, done to deny Inmates 4000 calorie diet, though eligible.

14. On 9-29-13, O'Connor submitted a sick-call concerning various issues.

15. In said Sick-Call (S/C) Request, O'Connor sought a Low Residue (Low Res)
Alternate (Alt) plus supplements, which were provided by Lake CI (LCI),
since FSP had no RDP, then, per FDOC Sec & FSP Wardens policy, practice & custom.

16. Where, Sec FDOC & FSP Warden were the driving force behind said
policy, practice & custom that was widespread & persistent to deny Low Res Alt & R=DP ▓▓▓

17. O'Connors' gastro disability of inability to adequately digest certain
indigestible carbohydrates that contributes to gastrointestinal motility
and His sincere Jewish & SKJA Vegetarian Belief warrant said Low Res-Alt denied.

18. Where, a Regular Diet would not & cannot reasonably accommodate
O'Connors' Gastro Disability and Religious needs stated herein & below.

19. Being, a Regular diet served meat, fish & eggs, etc, contrary to
O'Connors' Religious Belief, and served/serves foods like beans, raw
vegetables, oatmeal, cornbread, etc, that causes acid reflux, heartburns, etc.

20. O'Connors' chronic gastro issues include acid reflux which can causes
esophageal cancer & tumors, severe cramps & pains, bloody stools, heartburns, etc.

21. Said S/C 9-29-13, also sought medications for depression, paranoia,
hallucinations, anxiety, side-effects, complained of being stressed out
due to denial of property, etc, which was disregarded due to several issues on S/C.

22. Said 9-29-13 S/C, complained about upper front tooth still shaking,
gum still bleeding, 3rd molar left & right side on bottom severely hurting
& preventing proper-adequate eating.

23. Said 9-29-13 S/C, complained of His eye/vision problems, still seeing
sparkles in His vision, sight blurry, eyes watery, and signing consent
in March 2013 to see optician to no avail.

24. Said 9-29-13 S/C also stated O'Connor was not provided prescription

Facts Continued

glasses due to O'Connor being indigent & couldn't afford to pay for
replacement glasses that FDOC staff lossed in 2011 at Union CI (UCI).
25. Where, at the time and to date FDOC secretary & FSP Warden had
& still have a policy, practice & custom that was widespread &
persistent ▨▨▨ which they were the driving force behind to deny glasses.
26. Specifically, said policy, practice, custom & systematic deficiency, said
inmates who lossed their prescription eye glasses had to wait mandatory 3 or
several years, (over 3) before getting replacement which the Inmate had to pay for.
27. Additionally if the Inmate was indigent and can't pay for said
prescription eye glasses, same would be DENIED.
28. Said 9-29-13 S/C also complained of O'Connors' severe shoulder
pains, numbing, tingling feeling which extends to neck face & hand, which
prohibits sleep on either side, heavy lifting, etc.
29. Said 9-29-13 S/C also sought front-cuff pass, because rear
handcuffs used place severe pain and pressure on O'Connors'
shoulders when exiting the housing cells on CM for outside cell activities.
30. FDOC sec. & FSP Warden had & still have a policy, practice, custom
that require CM Inmates to be in rear restraints when leaving their
assigned housing cells, go to and from any outside activities, services, etc.
31. FDOC Sec & FSP Warden were the driving force behind said
widespread & persistent practice to subject CM Inmates to rear
handcuffs, (restraints) when exiting their housing cells for outside cell activities, etc.
32. Said 9-29-13 S/C explained that His CRPS (Complex Regional
Pain Syndrome) nerve damage, severe cramps, pains, tingly feeling, etc,
are ▨▨ aggravated & agitated by rear-cuffs, prohibiting Mental Health Therapy.
33. Said 9-29-13 S/C also stated O'Connor has ▨ bullet fragments
in His left leg, & broken-improperly healed right ankle, which severely hurts
when walking, which was disregarded due to (FDOC sec & FSP Wardens') policy, practice and custom to deny adequate care.
34. Said 9-29-13 S/C requested medical shoes due to said bullet in leg
and broken improperly healed ankle, which impair proper walking to
no avail, disregarded due to (FDOC sec & FSP Wardens') policy, practice & custom to deny adequate care.

Facts Continued

35. Said 9-29-13 SIC requested supposedly effective cerafate, instead of the known deficient Prilosec O'Connor was ~~been~~ taking, where, upon information and belief there's a pending suit against prilosec.

36. Said cerafate was denied due to cost, at the time. for His gastro.

37. Said 9-29-SIC complained of FSP Medical & Food Service, denial of a Low Residue (now Low Fiber) Alternate due to O'Connor's' sincere Health Needs of inability to digest certain carbohydrates & Vegetarian Judaism

38. Said diet (Low Residue Alternate) was denied due to cost & rSec FDOC's & FSP Warden's policy, practice & custom to deny Therapeutic Diets to eligible Inmate Patients, which they were the driving force behind.

39. Said policy, practice & custom to deny adequate diet was & is widespread & persistent, ONGOING for years to date, witnessed by several grievances, civil suits, and Petition For Rule Change, etc. on same.

40. Said 9-29-19 SIC complained of O'Connor laying down hours after eating, where food eaten regurgitates in O'Connors' ~~mouth~~ causing acid reflux, etc.

41. Said 9-29-13 SIC said O'Connor has to lay down on the left & keep something under the head to keep raised above stomach to help alleviate acid reflux, etc. ~~~~~~~~

42. Said 9-29-13 SIC said O'Connor keeps head raised to to help ease His pressure off ∧shoulders that severely pain, which need strong pain meds.

43. Said 9-29-13 SIC said O'Connor needed to be placed in chronic gastro clinic for post surgery ~~issues~~ (2010), & fears getting stomach & esophageal cancer from His severe acid reflux, & sought adequate gastro meds.

44. On 9-30-13, Nurse Jane Joe (WIF) saw O'Connor for said 9-29-13 Sick-Call, but did NO Physical Assessment for O'Connors requests & complaints therein said 9-29-13 Sick-Call (SIC).

45. Said 9-30-13 SIC Nurse advised O'Connor He'd recieve NO Low Residue Diet Pass, because FSP doesn't write Medical Diet Pass per policy, practice & custom, aforesaid, which which Nurse Johnson & Burgin reiterated.

46. Said 9-30-13 SIC Nurse also advised O'Connor that FSP doesn't issue frontcuff pass for shoulders, per policy, practice & custom of Sec FDOC & FSP Warden, due to masterbators, though O'Connor is NOT a masterbator, & MRI sought is too costly.

47. Said 9-30-13 Nurse advised O'Connor she would do nothing for

Facts Continued

O'Connors' Mental & Dental Issues; while disregarding O'Connors' other Health Issues, and stated shell refer O'Connor who didn't see Psych or Dental. *therefore*

48. On 10-1-13, O'Connor was subjected to FDOC sec. & FSP Warden's policy, practice & custom to subject em Inmates, *to restraints* in the rear via handcuffs, blackbox, waist-chain, with leg shackles in a small cage.

49. O'Connor waited to see Medical staff in said small cage, probably 2' x 2' x 8' for SEVERAL HOURS, before assessed by Medical staff, witnessed by the stationary video cameras.

50. During this period, O'Connor was in severe pain, numbing & tingly *with* feeling in the shoulders due to said restraints; and the pain, numbness & tingly feeling extended/radiated to O'Connors' face, hands & neck.

51. On 10-1-13, O'Connor finally saw Nurse Johnson, who harassed O'Connor about placing Mental, Medical & Dental Issues on same Sick-Call; who required each Medical issue also on seperate SIC forms. *be brief,*

52. O'Connor attempted to explain to Nurse Johnson that's how He completed His SIC at UCI, LCI & RMC, etc; without problems, to no avail; because multiple SIC requires multiple $5 co-payments *medical sought.*

53. O'Connor also tried explaining with futility, that the W/M Nurse who picked-up said 9-29-13 SIC said it was OK to submit 1 SIC with multiple issues, & she'd send copies to various *respective* depts.

54. Nurse Johnson continued Her harassment and unprofessional behavior, & basically advised O'Connor the same thing that Nurse Jane Doe said at the 9-30-13 SIC.

55. Nurse Johnson harassed O'Connor about making complaints from head to toe, thereon said 9-29-13 SIC.

56. Nurse Johnson advised O'Connor that the bullet & gunshot wound & scar O'Connor recieved in society was before incarceration & will not be treated by FSP Medical Staff.

57. Nurse Johnson advised O'Connor that FSP will not reward O'Connor with any Therapeutic Diet for swallowing foreign bodies *gastro* & having surgery therefore in 2010.

58. Nurse Johnson advised O'Connor He'd recieve no treatment but would nonetheless refer O'Connor to the Medical Doctor, and *yelled*

Facts Continued

told O'Connor to get out the SIC area in a condescending fashion.

59. O'Connor complied & returned to said small medical holding cage, in severe pain, anguish, emotional distress, numbness & tingly feeling that worsened with time. which was disclosed to Nurse Johnson.

60. After a while, O'Connor was called to be seen by Dr Espino, who asked O'Connor what the stomach surgery was for; & O'Connor told Him for swallowing foreign bodies in 2010.

61. Dr Espino listened to O'Connors' stomach with His stethoscope then told O'Connor in a condescending & harassing manner while yelling, to get out Of His office.

62. O'Connor attempted to tell Dr Espino about His other health issues thereon said 9-29-13 Sick-Call, to no avail, which Dr Espino intentionally disregarded, knowing the adverse effects that would ensue.

63. Upon information and belief, Nurse Johnson & Dr Espino had already agreed and conspired about denying O'Connor adequate care for said health issues, prior to O'Connor seeing them on 10-1-13.

64. Sec FDOC & FSP Warden knew about the policy, practice, custom & systematic deficiency in denying adequate care as aforesaid, still in place at FSP, for years TO DATE; evidenced by several Inmate Grievances & suits on same.

65. Due to the denial of adequate care aforesaid, O'Connor continued to suffer with His worsening Health Issues stated in the above SIC.

66. On 11-13-13 (Nov. 13, 2013) O'Connor submitted Grievance log # 1311-205-138, complaining about Dr Espino's Response falsely alleging "I have reviewed your chart back to 12/16/2010, and do not find one Sick-Call with complaints of shoulder pain numbness & [or tingling"]

67. Dr Espino knowingly & intentionally falsified material facts in said Grievance log # 1311-205-138, because O'Connors records showed, several Sick-Calls complained about severe numbness, pain, tingling, etc.; eg., on 10-5-10, 12-16-12, 1-14-13, 9-29-13, & others.

68. Reviewing Grievance Officials at FDOC Central Office relied on Dr Espino fraudulent & misleading statements to deny O'Connor adequate care for His worsening CRPS nerve damage in His shoulders and elsewhere.

69. On 11-19-13, O'Connor submitted a written Inmate Request to FSP Medical advising that He qualified for a 4000 Alternate for His underweight & Religion, (per policy practice & custom of FDOC sec & FSP warden) but Nurse Johnson responded and failed to refer to M.D., considering His 11-18-13 SIC.

Case 3:18-cv-01423-BJD-PDB   Document 57   Filed 03/21/19   Page 19 of 77 PageID 660

· Facts Continued

70. Where, said 11-18-13 SIC sought a 4000 Alternate ~~diet~~ for O'Connors' denied
Health-Underweight ↑ Sincere Vegetarian Jewish ↑ SYDA Tenets.

71. On 11-20-13, the videos witnessed O'Connor moving from I-Wing in excessively cold cell c-1101,
to C-Wing at FSP, ↑ without property, in full restraints in the
rear; then denied His PM psych ↑ gastro meds per policy, practice ↑ custom.

72. It was ↑ still is FDOC sec. ↑ FSP Wardens policy, practice ↑ custom
for Inmates in full restraints in the rear on cm to carry their own
property - even when very heavy; or leave same in housing cell as abandoned.

73. Due to O'Connors' shoulder issues - CRPS shoulder Nerve Damage,
inability to lift heavy property which cause pressure, severe pain, numbing ↑
tingly feeling aforesaid, ↑ rear restraints. O'Connor couldn't carry ↑ left this property.

74. Due to O'Connor relocating from Wing to Wing, lazy Nurses' practice in
issuing Medications, would simply falsify Medication Records that (e.g. O'Connor)
the Inmate refused, or got meds; instead of locating ↑ provide same to Inmate.

75. On 11-22-13 O'Connor submitted another SIC and was seen by Nurse
Jane Doe on about 11-25-13, who previously saw O'Connor for the 9-30-13 SIC.

76. Said Nurse Jane Doe repeated Her delinquent regimen as before on
9-30-13, by doing No physical assessment; denied adequate diet for
O'Connors' Health ↑ Religion; ↑ denied frontcuff pass.

77. Said Nurse Jane Doe also disregarded O'Connors' CRPS shoulder
Nerve damage/injury, disregarded leg pain, numbness ↑ itching bullet
wound from bullet in His legs which is aggravated by the excessively cold cell.

78. Said Nurse Jane Doe also disregarded O'Connors' broken improperly
healed ankle, which the excessively cold cell agitated ↑ aggravated without heat or extra blanket, etc.;
said pain in His ankle, during that very cold winter season, causing stress, etc...

79. Where, the cell on C-Wing Confinement · cm unit where O'Connor (first floor);
was relocated to, had a window which doesn't properly closes; while the
2-large exhaust fans, one of which near by, Sucked excessive cold air, outside from building in the cell.

80. Sec FDOC, FSP Warden Wing staff, Medical ↑ Mental Health
staff were aware of said excessively cold cell, improperly closed window,
etc, but failed to remedy same, knowing the adverse effects on O'Connor. above

81. Said knowledge came via grievances, SIC, verbal complaints ↑ written
letters; along with the age of said FSP Building with numerous maintenance problems. (known work-orders of,)

## Facts Continued

82. On 12-1-13, O'Connor submitted another SIC, explaining His 11-26-13 refusal without informed consent, done involuntarily regarding a Medical Call-Out due to paranoia, fear, anxiety, aggravating & agitating His chemical imbalance in the brain.

83. Where, O'Connor was greatly concerned about His life, safety & well-being, due to FSP C-Wing staff John Doe (WIM) staff threats to abuse O'Connor. by giving him a Black-Eye, in light of O'Connors' past abuses. & videos witnessed said threats.

84. Consequently, O'Connor remained in said housing cell C-1101 without attending any Medical Call-Outs on the day-shift, due to fear of said staff abuse threats.

85. Said John Doe who threatened O'Connor (then CO) is now a Sgt.; who transported O'Connor from NRCI to FSP on 11-29-18, & has a deformed ear.

86. At that time, to the filing of the initial complaint in this suit, (2017), FDOC sec. & FSP warden maintained a policy, practice, custom, & systematic deficiency to allow security staff to enter the Inmates housing cell off camera to restrain IM's.

87. Where, the IM (Inmate) who is fully restrained inside the housing cell off camera which can't see inside housing cell, said IM is then physically abused with punch, kicks, etc., by staff, per policy, practice, custom, etc ---

88. FDOC sec. & FSP Warden were the driving force behind said widespread policy, practice, custom, etc, to abuse inmates in restraints inside the cells off camera, which was persistent from before Valdez infra to about 2017, aforesaid.

89. Valdez v. Crosby, 450 F.3d 1231 (11th Cir 2006), when FSP staff brutaly killed Inmate Valdez inside FSP Housing cell, placed FDOC sec. & FSP Warden on Notice of said staff abuses by staff widespread inside the housing cells at FSP to Inmates.

90. In reversing & remanding on appeal, the 11th Cir court took notice in footnote #1 of O'Connor not attending Medical call-outs, due to threats by FSP staff if O'Connor went to said call-outs, in O'Connor v Backman, et al 743 F. Appx 373.

91. On the 12-1-13 SIC O'Connor explained He refused the 11-26-13 Medicall Call-Out due to being restrained in the rear AGAIN in small holding cages for hours, per Sec FDOC & FSP wardens policy, practice, custom & systematic deficiency, as aforesaid; due to pain, etc..

92. On the 12-1-13 SIC O'Connor sought disclosure of His Hemocult samples for bloody stools, submitted about 11-20-13, to no avail.

93. Said 12-1-13 SIC also complained of His ONGOING problems with His: shoulders, eye-vision, gastro, feet & leg with ankle problems, stated in prior SIC, to no avail.

Facts Continued

94. Said 12-1-13 SIC issues were disregarded instead of being adequately addressed, and adequate for said ailments was denied

95. On 12-3-13, O'Connor submitted another written IIM Request stating that He's entitled to a 4000 calorie Alternate Low Residue Diet for His underweight at 6ft 135 lbs, for Vegetarian Religious Belief & Gastro Needs to no avail.

96. Nurse Johnsons' response to the 12-3-13 written IIM Request disregarded the matter, without providing O'Connor adequate care by not referring the diet matter to a QUALIFIED Doctor for adequate diagnosis and care i.e. adequate diet, per policy practice and custom,↓

97. The ACG-229 Daily Segregation Records on Wing will reflect O'Connor at 6ft weighing 137 lbs on 11-18-13, & 135 lbs on 11-30-16; presented to Medical Staff to no avail.

98. FDOC Sec, FSP Warden, Dr Espino & FSP Nurses continued to deny O'Connor an adequate Non-standard Therapeutic Diet to comply with His Health-Disabilities with Gastro & Religious Needs; per 33-204.003 (5) § (6) & Proc. 401.009(11)(e) §(6)(j) (2013), USDA.

99. Notwithstanding Dr Espinos' & Nurses personal decision to deny O'Connor said Non-standard Therapeutic Diet for His Health & Religion, the policy 33-204.003 § Proc. 401.009 id, requires; a 3 tier party at the Inst. Level, RMC Level & Central Office to approve it.

100. Said multiple party authorization & approval of said Non-standard Therapeutic Diet is NOT practical, and only Theoretical; evidenced by little to nobody (IIM's) in FDOC who has/have had such Non-standard Therapeutic Diet for Health & Religion.

111. Additionally, Policy on Therapeutic Diets became stricter in 2017, after O'Connor sought an Injunction, Appeal for said Non-standard Therapeutic Diet in 2017 in O'Connor v. Jones US Dist. Ct M.J. Jax FL case # 3:15-cv-1387-J-32 JBT.

112. Unlike before, now, Low Fiber (former Low Residue) § now 3000 calorie (former 4000 calorie) both require approval by the RMD; while Intolerance Diet (formerly Fat Intolerance) - removed from Proc. 401.009 (2017), require "full documentation" of problem.

113. Additionally, Proc. 503.006 on CFO-RDP specifically states that a Therapeutic Diet overrides said CFO-RDP, & seems to prohibit a combination of 2 or more Therapeutic Diets with a vegan &/or RDP, Etc, to form a Non-standard Therapeutic Diet for Health & Religion.

114. FDOC Sec & FSP Warden are the driving force & cause, behind the widespread and persistent practices, policies, customs & systematic deficiencies above & below herein, that deny O'Connor an adequate Non-standard Therapeutic Diet for His Health & Religion.

113. Then and now, O'Connor's' sincere Religious Belief System of ▓▓▓▓ Jewish

Facts Continued

125. Other security staff John Doe #2 with CO McCoy were present and started physically stretching their arms and cracking their knuckles getting ready to abuse O'Connor, to intimidate Him, to sign said refusal.

126. Nurse Johnson then yelled at O'Connor to sign the "fucking" refusal; and in fear for O'Connors' life, safety and wellbeing, O'Connor involuntarily signed said refusal under threat coercion, & duress.

127. Nurse Johnson then told O'Connor to stop filing all those "fucking" grievances if O'Connor is going to refuse His RMC Call-out.

128. O'Connor then attempted to explain to no avail, that the rear restraints in black box with waist-chain caused Him severe pain, numbness & tingly-feeling from shoulders to neck, face, hands & gastro-area.

129. Nurse Johnson disregarded O'Connors' complaints, dismissed O'Connor and CO McCoy escorted O'Connor back to the housing cell on G-wing

130. Said fear, anxiety, paranoia, distress, chemical imbalance in the brain with gastro pains, shoulder pains, tingly feeling, etc, were agitated & aggravated by Nurse Johnson, CO McCoy, John Doe #2 & Jane Doe #2 (due to fear & paranoia;).

131. After the above 12-13-13 incident, (2013-2016) O'Connor never went to any more Medical Call-Outs in said Medical Area where there are several blinds spots where inmates are physically abused by staff, per policy, custom & practice.

132. FDOC Sec & FSP Warden also knew & are still aware of said widespread persistent staff abuses on Inmates by staff in said Medical Area, via grievances, civil suits, etc; about same to no avail.

133. FDOC Sec & FSP Warden were & are still the driving force behind said ongoing policy, practice, custom & systematic deficiencies in FSP Medical Area, where no videos & audios can see and hear staff abuses on Inmates, in blind spots.

134. On 12-16-13, O'Connor filed grievance log #1312-205-234, stating that Nurse Johnson intentionally & knowingly falsified Informal Grievance log #13-7527 Response, that O'Connor weighing 137 lbs on 1-18-13 was previously addressed.

135. However, O'Connor never previously grieved said issue of O'Connor weighing 137 lbs at 6ft on 11-18-13 on any prior grievance before 11-18-13; for same to be previously addressed as falsely [redacted] alleged by Nurse Johnson. (Loose Cal. Alternate);

136. Said fraud was done to deny O'Connor adequate diet for His weight loss, (& Religious Belief), supported by FDOC Sec's & FSP Wardens' policy, practice & custom to deny adequate Therapeutic Diet needed for His underweight, which was (& is) widespread & persistent.

Facts Continued

137. Nurse Johnson also knowingly falsified said material facts to intentionally decieve reviewing parties e.g., Formal & Appeal Grievances Respondents who relied on same to deny said diet He was entitled to. (u000-AII)

138. Consequently, O'Connor continued to suffer weight loss, severe hunger pains, stress, anxiety, depression, paranoia; where, O'Connors' severe hunger made Him nauseated, & aggravated-agitated His chemical imbalance in His brain.

139. On 12-25-13, O'Connor attempted to provide Nurse Singletary a completed SIC dated 12-25-13, regarding O'Connors' severe Mental Issues herein, for which O'Connor took prescribed psych meds therefore since to date.

140. Nurse Singletary at PM Meds Rounds, refused to accept said SIC because O'Connor allegedly wrote too much on said SIC, & per policy, practice & custom aforesaid only I that issue is supposed to be on FSP's SIC. brief

141. Said 12-25-13 SIC (Sick-Call) complained about staff threats to abuse O'Connor if He exits His cell for Mental Health & other outside cell call-outs; & O'Connors' fear, paranoia for His life & safety due to said threats.

142. Said 11-25-13 SIC also complained of; rear restraints, black-box, waist-chain etc, aggravating & agitating O'Connors CRPS shoulder nerve damage, causing severe numbness, tingly feeling & pain, causing O'Connors' refusal of Mental & other call-outs.

143. Said 11-25-13 SIC complained of christmas eve night 12-24-13, being excessively cold without extra-blanket, extreme cold sucked from outside building to inside housing cell by 2 large exhaust fans, with cell windows that don't properly close.

144. Where, excecessive cold adversely affects shoulders numbness, pain tingling feeling; broken improperly healed ankle that pains, bullet wound & scar which itches, pain & numbs; aggravating & agitating His stress anxiety, etc...

145. Said 11-25-13 SIC complained about denial of pillow to help keep His head raised, to ease pressure off His injured shoulders; & to help alleviate ensuing acid reflux when head is horizontal to the gastro area.

146. Said issues complained of in said 11-25-13 SIC were ONGOING since O'Connor relocated from J. Wing to C- Wing aforesaid in said very cold cell.

147. Said SIC Nurse Singletary refused to accept, O'Connor attached a copy thereof to a Written Request & sent to Psychologist Dr D. Marie on 12-25-13; while other copy (or original) was attached to a Formal Grievance to FSP Warden on 12-26-13.

Facts Continued

148. Ir D'Marie responded to the aforesaid IIM Request & Ir G.A Espino responded to said Formal Grievance to the FSP Warden.

149. Both said responses basically stated O'Connor has been refusing His Call-Outs, and failed to address the above issues in said 11-25-13 SIC.

150. Said issues above continued, which caused O'Connor to involuntarily refuse His Call-Outs aforesaid, and denied adequate care.

151. On 12-31-13, O'Connor was relocated from FSP cell C-1101 to II-1102 where toilet was inoperable with foul smelling feces in the toilet, staff knew, which & adversely that caused O'Connor to be nauseated, affecting O'Connors stress, anxiety, etc..

152. O'Connor was forced to carry His very heavy personal property in full restraints ▓▓▓▓▓▓ as aforesaid, due to FDOC Sec's & FSP Warden's policy, practice, custom, & systematic deficiency, that was widespread & persistent. (& is)

153. FDOC Sec's & FSP's Warden were the driving force behind said policy, practice, custom, etc; for IV Espino failing to provide O'Connor a front cuff pass (or side-restraints used) for O'Connors' CRPS shoulder nerve damage above.

154. O'Connor remained inside said cell II-1102 with severely paining numbing & tingly shoulders; tight restraints around His waist adversely affecting His gastro pains, while smelling another inmates foul feces with inoperable toilet.

155. In Jan 2014, (exact date can't recall); O'Connor was being transferred from FSP II-Wing to UCI TCU (Transitional Care Unit); due to the Mental Inpatient, adverse & severe mental & emotional condition that FSP's CM setting caused Him.

156. O'Connor was again subjected to carry His very heavy property in full restraints as aforesaid, due to FDOC Sec's & FSP Warden's policy, practice, custom & systematic deficiency, to also deny frontcuff pass, no heavy lifting pass.

157. FDOC Sec & FSP Warden were the driving force behind said policy, practice and custom, that was widespread & persistent TO DATE.

158. While going from upstairs 3rd floor to second floor, fully restrained in the rear with black-box, handcuffs, tight waist chain, leg shackles, with TWO VERY HEAVY sheets of property tied over His shoulder; O'Connor tripped.

159. No security staff was holding O'Connor, ie, custodial touch during escort, consequently, and, O'Connor was pulled down from the 3rd to second floor stairs & fell.

160. O'Connor was pulled by said property to slam His face & shoulders

Facts Continued

VERY HARD into the wall, while the tight waist chain pulled
VERY HARD on O'Connor's severely paining gastro area of post gastro surgery.

161. Security staff walking behind O'Connor several feet away, witnessed
what happend, who O'Connor advised of His severely paining face
& shoulders that slammed into the second floor wall, & paining gastro-area.

162. However, upon information and belief, security staff NEVER
documented same via incident report, etc, and failed to inform Medical
about same, thus, denying adequate care; & causing O'Connor to remain in severe pain, anxiety, etc...

163. On 12-28-16, O'Connor was transferred back to FSP from UCI,
where O'Connor weighed 138 lbs at 6ft at FSP Medical, denied via policy, practice & custom; and disclosed
the below issues to the intake Nurse, to no avail, Diet, about His Gastro, Religion, etc..

164. On 12-30-16, O'Connor submitted grievance log #1701-205-008, about His
Gastro Disabilities & DENIAL of a Non-standard Therapeutic Diet
for His Health & Religion, among other issues below, denied, via policy, practice & custom.

165. Said grievance complained about O'Connor's ONGOING serious
Gastro issues since His 2010 Gastro surgery, e.g., severe acid reflux that
causes esophageal cancer & tumors, heartburns, stomach pains, etc..

166. O'Connor stated in said grievance that He suffers severe pains &
cramps, where He has to curl up in fetus position, with clenched fists
& teeth, profused sweating, with increased heartrate & bloodpressure.

167. Said grievance stated O'Connor sometimes stops breathing to endure
(& radiating) severe pains when He falls to the floor & closes His eyes from gastro pains & cramps.

168. O'Connor explained that the above ensues especially after meals and
deficating, where, O'Connor sometimes crawl from toilet to bed because of
severe pains & cramps that inhibit walking.

169. Said 12-30-16 grievance stated He's entitled to a Low Residue Diet for
food low in indigestible carbohydrates that reduce gastro motility, due to
inability to breakdown said foods that cause acid reflux, heartburns, indigestion, etc...

170. Said 12-30-16 grievance stated said gastro issues also comes from eating beans,
oatmeal, uncooked vegetables, etc...

171. Said 12-30-16 grievance, stated fatty foods eaten cause O'Connor's gallstones for
which O'Connor awaited approved surgery since March 2015 per UCI Doctors,
and O'Connor is entitled to a Fat Intolerance Diet, therefore.

Facts Continued

172. The ultrasounds done in 2015 at UCI not only showed the cholesteral gallstones, but also His gallbladder walls thickening due to said fatty foods eaten.

173. Said 12-30-16 grievance stated O'Connors' weight on 12-28-16 was 138 lbs, at 6 ft, which is considered underweight, and entitled to a 4000 calorie Diet.

174. Said 12-30-16 grievance stated He was on an Alternate Diet due to His Health & sincere Religious NEEDS of vegetarian Judaism & STJA Philosophy.

175. Said 12-30-16 stated His religious beliefs prohibit meat, fish, eggs & the like.

176. Per FDOC sec's & FSP Wardens policy, practice erroneously & custom; widespread & persistent throughout FDOC, eggs are considered DAIRY instead of MEAT.

177. Eggs and egg-based products are served on the Alternate Diet which is supposed to be a NON-MEAT diet per FAC 33-204.002(3).

178. Said 12-30-16 grievance stated, O'Connors' Religious Belief System requires prohibit peanut butter, milk, cereal, bread, whole fruits, vegetables, etc; some of which FDOC-sec's & FSP Warden's Deficient Vegan Diet Menu doesn't serve.

179. Said 12-30-16 grievance explained that O'Connor is entitled to a Low Residue Diet, Fat Intolerance Diet & 4000 calorie Diet combined in ONE, i.e., Non-standard Therapeutic Diet, to prevent O'Connor from choosing 1 diet over another.

180. Said 12-30-16 grievance states the Chief Health Officer (CHO), Regional Medical Director & FDOC Central Office Personnels should authorize said required Non-standard Therapeutic Diet per 33-204.003(5) & Proc. 401.009 (6)(d) (2013)

181. Said 12-30-16 grievance was to no avail, which was denied 1-23-17, and the response, simply made reference to a fat intolerance diet written 12-30-16, which serves meat, eggs, etc; beans, uncooked indigestible vegetables, apple-sauce containing gelatin, contrary to His health & religion.

182. The Fat Intolerance Diet also does NOT serve peanut butter, whole fruits, cooked vegetables, cereal, milk, etc, Needed for O'Connors' Health & Religious Belief.

183. After O'Connor submitted the 12-30-16 grievance, O'Connor saw Dr Chuang T. Le (CHO) concerning His severe Gastro Issues; who disregarded O'Connors other serious-Medical issues.

184. Specifically, on 12-30-16 Dr Le disregarded O'Connors' verbal complaints concerning His severe headaches, dizziness, block-outs, etc. from past staff abuses, etc...

185. Dr Le also disregarded O'Connors' verbal complaints of severe painful-watering eyes, blurry vision, sparkles, flashes of light in vision, black spots, good far vision but bad close vision.

Facts Continued:-

186. On 12-30-16, Dr Le disregarded O'Connor's verbal complaints of, severe shoulder pains, with severe numbing, & tingling sensations that radiate from shoulders, to neck face, & hands; which impair heavy lifting, sleeping on the sides, exercises with shoulders, etc...

187. Said shoulders with Complex Regional Pain Syndrome (CRPS) nerve damage gets hot-cold, cold-hot, with shiny look, also presented to Dr Le verbally on 12-30-16.

188. On 12-30-16, Dr Le also disregarded O'Connor's verbal complaints about His severely dry hard peeling, flaky, cracked eczema skin, which bleeds; where bullet wound scar itches severely especially when cold, & heels also cracked & peeling.

189. On 12-30-16, Dr Le had also disregarded O'Connor's verbal complaints about His CRPS nerve damage and severely paining hip injury, knee injury, broken improperly healed ankle; toe-one of which is without nail, and same, hinders proper walking, etc...

190. O'Connor also sought medical shoes for the above, with toe padding and ankle support, which Dr Le disregarded for said serious health needs.

191. On 12-30-16, Dr Le was only focussed on O'Connor's Gastro Issues; and most of O'Connor's' Gastro Issues, Dr Le disregarded, causing Him to suffer in pain, etc...

192. On 12-30-16, O'Connor attempted to tell Dr Le that He's entitled to a Low Residue Diet due to inability to adequately breakdown certain indigestible carbohydrates, etc, which contribute to gastro motility, e.g. oatmeal, beans, etc.

193. O'Connor explained said indigestible foods causes and contribute to acid reflux, heartburns, indigestion, sour stomach, sour belch, etc, to no avail, where said gastro cramps, severe gastro pains, etc, persist to date.

194. On 12-30-16, O'Connor attempted to tell Dr Le that He's entitled to a Fat Intolerance Diet due to His inability to adequately breakdown fatty foods which caused His gallstones and gallbladder walls thickening.

195. O'Connor explained that said fatty foods caused Him indigestion, nausea, etc, to no avail, which Dr Le disregarded; causing suffering, pain, etc...

196. On 12-30-16, O'Connor attempted to tell Dr Le He's entitled to a 4000 calorie diet due to being underweight, weighing 138 lbs at 6 ft; to no avail, denying O'Connor of adequate calories, nutrition, etc, required per USDA-MyPlate.

197. On 12-30-16, O'Connor advised Dr Le that He refrains from eating meat, fish, eggs, cheese and the like; due to His sincere Jewish-SDA Vegetarian belief.

198. On 12-30-16, O'Connor stated to Dr Le that His Religious belief require

Facts Continued:-

peanut butter, bread, cereal, milk, whole fruits & vegetables, to no avail.

198. O'Connor advised Dr Le on 12-30-16, that He's entitled to a Low Residue, Fat Intolerance - 4000-calorie - Vegan diet combined in one as a Non-Standard Therapeutic Diet, to no avail, which Dr Le denied to cause pain.

199. O'Connor also verbally advised Dr Le on 12-30-16, that He should NOT have to choose a Therapeutic Diet over another; or between a Medical or Vegan Diet, when He's entitled all said 4-Diets combined in one aforesaid.

200. Dr Le then took O'Connor to the scale, and without first calibrating said scale and failing to deduct 5lbs for the full restraints; Dr Le falsified O'Connors' weight at 164 lbs; to deny a 4000 calorie diet He's entitled.

201. Note that Nurse Dailey documented O'Connors' weight as 138 lbs only minutes prior to O'Connor seeing Dr Le on said day, 12-30-16.

202. Dr Le then went back to His office, with O'Connor at all times in full restraints, and advised O'Connor He's not entitled to any diet and He will not prescribe O'Connor any diet, causing severe stress, anxiety, anguish, etc..

203. On 12-30-16, O'Connor also sought adequate gastro meds, eg., Nexium & Tums 3 times daily; and Dr Le advised FDC (Lee) & FSP (warden) prohibit Nexium due to cost, and denied said Tums & Nexium.

204. O'Connor advised Dr Le that He was recieving Tums 3 times daily at UCI; when Dr Le advised on 12-30-16, that FSP Nurses will NOT provide O'Connor Tums 3x daily, per policy, practice & custom.

205. On 12-30-16, Dr Le falsely advised O'Connor that He has no gallstones, because the colonoscopy results show negative; even when O'Connor explained that colonoscopy detects the colon, and gallstones are in the gallbladder.

206. Dr Le advised O'Connor that no gallstone surgery will be done due to said colonoscopy results, thus denial of recommendation to surgeon or gastro specialist.

207. O'Connor also advised Dr Le that the gallstones can clog the gallbladder opening, cause restriction of flow, and infection could ensue.

208. O'Connor stated the gallbladder can then errupt and cause infection to spread to the entire body and be fatal, like an appendix, which Dr Le disregarded. causing O'Connor to remain in fear of death as aforesaid, be stressed, etc...

209. On 12-30-16, O'Connor explained to Dr Le that He signed a consent for gallstone surgery in March 2015, at UCI, to no avail, that was disregarded.

Facts Continued:-

210. On 12-30-16, O'Connor told Dr Le that He experiences severe acid reflux, which can strip the esophageal cells, cause esophageal cancer and tumors, which Dr Le disregarded & caused to continue.

211. O'Connor also advised Dr Le that a rupture of His esophageal veins can cause a massive & fatal blood loss, disclosed on 12-30-16, which Dr Le disregarded, considering O'Connor's constant burning esophagus.

212. On 12-30-16, Dr Le during said erroneous assessment, lossed His patience with O'Connor's several Health related complaints and then dismissed O'Connor from His office, & denied O'Connor adequate care

213. About 1-2-17, O'Connor submitted sick-calls to Nurse C aka Nurse Brooker concerning His head, eyes, shoulders, gastro, hip, knee, ankle & toe.

214. The other sick-call submitted 1-2-17, concerning Dental Issues, complained of His missing teeth, which need implants; where His partial dentures don't fit, the need for possible tooth extraction, which is turning dark &, toothbrush abrasion.

215. O'Connor also stated that when cold air, food & water come in contact with said teeth, numbness & severe pain ensues, which impair eating.

216. Note that FDOC Sec & FSP Warden had & still have a policy, practice and custom, to deny implants to FDOC inmates due to cost, which causes O'Connor to suffer.

217. FDOC Sec & FSP Warden were and are the driving force behind said policy, practice & custom to deny implants to inmates, which is persistent and widespread throughout FDOC & FSP for years to date, which causes the herein.

218. The partial denture for O'Connor's two upper front teeth flies out O'Connor's mouth when O'Connor coughs, sneezes, or even speaks loud, due to dentures shaking.

219. Where, the air pushes dentures out His mouth via the denture not flushing with mouth roof, where air going outside mouth gets caught in said space.

220. O'Connor can't use dentures to speak & pronounce words properly, and even bite food, which is a necessity and major life activity, which causes severe stress.

221. When O'Connor speaks without front teeth, spittle flies everywhere; speech, & pronouncing certain words are difficult &/or impossible, (or Geraldo) & O'Connor bites side-ways without same.

222. Due to only one dentist Dr Geraldo, at FSP for hundreds or, thousands of Inmates, O'Connor was not seen beg Dental until after grievance log # 17-6-10094 was approved later by FDOC Central office.

223. FDOC Sec & FSP Warden had & still have a policy, practice & custom to

Facts Continued:-

delay & deny adequate dental care due to one dentist serving numerous Inmates.

224. Sec FDoc & FSP Warden were the driving force behind said policy, practice & custom to deny adequate dental care, and same persist to date.

225. Said policy, practice & custom was/is widespread, systematic, and persistent at FSP, that caused the delay & denial of adequate care pain, stress, etc..

226. Consequently O'Connor suffered with severe numbing & pain in His teeth; and still struggles to speak & eat properly without needed teeth.

227. On 1-3-17, O'Connor submitted several grievances concerning His head, eyes, shoulders, gastro, hip, knee, ankle, toe, skin-wound & dental issues herein.

228. Subsequently, on the evening of 1-3-17, Nurse Brooker provided O'Connor a copy of a Fat Intolerance (FII) Diet Pass, Dr Le wrote on 12-31-16 after advising O'Connor was not entitled to any diet pass on 12-30-16.

229. Consequently three times daily, O'Connor had to eat a diet that contravenes both His Health & Religion, which caused severe anxiety, stress, etc..

230. Where, said FII served indigestible carbohydrates and other foods which contribute to gastrointestinal motility, heartburns, acid reflux, gastro pains & cramps, etc, such as beans, oatmeal, uncooked vegetables, etc difficult to digest.

231. Said FII served meat, eggs, apple-sauce (which contains gelatin), noodle & macaroni (which contain eggs), etc, contrary to O'Connors' Religion

232. Further the FII does NOT serve whole fruits daily, cereal, adequate milk, peanut butter, etc, required by O'Connors' religion. which was & is being denied.

233. On 1-5-17, O'Connor submitted grievance log # 1701-205-071 with a Petition For Rule Change # DC14-198 dated 11-5-14 by respondent former Sec FDoc Crews informing about a Non-standard Therapeutic Diet.

234. Dr Le returned without action on 1-23-17 said grievance submitted 1-5-17, disregarding O'Connors' serious need for a Non-standard Therapeutic Diet, which complies with His Health & Religious Needs.

235. Note that Dr Le never referred O'Connor to a neurologist or ordered any test for O'Connors' head problems, never referred O'Connor to the eye doctor, optician, or even do any eye test; which O'Connor denied adequate diagnosis & adequate care.

236. Dr Le never referred O'Connor to a neurologist, or other specialist for His CRPS nerve damages in shoulder, issued no front-cuff pass, gave no

Facts Continued:-

no-heavy lifting pass, issued no icey-hot rub & the like, etc, & made O'connor suffer.

237. Jr Le continued to deny O'connor adequate diet for His Health & Religion, denied adequate gastro meds, made no referral to gastro-enterologist &/or surgeon for gallstones & did no ultrasound to monitor gallstones.

238 Jr Le never referred O'connor to any specialist for His Hip, knee, ankle, toe; provided no ace wrap, ace-brace, denied adequate Medical shoes with ankle support & toe-padding & made Him suffer.

239. Jr Le continued to deny O'connor monsterizure, etc, for His eczema dry skin, with cracks, peeling & flaky which sometimes bleed, & made Him suffer.

240. To date, O'connor remains with His worsening conditions of stress, severe pains, cramps, suffering as outlined herein; which have prior physical injuries of chemical imbalance in brain, 2010 surgical scar, CRPS-nerve damage, etc.

241. Said denials were due to FDOC sec & FSP Wardens policy, practice, custom & systematic deficiencies, which were widespread & persistent; which FDOC sec & FSP Warden were the driving force behind same, to delay & deny adequate care herein.

242 On 1-16-17, O'connor was relocated from L-wing to E-wing and AGAIN as usual, forced to carry His very heavy property in full restraints, per FDOC sec's & FSP Wardens' ONGOING policy, practice, custom & systematic deficiencies.

243 Consequently, O'connor strained & injured His back; where, O'connor started feeling involuntary twitching of muscle in His back regularly, relayed to staff.

244. Where, lifting, bending, laying down is difficult, due to burning & pinching nerve and severely paining back muscles from carrying said heavy property.

245. O'connors' shoulders- CRPS Nerve Damage previously existed from excessive use of Force by SRCI staff in 2009-2010 & UCI 2011-2012; were severely agitated and aggravated by carrying said heavy personal & state property each relocation.

246. On 1-6-17 Nurse J. Johnson came to E-wing, cellfront E-1206, with an Inmate sick-call dated 1-2-17 aforesaid which O'connor submitted 1-2-17.

247. Said 1-2-17 SIC was unprocessed, and Nurse Johnson falsely alleged she could not read said SIC, due several issues thereon & ▓▓▓▓▓▓▓▓▓▓▓ consequently refused to process same.

248. Nurse Johnson knowingly and intentionally falsified said material statements, which reviewing staff at FSP & FDOC Central Office relied on to deny O'connor adequate care for His several serious Health NEEDS, per policy, practice, custom etc...

Facts Continued:-

249. Nurse Johnsons' denial of adequate Sick-Call processing and failure to process said 1-02-17 s/c is due to FDOC Sec & FSP Wardens policy, practice and custom to require only one issue per s/c.

250. FDOC Sec & FSP Warden were the driving force behind said policy, practice & custom to not process s/c Requests submitted with more than 1 issue, while requiring s/c Requests be limited to 1 brief issue each s/c.

251. Where, said policy, practice & custom were wide-spread & persistent for years to date which FDOC Sec & Warden-FSP knew via grievances, etc...

250. Due to the failure to process said s/c, O'Connor was denied adequate care, and continued to suffer with His worsening conditions of stress, severe pains, cramps & anxiety as outlined herein, which have prior physical injuries.

251. On 1-12-17, O'Connor saw His Mental Health Counselor Ms Lockwood, (B/F) on E-Wing in a Room without chairs, with dirty smelling clothes of other Inmates on the floor of C-Wing, 3rd floor, witnessed by videos & audios.

252. Where, per FDOC Sec & FSP Wardens policy, practice & custom, Psych Counselors do 1-on-1 therapy with Inmate patients inside the dirty smelly room where Inmate Runner-Rounds rest, eat, etc...

253. The designated Therapy Room is usually not used for 1-on-1 therapy with Mental Counselors & Inmates, due to lack of staff to escort Inmate off housing wing to designated Mental Health Rooms.

254. The w/m staff provided Ms Lockwood (B/F) a bucket to sit on causing Her buttocks to pain and numb, while O'Connor stood for about 30 minutes with numbing paining bullet in leg & broken improperly healed ankle.

255. At all times O'Connor was in full restraints with restraints tight around the gastro area, causing severe gastro pains, and numbing, paining & tingly feeling in O'Connors shoulders, radiating to neck face & hands.

256. Though O'Connor and Ms Lockwood sought chairs to sit, chairs were denied; while the W/M security staff sat on a comfortable chair outside the room monitoring the 1-on-1 therapy, who kept denying O'Connor & Ms Lockwood, chairs- sought.

257. At all times O'Connor stood with bullet in leg, in full restraints while Ms Lockwood sat on said hard bucket, causing Her pain, which aggravated & agitated O'Connor.

259. O'Connor explained to Ms Lockwood that His severe gastro, shoulders

Facts-Continued:-

among other Health Issues herein ▓▓▓ were causing and contributing to His existing severe Mental Issues of stress, anxiety, etc...

260. On 1-22-17, O'Connor saw Dr Rumbaua (Psychiatrist), who O'Connor advised of His severe stress, anxiety, depression, nightmares, etc, from His head, gastro, shoulders, past staff abuses, paranoia, etc...

261. Dr Rumbaua decreased O'Connors' psych meds for depression and failed to renew the Prazosin for insomnia - nightmares from past staff abuses, etc...

262. On 1-22-17 at PM Meds round, O'Connor was then denied all His Psych Meds by administering Nurse issuing meds, witnessed by the videos.
& on 3-17-17, & again

263. On 2-6-17, & O'Connor saw Dr Le again, & who O'Connor advised to no avail of His ONGOING issues with His head, eyes, shoulder, gastro, leg, ankle, toe, skin, & back, which Dr Le intentionally disregarded & caused suffering.

264. Dr Le focussed only on O'Connors gastro issues herein, while denying adequate diet for O'Connors' Health & Religious Belief, denied adequate gastro meds, and stated no gallstone surgery will ensue.

265. Dr Le advised O'Connor that FSP Nurses will not provide Tums three times daily at FSP, like UCI, per FDOC Sec & FSP wardens' policy, practice & custom, which was widespread and persistent even to date.

266. FDOC Sec. & FSP Warden were the moving force behind said policy, practice & custom herein, to make cm Inmates like O'Connor suffer with pain, etc..
& on 4-07-17, & again

267. On 2-16-17, & O'Connor again saw Ms Lockwood in said stink dirty smelling room as before on the 3rd floor of FSP's E-Wing, per policy practice & custom.

268. This time, Ms Lockwood was given a chair, while O'Connor sat on the bucket, which caused O'Connors' buttocks to severely numb & pain, like it did Ms Lockwoods' before aforesaid on 1-12-17, witnessed by videos & audios.

269. O'Connor advised Ms Lockwood of His ONGOING stress & anxiety from His health related issues herein, e.g. shoulders, gastro and other issues.

270. O'Connor explained to Ms Lockwood that He has very tense feeling in His hands & feet, which He massage & run under hot-water from sink to help alleviate same, and severe gastro pains, etc, which impair sleep, etc...

271. O'Connor stated to Ms Lockwood that He involuntarily cries, have

Facts Continued:-

severe nightmares, where staff abuses Him in His sleep, choking &
beating up; e.g. Suwannee CI staff, of which O'Connor has flashbacks.

272. On 2-22-17, about 4:46 pm, the videos & audios [for E-1206] will reflect that
O'Connor tried to explain to Nurse Clarkson His serious gastro issues for
which He was scheduled for surgery and was awaiting surgery since March 2015.

273. O'Connor advised Nurse Clarkson at cell E-1206, that He was having
serious gastro pains, cramps, etc., that are worsening, with bloody stools,
which inhibit eating, & O'Connor hadn't ate breakfast, lunch or dinner 2-22-17.

274. O'Connor further explained to Nurse Clarkson that He also didn't
eat breakfast 2-23-17, as all 3 meals on 2-22-17, due to said gastro issues.

275. O'Connor provided Nurse Clarkson a Sick-Call explaining the above
on 2-22-17, 8:09 Am, when she simply walk away, without attempting to
provide adequate care for said gastro related issue and denied copy of SIC.

276. No SIC was done regarding said 2-22-17 SIC above, which upon info
and belief, said SIC was referred to Dr Le, who denied adequate care [without assessment in person], e.g. gastro meds.

277. On 3-1-17, about 5:55 Am, at breakfast cell E-1206, O'Connor was
provided a deficient tray with eggs against O'Connors' Religious Belief.

278. Said tray was also missing foods as usual, and O'Connor sought
to speak with the housing wing sgt; who was supposed to [serving] supervise meals.

279. At that time, CO Osteen, maliciously, sadistically & wantonly closed [serving]
the cellflap on O'Connors' hands & squeezed His hand with cellflap via assault.

280. Said incident lasted several seconds, leaving O'Connors hands in severe
pain, especially when closing His hand, which aggravated & agitated O'Connors'
numbing, pairing & tingly feeling from shoulders that radiated to hands, face & neck. [CRPS]

281. O'Connor submitted a SIC on 3-1-17 about said incident with CO
Osteen, who denied O'Connor an adequate meal for His Health & Religion by
closing flap & squeezing O'Connors' hand with flap when He complained about said tray.

282. O'Connor was taken to Medical for said assault & battery by co osteen, [in full restraints,]
when O'Connor tried to explain to Nurse Danley that He was experiencing
severe pain in His hand especially closing same, with numbing & tingly sensation.

283. Nurse Danley who is not [licensed &] qualified to practice medicine and diagnose
like a Medical Doctor; did erroneously diagnose O'Connor without conferring &/or
referring O'Connor to the Medical Doctor for said hand, for adequate care.

Facts Continued:-

284. Nurse Danley placed both Her hands inside O'Connors' hands and advised O'Connor to squeeze both Her hands which O'Connor complied.

285. O'Connor couldn't squeeze with same strength with the injured weak hands as O'Connor could with the unmjured hand, which Nurse Danley knew & felt.

285. Nonetheless, Nurse Danley, knowingly & intentionally falsified materials facts, ie, Medical Records & Use-of-Force Assment Records.

286. Nurse Danley falsely entered thereon the above papers that nothing is wrong with O'Connors' hand, and denied O'Connor adequate pain meds O'Connor sought from Nurse Danley for said parsing, numbing tingly hard.

287. O'Connor remained with said injured hand which was alread tense which O'Connor had to massage & rub under hot-warm sink water as aforesaid to alleviate said injured hand.

288. Both FSP CHO, and Central Office in Tallahassee, grievance respondents relied on said falsified entry by Nurse Danley to cover up said assault & battery by Osteen, to deny adequate care.

289. O'Connors' grievances on said issue were discarded by FSP staff like a lot of other grievances O'Connor submitted in FSP's grievance box; against FSP staff; e.g., said day 3-1-17 when Osteen abused Him.

290. Where, no grievance reciept is provided at the time of submittance, and amount of pages submitted are not logged; where, if logged, grievance responses have MISSING pages, & provided late (if not discarded) & same not signed for when recieved.

291. O'Connor submitted Informal Grievance log #205-1703-0144 dated 3-6-17, then Formal Grievance log #1703-205-158 on 3-13-17 & Appeal Grievance log #17-6-14515, on 4-4-17) concerning various Mental Health issues.

292. Specifically, said Mental Issues include O'Connor having severe stress, anxiety, depression, nightmares due the Life sentence given, Court deadline, denial of Court Access due to deficent Law Library Service, etc...

293. O'Connor explained in said grievances He refused no 1-on-1 mental therapy with Psych Counselor Ms. Lockwood, but refused group therapy due to anti-social disorder, paranoia, & CRPS shoulder issue due to rear restraints used for group therapy.

294. Come 3-22-17, O'Connor was experiencing another episode of O'Connors' severe gastro pains & cramps, bloody stools, etc; where, O'Connor couldn't stand or walk, when sudden pains & cramps ensued.

Facts Continued:-

295. Where, O'Connor sometimes curl up in fetus position on the floor with profused sweating, blood pressure rise, clenching teeth & fists, heart racing, etc, due to severe gastro pains, relayed to staff as grieved, repeatedly.

296. Said severe cramps & pains ensue usually before & after deficating, etc; causing O'Connor to crawl on all 4 limbs like a child to His bunk due to said severe pains & cramps, which persist on and off to date.

297. Said severe pains & cramps still arise from the groin area up to O'Connors' gastro area and sometimes radiate, where these sudden gastro pain-cramp attacks may last several minutes before wearing off.

298. O'Connor strongly believes O'Connors' feces filled stomach per photo thereof shown to O'Connor by Dr Shah subsequently in 2015, regarding 2010 gastro condition that still exists, is a main culprit for said gastro pains etc..

299. O'Connor attempted to relay these matters to Nurse Clarkson on 3-22-17, as before, to no avail, while Nurse Clarkson stood cellfront E-1206.

300. Nurse Clarkson heard, but knowingly & intentionally disregarded O'Connors' complaints above about His severe gastro conditions.

301. Nurse Clarkson simply walked away from cellfront E-1206 where O'Connor was housed, and advised O'Connor to submit a sick-Call.

302. Nurse Clarkson left O'Connor in severe pain, anguish, cramps, and emotional dutress, which aggravated & agitated O'Connor existing gastro condition and chemical imbalance in the brain; causing severe stress, etc...

303. On 3-22-17, O'Connor submitted a s/c per Nurse Clarkson, who refused to provide O'Connor a copy of said sick-Call, which outlined the above gastro-related issues.

304. Nurse Clarkson knew O'Connor had a serious medical need that was ONGOING for years (to date), which she disregarded, by failing to verbally relay same to Her supervisor to provide O'Connor adequate care.

305. Nurse Clarkson could have ensured O'Connor recieved adequate care, e.g; adequate pain meds, referal to Medical Doctor, or she (Nurse Clarkson) personally assess O'Connor, via do vitals on O'Connor, etc, etc, which she didit do.

306. Nurse Clarkson knew the risk & harm that could, would & did ensue, which agitated & aggravated O'Connors' existing injuries aforesaid.

Facts Continued: <u>Deliberate Indifference</u>

307. Incorporated herein by reference as fully incorporated herein is the foregoing statement of facts numbers 1 through 306.

308. At all times herein, respectively, O'Connor had (& still has) serious health needs for His head, mental, shoulders, gastro, hip, knee, ankle, toe, leg, back, skin, vision, dental, and related issues herein, e.g., neck, face & hands, etc...

309. O'Connors' serious health needs include, but not limited to adequate Mental Health Care, Therapy, Psych Meds, adequate treatment for anxiety, depression, paranoia, nightmares, stress, chemical imbalance in His brain, aggravation & agitation of same, etc.

310. O'Connors serious health needs include adequate care for His vision-eye problems such as blurry vision, watery eyes, with black spots, strain, sparkles, hyperopia, jelly in eye shifting from staff abuses per UCI Optician 2010-2011, etc.

311. O'Connors serious health needs include adequate care for His teeth, that was shaking, dark colored, paining, with toothbrush abrasion, numbness when cold food contact teeth, need for implants, needed extraction, difficulty eating & speaking.

312. O'Connors serious health needs include adequate care for shoulders, CRPS nerve damage, numbing, pain & tingly sensation in shoulders radiating to neck, face & hands, front cuff pass, no heavy lifting pass, side restraints, pain meds, MRI, surgery etc..

313. O'Connors serious health needs include adequate care for severe gastro pains, cramps, acid reflux, heartburns, indigestion, gallstones, gallbladder wall thickening, surgery, adequate diet for health & religious, gastro meds needed; no tight waist-chain, etc...

314. O'Connors' serious health needs include adequate care for straining back with pinching nerves and severe pain with tingly sensation from lifting-carrying heavy property.

315. O'Connors' serious health needs include adequate care for hip, knee, ankle, toe, leg with bullet scar & wound, need for medical shoes with ankle support, toe padding, needed surgery for CRPS nerve damage & soft tissue damage, MRI, pain meds, ace wrap etc...

316. O'Connors' serious health need for skin problems include adequate care such as adequate moisterizer, etc, for flaky-peeling-cracked skin, bullet scar thats dry which O'Connor scratch from itching & bleeds, eczema condition, etc...

317. O'Connors' serious health need for neck, face & hands, include adequate care such as adequate pain meds therefore, pain radiating from shoulder with numbness & tingling, and other adequate inquiries, etc, for possible soft-tissue damage &/or nerve damage, e.g., MRI, etc...

Facts Continued:-

318. Defendants were deliberately indifferent to O'Connors' serious needs aforesaid, which caused O'Connors injuries herein.

319. Defendants had a subjective knowledge of the serious harm; but disregarded that risk.

320. Defendants conduct was more than gross negligence, due to knowledge of a serious medical need and a failure or refusal to provide adequate care; via delay & denial of adequate care.

321. FDOC Sec & FSP Warden were deliberately indifferent to O'Connors' serious health needs for a 4000 calorie diet for His underweight on 9-26-13, via their policy, practice & custom, to falsify Inmates weight in intake.

322. Said delinquency caused O'Connor to be denied adequate diet, nutrition, calories to maintain adequate health & weight; caused severe hunger pains, stress & nausea from inadequate diet, aggravating & agitating O'Connors' gastro issues.

323. O'Connors' Mental & Emotional Injuries have prior physical injuries of gastro surgery, scar, chemical imbalance in the brain, etc..

324. FDOC Sec & FSP Warden, Nurse Johnson & Jr Espinor were deliberately indifferent to O'Connors' serious health needs for a Low-Res-Alt for O'Connors' mobility to breakdown certain indigestible carbohydrates aforesaid in 9-29-13 s/c, via their policy, practice & custom.

325. Said delinquency caused O'Connor to eat regular trays with indigestible carbohydrates, etc, that caused & contributed to O'Connors' acid reflux, indigestion, severe gastro pains & cramps, heartburns, sour-belch, sour stomach, etc..

326. Said Mental & Emotional Injuries have prior physical injuries of gastro surgical scar, chemical imbalance in the brain, feces filled intestines etc.. (with Nurse Johnson & Jr Espino),

327. FDOC Sec & FSP Warden, Nurse Johnson & Jr Espino, were deliberately indifferent to O'Connors' serious health needs for His Mental issues stated in the 9-29-13 s/c seeking Meds & therefore, denied & disregarded, due to multiple requests on same 1 s/c, per policy, practice & custom.

328. Said delinquency caused O'Connor to suffer with His depression, paranoia, hallucinations, anxiety, side-effects, stress, which aggravated & agitated His chemical imbalance in His brain, and not see Psychiatrist therefore.

329. FDOC Sec & FSP Warden, with Nurse Johnson & Jr Espino, were deliberately indifferent to O'Connors' serious health needs for His dental issues stated in the 9-29-13 s/c, due to policy, practice & custom prohibiting multiple requests on 1 s/c.

Facts Continued:-

330. Said delinquency caused O'Connor to suffer with shaking tooth, bleeding gum, & hurting molar that prevented eating properly; which contributed to His chemical imbalance in His brain, anxiety, stress, depression, etc; not see dentist

331. FDOC Sec, FSP Warden & Nurse Johnson, with Dr Espino, were deliberately indifferent to O'Connors' serious Health Issues eye-vision problems stated in the 9-29-13 SIC, due to policy, practice & custom prohibiting multiple requests on 1 SIC, required payment while being indigent & 3-year wait.

332. Said delinquency caused O'Connor to not see the eye doctor-specialist, denied adequate reading glasses, suffer with sparkles (& black-spots) in vision that's blurry, watery eyes, eye pain and strain for years to date, which will continue.

333. FDOC Sec, FSP Warden, Nurse Johnson & Dr Espino were deliberately indifferent to O'Connors' serious Health Issues in the 9-29-13 SIC of CRPS Nerve damage in shoulders, with severe pains, cramping, numbing & tingly feeling extending to neck, face, & hands that prohibit daily life activities

334. Said delinquency caused O'Connor to continue to suffer aforesaid: denied MRI etc, to inquire into said shoulder issues, & do surgery, to save money; denied frontcuffs, side-restraints, & no-heavy lifting pass; subjected to rear-restraints to adversely affecting chemical imbalance in the brain, stress, pains, etc.

335. FDOC Sec, FSP Warden, Nurse Johnson & Dr Espino, were deliberately indifferent to O'Connors serious Gastro-Related Issues & needs herein for adequate gastro meds, placed in chronic gastro clinic, etc, sought in said 9-29-13 SIC.

336. Said delinquency caused O'Connor to be denied adequate gastro meds for onging severe pains, cramps, acid reflux, heartburns, etc; with prior physical injury of 2010 gastro surgery; denied gastro clinic to monitor gastro problems that turned into gallstones, etc...

337. FDOC Sec. FSP Warden, Nurse Johnson & Dr Espino were deliberately indifferent to O'Connors' serious needs stated in the 9-29-13 SIC concerning His left leg with bullet fragments, broken improperly healed right ankle which severely hurt imparing walking & needed med shoes.

338. Said delinquency caused O'Connor to be denied adequate medical shoes with ankle support (& toe padding for nailless left big toe); moisterizing cream, etc, for dry, peeling, cracked, itching eczema skin, that sometimes bleeds around bullet wound, ace ankle support, suffer severe pain, etc...

339. For FDOC Sec, FSP Warden, Nurse Johnson & Dr Espinos' deliberate indiference, stated, regarding the 9-29-13 SIC, via policy, practice & customs same apply to the 10-1-13 incidents and thereafter, which caused O'Connor injuries as stated herein, which interrelates.

340. Specifically, but not limited to FDOC Sec, FSP Warden, Dr Espino & Nurse Johnson were deliberately indifferent regarding O'Connors' lengthy wait inside small cage on 10-1-13

Facts Continued:-

and therefor, which continues to date per policy, practice & custom aforesaid.

341. Said delinquency caused O'Connor to remain in full restraints in the rear, tight around the waist, adversely affecting His shoulders & gastro injuries herein, and adversely affecting chemical imbalance in His brain about _PHOBIA_ of closed-small quarters.

342. While fully restrained above, in said small holding cage, O'Connor was so annoyed, get so agitated, aggravated; start to sweat profusely, delirious, stress severely, etc, _AND NO VALID PENOLOGICAL JUSTIFICATIONS WARRANT_ said ongoing custom, etc...

343. Jr Espino was deliberately indifferent to O'Connors serious shoulder needs by falsifying Grievance Log # 1311-205-138 Response, to deny adequate care therefore.

344. Said delinquency caused O'Connor to continue suffer severe tingling, numbness, pain; which CRPs nerve damages; where His chemical imbalance in His brain, stress, anxiety, depression stated herein were agitated & aggravated.

345. Nurse Johnson, FDOC sec & FSP Warden, were deliberately indifferent to O'Connors' underweight & serious health needs for adequate 4000 (All) to gain adequate weight, nourishment, calories, etc, by failure to refer O'Connors' 11-18-13 SIC to appropriate MD or clinician to prescribe same.

346. Said delinquency per policy, practice & custom to deny therapeutic diets, caused O'Connor to continue to lose weight &/or remain underweight, deprived of adequate calories, nourishment, etc; which aggravated His stress, chemical imbalance in His brain, etc...

347. Sec FDOC & FSP Warden were deliberately indifferent to O'Connors' serious health needs via their policy, practice & custom to subject cm-Inmates, e.g, O'Connor, to carry His very heavy property in full-restraints or abandon same, & denied meds when relocated.

348. Said delinquency caused O'Connor to be denied His personal property needed to litigate court causes, study religion, write friends & family maintain proper hygiene, etc, therein property allegedly abandoned, due to, O'Connors' shoulder CRPS Injury prohibiting carrying property, full restraints & gastro-

349. O'Connor was also denied His meds (psych & medical) due to relocating from J-wing to G-wing; due to policy, practice & custom, aforesaid.

350. Said denial of property & meds on 11-20-13 & thereafter, caused O'Connor to severely stress about missing court deadlines, unable to communicate with family & friends or practice religion, etc; which aggravated His chemical imbalance in brain & gastro issues.

351. FDOC Sec & FSP Warden were deliberately indifferent due to their policy, practice & custom, causing a denial of adequate care for O'Connors' SIC on 11-22-13 for serious health needs for adequate diet for health & religion, shoulders, bullet in leg, ankle, etc, adversely affected by cold, severe.

Facts Continued:-

352. Said delinquencies caused O'Connor to be denied adequate diet for His Health & Religion while at FSP; subjected to excessively cold cell which aggravated O'Connors' CRPS-Nerve damages, tingly, severe pain in shoulders, & painful leg with bullet & ankle, without heat, adequate clothing & bedding.

353. O'Connor remained in said excessively cold cell on C Wing 1101, from 11-20-13 to 12-31-13, with excessively cold air sucked by 2 Large Exhaust Fans via a window which doesn't close properly, on first floor which is colder than 2nd or 3rd floor (cold air falls).

354. Said diminishing old, worn-out building (FSP) with EVERYTHING malfunction (e.g. windows) continues to house CM Inmates, which FDOC sec & FSP warden are well aware but will NOT spend money to fix; ONGOING for DECADES, and getting worse, done to save money.

355. FDOC Sec & FSP Warden were deliberately indifferent to O'Connors' serious health needs to attend His Medical Call-Out on 11-26-13 & thereafter, which O'Connor didn't attend due to staffs' threats of Excessive Force, Assault, etc, inside cell, etc., per policy, practice & custom.

356. Due to the above delinquency, O'Connor suffered injuries caused by same, such as aggravation & agitation of the chemical imbalance in His brain, severe stress which adversely affected His gastro issues herein, SEVERE PARANOIA, fear for life, safety & well-being.

357. Also due to the above threats to physically abuse O'Connor inside the cell in full restraints, off camera, per policy, practice & custom; O'Connor not attending His Medical Call-Outs also denied Him adequate care care therefore, e.g. gastro, CRPS etc, herein.

358. FDOC Sec & FSP Warden were also deliberately indifferent to O'Connors' being restrained in the rear in small cages for hours which adversely affected O'Connors' shoulders, gastro & Mental issues herein, per policy, practice & custom.

359. Said delinquency aforesaid caused O'Connor to not attend said Medical Call-Out 11-26-13 as stated on the 12-1-13 SIC; causing O'Connor to be denied adequate care for His gastro, shoulders, etc, stated herein; e.g. assessed for meds, diet, etc...

360. FDOC sec, FSP warden & Nurse Johnson on 12-3-13, and thereafter, were deliberately indifferent to O'Connors' serious health need for a Low-Residue Alt for His Health & Religion, due to policy, practice & custom to deny same, aforesaid.

361. Said delinquency caused O'Connor to be denied said Low-Res-Alt, causing Him to eat foods that His stomach can't adequately digest, (also against His Religion) & meat, etc, which caused severe acid reflux, heartburns, sour stomach, stress, etc; agitated chemical imbalance in His brain.

362. Sec FDOC & FSP Warden, Dr Espino & Nurse Johnson, were deliberately indifferent to O'Connors' serious Health & Religious needs for a Non-standard Therapeutic

Facts Continued:-

Diet for O'Connor's Health & Religious Needs, due to policy, practice & custom. [compliant with USDA standards]

363. Where, FDOC's policy FAC 33-204.003 & Proc.401.009 past & present, require multiple parties to authorize & provide said Non-standard Therapeutic Diet, which FDOC sec, FSP warden, Dr Espino & Nurse Johnson know is/are impractical.

364. Same, is/are UNWORKABLE, theoretical & not practical, evidenced by said ongoing denial of said Non-Standard Therapeutic Diet for O'Connor's' health & religion for years to date, despite falsified compliance alleged.

365. Consequently, said delinquency(ies) caused & is/are causing O'Connor to be denied said Non-Standard Diet for His Health & Religion, and USDA My Plate standards of various foods & portions from 5-food groups, three times daily.

366. Where, O'Connor had to & continues to eat foods contrary to His Health & Religion; non-compliant with USDA criteria, which will continue.

367. Said ONGOING DENIAL of adequate diet caused & is causing O'Connor to be denied adequate needed nutrition, calories, etc, needed for vital bodily functions & adequate health; causing nerve channels to be blocked; cause acid reflux, heartburns, pain, etc.

368. Sec FDOC & FSP Warden were/ARE being deliberately indifferent to O'Connors' serious health needs for a Non-standard Therapeutic Diet for O'Connors' Health & and Religion via Proc. 503.006, which doesn't allow combination of Medical, Vegan & RDP-Diets.

369. Said Proc.503.006 which only allows Medical-Therapeutic Diets to override RDP; prohibits a Medical Doctor from writing a Non-standard Therapeutic-Diet that combines Medical-Therapeutic, Vegan & RDP Diets in one, causing O'Connor to be denied same.

370. Consequently, due to the above Proc. 503.006, O'Connors' being denied said Non-Standard Therapeutic Diet of Medical-Vegan-RDP Diets combined in one He's entitled to, which aggravates His gastro issues, acid reflux, etc, stress, chemical imbalance in His brain, etc.

371. Said Policies, practices & customs above subjects O'Connor to choose between His Health & Religious Belief system, which has been & continues to date; which is stressful, contributes to anxiety, aggravates His chemical imbalance in His brain & gastro issues.

372. FDOC sec, FSP warden, Nurse Burgin, Nurse Wilkerson were deliberately indifferent via policy, practice & custom to deny O'Connor His prescribed Tums & Prilosec via [serious health need for] frivolous reasons like not having med cup, etc, which was done several times by various Nurses.

373. Consequently the med logs were falsified that O'Connor got His meds, which He did NOT get; or that O'Connor refused, though He didn't refuse said meds, on 12-7-13.

Facts Continued :-

374. Due to said policy, practice & custom to deny O'Connor His meds as on 12-7-13, prior thereto & thereafter, O'Connor was repeatedly denied said gastro meds (though deficient) needed to help alleviate His severe acid reflux, heartburns, indigestion; which caused stress etc...

375. Said widespread practice, policy, custom, which FDOC Sec & FSP Warden were the driving force behind, are verified by the med logs, grievance logs, etc; which they KNEW about, but failed to remedy; which Wing videos (if no audios available) will verify.

376. Nurse Johnson, CO McCoy, et al on 12-13-13, were deliberately indifferent to His serious health needs to be free from fully restrained in the rear with tight waist chain, adversely affecting shoulder & gastro issues herein. sec FDOC & FSP Warden

377. Nurse Johnson, CO McCoy, et al, on 12-13-13 were deliberately indifferent to His right to refuse to sign a Medical Refusal; and serious health need to be free from intimidation, fear, paranoia, threats; etc, they subjected O'Connor to. sec FDOC & FSP Warden

378. Said delinquency by Johnson, McCoy, et al, caused O'Connor to be in severe pain, numbing with tingly feeling in the shoulders radiating to neck, face & hands, from CRPS Nerve damage, and gastro pains & cramps; due to said restraints. sec FDOC & FSP Warden

379. Nurse Johnson's & CO McCoy's et al delinquencies also caused O'Connor to be in fear, intimidated, paranoid (for which He currently takes psych meds); etc, causing Him to sign said refusal under threat, duress & coercion; & not return to Medical 2013-2014. for call-outs, etc

380. Consequently, O'Connor didn't attend several medical call-outs; and, was denied adequate Medical Care, due to the policy, practice & custom for staff to physically abuse Inmates in full restraints in blindspots in Medical Area.

381. O'Connor's Mental & Emotional Injuries have prior physical injury of 2010 gastro surgery, CRPS-Nerve Damage & chemical Imbalance in the brain.

382. FDOC Sec, FSP Warden & Nurse Johnson on 11-18-13 as grieved on 12-16-13, were deliberately indifferent to O'Connor's serious health needs for a 4000-calorie-Alt diet for His underweight, deficient calories & nutrition; and for His Religious Belief.

383. Said delinquency by FDOC Sec, FSP Warden & Nurse Johnson caused O'Connor be denied said 4000-calorie-Alt for His Health & Religion, denied adequate calories, nutrition, etc, which per USDA standards, caused stress, weight-loss, etc, agitated His chemical imbalance in the brain.

384. FDOC Sec, FSP Warden & Nurse Singletary, were deliberately indifferent on 12-25-13, in refusing to accept O'Connor's s/c with serious health needs aforesaid, due to policy, practice & custom to not process s/c with multiple issues thereon.

Facts Continued:—

385. Due to said deliberate indifference, O'Connor was caused to suffer said ONGOING INJURIES regarding His Health Issues regarding His shoulders, gastro, bullet in leg, ankle, excessive cold, without adequate bedding, etc..

386. Said ONGOING INJURIES of severe pain, numbing, tingly feeling in shoulders radiating to neck, face & hands; severe gastro pains & cramps, severe pain in ankle & leg; aggravated O'Connors' chemical imbalance in the brain, stress, anxiety, etc...

387. FDOC Sec & FSP Warden were deliberately indifferent to O'Connors' serious health needs for His shoulder & gastro issues on 12-31-13; by subjecting O'Connor to carry very heavy property in full restraints & placed in a cell with broken toilet & feces aforesaid.

388. Due to said delinquencies by FDOC Sec & FSP Warden, via their widespread & persistent policy, practice & custom which they were the driving force behind, O'Connor suffered CRPS severe shoulder pains, cramps with tingly feeling which radiated to neck, face & hands.

389. Said deliberate indifference also caused O'Connor to suffer with His gastro cramps and pains, stress, anxiety; coupled with nausea from another Inmates' feces in inoperable toilet which O'Connor was subjected to smell for a while (hours).

390. FDOC Sec & FSP Warden were deliberately indifferent to O'Connors' serious health needs for His shoulder & gastro issues in Jan-2014, while being transferred, by subjecting Him to carry very property in full restraints & slammed into wall aforesaid.

391. Due to said deliberate indifference from FDOC Sec & FSP wardens policy, practice & custom, which was widespread & persistent, which they were the driving force behind; O'Connor suffered agitation & aggravation of His existing shoulder & gastro issues.

392. Specifically, O'Connor suffered severe pains cramps with tingly sensation in His shoulders going to His face, neck & hands; gastro pains & cramps from tight full restraints and carrying said very heavy property tied around His shoulders, without help.

393. When O'Connor fell from 3rd to 2nd floor down the steps, with property dragging O'Connor down to slam His face & shoulders into wall very hard; same aggravated O'Connors' existing shoulder & gastro injuries, radiating throughout His body.

394. O'Connors' face severely pained for several weeks, which compounded the tingly feeling, numbing & pain already radiating from shoulders to neck face & hands; and O'Connors' face was even swollen from said trip-and-fall aforesaid.

395. FDOC Sec, FSP Warden, & Dr Le, on 12-28-16, 12-30-16, & thereafter, were deliberately indifferent to O'Connors' serious Health Needs regarding His Head, for health & religion eyes-vision, shoulders, gastro, diet skin, leg, ankle, toe, etc., aforesaid,

Facts Continued:-

396. FDOC Sec, FSP Wardens & DI Le's deliberate indifference caused O'Connor severe pain, anguish, emotional distress, anxiety, etc, which aggravated & agitated His chemical imbalance in the brain, CRPS-Nerve damages, gallstones, etc. above.

397. Said deliberate indifference caused O'Connor to be denied adequate care for the above health related issues, which CONTINUE TO DATE, and will continue absent an INJUNCTION, to remedy said worsening injuries.

398. FDOC Sec. & FSP Warden were deliberately indifferent to O'Connors' 1-2-17 SIC serious Health Needs regarding Dental Issues, via having only 1 Dentist serving numerous inmates, policy denying implants, delaying & denying care aforesaid.

399. Said deliberate indifference caused O'Connor to be denied adequate dental care, suffer with severe pain, numbness, prevented eating properly, etc; which same timely aggravated the chemical imbalance in His brain, stress, depression, etc, & not see dentist

400. FDOC Sec & FSP Warden were deliberately indifferent to O'Connors' serious Health Need concerning this shoulder & gastro issues herein, aggravated by carrying very heavy property on 1-16-17 & thereafter in full restraints per policy, practice & custom.

401. Said deliberate indifference caused O'Connor severe pain, numbing, tingly feeling; aggravating existing: CRPS Nerve damage, gastro-gallstones, chemical imbalance in His brain, stress, etc; and severely injured back which pain with burning, pinching nerve

402. Nurse Johnson, FDOC Sec & FSP Warden, were deliberately indifferent to O'Connors' serious Health Issues on 1-6-17 regarding the 1-2-17 SIC due policy, practice & custom for SIC Request to have only 1 issue; which caused a denial of adequate care.

403. Said deliberate indifference caused a denial of adequate care for this head, eyes, shoulders, gastro, hip, knee, ankle, toe, wound, skin, etc, which also aggravated His chemical imbalance in the brain, CRPS-Nerve damages, gallstones, etc; via stress, anxiety, etc...

404. FDOC Sec & FSP Warden were deliberately indifferent to O'Connors' serious health needs to have adequate Mental therapy rooms with adequate furnishing on 1-12-17 2-14-17, 4-7-17, etc, aforesaid. causing O'Connor to stand, & sit on bucket (along with Counselor).

404. said deliberate indifference caused O'Connor to have numbing & pain from bullet in leg; gastro pains & cramps; painful broken improperly healed ankle; numbing, tingly feeling with severe pain in shoulders with CRPs nerve damage; stress, anxiety, nausea, etc..

405. Said fully restrained condition around the waist, etc, with tight (no side restraints), bullet in leg & ankle issues above, were also agitated and aggravated by sitting on said bucket, which numbed & severe-ly pained O'Connors' buttocks, which made His legs feel dead (poor blood circulation).

Facts Continued :-

406. F-DOC sec, FSP Warden & Dr Le, on 2-6-17, 3-17-17 & thereafter, were deliberately indifferent to O'Connors' serious Health Needs regarding His head, eyes, shoulder, gastro, leg, ankle, toe, skin & back, etc, aforesaid; and adequate diet aforesaid.
                                          ^eczema

407. F-DOC sec, FSP Warden & Dr Le's deliberate indifference caused O'Connor severe pain, anguish, emotional distress, anxiety, etc, which aggravated & agitated His chemical imbalance in the brain, CRPs- Nerve damages gallstones, denied adequate diet, etc...

408. Said delinquency caused & is causing O'Connor to eat foods contrary to His health & religion, causing acid reflux, indigestion, heartburns, gastro cramps & pains from anus to midsection, etc; adequate meds therefore were & are being denied, even To DATE.
                              &

409. Said delinquency caused O'Connor to force to see, strain eyes that water with pin sticking sensation, black spots, sparkles in vision, denied adequate reading glasses for close vision problems due to good far vision.

410. O'Connors' head injuries of severe dizziness, headaches, migranes, etc, continues to date due to said deliberate indifference by F-DOC sec, FSP Warden & Dr Le.

411. Said deliberate indifference regarding O'Connors' shoulders to date caused O'Connor to be unable to sleep on His shoulders/ sides, reconstructive nerve surgery denied; MRI & other adequate inquiries, denied; frontcuff & no heavy lifting pass, etc, denied.
                ^^^^^

412. Said deliberate indifference to O'Connors leg, ankle, toe, caused O'Connor to be unable to bend, properly do exercise on lower body parts, e.g simple jumping jax; sleep on back without
    ^adequately                                    ^cant meditate with knees bent;    ^denied
support (clothes fold-up) under His knees & ankle; denied medical shoes for ankle & toe, ace brace,etc.

413. Said deliberate indifference caused O'Connors' back pain, pinching nerves, burning feeling, & twitching muscles in back to continue to date; where bending adequately is prohibited, sleeping on stomach & sitting up cause severe back pain, like lifting.
                                                                              ^heavy

414. Said delinquencies also cause O'Connor to be denied adequate skin cream for flaky, cracked, peeling skin, which itches; where dried skin around bullet
                            ^eczema
wound itches which O'Connor scratches, which sometimes bleed.

415. The above injuries are ONGOING to date, which will continue absent an Injunction to remedy said worsening injuries.

416. Nurse Clarkson was deliberately indifferent to O'Connors serious gastro related needs on 2-22-17 & 3-22-17; concerning severe gastro pains, cramps, bloody stools, curling up in fetus position on floor with profused sweating, etc, aforesaid

417. Said deliberate indifference caused O'Connor to continue to suffer the above.

Facts Continued:-

418. Nurse Clarkson's deliberate indifference caused O'connor to suffer severe gastro pains, emotional distress, anxiety, stress, depression, etc., which aggravated and agitated His chemical imbalance in the brain

419. Nurse Janley was deliberately indifferent to O'connors' serious health needs concerning His hand by Falsely diagnosing O'connors' hand to cover said assault & battery by CO Osteen, on 3-1-17; to deny O'connor adequate care.

420. Said deliberate indifference caused O'Connor to suffer severe pain, numbness, tingly feeling (radiating from O'connors' shoulders) which said assault by co osteen aggravated & agitated; for which He was denied pain meds.

421. Said deliberate indifference was furthered by Nurse Janley not being a Medical Doctor, license to practice medicine & diagnose, but making a diagnosis, which was false to cover said assault & battery, and Janley failure to refer Him to the M.J.

422. Said deliberate indifference caused O'connor to be denied adequate diagnosis by a qualified license M.J. (Medical Doctor), X-Ray for hand & thus denied adequate care such as prescription of pain meds, etc, for paining, numbing, tingly hand.

423. Nurse Janleys' deliberate indifference also caused O'connor to suffer severe stress, where He had to rub & massage said hand; with running hot sink waters, anxiety, etc; & aggravated His chemical imbalance in the brain.

Facts: Disabilities

424. O'Connor hereby incorporates by reference as fully incorporated herein, the foregoing statement of Facts numbers 1 through 423.

425. O'Connor is a qualified individual with disabilities, which include mental impairments concerning His head, mental health, thinking, concentration; chemical imbalance in His brain; diagnosed depression, paranoia, anxiety, stress, impulsivity, etc...

426. O'Connor has visual, seeing, eye related impairments, seeing black particles & sparklers in vision; which has shifted jelly in eye (from staff abuses), has watery eyes, which are strained, can't see good close up, with pin sticking painful feeling & is a qualified individual with disability.

427. O'Connor is a qualified individual with disabilities concerning dental issues, speech and eating impairment due to missing teeth (from staff abuses) where pronouncing words & biting are impaired & difficult &/or impossible & stressful.

428. O'Connor is a qualified individual with shoulder related impairment

Facts Continued:-

such as CRPS nerve damage; inability to lift heavy objects, sleep on sides-
shoulders, do shoulder exercise; be handcuffed in rear, else severe pain, numbness & tingling ensue.
                                                                                                    to delicate,
429. O'Connor is a qualified individual with Gastrointestinal issues of inability properly;
exercise & sleep properly,)
to adequately digest certain indigestible carbohydrates that contribute to gastro-
                                                        digester,            gallstones &,
intestinal motility; and inability to breakdown fatty foods that cause gallbladder walls thickening.

430. O'Connor is a qualified individual with hip, knee, ankle & toe disabilities
                                                                            with
& impairment of CRPS-nerve damage, where O'Connor can't do certain activities e.g.,
                                            severe
bending; stand or walk for long periods without knee & ankle pains; toe numbing & hard to bend.

431. O'Connor is a qualified individual with skin related issues such as, cracked, itching,
                      patched          adequate sleep due to severe itching, & hinder,           severely
dry, peeling, flaky skin; which hinder O'Connor from moving, turning properly, else eczema
skin feels like it will tear, and sometimes bullet wound itches severely He scratches bleeds.

432. O'Connor was & is being excluded from participation in and denied the
benefits of the public entities' services, programs, and activities; and was
discriminated against by the public entity, aforesaid & herein below.

433. Said exclusion, denial of benefit, and discrimination was by reason
of O'Connors' disabilities since 2013 (& prior thereto) to date; aforesaid &
stated herein below

434. FDUC Sec & FSP Warden could have reasonably accommodated O'Connors'
              years ago,
disabilities herein, but failed to do so, which would cost little to nothing & isn't a threat.
                                                    & discrimination,
435. The denial of said reasonable accommodations is not reasonably related
to a legitimate, neutral government interest.
                                                    & discrimination,
436. The denial of said reasonable accommodation, doesn't leave open
another way for O'Connor to participate in said programs, services, &
activities, Hes being denied

437. To reasonably accommodate and cease said discrimination would
have no adverse impact on other prisoners, prison guards, prison
officials and prison resources.

438. O'Connor is of belief there are obvious, easy alternatives to said
denial of reasonable accommodation & to discriminate regarding
O'Connors' disabilities, as below, where O'Connors' interest outweighs Defendants.

439. Head, Mental, thinking, concentration and related impairments could be
reasonably accommodated via, housing Him alone in a single man cell, considering
O'Connors' severe paranoia, altercations verbal & physical fights with cellmate He made bleed.

*Facts Continued:-*

440. Where, O'Connor has beaten up His cellmate so bad and knocked Him out unconscious, who had to be sent to outside hospital; done impulsively, via paranoia, when the voices in His head go getting louder; has phobia with cellmates.

441. O'Connor already has a murder related case He's incarcerated for and doesn't need another on His cellmate via impulsivity, paranoia, etc...

442. O'Connor has been on CM since 2005 to date due to His Mental Disabilities aforesaid, verified by *O'Connor v. Tucker*, 1st ACA case # 1211-3470 (2021).

443. In *O'Connor v. Tucker* id; all 12 (or 13) JR's therefrom O'Connor's Disability & Mental Unstableness Oct 2009 - March 2010, were invalidated; but O'Connor's CM status to date therefrom has yet to be invalidated.

444. Where, O'Connor's being denied the right to participate in Gen Pop Programs, Services, Activities e.g., Chapel Services, Passover Programs discussed below; Vocational Trades (e.g. at southbay CI close to home), etc...

445. Where, participating in said programs, activities services, etc, close to home, where family & friends can *personally* visit O'Connor *in person* per Fs §§ 944-17(7), 944.611, 944.805, & FAC 33-601.210(1)(a); will help relieve stress, anxiety, *depression,* etc, O'Connor takes *psych* meds for.

446. O'Connor has never recieved a family visit since His incarceration in FDOC 2001 to date, due to family & friends in south Fla, which causes stress, etc...

447. Note that, while O'Connor was housed in prisons in south Fla, O'Connor never allegedly stabbed any staff, or crawled outside cell flap and got *Inpatient* onto of dayroom roof then run 10-man extraction team at santa Rosa CI 2010, in CSU.

448. While in S FLa, O'Connor *was* never placed on CM, was never Baker Act like in 2012 & 2016 at UCI & Suwannee CI respectively; nor was O'Connor even placed -prescribed any psych meds; nor did O'Connor filed suits, etc...

449. O'Connor started have *~~many or most~~* of His Health (physical & mental) problems while on CM, stated herein; where CM has *~~also~~* caused O'Connor's' health to diminish severely as stated herein, and in *Osterback v. Moore* infra. *Mental*

450. Due to O'Connor's' mental Illness warranting both Inpatient, *Care* where CM status is suspended per FAC 33-404-108, and also warranting Outpatient *(on 12-10-18) ~~transferred~~ &* Care, O'Connor was *placed* in Wakulla CI STU Mental Health Program; *i.e RCC.* *WCI* *(on 3-1-19)* Where, said STU Program has all Inmates housed alone; and classification recently advised O'Connor he'll be reviewed this month (March 2019); & more then *Mental* likely will be placed in Gen-Pop STU Program *WITH A CELLMATE*, foreseen for years.

Facts - Continued :-

452. O'Connor is stressing severely over this issue with intense anxiety, paranoia's fear of impulsivily beating up or even accidentally & impulsively killing His cellmate.

453. O'Connor whose been on CM since 2005 and housed alone for the most part can't live & function properly with another Inmate locked down in same cell in FDOC in inpatient, outpatient, 6P, etc., for the herein reasons.

452. Thus is what long term CM does to Inmates like O'Connor with a chemical imbalance in the brain, as testified by Mental Experts in Osterback id, 97-280-civ (So. II Fla, concerning CM in Fla Prisons in 2001 due to harsh conditions.

453. Said Mental Health Doctors eg Dr Seymour L. Halleck said from His 2001 & 2005 visits to CM, said harsh conditions raised "serious threats to the CM Inmates Mental health and sometimes to their physical well-being."

454. Dr Seymour L. Halleck stated "passive harassment," and "physical assault" by corrections officers "designed to break the inmates' spirit," was prevelant; & noted the increase in complaints regarding denial of medical and mental care.

452. It will, see FDOC etc, little to nothing to house O'Connor alone, in DTU-Gen Pop, or Dade CI Inpatient Care Tcu-Gen Pop (Close to home Broward County) Wakulla CI if warranted, or southbay CI.

455. It would cost little or nothing to provide O'Connor eye-glasses, for His impaired vision.

456. O'Connors' interests outweighes Defendants interest concerning cast; for recieving dentures regarding missing teeth from staff abuse (UCI 2018).

457. It would cost little to nothing to provide side-restraints from waist, for shoulders, briefly used during for cm-3 alone, which FSP staff Dec. 2018 when an Inmate stabbed another cm-3 Inmate in black box, waist-chain, etc, where, said black-box, etc are also used at WCI.

458. Also for said shoulders, assutance (from IIM and/or staff) can be provided to help carry very heavy property when relocating, transferring, etc; and double mat to sleep.

459. For O'Connor's Gastrointestinal Disabilities, a Non-standard Therapeutic Diet for His Health & Religion can be provided at little to no cost.

460. side restraints, not tight around waist can be used, which if can't be used to transport; at least use a transport van with seats going accross from side to side of van, instead of seats going from front to back of van.(for dogs).

461. Where, when van dog causing stops or slows down, & speeds-up O'Connor sitting on said seats rocks from side to side, tugging on His gastro area & strain with pressure or shoulders also, causing severe pain, in trying to keep balance, especially when restrained in black-box.

462. Said dog-vans should be prohibited & not used to transport Inmates, whatsoever, which

Facts Continued :-

O'Connor presented to the US Dist Ct S. D. Miami FL in O'Connor v. Jones, case # (Amended Petition) back
0:17-CV-60234-JIC on His 28 usc 2254, in transporting Him to outside Court.

463. For O'Connors' gastro issues; adequate time to eat, at least 10 minutes should be provided or more; since rushing Inmates to eat on CM & even in Gen Pop dining hall, is a policy, practice & custom, to rush Inmates to eat. ongoing

464. For O'Connors' hip, knee, ankle & toe issues. ace brace, ace wrap; for which pain severely knees & ankle, shoes with ankle support & toe padding can be easily given at little to no cost; likewise, No long standing SHALL be enforced.

465. For O'Connors' skin issues; adequate diet, sunlight, to feed melanin in His skin, rich in vitamin adequate temperature e.g prohibiting excessive cold, adequate showers denied at FSP easily as stated in O'Connor v. Reddish US Dist MD FL case 3:17-CV-01001-J-32JBT, can be provided.

466 O'Connor has been on CM so long, and denied adequate sunlight via denial of with medium to, outside recreation; etc; O'Connor who's a BLM █████ dark brown complexion under current photo on, normal conditions, now looks like a ████ light skinned hispanic or arab; see FDOC website. Act

467. O'Connor is a person with disabilities under Americans with Disabilities, (ADA), (RA) §504 of Rehabilitation Act of 1974; ████ Contract Laws of Federal Common Laws of Contract, ████ & Fla Contract Laws.

468. FDOC, FSP, sec of FDOC, FSP Warden, are █████ public entities that must comply with ADA, §504 and contract Laws.

469 O'Connor is entitled to relief against Defendants sec FDOC & FSP Warden, because they had notice of O'Connors' disabilities, had the means to reasonably accommodate same, but failed to do so.

470. FDOC & FSP are and have been recipients of Federal Funds.

471. ADA, RA, and contract laws require recipients of Federal Funds including FDOC & FSP to reasonably accommodate persons with disabilities in their facilities, programs, services & activities.

472. Said laws & Equity require said recipients to modify such facilities services, programs & activities as necessary to accomplish this purpose.
FSP
473. FDOC sec & FDOC Warden discriminated against O'Connor by failing to take necessary steps to ensure that O'Connor wasn't & isn't excluded denied services, segregated or otherwise treated differently from others.

474. O'Connor was treated disparably due to absence of services for His disabities.

Facts Continued :-

475. Such services include, inter alia, provisions necessary to achieve effective and adequate Mental, Dental & Medical Care and avoid victimization by others; provide adequate housing therapy room, furnishing, etc...

476. Instead of reasonably accommodating O'Connor's needs, FDOC Sec & FSP Warden denied Him services, programs, activities available to others that could have protected Him from injuries herein.

477. The failure to accommodate O'Connor's disabilities & discriminate was intentional & /or deliberately indifferent to O'Connor's rights, and was the cause of His injuries eg. stress, anxiety, deterioration of body & mind, etc...

478. The failure to accommodate and to discriminate has been and is ONGOING for YEARS to date, even prior to 2013 when issues in this suit started, resulting in injuries & damages herein.

479. The ONGOING failure to reasonably accommode & to discriminate, via not providing reasonable accommodations & care, prevents O'Connor from being able to take part in FDOC's & FSP's programs, services, activities, due to His ongoing disabilities.

480. FDOC Sec's & FSP Warden's acts &/or omissions violated ADA, RA & Contract Laws, & who were the moving force of the injuries and damages herein, to O'Connor; and caused injuries herein, to O'Connor; and also violated via their agents & employees acts &/or omissions.

## Facts; Food / Diet Health & Religion

480. Incorporated herein by reference are the foregoing statements of Facts numbers 1 through 480.

481. From Sept 2013 until O'Connor initiated this civil suit in April 2017, and prior thereto & thereafter, O'Connor was & is being denied adequate foods & Diet of His Health & Religion, compliant with USDA standards.

482. Where looking back to in 2010 at Charlotte CI weeks after His gastro surgery, O'Connor sought a Low Residue combined with Alternate or Vegan, to no avail and was denied same. verified by Charlotte County Circuit Ct FLa. (suit infra in)

483. O'Connor v. Hemphill, charlotte County Cir Ct Fl case # 2014-1073-CA was not the only suit prior to this O'Connor filed on said dietary issues; which placed FDOC Sec & FSP Warden on notice of same; in addition to other suits. (& subordinates respectively)

484. However, to date, said deficient foods, meals, & dietary issues continue to date.

Facts Continued:-

485. Where, when O'Connor was transferred from UCI to FSP in sept. 2013, while in the RDP-CFO Program; said RDP was just being initiated In FDOC, and was not yet statewide per policy, custom & practice.

486. FDOC sec was the moving force behind said policy, practice & custom denying RDP to all FDOC facilities beside UCI (& probably SFRC).

487. said delinquency was widespread, persistent & systematic; until RDP became statewide via ongoing litigation in Federal Courts.

488. Due to denial of RDP Diet for O'Connors' sincere Jewish & SKYM Tenets, O'Connor sought an Alternate Diet and a Vegan Diet to no avail at FSP from 2013-2014, via written & verbal requests & grievances, to Food service, etc...(wing staff,)

489. Food Service supervisor Cohens denied said written ▮▮▮ grievances for an Alternate or Vegan Diet for O'Connors' Religious Belief, who denied same.

490. Additionally, wing staff at FSP also denied O'Connors' verbal Requests for a Vegan and /or Alternate Tray for O'Connors' Religious Belief, stating O'Connor had to write Food service a Request for same.

491. Even though FAC 33-204.003 (2)(b) allowed O'Connor to obtain a Vegan or Alternate Diet upon entering the wing via verbal request; O'Connor was denied both verbal requests & written requests for same. (aforesaid)

492. At the time, FDOC sec & FSP warden had a policy, practice & custom to deny said written & verbal requests & grievances for said Vegan Diet, absent valid penological justifications (Cohens,)

493. FDOC sec & FSP warden were the driving force behind said widespread & persistent custom, practice & custom to deny said Alternate & Vegan Diets sought respectively; aforesaid 2013-2014.

494. Consequently, O'Connor was subjected to eat foods contrary to His health & beliefs; eg; meat, fish, eggs, cheese, etc; which hinder spiritual growth.

495. Where, O'Connors' Religious Belief require peanut butter, bread, cereal, milk, whole fruits, vegetables, etc; three times a day; which was & is still being denied; which facilitates spiritual growth.

496. Where, said foods prohibited above hinder the divine kundalini (sanskrit) or paraklete / shekinah (Hebrew-Jewish) energy, from permeating the body via clogging the nerve channels which are conduits for same.

Facts Continued:-

497. Said foods above beneficial to O'Connors spiritual path, also strengthens the nerve channels in the body not only to permeate the body with said divine energy, but also helps retain His seed, as a celibate. (semen)

498. O'Connors' sexual fluid is necessary to retain to complete the spiritual journey to help siddhahood manifest in O'Connors' current body.

499. With a weakened nervous system from lacking of adequate foods aforesaid, the semen aka o'jas, (sanskrit) don't flow upwards like an urdhvareta, (sanskrit) to progress on said spiritual journey, but is spilt southward, via wet dreams involuntarily

500. Said spilling of the ojas hinder O'Connors' spiritual journey.

501. Due to said denial of adequate foods, O'Connor is being denied the right to practice His Vegetarian practices required by His Religious Belief. (sincere SYDA of Mystic Jewish Essence)

502. A review of the Vegan Master Menu will reflect for years even prior to 2013 to date, same was & is still deficient, due to not serving ALL the above foods required by O'Connors' belief system three times daily.

503. The Vegan Diet doesn't serve bread whatsoever for years to date.

504. However, the Vegan Diet serves gelatin, and pasta-noodles containing eggs, which are prohibited by O'Connors' Religious Belief. (apple-sauce)

505. The Alternate Tray serves eggs, which FDOC erroneously considers dairy.

506. Vegan Alternate per 33-204.002(3) means the substitute of non-meat entry offered at meals, but serves eggs that is actually meat, non-compliant with the policy.

507. Vegan per 33-204.002(5) refers to a meal that excludes all animal byproducts, but currently serves pasta-noodles, gelatin, etc, non-compliant with the policy. (apple sauce)

508. While at FSP & even to date, O'Connor was & is being denied an adequate Non-standard Therapeutic Diet per 33-204.003(5) & Proc 401.009.

509. FDOC Sec & FSP Warden, subjected O'Connor to choose between one or more Therapeutic Diet(s) and Diet(s) for His Religious Beliefs; e.g, Low Res (Low Fiber), Low Fat/Fat Intolerance, 4000 calorie, Vegan, RTP, instead of combining all into one.

510. Said Non-standard Diet for O'Connors' Health & Religious Belief is still being denied absent valid penological justifications, when easy modifications of existing diets by FDOC Sec & FSP Warden can be done to meet O'Connors' needs.

511. FDOC Sec, FSP Warden, Dr Le & Dr Espino had/have a policy, practice and custom amounting to systematic deficiency to deny said Non-standard Therapeutic Diet for O'Connors' Health & Religious Belief.

Facts Continued:-

512. Said policy, practice & custom was widespread & persistent to date, & FDOC Sec with FSP Warden were the driving force behind same enforced by Dr Le & Dr Espino, to deny O'Connors' Right to Religion.

513. Said denial of an adequate Non-Standard Therapeutic Diet was/is NOT reasonably related to a neutral government interest.

514. Said denial of said Non-Standard Therapeutic Diet doesn't leave open another way for O'Connor to exercise His Religious Rights.

515. Said Non-Standard Therapeutic Diet doesn't adversely affect other prisoners, prison guards or officials & prison resources.

516. The obvious & easy alternative to said policy, practice & custom to deny said Non-Standard Diet is simply modify existing diets and combine them in one to meet O'Connors' needs as aforesaid.

517. Said delinquencies have and are causing O'Connor ongoing injuries herein, like stress, anxiety, distress, etc; with physical injuries of clogging said nerve channels, & pros injury of gastro surgery, etc...

518. FDOC Sec & FDOC Warden had & have a policy, practice & custom to deny all diets including, therapeutic diets salt (& pepper), where salt is needed for vital bodily function such as digestion, etc, stated in Reddish supra,

519. FDOC Sec & FDOC Warden were aware of said serious health & life needs & basic necessity for salt to aid in vital bodily functions, via O'Connor v. Jones, US Dist Ct. MD Fla case # 3:15-cv-01587-TJC-JBT, concerning salt.

520. O'Connors' grievances, etc, also placed FDOC Sec & FSP Warden on notice.

521. FDOC Sec & FSP Wardens' deliberate indifference to said need for salt caused & is causing O'Connor severe stress, anxiety, denial of sodium for digestion, etc...

522. FDOC Sec & FSP Warden had a subjective knowledge of said risk in denying salt; but intentionally disregarded said risk via Proc. 4.01.009, etc, still ongoing.

523. FDOC Sec & FSP Wardens' acts &/or omissions in denying salt is more than gross negligence.

524. Sec FDOC & FSP Warden were/are the driving force behind said policy, practice & custom to deny salt, which was & is widespread & persistent.

525. Likewise, NONE of the Menus, eg; Standard, Therapeutic, Vegan, R&P, Alternate, complies or exceeds USDA My Plate Standards, & caloric needs.

Facts Continued:-

526. USDA MyPlate requires three meals each day has foods from 5-food groups, e.g., ½ plate be fruits & vegetables with vegetables comprising the larger of that ½, three times daily.

527. The other ½ plate should be grains & protein, with grains consisting that larger ½, three times daily, per USDA MyPlate.

528. Additionally dairy should also be provided three times daily per USDA MyPlate, & 2600-2800 calories daily should be provided.

529. However, sec FDOC & FSP Warden are aware of said serious health needs & basic life necessity; to which they were deliberately indifferent, via denial of same via their deficient menus for YEARS.

530. FDOC sec & FSP Warden had & have a subjective knowledge aforesaid of said serious harm in denying adequate nourishing diet, throughout FDOC & FSP, but disregarded said serious risk, thats ongoing.

531. Said deliberate indifference caused O'Connor and other Inmates in FDOC to be denied adequate nutritious diet with foods from 5-food groups daily in various portions above to maintain adequate health.

532. Said denial of adequate diet per USDA MyPlate has & is causing O'Connor stress, anxiety, depression, deterioration of the body & impaired vital bodily functions, with prior injuries, e.g., gallstones,

533. O'Connors' chemical imbalance in the brain which has been existent is also adversely affected by said ONGOING denial of adequate diet per USDA MyPlate, causing weight loss, etc...

534. Sec FDOC & FSP Warden acts &/or omissions in denying adequate diet compliant with USDA MyPlate is more than gross negligence....

535. Sec FDOC & FSP Warden were & are the driving force behind said policy, practice & custom to deny said diet compliant with or exceeding USDA MyPlate requirements.

536. Additionally, co Osteens acts &/or omissions (on 3-1-17) in denying O'Connor an adequate diet compliant with His health & religion also isn't reasonably related to a legitimate neutral government interest.

Facts Continued:-

537. Said denial by Osteen doesn't didn't leave open another way for O'Connor to exercise His Religious Rights when Osteen used unwanted assault & battery on O'Connor concerning His deficient tray.

538. Osteen providing O'Connor an adequate diet that complies with His Health & Religion would have no adverse impact on other prisoners, prison guards or officials & prison resources.

539. The obvious and easy alternatives to Osteen denying said diet for O'Connor's health & religion & battering/assaulting O'Connor, was simply to ensure O'Connor receive said diet, thats adequate.

540. Osteen could have simply called Food Service &/or go to Food Service, and had said tray prepared, brought to the wing & simply provide said tray to O'Connor compliant with His health & religion.

541. Osteens denial [It abuse] caused O'Connor severe stress, anxiety, pain, numbness in hand with tingly feeling; which aggravated & agitated O'Connor's existent chemical imbalance in the brain & CRPS-nerve damage.

542. Further, the FDOC & FSP Warden had & have a policy, practice & custom to deny donated Passover & Purim foods, and deny Inmates family to order direct from the vender, said items.

543. Where, O'Connor's indigent with a lien on His account & can't personally purchase any Passover &/or Purim food items, etc, needed to practice & observe said sincere Jewish Beliefs.

542. Sabbath Keepers Fellowship & Aleph Institute both would donate said Passover &/or Purim items to O'Connor, but because FDOC isn't getting monetary benefit therefrom, same was &is being denied.

543. Likewise Sabbath Keepers Fellowship & Aleph would allow Indigent Inmates family &/or friends in society to purchase said Purim & Passover items & send direct from vender to FDOC prisoner.

544. However, again, because FDOC sec & FSP Warden aren't benefitting monetarily therefrom, same is being denied, per policy, etc.

545. However, FDOC sec & FSP Warden allow Christian Kairos donations, food, etc, to FDOC Christian Inmates, which constitutes disparity & discrimination, per policy, practice & custom, since to date

Facts Continued:-

546. Where, on 2-23-17, O'Connor filed an Informal Grievance, an Inmate Request & Notice, concerning FSP Chaplain not seeking Donated Passover Supplies from Aleph along with Purim Packages.

547. On 2-27-17 FSP Chaplain C. Wynn erroneously advised that the Chaplaincy is not allowed to solicit donations, see grievance #205-1702-0129.

548. On 2-27-17, O'Connor filed Formal Grievance Log# 1702-205-371, about said issue, which responded that Chaplain McBride was contacted and advised the Chaplaincy department is not allowed to solicit for donations 3-1-17.

549. On 3-3-17, O'Connor filed Appeal #17-6-09606, which responded 2-23-17 stating same thing as FSP Institutional Level & added that Aleph donations will go to Jewish Congregation (in Gen Pop), but not to individual inmates (on CM, etc).

550. Additionally, O'Connor sought to have His family or friend in society order directly from Aleph said Passover & Purim food items, etc, to send directly to O'Connor, which FSP & FDOC Central Office denied in grievances.

551. Where, Inmates in FDOC are allowed to have their family &/or friend in society ~~even allowed with a the purchase~~ purchase food items, etc, from the vender off the internet to send directly to inmates every so often, e.g. food, clothes, etc, 2-4 times yearly.

552. Though Aleph & other venders like Sabbath Keepers Fellowship would allow said type of purchase above, by family &/or friend in society purchasing from said venders to send direct to O'Connor, ~~FDOC~~ FDOC denies same.

553. The reason for said denial of said type of purchase is due to FDOC & FSP not making any money from said transaction.

554. Likewise, it poses no threat to provide individual Jewish inmates donated Passover items e.g. on CM, that are provided to Jewish inmate congregation in Gen Pop; & throughout the Passover each day.

555. It does not pose any threat to allow (on segregated) Inmates to purchase Passover & Purim Food Items individually, who are not in congregation; which are provided; but for individual segregated, indigent inmates to recieve donations, it's a problem.

556. This is a double standard which has been & is being professed, to date.

557. Further, SKF (Sabbath Keepers Fellowship) was & is willing to donate Passover Package Items; but FDOC refused to accept said donations, which continue to date, see SKF 3-1-17 Newsletter on same.

Facts Continued:-

558. Said policy, practice & custom by FDOC sec & FSP warden continues to date to deny donated Passover items aforesaid & prohibit family &/or friend to purchase direct from vendor sent to O'connor, etc.

559. FDOC sec & FSP warden were the driving force behind said policy, practice & custom to prohibit donated Passover & Purim packages; to segregated individual inmates that can't congregate in G.P.

560. FDOC sec & FSP warden were the driving force behind said policy, practice & custom to prohibit O'connors' & other indigent inmates to have family &/or friend to purchase direct from vendor & sent to O'connor, etc...

561. Said policy, practice, & custom was & is widespread & persistent for years to date, which will continue absent Court intervention - injunction.

562. Said ongoing policy, practice & custom is not reasonably related to a legitimate neutral government interest.

563. Said denials don't leave open another way for O'connor to exercise His Rights to Religion.

564. Allowing O'connor & other indigent inmates to receive donated Passover & Purim items; and allow family &/or friends in society purchase directly from vendors & send to O'connor & other indigent have no adverse impact.

565. Other obvious, easy alternatives to said policy, practice & custom, would simply be for FDOC sec & FSP warden allow said donations and purchase by family &/or friends in society from vendor to O'connor aforesaid.

566. Said denials by FDOC sec & FSP warden caused O'connor to suffer, be stressed, depressed filled with anxiety, especially that said Holy Days are drawing near, as of this date (3-4-19), of writing this complaint.

567. Said denials have aggravated & agitated His chemical imbalance in His brain, and gastro issues via ongoing distress, etc; which are ongoing.

568. Turning to the Passover Meals served by FDOC sec & FSP warden each year, even prior to 2013, & same are deficient two fold for failing to comply with O'connor's basic life needs & sincere vegetarian religious beliefs, to date.

569. Said Passover Meals by FDOC sec & FSP warden are non-compliant with USDA MyPlate, for failing to serve foods from 5 food groups, aforesaid, and 2600-2800 calories daily, per policy, practice & custom.

Facts  Continued:-

570. F-DOC Sec. [Cohens] & FSP Warden are & were aware of O'Connors' serious health & basic life need & necessity to have adequate Passover meals that comply with USDA standards aforesaid & caloric needs.

571. F-DOC Sec. [Cohens] & FSP Warden were deliberately indifferent to said need & ~~necessary~~ [necessity] to have adequate Passover Meals compliant with USDA My Plate standards, ▓▓▓▓▓ [adequate calories], & adequate nutrients denied.

572. Said deliberate indifference by F-DOC Sec & FSP Warden caused & is causing O'Connor & other Inmates similarly situated, to be denied adequate & nutritious Passover Meals per USDA MyPlate, aforesaid.

573. Said deliberate indifference also caused O'Connor anxiety, stress, depression, which aggravated O'Connors' existing chemical imbalance in the brain & gastro issues herein.

574. F-DOC Sec. [Cohens] & FSP Warden had & have a subjective knowledge of said risk of serious harm via denial of adequate Passover Meals via existing menus, grievances, etc, on same.

575. F-DOC Sec. [Cohens] & FSP Warden disregarded said risk, via their conducts which were [are] more than gross negligence.

576. Likewise, the Sec F-DOC & FSP Warden faltered in the religious aspect of said Passover Diet - Meals served in F-DOC.

577. Said Passover Meals serve balogna chicken meat every lunch & dinner, without any option to choose non-meat substitute and/or vegetarian substitute, per policy, practice & custom.

578. Said Passover Meal serving balogna meat or any meat whatsoever & denying non-meat &/or vegetarian substitute for meat, is NOT legitimabely related to any legitimate & valid neutral government interest.

579. Said denial of non-meat & ▓ vegetarian option to meat served on Passover Meals & forcing to eat meat contrary to O'Connors' Religious Vegetarian practices, doesn't leave open another way to practice the right to his Religion.

580. This option of non-meat or vegetarian substitute for meat on the Passover Meals, would have no adverse impact on any prisoners, prison guards, officials & prison resources.

581. The obvious, easy alternatives to said policy, practice & custom

Facts Continued:-

are simply to offer said non-meat & vegetarian substitute for meat served on said Passover Meals.

582. Said denial of non-meat & vegetarian substitute for meat served on Passover Meals, and subjecting O'Connor to said balogna meat or refuse to participate in said Passover Meals caused injuries.

583. said denial caused O'Connor severe stress anxiety, depression, etc; which aggravated & agitated O'Connors' chemical imbalance in the brain, and His gastro issues herein.

584. FDOC Sec, & FSP Warden were & are the driving force behind said policy, practice & custom which caused said injuries, where same delinquencies were widespread & persistent recurring every year.

585. FDOC Sec, & FSP Warden substantially burdened & is burdening the exercise of O'Connors sincere Religious Belief System of vegetarianism, which is not in furtherance of a compelling government interest.

586. The restrictions above in denying vegetarian meals-diet & Non-standard Therapeutic Diet compliant with His health & religious needs; to receive donated Passover Foods, etc, & have family/friends purchase, & get Passover Meals, don't suffice.

587. where, said restrictions aren't the least restrictive means & don't further any compelling government interest(s).

588. Since 2013 to date & prior thereto, FDOC sec & FSP Warden, have a policy, practice & custom to provide FSP Inmates like O'Connor foods-meals in dirty filthy trays with food from prior meals, black mildew fungus, etc...

589. Some of said trays even have human waste, e.g., feces, etc, which psych inmates, etc, sometimes place thereon said trays.

590. Even though O'Connor is no longer at FSP said filthy improperly washed trays among other matters herein still continue at WCI, evidenced by grievance log # 122-1902-0266 approved regarding inmate vomiting inside trays & cups.

591. Where, like FSP, same have black marks with food from prior meals, smell stink; which contravenes health requirements and religious needs, which is another reason styrofoam, disposable cups & plates (eg RJP) is needed.

592. While at FSP 2013-2014, O'Connor caught food poison several times, due said filthy trays & cups, aforesaid, which can cause H-Pylori; Hepatitis; and aggravate & agitate O'Connors existing gastro issues herein of gastro pains & cramps, etc.

Facts Continued:—

593. FDOC Sec & FSP Warden also took out all the washing machines from various prisons, resorting to handwashed plastic trays that are improperly washed; where, same is upon information & belief advised by former Food Service IIM worker.

594. FDOC Sec, Cohens & FSP Warden were aware of the serious life need & basic necessity to have & provide O'Connor (& other Inmates similar situated) clean food trays and cups, e.g. plastic; &/or styrofoam accordingly.

593. FDOC Sec, Cohens & FSP Warden were & are deliberately indifferent to said serious life need & necessity provide clean trays, cups, utensils, whether plastic or styrofoam, which were & are being denied.

594. Said deliberate indifference caused O'Connor (& other inmates) severe gastro problems, e.g., food poison, severe gastro pains & cramps, aggravating & agitating O'Connors' existing gastro issues, gallstones, etc...

595. Said deliberate indifference also caused & is causing O'Connor to live in a state of fear, anxiety, stress, depression, etc, of contracting H-Pylori, Hepititis, etc; which aggravates His chemical imbalance in His brain.

596. FDOC Sec & FSP Warden had & have a subjective knowledge of the serious risk above in providing O'Connor & other Inmate dirty filthy trays, cups, utensils; and failure to provide adequate clean trays, cups, utensils.

597. FDOC Sec, Cohens & FSP Warden disregarded said risk of getting food poison, possibly contracting Hepititis, H-Pylori, etc, aforesaid; and said conduct was more than grass negligence.

598. FDOC Sec, Cohens & FSP Warden were the driving force behind said widespread practice, custom, policy; which remains persistent to date.

599. FDOC Sec, Cohens & FSP Warden also have & had a policy, practice & custom to deny Inmates hot meals & serve cold meals even before 2013; especially to CM Inmates.

600. Where, previously FAC 33-204.003(1) required 3 meals per day; & that at least 2 of said 3 meals be hot; but on 5-15-14; the "...at least two shall be hot meals," was removed from 33-204.003(1).

601. Segregated Inmates, e.g., on CM, can't walk to the dining hall to recieve any hot meals that Gen Pop Inmates may recieve.

602. Food carts without heating faculty to keep food warm, & plug into wall socket to keep food warm while serving food are used to bring food to CM Inmates.

Facts Continued:-

603 The food carts used to transport food from the kitchen to the wings at FSP have no side panels to protect the food from getting cold from the elements, e.g. cold weather in winter etc., causing cold food.

604. Also, when food carts are brought to the wings, some sit unserved for several minutes up to an hour at times while getting cold.

605. Where, the grits & oatmeal are so cold & have to be cut with a spork, dirty likewise the beans-soup twin beans-cake also have to be cut with spork and run under warm sink water to wash, clean & heat same to eat.

606. The above is just to list a few adverse effects of the cold have on foods O'Connor eat, which adversely affect O'Connors gastro.

607. Said cold foods eaten caused & contributed to O'Connor to have severe gastro pains & cramps, which aggravated & agitated O'Connors' gallstone & gallbladder walls thickening, acid reflux, heartburns, indigestion, nausea, etc...

608. Said cold foods eaten also caused & contributed to O'Connors' stress, anxiety, depression; agitated & aggravated O'Connors' chemical imbalance in His brain, cause gas, bloated stomach, etc...

609. FDOC Sec, Cohens & FSP Warden knew of said serious life need & basic necessity to have hot meals serve to help with adequate digestion, help alleviate gas which can kill someone, etc...

610. FDOC Sec, Cohens & FSP Warden were deliberately indifferent to the basic life needs & necessity(ies) to have hot meals & not given cold meals, but nonetheless, subjecting CM Inmates to eat cold meals aforesaid.

611. FDOC Sec, Cohens & FSP Warden had a subjective knowledge of the risk of serious harm herein; but disregarded said risk, verified by said ongoing acts &/or omissions herein.

612. Said knowledge came via written grievance, written notices, court pleadings, petition for Rule changes, etc...

613. Said acts &/or omissions were more than gross negligence.

614. FDOC Sec, Cohens & FSP Warden were & are the driving force behind said policy, practice & custom to serve cold food & deny hot meals, which was widespread and persistent to date.

Facts;- <u>Ongoing & Continuous Violation / Wrong / Injury</u>

615. Defendants respectively including but not limited to FDOC sec, ~~Cohens~~ FSP Warden, Dr Espino, Dr Le, Nurse Johnson, Nurse Clarkson, Cohens, et al, were engaging in a continuing wrongful conduct, herein.

616. Injury to O'Connor from said Defendants accrued continuously, some of which continue to date as stated herein

617. Had said Defendants at any time ceased their wrongful conduct, further injuries & damages would have been avoided as stated in the ~~~~ foregoing facts incorporated herein by reference.
   ^      ^     ^    ^

Facts, Breach of Contract:-

618. FDOC sec, FSP Warden, Dr Espino, Dr Le, Nurse Johnson, Nurse Singletary, Nurse Burgin, Co Osteen, Nurse Tanley, Nurse Clarkson, Co McCoy, T. Cohens, et, al Breach their Contracts.

619. Said Defendants entered into a contract to provide O'Connor adequate care, custody, control & confinement, respectively,

620. The Law superimposes a contractual duty ~~of~~ for said Defendants respectively to perform their mandatory ministerial duty of care herein.

621. The sentencing Court 17th Judicial Cr Ct FL offered & issued a Uniform Warrant of Commitment to Defendants to keep O'Connor "safely," & Defendants accepted & agreed to said decree.

622. The FS 944.17(5) & FAC 33- et seq, mandate that Defendants provide O'Connor adequate care, custody, control & confinement.

623. Upon being employed with FDOC & FSP, Defendants signed various papers, agreeing & promising to perform the herein duties.

624. Said contracts, include agreements, promises, oath, license, etc, which were & are implied or express, written & verbal; such as consent forms signed for adequate health care, etc...

625. O'Connor is a privy to said contracts, oaths, agreements, promises, etc...

626. Defendants got consideration & payment to perform said ministerials duties herein, but failed to adequately perform accordingly.

627. Defendants breached their contracts, agreements, ooths, promises, ~~consents~~ consents, etc, requirements & terms, thereof to provide adequate care, custody, control & confinement respectively; by performing said acts & omissions herein.

·Facts:-

628. Defendants committed a Breach of Contract under Federal Common Laws of Contract, and state Contract Laws, by failure to adequately perform their ministerial duties herein, aforesaid.

629. Said breach of contract caused O'Connor injuries herein, as stated in the foregoing facts.

630. All Facts numbers 1 through 618, are incorporated herein by reference as if fully incorporated herein.


Facts; Joinder:

631. All Defendants have interrelated issues of Fact & Law Common to all, which pertains) to various facets of cm concerning His Health, Disabilities and His Diet.

632. The issue of Breach of Contract under Federal Common Laws & Fla state contract laws pertains to all Defendants.

633. The denial of adequate care; while acting under the Color of Law, also pertain to all Defendants.

634. The issue of Cruel & Unusual Punishment under US Const Amend 14 and Fla Const. Art I § 17 pertains to all Defendants except Osteen; while Right to Religion pertains to several Defendants.

635. These interrelated matters concern the same transaction, occurrence, series of transactions & occurrences; some of which are still ongoing; with similar injuries, as stated above.

636. O'Connor proceeds under the totality of circumstances criteria which pertains to all Defendants.

637. All Defendants acts &/or omissions, are nearly identical in violating the Law concerning O'Connors' rights in Tort &/or Contract.


Injunction

638. O'Connor is entitled to an Injunction to preserve the status quo.

639. O'Connor will suffer irreparable injuries without an Injunction.

640. O'Connors' Constitutional Rights are being & will continue to be violated, which per-se constitute irreparable injury / harm, stated in the foregoing Facts incorporated herein by reference; i.e. Facts #1 - 637.

Facts Continued :-

641. Money can't fix the injuries O'Conner has been, is & will continue to suffer; concerning all violation herein in Tort &/or Contract.

642. O'Conner will suffer more without an injunction, than prison officials will suffer if an injunction is granted, their suffering is doing their jobs.

643. O'Connors' interests, outweigh the Defendants interests, and any money spent in remedying the problems, will be little to none, and said injunction will not adversely affect staff or other inmates, etc...

644. O'Conner is likely to succeed on the merits based on evidence of said ONGOING violative policies, practices, custom & systematic deficiencies; favorable evidence; witnesses, health records, grievances, injuries, etc...

645. O'Connors' case presents fair ground for litigation, over 50% chance of likely success.

646. The Public Interest will be served when O'Conner can enjoy unimpaired Rights afforded by the Constitutions & other Laws, and recieves adequate care, reasonable accommodations, adequate diet, etc...

647. O'Conner proceeds as a Pro-se prisoner, is indigent, & is entitled to have any requirement to post bond waived.

648. Absent a timely injunction, the herein violations will continue.

649. This Court should also take NOTICE that Passover is drawing near, and unless this Honorable Court takes timely action to issue a Preliminary Injunction, O'Conner will be denied participation in same AGAIN.

650. Additionally, NOTICE of Intent to File Motion For Injunction & Declatory Judgement dated 1-22-19 was mailed 1-22-19 to Sec FDOC et al.


Grievance Exhaustion :-

651. O'Conner filed a Petition For Rule Change denied by Sec Julie Jones, on 8-15-18, concerning deficient grievance process. (submitted in grievance box)

652. Where, several grievances O'Conner filed, were discarded, returned without action by falsely alleging the necessary attachments weren't submitted, when they were, and some filed but not returned & even unfiled.

653. No grievance recuepts are provided cellfront, then & there when

Facts Continued:-

grievances are submitted in the grievance box by O'Connor (& others).
654. Additionally, when grievances are returned, O'Connor (& other inmates)
don't sign for same; so it's easy to say grievances were returned to
O'Connor, when O'Connor never recieved same.

655. Also, several grievances O'Connor filed (submitted in grievance box)
that were in compliance, were returned without action without any
valid penological justifications, to frustrate the grievance process.

656. O'Connor have exhausted all available grievance process
required by Law for the purposes of the claims herein.

657. Said deficient grievance process by F-DOC Sec & FSP Warden
was outlined in another suit by O'Connor, re., O'Connor v. Reddish, et al,
id, and is not being litigated in this case again; but states to plead exhaustion.

B   The Defendant(s) Continued; From page 2 of 11

Defendant No. 5

Name:           Singletary (BIF)
Job or Title:   Nurse
Employer:       FDOC-FSP, Centurion/ Corizon
Address:        7819 N.W. 228th Street, Raiford FL 32026
Sued in  Individual $☒ Official Capacity

Defendant No. 6

Name:           Danley (WIF)
Job or Title:   Nurse
Employer:       FDOC-FSP Centurion / Corizon
Address:        7819 N.W. 228th Street, Raiford Fl 32026
Sued in  Individual & Official Capacity

Defendant No. 7

Name:           Clarkson (WIF)
Job or Title:   Nurse
Employer:       FDOC-FSP Centurion / Corizon
Address:        7819 N.W. 228th Street, Raiford Fl 32026
Sued in Individual & Official Capacity

Defendant No. 8

Name:           T Cohens
Job or Title:   Food Service Staff
Employer:       FDOC-FSP
Address:        7819 N. W. 228th Street, Raiford Fl 32026
Sued in Individual & Official Capacity

B.  The Defendant(s) Continued; from page 2 of 11

Defendant No. 9
Name:          Michael D. Crews (W/M)
Job or Title:  Secretary FDOC
Employer:      FDOC
Address:       501 S. Calhoun Street, Tallahassee FL 32399
Sued in Individual & Official Capacity

Defendant No. 10
Name:          Julie Jones (W/F)
Job or Title:  Secretary FDOC
Employer:      FDOC
Address:       501 S. Calhoun Street, Tallahassee FL 32399
Sued in Individual & Official Capacity

Defendant No. 11
Name:          John Palmer (W/M)
Job or Title:  Warden FSP (2013-2017)
Employer:      FDOC- FSP
Address:       7819 N.W. 228th Street, Raiford FL 32026.
Sued in Individual & Official Capacity

Defendant No. 12
Name:          Barry Reddish (W/M)
Job or Title:  Warden FSP (2017-2018)
Employer:      FDOC- FSP
Address:       7819 N.W. 228th Street, Raiford FL 32026.
Sued in Individual & Official Capacity

Claims Continued :-

(2) ALL Statement of Facts are incoporated herein by reference.

(3). Espinos' acts and/or omission(s) constitute(s) Breach of Contract under Federal Common Laws of contract & Fla Contract laws per _Carnahan_ supra, et seq; Fraud under Federal Common Laws & Fla Tort Law of Fraud; deliberate indifference of Cruel & Unusual Punishment under US Const Amend 8 & Fla Const Art I § 17, & denial of Rights to Religion under US Const Amend 1 & Fla Const Art I § 3.

(4) Chuang T Le's acts &/or omission(s), constitute(s) Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws per _Carnahan_, supra, et seq; Fraud under Federal Common Laws & Fla Tort Law of Fraud; deliberate indifference of Cruel & Unusual Punishment under US Const Amend 8 & Fla Const. Art I § 17, & denial of Rights to Religion under US Const. Amend 1 & Fla Const. Art I § 3.

(5)  S. Johnson's acts &/or omission(s), constitute(s) Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws per _Carnahan_ supra, et seq; Fraud under Federal Common Laws & Fla Tort Law of Fraud; deliberate indifference of Cruel & Unusual Punishment under US Const Amend 8 & Fla Const. Art I § 17, & denial of Rights to Religion under US Const. Amend 1 & Fla Const Art I § 3.

(6) Burgins' acts &/or omission(s), constitute(s) Breach of Contract under Federal Common Laws of Contract & Fla Contract laws per _Carnahan_ supra, et seq, and deliberate indifference of Cruel & Unusual Punishment under US Const Amend 8 & Fla Const. Art I § 17.

(7) Singletarys' acts &/or omission(s) constitute(s) Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws per _carnahan_ supra, et seq, and deliberate indifference of Cruel & Unusual Punishment under US Const Amend 8 & Fla Const Art I § 17.

Claims Continued:-

(8) Janleys' acts &/or omissions constitute(s) Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws per Carnahan supra, et seq, and Fraud under Federal Common Laws & Fla Tort Law of Fraud, &deliberate indifference of Cruel & Unusual Punishment under US Const. Amend 8 & Fla Const. Art I § 17.

(9) Clarksons' acts &/or omissions constitute(s) Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws per Carnahan supra et seq, and deliberate indifference of Cruel & Unusual Punishment under US Const. Amend 8 & Fla Const. Art I § 17.

(10) T. Cohens' acts &/or omissions constitute(s) Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws per Carnahan supra et seq, deliberate indifference of Cruel & Unusual Punishment under US Const. Amend 8 & Fla Const. Art I § 17, & denial of Rights to Religion under US Const. Amend 1, & Fla Const. Art I § 3.

(11) FDOC Sec. Crews' acts &/or omissions constitutes Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws per Carnahan supra et seq, deliberate indifference of Cruel & Unusual Punishment under US Const Amend. 8 & Fla Const. Art I § 17, denial of Right to Religion under RLUIPA, US Const Amend 1, & Fla Const. Art I § 3; violation of ADA, RA for discriminating & failure to reasonably accommodate.

(12) FDOC Sec Jones acts &/or omissions constitute(s) Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws per Carnahan supra et seq, deliberate indifference of Cruel & Unusual Punishment under US Const. Amend 8 & Fla Const. Art I § 17, denial of Right to Religion under RLUIPA, US Const. Amend 1 & Fla Const Art I § 3; violation of ADA & RA for discriminating & failure to reasonably accommodate.

Claims Continued:-

(13) Palmers' acts &/or omissions, constitute(s) Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws per Carnahan supra et-seq, deliberate indifference of Cruel & Unusual Punishment under US Const. Amend 8 & Fla Const Art I § 17, denial of Right to Religion under RLUIPA, US Const Amend, & FL Const Art I § 3; violation of ADA & RA for discriminating & failure to reasonably accommodate.

(14) Reddishes' acts &/or omissions, constitute(s) Breach of Contract under Federal Common Laws of Contract & Fla Contract Laws per Carnahan supra et-seq, deliberate indifference of Cruel & Unusual Punishment under US Const. Amend 8 & Fla Const Art I § 17, denial of Right to Religion under RLUIPA, US Const Amend 1, & FL Const Art I § 3; violation of ADA & RA for discriminating & failure to reasonably accommodate.

Case History

US Supreme Court
12-10056, 11-6677, 11-7083, 10-5642, 11-5793, 13-7140, 15-5811
among others. See Court docket.

US Ct App. 11th Cir
11-12487-H, 11-12486-G, 11-12484-B, 10-15813-F, 10-12103-H, 09-12071,
10-14677, 11-11168, 11-12692, 11-12693, 12-11065, 12-11285, 12-11777, 19-10600-C
12-11893, 12-12505, 12-12696, 13-13910, 14-10378, 14-10405, 14-13101, 14-11252,
14-14421, 14-14793, 14-14797-F, 14-15107-C, 15-13393-II, 15-13127-B, 15-10906,
16-16520-C, 16-16257-E, 16-16511-A, O'Connor v. T Reed case # ?, 16-16519, 16-16520,
O'Connor v. II Andrews case # ?, 16-16518-E, 16-16520-c, 16-16258-E, 16-16521,
16-16517-A, 16-17219-G, 15-12329, 17-10187, 17-11786, 17-10936-E, 17-13827, 17-14464.

US Dist Ct Middle Dist FL.
3:07-cv-407, 3:10-cv-296, 6:10-cv-1418, 3:10-cv-883, 6:11-cv-378
3:10-cv-1123, 3:11-cv-01059, 3:11-cv-307, 3:11-cv-252, 3:10-cv-D1099,
3:13-cv-D398-HLA-JRK, 3:14-cv-01302-MMH-JRK, 3:15-bk-00430-JAF,
3:15-cv-394-J-32JRK, 3:15-cv-400-J-32JBT, 3:15-cv-1511-J-20J8T,
3:15-cv-1504-J-39McR, 3:15-cv-1387-J-32JBT, 3:15-cv-01513-MMH,
3:15-cv-01539-TJC, 3:16-cv-464-OC-10PLR, 3:17-cv-651, 3:18-cv-924.

US Dist Ct North Dist FL.
3:05-cv-384, 3:06-cv-10, 3:06-cv-45, 3:06-cv-86, 3:08-cv-472,
3:09-cv-143, 4:10-cv-282, 3:10-cv-354, 3:10-cv-366, 3:09-cv-224,
3:13-cv-179, 3:08-cv-357, 4:14-cv-00401-RH-CAS.

US Dist Ct Southern Dist FL
0:07-cv-60636, 0:07-cv-60902, 0:07-bk-12045, 0:09-cv-61099, 0:13-mc-62685,
0:14-cv-60468-PAW, 0:14-cv-60886-MGC, 0:07-cv-60885-MG-C, 0:14-cv-61355,
0

Case History Continued:-

US Dist Ct Southern Dist FL (Cont.)

0:15-cv-60373-BB, 0:15-cv-61153-JAL, 1:15-cv-22471-CMA, 1:16-cv-22028,
0:17-cv-60234-WPD(JIC), 0:17-cv-60757-DPG, 0:12-cv-62003-WPD.

Fla Sup Ct

SC04-1309, SC06-312, SC06-313, SC08-298, SC08-746, SC08-1097, SC09-125
SC08-2237, SC09-1395, SC12-241, SC12-427, SC12-435, SC12-1315,
SC11-631, SC11-2097, SC12-2689, SC14-807, SC15-1980, SC16-755, SC17-1308

1st DCA Fla

1D08-1102, 1D10-5664, 1D11-3470, 1D12-1748, 1D12-4074, 1D12-1500,
1D12-4099, 1D12-4669, 1D13-2013, 1D13-2492, 1D14-2873, 1D11-4981,
1D11-3650, 1D11-4424, 1D12-4665, 1D13-0596, 1D13-0529, 1D13-0863,
1D13-0790, 1D13-0653

2nd DCA Fla

2D15-1653, 2D14-4581, 2D14-4627

4th DCA Fla

4D10-4525, 835 So.2d 1226, 4D07-4563, 4D08-4196, 4D08-3740, 895 So.2d 528,
11 So.3d 133

5th DCA

5D13-2957

Broward County Cir Ct Fl

20-5323CF10B, 2006 CA 12988

Leon County Cir Ct Fl

2007 CA 446, 2007 CA 2545, 2007CA 3187, 2008 CA 746, 2008CA3133, 2010CA2751,
2012CA324, 2012CA1255, 2012CA1288, 2012 CA1591, 2012CA3777, 2012CA1824,

Case History Continued :-

Leon County Cir Ct FL (Cont.)

2012 CA 1875, 2012 CA 2174, 2012 CA 2209, 2012 CA 3776, 2010-CA-3939, 2010-CA-2411, 2012 CA 1495, 2011 CA 1158, 37-2011 AP S500, 2013-SC001126, 2013 SC1400, 2013 SC001540, 2014-CA-001416, 2017-CA-001447.

Santa Rosa County Cir Ct FL

2005 CA 998, 2006 CA 288, 2009 CA 447, 2009 CA 830, 2009 CA 1324, 2009 CC 1953, 10-0018-AP, 57-2010 CA 18, 57-2011 AP 181, 57-2011 AP 182, 2013-SC-811, 2013-1225-CA. 1400009i APMXAX.

Union County Cir Ct FL.

2006 CA 116, 2008 CA 53, 2010 CA 116, 2011 CA 26, 2012 CA 32, 2012 CA 62, 2010 CA 105, 63-2014-CA-30, 63-2014-CA-0030, 63-2010-CA-0105, 63-2013-CA-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-CA-0045, 63-2014-CA-0055, 63-2014-SC-0081, 63-2014-SC-0038 63-2014-SC-0101, 63-2014-SC-0134, 63-2015-SC-0023, 63-2017-CA-000082.

Lake County Cir Ct FL

2012 CA 002174, 2013-CA-000272

Bradford County Cir Ct FL

04-2013-CA-000583, 04-2014-CA-22, 04-2017-0333, 04-2017-CA-0533

Charlotte County Cir Ct FL

1400014780, 14272 SP, 1400031480, 2014-1073-CA, 1400192000, 1400098200

Suwannee County Cir Ct FL

2014-DR-0086-RV, 2016-MH-81

NOTE: The above & below list of cases may not be exhaustive, being FDOC lossed several of O'Connor's papers regarding cases litigated. Some cases were never fully litigated nor addressed on the merits. See Ct dockets for other cases incorporated herein by reference O'Connor can't recall while a psych patient.

Additional Case History

US Supreme Court
11-5299, among others; see court docket.

US Court of Appeals, 11th Circuit.
17-12816, 17-12882, 15-12273, 15-13406, 17-11454, 17-11786, 17-12587,
17-12816, 17-12820, 17-12882; 17-13040, 18-11800-H, 18-12996-H, 18-11174-B,
among others; see court docket., e.g., 18-10965.

US Dist Ct, M.D., FL.
O'Connor v. Russell, et al, 2018