**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NYKA O'CONNOR,

     Plaintiff,

v.

JULIE JONES, et al.,

     Defendants.

No. 3:18-CV-1423-J-39PDB

**DEFENDANT CHUONG THANH LE'S ANSWER**

COMES NOW, Defendant DR. CHUONG THANH LE (hereinafter "Dr. Le"), by and through undersigned counsel and files his Answer to Plaintiff's Amended Complaint by showing this Honorable Court as follows:

**FIRST DEFENSE**

Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Defendant denies he was negligent in any manner or that any negligent act or omission on his part caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

**THIRD DEFENSE**

Defendant denies that Plaintiff has subjected to the deprivation of any rights, privileges, or immunities of the Constitution or laws of the United States or the State of Florida.

## FOURTH DEFENSE

Defendant explicitly reserves the right to assert such affirmative defenses that may become known in the course of discovery and to ament this Answer with any and all such defenses.

## FIFTH DEFENSE

Defendant responds to the enumerated allegations contained in Plaintiff's Amended Complaint as follows:

**I.      The Parties to the Complaint**

A.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in section I A of Plaintiff's Amended Complaint.

B.      The allegations of section I B of Plaintiff's Amended Complaint are admitted as they pertain to Defendant Le.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in section I B of Plaintiff's Amended Complaint which pertain to other defendants or parties to this action.

**II.     Jurisdiction**

Defendant admits jurisdiction is proper and appropriate before this Court.

**III.    Prisoner Status**

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in section III of Plaintiff's Amended Complaint.

**IV.     Statement of Claim**

Plaintiff presents his allegations within this section in the form of an attached narrative. Defendant's responses to those numbered paragraphs will be addressed below.

2

V.      **Injuries**

Plaintiff presents his allegations within this section in the form of an attached narrative. Defendant's responses to those numbered paragraphs will be addressed below.

VI.     **Relief**

Defendant denies Plaintiff is entitled to the requested relief.

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in section VII of Plaintiff's Amended Complaint.

VIII.   **Previous Lawsuits**

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in section VIII of Plaintiff's Amended Complaint.

IX.     **Certification and Closing**

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in section IX of Plaintiff's Amended Complaint.

X.      **Plaintiff's Narrative Allegations**

Defendant responds to Plaintiff's narrative allegations as follows:

1.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

2.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

3.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

4.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

5.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

6.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

7.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

8.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

9.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

10.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

11.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

12.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

13.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

14.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

15.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

16.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

17.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

18.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

19.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

20.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

21.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

22.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

23.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

24.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

25.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

26.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

27.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

28.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

29.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

30.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

31.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

32.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

33.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

34.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

35.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

36.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

37.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

38.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

39.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

40.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

41.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

42.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

43.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

44.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

45.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

46.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

47.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

48.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

49.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

50.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

51.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

52.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

53.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

54.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

55.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

56.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

57.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

58.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

59.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

60.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

61.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

62.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

63.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

64.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

65.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

66.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

67.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

68.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

69.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

70.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

71.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

72.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

73.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

74.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

75.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

76.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

77.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

78.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

79.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

80.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

81.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

82.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

83.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

84.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

85.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

86.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

87.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

88.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

89.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

90.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

91.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

92.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

93.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

94.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

95.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.   Plaintiff's allegations are therefore denied.

96.     Denied.

97.     Denied.

98.     Denied.

99.     Denied.

100.     Denied.

101.     Denied.

102.     Denied.

103.     Denied.

104.     Denied.

105.     Denied.

106.     Denied.

107.     Denied.

108.     Denied.

109.     Denied.

110.     Denied.

111.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

112.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

113.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

114.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

115.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

116.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

117.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

118.    Defendant incorporates and realleges his responses to Paragraphs 1 through 131 as if fully re-stated.

119.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

120.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

121.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

122.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

123.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

124.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

125.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

126.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

127.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

128.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

129.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

130.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

131.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

132.    Defendant incorporates and realleges his responses to Paragraphs 1 through 131 as if fully re-stated.

133.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

134.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

135.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

136.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

137.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

138.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

139.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

140.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

141.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

142.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

143.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

144.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

145.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

146.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

147.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

148.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.  Plaintiff's allegations are therefore denied.

## SIXTH DEFENSE

All allegations of Plaintiff's Amended Complaint not specifically admitted above are hereby denied.

WHEREFORE, having fully responded to Plaintiff's Amended Complaint, Defendant prays that he be discharged without costs or liability in the premises.

Respectfully submitted, this 8th day of February, 2021.

HALL BOOTH SMITH, P.C.

_____

J. BRENT ALLEN, Esq.
Trial Counsel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2021 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF online portal.  A copy of the foregoing was served via United States Mail to the following:

**Nyka O'Connor**
**Wakulla Correctional Institute**
**110 Melalevea Drive**
**Crawfordville, FL 32327**

**HALL BOOTH SMITH, P.C.**

_____
J. BRENT ALLEN, Esq.
Florida Bar No. 090534
KIRK A. CARTER, Esq.
Florida Bar No.: 123035
200 W. Forsyth Street
Suite 400
Jacksonville, Florida 32202
Tel: 904-236-4929
Fax: 904-236-4767
ballen@hallboothsmith.com
allenfilings@hallboothsmith.com
ktenpas@hallboothsmith.com
*Attorneys for Dr. Chuong Thanh Le*

24