UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NYKA O'CONNOR,**
**DC # 199579**
    **Plaintiff,**

v.                                                              CASE NO.:  3:18-cv-01423-BJD-PDB

**CHUANG T. LE, et. al.,**
    **Defendants.**
_____/

### ANSWER BY DEFENDANTS COHENS AND GRAHAM

Defendant Cohens and Graham (hereinafter "Defendant"), through undersigned counsel, submit the Answer, defenses (with affirmative defenses), and demand for jury trial in response to Plaintiff's Amended Complaint (Doc. 89 ("Complaint")) and state as follows:

**I.     PLAINTIFF** (Doc. 89 at 2):

A.     Admitted.

B.     Admit as to identify of Defendant Cohens and Graham. Without knowledge, therefore, denied as to Defendant Le. Other Defendants are no longer a basis of this lawsuit therefore no answer is required. Without knowledge, therefore, denied as to the remainder.

**II.    Jurisdiction** (*Id*. at 3-4).

1

Defendant admits that jurisdiction is proper before this Court.

**III.   PRISONER STATUS** (*Id*. at 4).

Admitted.

**IV.   STATEMENT OF CLAIM** (*Id*. at 12-21):

1. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

2. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

3. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

4. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

5. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

6. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

7. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

8. Without knowledge, therefore, denied. Moreover, this is denied

because it is not directed at the Defendants.

9. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

10. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

11. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

12. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

13. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

14. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

15. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

16. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

17. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

18. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

19. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

20. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

21. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

22. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

23. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

24. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

25. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

26. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

27. Without knowledge, therefore, denied. Moreover, this is denied

because it is not directed at the Defendants.

28. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

29. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

30. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

31. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

32. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

33. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

34. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

35. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

36. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

37. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

38. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

39. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

40. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

41. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

42. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

43. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

44. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

45. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

46. Without knowledge, therefore, denied. Moreover, this is denied

because it is not directed at the Defendants.

47. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

48. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

49. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

50. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

51. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

52. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

53. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

54. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

55. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

56. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

57. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

58. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

59. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

60. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

61. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

62. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

63. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

64. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

65. Without knowledge, therefore, denied. Moreover, this is denied

because it is not directed at the Defendants.

66. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

67. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

68. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

69. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

70. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

71. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

72. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

73. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

74. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

75. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

76. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

77. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

78. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

79. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

80. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

81. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

82. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

83. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

84. Without knowledge, therefore, denied. Moreover, this is denied

because it is not directed at the Defendants.

85. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

86. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

87. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

88. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

89. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

90. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

91. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

92. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

93. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

94. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

95. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

96. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

97. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

98. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

99. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

100. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

101. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

102. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

103. Without knowledge, therefore, denied. Moreover, this is denied

because it is not directed at the Defendants.

104. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

105. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

106. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

107. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

108. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

109. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

110. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

111. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

112. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

113. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

114. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

115. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

116. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

117. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

118. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

119. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

120. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

121. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

122. Without knowledge, therefore, denied. Moreover, this is denied

because it is not directed at the Defendants.

123. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

124. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

125. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

126. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

127. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

128. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

129. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

130. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

131. Without knowledge, therefore, denied. Moreover, this is denied because it is not directed at the Defendants.

132. This paragraph of Plaintiff's shotgun pleading attempts to incorporate by reference all prior 131 paragraphs without distinguishing which facts are relevant to this count. Defendants and the Court are not required to sift through Plaintiff's allegations to attempt to see what buried facts are relevant to this claim. *Ferrell v. Durbin*, 311 Fed. Appx. 253, 259 (11th Cir. 2009); *Magluta v. Samples*, 256 F.3d 1282, 1284 (11th Cir. 2001). Therefore, Defendants are without knowledge and these claims are denied.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

**V.    INJURIES** (*Id*. at 5):

Denied.

**VI.   RELIEF** (*Id*. at 5):

Denied that Plaintiff is entitled to any relief.

**VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES** (Doc 6-8):

Without knowledge, therefore denied.

**VIII. PREVIOUS LAWSUITS** (*Id*. at 8-10):

Without knowledge, therefore denied.

**IV.   DEFENSES:**

1. Defendant has not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

2. Plaintiff fails to state a cause of action against Defendant.

3. Plaintiff fails to state a claim upon which relief can be granted against the Defendant.

4. No causal connection exists between the actions of the supervisory

official or governmental body in the alleged deprivation of Plaintiff's civil or constitutional rights.

5. Defendants are entitled to Eleventh Amendment immunity on all official capacity claims.

6. Defendants are entitled to qualified immunity.

7. This Complaint is not actionable pursuant to Title 42 U.S. C.§ 1983 in that any and all actions taken by this Defendant reflects, at worst, merely negligent activity and as such are not constitutionally actionable.

8. Any injurious results about which the Plaintiff complains were the result of the Plaintiff's own comparative fault or from a prior existing condition. As a result, any award of damages should be reduced by the *pro rata* share of fault attributable to the Plaintiff.

9. Plaintiff may not have exhausted his administrative remedies for his specific claims against Defendants.

10. Plaintiff did not fully disclose his litigation history.

11. Plaintiff cannot recover compensatory or punitive damages against Defendants in pursuant to 42 U.S.C. § 1997e(e).

## X. DEMAND FOR JURY TRIAL:

Defendants demand a jury trial on all issues so triable.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Lori Huskisson
**Lori Huskisson**
Senior Assistant Attorney General
Florida Bar No.:  0845531
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Lori.Huskisson@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing *Answer by Defendats* has been filed through the CM/ECF electronic filing system and furnished by U.S. mail to: **Nyka O'Connor, DC # 199579**, Wakulla Correctional Institution Annex, 110 Melaleuca Drive, Crawfordville, Florida 32327-4963, on this 10th day of February 2021.

/s/ Lori Huskisson
Lori Huskisson, Esq.