# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

NYKA O'CONNOR,
DC # 199579

    Plaintiff,

v.

JULIE JONES, et al.,

    Defendants.

No. 3:18-CV-1423-J-39PDB

## DEFENDANT CHUONG THANH LE'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER, FOR RELIEF FROM JUDGMENT, AND TO ISSUE SANCTIONS DUE TO FRAUD

COMES NOW, Chuong Thanh Le, M.D. ("Dr. Le"), Defendant in the above-styled action, by and through his undersigned counsel and pursuant to Federal Rules of Civil Procedure and the Local Rules, hereby files his response in Opposition to Plaintiff's Motion to Reconsider, for Relief from Judgment, and to Issue Sanctions due to Fraud (Doc. 220) and states:

    1.    On September 17, 2021, Plaintiff's Motion to Reconsider, for Relief from Judgment, and to Issue Sanctions due to Fraud (Doc. 220) was docketed with the Court.

2. Therein, Plaintiff appears to have the impression that the Court made a "judgment" against him after allegedly being misquoted by counsel for Defendants Graham and Cohen and seeks sanctions as a result.

3. The Order Plaintiff references does not make a judgment against Plaintiff based on the representation that he was thinking of extending a discovery deadline during his deposition (Doc. 216 at 10–11). To the extent the Court's ruling from that Order was premised on such a representation, Plaintiff's Motion to Reconsider, for Relief from Judgment, and to Issue Sanctions due to Fraud attached an excerpt from his deposition, which shows that he was, in fact, thinking of extending the discovery deadline (Doc. 220 at 8). Thus, any reconsideration, relief from judgment, or sanctions are unwarranted.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests the Court deny Plaintiff's Motion to Reconsider, for Relief from Judgment, and to Issue Sanctions due to Fraud.

Respectfully submitted, this 23rd day of September 2021.

                        **HALL BOOTH SMITH, P.C.**

                        */s/ J. Brent Allen*

                        _____
                        **J. BRENT ALLEN, Esq.**
                        Florida Bar No. 090534
                        **ASHLEY M. FROMM, Esq.**
                        Florida Bar No. 0124691
                        200 W. Forsyth Street

        Suite 400
Jacksonville, Florida 32202
Telephone: 904-236-4929
Facsimile: 904-236-4767
ballen@hallboothsmith.com
allenfilings@hallboothsmith.com
afromm@hallboothsmith.com
*Attorneys for Dr. Chuong Thanh Le*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2021 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF online portal. A copy of the foregoing was served via United States Mail to the following:

**Nyka O'Connor**
**Wakulla Correctional Institute**
**110 Melalevea Drive**
**Crawfordville, FL 32327**

        **HALL BOOTH SMITH, P.C.**

        */s/ J. Brent Allen*

        _____
        **J. BRENT ALLEN, Esq.**
Florida Bar No. 090534
**ASHLEY M. FROMM, Esq.**
Florida Bar No. 0124691
200 W. Forsyth Street
Suite 400
Jacksonville, Florida 32202
Telephone: 904-236-4929
Facsimile: 904-236-4767

ballen@hallboothsmith.com
allenfilings@hallboothsmith.com
afromm@hallboothsmith.com
*Attorneys for Dr. Chuong Thanh Le*