UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NYKA O'CONNOR,

    Plaintiff,

v.      Case No. 3:18-cv-1423-BJD-PDB

CHUANG T. LE,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal With Prejudice (Doc. 282), this case is **DISMISSED with prejudice**. The parties shall bear their own fees and costs. The **Clerk** shall enter judgment dismissing this case with prejudice, terminate any pending motions, and close the file.

The Court appreciates the settlement work of the Magistrate Judge and that of appointed counsel.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of November, 2022.

_____
BRIAN J. DAVIS
United States District Judge

caw 11/23
c:
Magistrate Judge Patricia D. Barksdale
Counsel of Record