# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 18, 2023

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 22-14173-A
Case Style: Nyka O'Connor v. Julie L. Jones, et al
District Court Docket No: 3:18-cv-01423-BJD-PDB

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information              404-335-6100
New / Before Briefing Cases      404-335-6135
Cases in Briefing / After Opinion  404-335-6130
Cases Set for Oral Argument      404-335-6141
Capital Cases                    404-335-6200
Attorney Admissions              404-335-6122
CM/ECF Help Desk                 404-335-6125

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-14173-A

_____

NYKA O'CONNOR,

                Plaintiff - Appellant,

versus

HON. PAUL BACKMAN et al.,

                Defendants,

JULIE L. JONES,
Former Secretary FDOC: Individual Capacity,
CHUANG T. LE,
Former Medical Doctor & Chief Health Officer:
Individual & Official Capacity,
S. JOHNSON,
Nurse; Individual & Official Capacity,
GONZALO ESPINO,
Medical Doctor & Chief Health Officer;
Individual & Official Capacity,
SINGLETARY,
Nurse: Individual & Official Capacity, et al.,

                Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Nyka Tassiant O'Connor has failed to pay the filing and docketing fees to the district court within the time fixed by the rules.

Effective January 18, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION